FILED
JUL - 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin D. West<br><br>   PLAINTIFF<br><br>v.<br><br>John E. Potter<br>Postmaster General, U.S. Postal Service<br>   DEFENDANT | CASE NUMBER  1:05CV01339  JURY ACTION<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 07/05/2005 |

## COMPLAINT

NOW COMES Kevin D. West (African American), Plaintiff Pro Se, is filing this complaint against John E. Potter, Postmaster General of the United States Postal Service, Defendant, on the grounds of racial discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964. In support thereof, Plaintiff states as follows:

1. Jurisdiction is proper in this Court as this action presents a federal question arising under Title VII of the Civil Rights Act of 1964. See 28 U.S.C. § 1331.

2. Plaintiff exhausted all administrative remedies prior to filing this Complaint. See Exhibit 1, *Final Agency Decision* dated May 12, 2005, EEO Case #4K-200-0235-03.

3. Plaintiff is a member of a protected class, to wit, he is an African American.

4. Plaintiff was subjected to an adverse employment action, to wit: he was denied upward mobility opportunities and promotions to the positions of Supervisors and Lead Automotive Technician. Plaintiff was also denied opportunities for

overtime at Largo II VMF. On September 7, 2000, during a meeting called by Timothy Currie, Caucasian (Vehicle Maintenance Methods Specialist), an agent of Defendant, former Manager of Vehicle Maintenance Facility (VMF) in Washington, D.C. the Plaintiff was informed that he would no longer be utilized in any upper mobility opportunities, including serving as Acting Supervisor or 204B.

5. Other management officials acting as agents of the Defendant that denied Plaintiff were David Cook Caucasian, Manager VMF Southern MD, Ms. Diane Hatfield Caucasian, Manager VMF Suburban MD and Joseph King, Manager VMF, Caucasian.

6. Other individuals, John P. Miller, III (Caucasian), Michael T. Scott (Caucasian), Anthony M. Shelton (race and color unknown) and Stephen Clark (Caucasian) similarly situated individuals with Plaintiff, were not subjected to the same adverse employment action for training and upward mobility opportunities to include promotions.

7. Defendant is liable to Mr. West for the acts committed against him by Defendant's agents, David Cook, Manager VMF Southern MD, Ms. Diane Hatfield, Manager VMF Suburban MD and Joseph King, Manager VMF.

8. Defendant treated Mr. West differently than other similarly situated individuals based on Mr. West's race.

9. Defendant, through the actions of David Cook, Manager VMF, and Mr. Timothy Currie, Ms. Diane Hatfield, and Joseph King committed acts of retaliation against Mr. West in violation of Mr. West's civil rights, to wit: Managers Cook and

Currie threatened and harassed Mr. West by not allowing him training, upward mobility opportunities, denial of overtime and promotions and giving Mr. West a blank resignation form to sign, denying Mr. West union representation when requested.

10. Mr. West previously engaged in protected activity on April 19, 1999, July 13, 2002, and October 9, 2003, by filing a formal equal employment opportunity complaint.

11. Defendant, through Mr. Timothy Currie, Ms. Diane Hatfield, and Joseph King and Mr. Cook, was aware of Mr. West's prior participation in the protected activity.

12. Defendant took adverse action against Mr. West in response to his engagement in protected activity, namely, among other things, Defendant Currie threatened and harassed Mr. West by not allowing him training, upward mobility opportunities, denial of overtime and promotions and giving Mr. West a blank resignation form to sign, denying Mr. West union representation when requested.

13. Defendant's agent, Mr. Joseph King, VMF Manager on June 28, 2003, awarded three Supervisory job descriptions, Vacancy 14-03, 15-03, and 23-03 to Mr. John P. Miller, III, Michael T. Scott and Anthony M. Shelton (race/color unknown). These individuals were unfairly prepped and trained by the VMF management for these jobs. Neither of these individuals was best qualified than Mr. West based on their PS Form 991.

14. Mr. John P. Miller, III's PS Form 991 (Job Resume) submitted for the jobs was prepared by Ms. Diane Hatfield, Suburban VMF Manager.

15. Defendant's agent, Mr. David Cook, VMF Manager Southern, MD awarded the Lead Automotive Technician, Level 8 (Vacancy No. 03-43), to Mr. Stephen Clark (Caucasian). This job should have been awarded to the best-qualified candidate, who is Mr. West based on his PS Form 991 and work knowledge of various VMF vehicles.

16. Other individuals, John P. Miller, III (Caucasian), Michael T. Scott (Caucasian), Anthony M. Shelton (race and color unknown) and Stephen Clark (Caucasian) similarly situated individuals with Plaintiff, who have not engaged in protected activity, were not subjected to the same adverse employment action by Defendant.

17. Defendant's actions against Plaintiff occurred in enough proximity of time to the protected activity that a retaliatory motive may be inferred under the facts and circumstances.

18. Defendant's actions of racial discrimination and retaliation have caused Mr. West extreme emotional distress and anguish.

19. Defendant's actions of racial discrimination and retaliation have caused Mr. West economic injury, including, among other things, attorney fees, annual leave, sick leave and overtime. Defendant's actions against Plaintiff are malicious, pervasive and severe.

20. WHEREFORE, Plaintiff requests that this Honorable Court:

   a. Grant Plaintiff a trial by jury;

   b. Award Mr. West Three Hundred Thousand Dollars and Zero Cents ($300,000.00) in compensatory damages for each instance of racial discrimination and for each instance of retaliation;

4

Case 1:05-cv-01339-JR   Document 1   Filed 07/05/2005   Page 5 of 6

c. Award Mr. West One Million Dollars and Zero Cents ($1,000,000.00) in punitive damages;

d. Award Mr. West attorneys fees and related costs of litigation; and

e. Grant Mr. West such other and further relief as the nature of his cause and the interests of justice may require.

Respectfully submitted,

_Kevin W. West_

KEVIN D. WEST,
831 Chatsworth Drive
Accokeek, MD 20607
Telephone: (301)292-7080

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing copy of <u>COMPLAINT</u> has been mailed via certified mail, this 5th day of July 2005 addressed to:

Certified mail#: 7002 0860 0007 7563 1769
John E. Potter,
Postmaster General
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, D.C. 20260

Certified mail#: 7002 0860 0007 7563 1776
United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001

Certified mail#: 7002 0860 0007 7563 1783
United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

_____
KEVIN D. WEST,
831 Chatsworth Drive
Accokeek, MD 20607
Telephone: (301)292-7080