**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RECEIVEI

AUG 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kevin D. West                                )
                                             )
    PLAINTIFF                                )        Civil Complaint Case No. 05-1339JR
                                             )
        v.                                   )
                                             )
John E. Potter                               )
Postmaster General, U.S. Postal Service      )
    DEFENDANT                                )
                                             )

## AFFIDAVIT OF SERVICE

I hereby certify that on July 5, 2005, I served a copy of the summons, received on July 11,
2005 by serving John E. Potter, Postmaster General at address 475 L'Enfant Plaza, S.W.,
Washington, D.C. 20260 by certified mail. Subject to the penalties of perjury, I hereby
promise, declare, and affirm that the information contained herein is true and correct to
the best of my information, knowledge and belief.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  DPMG   B. Date of Delivery 7/11/05<br>C. Signature  X_____  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br>JOHN E. POTTER, PMG<br>475 L'ENFANT PLAZA SW<br>WASH. DC. 20260 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2.  7002 0860 0007 7563 1769 |  |
| PS Form 3811, July 1999  Domestic Return Receipt | 102595-00-M-0952 |

KEVIN D. WEST, Pro Se
831 Chatsworth Drive
Accokeek, MD 20607
Telephone: (301)292-7080

**RECEIVED**

AUG 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kevin D. West )<br><br>PLAINTIFF )<br><br>v. )<br><br>John E. Potter )<br>Postmaster General, U.S. Postal Service )<br>DEFENDANT ) | Civil Complaint Case No. 05-1339JR |

## AFFIDAVIT OF SERVICE

I hereby certify that on July 5, 2005, I served a copy of the summons received on July 11, 2005 by serving U.S. Attorney at address 555 Fourth Street, N.W., Washington, D.C. 20001 by certified mail. Subject to the penalties of perjury, I hereby promise, declare, and affirm that the information contained herein is true and correct to the best of my information, knowledge and belief.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US. ATTORNEY
555 FOURTH ST. NW
WASH. DC. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. 7002 0860 0007 7563 1776

PS Form 3811, August 2001        Domestic Return Receipt        102595-01-M-2509

---

KEVIN D. WEST, Pro Se
831 Chatsworth Drive
Accokeek, MD 20607
Telephone: (301)292-7080

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**RECEIVED**

AUG 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Kevin D. West | ) |
| PLAINTIFF | ) |
| | ) Civil Complaint Case No. 05-1339JR |
| v. | ) |
| | ) |
| John E. Potter | ) |
| Postmaster General, U.S. Postal Service | ) |
| DEFENDANT | ) |

**AFFIDAVIT OF SERVICE**

I hereby certify that on July 5, 2005, I served a copy of the summons received on July 11, 2005 by serving U.S. Attorney General at address 950 Pennsylvania Ave., N.W., Washington, D.C. 20530 by certified mail. Subject to the penalties of perjury, I hereby promise, declare, and affirm that the information contained herein is true and correct to the best of my information, knowledge and belief.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY GEN.
950 PENN. AVE. NW.
WASH. DC 20530-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. 7002 0860 0007 7563 1783

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

KEVIN D. WEST, Pro Se
831 Chatsworth Drive
Accokeek, MD 20607
Telephone: (301)292-7080