UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER,<br>POSTMASTER GENERAL<br>U.S. POSTAL SERVICE<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Case No: 05-1339<br>)   Judge: James Robertson<br>)   Case Type: Emp. Discrimination (442)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Notice is hereby provided that the appearance of the following attorney and law firm is being entered on behalf of the Plaintiff, Kevin D. West in the above-captioned matter:

Teresa W. Murray
THE LAW OFFICES OF T.W. MURRAY, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910
Phone: 301-585-1870
Fax: 301-585-1871

Respectfully submitted,

By:_____/s/_____
    Teresa W. Murray
    Bar No. 460430

THE LAW OFFICES OF T.W. MURRAY, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910
Phone: 301-585-1870/ Fax: 301-585-1871

Dated: September 20, 2005

## **CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing Notice of Appearance was sent via certified mail this 20th day of September 2005, to the following:

John E. Potter,
Postmaster General
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, D.C. 20260

United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001

United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

           /s/
         Teresa W. Murray
         THE LAW OFFICES OF T.W. MURRAY, LLC
         1111 Bonifant Street
         Silver Spring, Maryland 20910
         Phone: 301-585-1870