```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

KEVIN D. WEST,                    )
    Plaintiff,                    )
                                  )       Civil Action No. 05-1339 (RMU)
        v.                        )
                                  )
JOHN E. POTTER,                   )
POSTMASTER GENERAL,               )
    Defendant                     )

**CONSENT MOTION TO EXTEND TIME TO FILE ANSWER**

Defendant respectfully requests an extension of time to October 17, 2005 in which to file a partial answer to plaintiff's amended complaint. Defendant has filed a motion to dismiss a portion of the complaint, and requires additional time to obtain the assistance of agency counsel in answering the remainder of the complaint.

This is the first request for extension of time to file an answer. Counsel for the plaintiff has been consulted and she consents to this motion.

                                Respectfully submitted,

                                _____
                                KENNETH L. WAINSTEIN D.C. Bar # 451058
                                United States Attorney

                                _____
                                R. CRAIG LAWRENCE, D.C.  BAR #171538
                                Assistant United States Attorney


                                _____
                                RHONDA C. FIELDS
                                Assistant United States Attorney
                                Civil Division
                                555 Fourth Street, N.W.
                                Washington, D.C.  20530
                                202/514/6970