UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST,                      )
    Plaintiff,                  )
                             )       Civil Action No. 05-1339 (RMU)
        v.                       )
                             )
JOHN E. POTTER,                     )
POSTMASTER GENERAL,                 )
    Defendant                   )

**ORDER**

Upon consideration of the consent motion for extension of
time to file an answer to the amended complaint, it is hereby

ORDERED, that defendant file its partial answer on or before
October 17, 2005.

Date: _____        _____
                                       UNITED STATES DISTRICT JUDGE