```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST,                  )
     Plaintiff,                 )
                                )     Civil Action No. 05-1339 (RMU)
          v.                    )
                                )
JOHN E. POTTER,                 )
POSTMASTER GENERAL,             )
     Defendant                  )
```

**ORDER**

Upon consideration of the motion to dismiss and plaintiff's response thereto, it is hereby

ORDERED that plaintiff's claims in paragraphs 12 through 30 of his amended complaint (and references to them in each count of the amended complaint) are hereby dismissed with prejudice.

Date: _____

        UNITED STATES DISTRICT JUDGE