UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

KEVIN D. WEST,             )
                             )
     Plaintiff,       )
                             )
     v.           )     Civil Action No.  05-1339 (JR)
                             )
JOHN E. POTTER,      )
POSTMASTER GENERAL   )
U.S. POSTAL SERVICE     )
                             )
     Defendant.    )
_____)

**AFFIDAVIT OF SERVICE**

On September 20, 2005, I, Teresa W. Murray, Counsel for Plaintiff, served the First Amended Complaint in the above-captioned action on Defendant John E. Potter, Postmaster General, U.S. Postal Service, via certified mail (copies of return receipts attached) as follows.

John E. Potter,
Postmaster General
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, D.C. 20260
Davis, OPMG, received service of process on September 26, 2005.

United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
Office of the United States Attorney (signature on return receipt illegible),
received service of process on September 28, 2005.

1

United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
Office of the United States Attorney General, (signature on return receipt illegible)
received service of process on September 26, 2005.


Respectfully submitted,


Dated: October 5, 2005                    By:_____/s/_____
                                                Teresa W. Murray

                                          THE LAW OFFICES OF T.W. MURRAY, LLC
                                          1111 Bonifant Street
                                          Silver Spring, Maryland 20910
                                          Phone: 301-585-1870
                                          Fax: 301-585-1871

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing AFFIDAVIT OF SERVICE was sent via electronic means, this 5th day of October 2005 to:

Kenneth L. Wainstein, United States Attorney
R. Craig Lawrence, Assistant United States Attorney
Rhonda C. Fields, Assistant United States Attorney
rhonda.fields@usdoj.gov
555 Fourth Street, N.W.
Washington, D.C. 20001

_____/s/_____
Teresa W. Murray
THE LAW OFFICES OF T.W. MURRAY, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910

3