## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Atty. General
   950 Pennsylvania Ave, NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Ramsey L Foster

C. Date of Delivery: SEP 26 2005

Received 30 SEP 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7482 5642

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Atty.
   555 Fourth St, NW
   Wash., DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9-28-05

29 SEP 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7482 5635

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John E. Potter, Postmaster General
   U.S.P.S.
   475 L'Enfant Pl., S.W.
   Washington, DC 20260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Davis
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name): OPMC

C. Date of Delivery: 9/26/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

Received 28 SEP 2005

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7482 5659

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540