# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1339 (JR) |
| | ) |
| JOHN E. POTTER, | ) |
| POSTMASTER GENERAL | ) |
| U.S. POSTAL SERVICE | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE

On September 20, 2005, I, Teresa W. Murray, Counsel for Plaintiff, served the First Amended Complaint in the above-captioned action on Defendant John E. Potter, Postmaster General, U.S. Postal Service, via certified mail (copies of return receipts attached) as follows.

John E. Potter,
Postmaster General
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, D.C. 20260
Davis, OPMG, received service of process on September 26, 2005.

United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
Office of the United States Attorney (signature on return receipt illegible),
received service of process on September 28, 2005.

1

United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
Office of the United States Attorney General, (signature on return receipt illegible) received service of process on September 26, 2005.

                                      Respectfully submitted,

Dated: October 5, 2005               By**:**_____/s/_____
                                              Teresa W. Murray

                                      THE LAW OFFICES OF T.W. MURRAY, LLC
                                      1111 Bonifant Street
                                      Silver Spring, Maryland 20910
                                      Phone: 301-585-1870
                                      Fax: 301-585-1871

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing AFFIDAVIT OF SERVICE was sent via electronic means, this 5th day of October 2005 to:

Kenneth L. Wainstein, United States Attorney
R. Craig Lawrence, Assistant United States Attorney
Rhonda C. Fields, Assistant United States Attorney
rhonda.fields@usdoj.gov
555 Fourth Street, N.W.
Washington, D.C. 20001

_____/s/_____
Teresa W. Murray
THE LAW OFFICES OF T.W. MURRAY, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910