**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): Ramsey L Parker
C. Date of Delivery: SEP 28 2005

D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

Received 30 SEP 2005

1. Article Addressed to:

United States Atty. General
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7482 5642

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): J. Nelson
C. Date of Delivery: 9-28-05

D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

29 SEP 2005

1. Article Addressed to:

United States Atty.
555 Fourth St, NW
Wash., DC 20001

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7482 5635

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Davis
☐ Agent
☑ Addressee

B. Received by (Printed Name): OPMG
C. Date of Delivery: 9/26/05

D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

Received 28 SEP 2005

1. Article Addressed to:

John E. Potter, Postmaster General
U.S.P.S.
475 L'Enfant Pl., S.W.
Washington, DC 20260

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0001 7482 5659

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540