UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**KEVIN D. WEST,**               )
                                 )
    Plaintiff,              )
                                 )
  v.                             )    Civil Action No.  05-1339 (JR)
                                 )
**JOHN E. POTTER,**              )
**POSTMASTER GENERAL**           )
**U.S. POSTAL SERVICE**          )
                                 )
    Defendant.              )
_____)


### MOTION TO STRIKE DEFENDANT'S REPLY AS UNTIMELY

COMES NOW Plaintiff, Kevin D. West, by and through undersigned counsel to move this Honorable Court to strike Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss as untimely filed.

Mr. West filed his First Amended Complaint on September 20, 2005.  Defendant Postal Service filed, in response, a Motion to Dismiss a portion of Mr. West's Amended Complaint, on October 3, 2005.   Mr. West opposed this motion in a memorandum filed on October 14, 2005.  According to Local Rule 5.4(d)(1), the filing of the Opposition on October 14th is the date in which service was *effectuated*.[1]   From that date, Defendant had five days (exclusive of weekend days) to file a Reply.  Local Rule 7(d).  The Reply

---

[1] Local Rule 5.4(d)(1) states, in part, that "[e]lectronic filing of any document operates to effect service of the document on counsel or pre se parties who have obtained CM/ECF passwords."  Defendant's counsel Rhonda Fields and Richard Simmons apparently have ECF passwords, since Ms. Fields has electronically filed documents in this case and both are identified as counsel for the Defendant who receive electronic notice of filings.  Exhibit 1.

was, therefore, due on or before October 21, 2005.

The Defendant, however, filed its Reply some 12 days later, on October 26, 2005. Thus, the Reply was five days late. Essentially, Defendant took double the amount of time prescribed by Local Rule 7(d) to submit its reply brief. Notably, none of the three attorneys representing the Defendant[2] contacted Plaintiff's counsel to obtain consent to the late filing or to advise of an inability to timely file. Hence, inexplicably, the Defendant has failed to comply with governing Local Rules regarding the time period for filing Replies.

Mr. West, therefore, respectfully requests that the Court strike Defendant's Reply as untimely and consider, for purposes of the Motion to Dismiss, only Defendant's Motion and Plaintiff's Opposition.

                                        Respectfully submitted,


Dated: October 28, 2005          By:_____/s/_____
                                        Teresa W. Murray
                                        THE LAW OFFICES OF T.W. MURRAY, LLC
                                        1111 Bonifant Street
                                        Silver Spring, Maryland 20910
                                        Phone: 301-585-1870
                                        Fax: 301-585-1871

---

[2] See Defendant's Reply at 11.