Oppositions and Replies

1:05-cv-01339-JR WEST v. POTTER

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from Murray, Teresa entered on 10/14/2005 at 11:55 PM and filed on 10/14/2005

**Case Name:** WEST v. POTTER
**Case Number:** 1:05-cv-1339
**Filer:** KEVIN D. WEST
**Document Number:** 10

**Docket Text:**
Memorandum in opposition to motion re [7] *Defendant's Motion to Dismiss* filed by KEVIN D. WEST. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6)(Murray, Teresa)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\All Users\Documents\K West\Motion to Dismiss\West Opp to Mot to Dismiss Case 05-1334 JR.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/14/2005] [FileNumber=914240-0]
[35e1e70011c7ad6e9c1b4254f4576b9516d4ee2df2b785a0bc1f079df08e48309992
42c5bfa68a14254c38db645b86763cd0353430dbc5ce86560aa205683ab6]]
**Document description:** Exhibit 1
**Original filename:** C:\Documents and Settings\All Users\Documents\K West\Motion to Dismiss\Complaint Case 01-0746.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/14/2005] [FileNumber=914240-1]
[28d070e18b4a14310f38b44fba2d18c32fecafbabc0433f74e96c06943e7fb2418f7
13ab4afd4de504f785bbd9472f7df35443ffaba44b4bbee3585928567f6a]]
**Document description:** Exhibit 2
**Original filename:** \\Lotwm1\shareddocs\KWest\Velikonja Case.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/14/2005] [FileNumber=914240-2]
[44605ecdd79ec899444e417dcd176589a83b74c5cc20d3d0338d649e5e76f5337915
8a40fbc09370c5d3791b7f284c755dbe405d123ed8a6eb3eb6e33e185250]]
**Document description:** Exhibit 3
**Original filename:** C:\Documents and Settings\All Users\Documents\K West\Motion to Dismiss\Motion to Amend Case 01-0746.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/14/2005] [FileNumber=914240-3]
[22355fb484046ea58b81c2b3d04967ffd8c4a3cf7885a3dec295540279480549f205

1b57abf5792145c3b4d3342904f3c28188571e9e4a7e2b72b01a98a40022]]
**Document description:**Exhibit 4
**Original filename:**C:\Documents and Settings\All Users\Documents\K West\Motion to Dismiss\Final Judgment in Case 01-0746.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/14/2005] [FileNumber=914240-4]
[3cb31118a7cade90650136c133bd4a7c8593c8e5bb143fe8e49e816cb2c0c1fcf523
8bb7ace1e64d265212397e6a720da919bda8e12a3dca96c350f1b3f0bf59]]
**Document description:**Exhibit 5
**Original filename:**C:\Documents and Settings\All Users\Documents\K West\Motion to Dismiss\June 18, 2002 Status Call.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/14/2005] [FileNumber=914240-5]
[798bd82fe66aeff9b068dc39e82db347c6120c1c1fb7a7343542d44496db711cbcf7
67e2a22621940c72ff63282dac66e6282a96d401e303d17041085741d384]]
**Document description:**Exhibit 6
**Original filename:**\\Lotwm1\shareddocs\KWest\Def's Reply to Opp to MSJ Case 01-0746.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/14/2005] [FileNumber=914240-6]
[2394485839c1954691725fb9f945e1d645f82b484516ff8abaacf7c00ed61ec17bb38
72b05183b18df3c9c0ec757ed90c82b0fd2fbdf20114ef3028b9fce0c131]]

**1:05-cv-1339 Notice will be electronically mailed to:**

Rhonda C. Fields     rhonda.fields@usdoj.gov, richard.simmons2@usdoj.gov

Teresa White Murray     twmurrayesq@yahoo.com, LOTWM@hotmail.com

**1:05-cv-1339 Notice will be delivered by other means to:**