UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**KEVIN D. WEST,**              )
                                )
    Plaintiff,              )
                                )
    v.                      )   Civil Action No. 05-1339 (JR)
                                )
**JOHN E. POTTER,**             )
**POSTMASTER GENERAL**          )
**U.S. POSTAL SERVICE**         )
                                )
    Defendant.              )
_____)

## ORDER

NOW this _____ day of _____, _____, upon consideration of the Plaintiff's Motion to Strike Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, all oppositions and replies thereto, it is hereby ORDERED that the Motion is GRANTED in its entirety.

    It is so ORDERED.

_____
James Robertson
U.S. District Court Judge