UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN D. WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-1339 (RMU) |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |

**OPPOSITION TO MOTION TO STRIKE DEFENDANT'S REPLY**

 Plaintiff contends that defendant's reply was untimely filed.  Plaintiff filed his opposition by ECF on October 14, 2005.  Plaintiff contends that the defendant's reply should have been filed on October 21, five days after plaintiff's filing (exclusive of weekend days).  However, plaintiff "inexplicably" fails to consider F.R. Civ. P. 6(e):

> Whenever a party has the right or is required to do some act or take some proceeding within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party under Rule 5(b)(2)(B), (C), or (D), 3 days shall be added to the prescribed period.

Since plaintiff filed under Rule 5(b)(2)(D), defendant had an additional 3 days

(exclusive of weekends) in which to file. See Exhibit 1, October 2005 calendar. Therefore, filing of the reply on October 26, 2005 was timely. The motion to strike should be denied.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C.  BAR #171538
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970