

October 2005 calendar (Cox, Lori Ann) with handwritten numbers:
- Mon Oct 17: 1
- Tue Oct 18: 2
- Wed Oct 19: 3
- Thu Oct 20: 4
- Fri Oct 21: 5
- Mon Oct 24: +1