UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL, ) | Civil Action No. 05-1339 (RMU) |

**ORDER**

Upon consideration of plaintiff's motion to strike defendant's reply and defendant's opposition thereto, it is hereby

ORDERED that the motion to strike is DENIED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE