UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST,                          :
                                        :
        Plaintiff,                      :
                                        :
    v.                                  :  Civil Action No. 05-1339 (JR)
                                        :
JOHN E. POTTER, Postmaster              :
General, U.S. Postal Service,           :
                                        :
        Defendant.                      :

### MEMORANDUM ORDER

Kevin West has been here before. In April 2001, in Civil Action No. 01-0746, he complained of race discrimination and retaliation in his employment with the United States Postal Service. In January 2003, that case ended in summary judgment for the defendant, a judgment that was affirmed on appeal. In the present action, West is complaining about the same things he complained of in his first case. The government has moved to dismiss "all claims and allegations of discrimination, retaliation and hostile work environment based on events in paragraphs 12-30" of his amended complaint, invoking the doctrines of *res judicata* and collateral estoppel and asserting that the matters alleged in paragraphs 12-30 "were or could have been raised" in the previous action. See Allen v. McCurry, 449 U.S. 90, 94 (1980).

The problem with the government's motion is that it seeks preclusion of facts, rather than claims. Plaintiff

attempted to plead many of the same facts in his earlier case, but he was denied leave to amend. It cannot successfully be argued that all of these matters were "litigated."

Kevin West's litigiousness is a fact not lost on this Court. He will not be permitted to "rehash" or "rediscover" material that was gone over in the earlier case. The dismissal of <u>allegations of fact</u>, however, is inappropriate and will not be permitted. The motion to dismiss [7] is **denied**. Counsel are directed to meet and confer and to present, if possible, an agreed schedule for discovery, motions, and a pretrial conference. That schedule should be filed within 30 days of the date of this order.

                                          JAMES ROBERTSON
                                United States District Judge