UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**KEVIN D. WEST,**              )
                                )
    Plaintiff,              )
                                )
v.                              )    Civil Action No.  05-1339 (JR)
                                )
**JOHN E. POTTER,**             )
**POSTMASTER GENERAL**          )
**U.S. POSTAL SERVICE**         )
                                )
    Defendant.              )
_____)

## SCHEDULING ORDER

Per the Joint Meet and Confer Statement filed by the parties in this action, it is this

_____ day of _____, 2006 hereby ORDERED

**Initial Disclosures**: The parties are not required to provide Initial Disclosures as required by Fed. R. Civ. P. 26(a)(1).

**Discovery**: All presumptive limits for discovery methods (i.e. interrogatories, document production requests, depositions, etc.) apply in this case.  The discovery deadline is March 31, 2007, with the exception of the deposition of expert witnesses which may be taken up to 90 days before trial.

**Other Case Deadlines**:

    Joinder of Parties:                    within 30 days of this Order

    Deadline to Designate Expert Witnesses
      and Expert Report Due:              February 15, 2007

2

| | |
|---|---|
| Deadline to Amend Pleadings: | March 31, 2007 |
| Dispositive Motions Due: | May 1, 2007 |
| Oppositions to Dispositve Motions Due: | June 1, 2007 |
| Replies Due: | January 18, 2007 |
| Pretrial Conference: | 60 days after denial of dispositive motion |
| Trial: | to be determined at pretrial conference |

**SO ORDERED.**

_____
JAMES ROBERTSON
United States District Judge

2