UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST,                        :
                                      :
        Plaintiff,                    :
                                      :
    v.                                : Civil Action No. 05-1339 (JR)
                                      :
JOHN E. POTTER, Postmaster            :
General, U.S. Postal Service,         :
                                      :
        Defendant.                    :

### SCHEDULING ORDER

The meet and confer statement filed by the parties [16] is very far from the agreed order contemplated by my memorandum of June 28, 2006 [15]. The parties may commence discovery immediately, initially to include no more than five depositions and 25 interrogatories per side. The parties' agreement to dispense with the requirements of Rule 26(a)(1)(B) is approved, but plaintiff's request to dispense with damages disclosure under Rule 26(a)(1)(C) is denied. **The Clerk is instructed to set a status conference during the first weeks of October 2006.** The parties are expected to have completed initial discovery by then and are directed to come to the conference prepared to discuss the need for further discovery (if any), the theories of any contemplated dispositive motions, and their respective settlement

positions.  Dates for dispositive motions, pretrial, and trial will be set at that conference.  It is **SO ORDERED**.


                                        JAMES ROBERTSON
                                   United States District Judge