UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST,           )<br>                          )<br>    Plaintiff,            )<br>                          )   Civil Action No. 05-1339 (JR)<br>    v.                    )<br>                          )<br>JOHN E. POTTER,           )<br>POSTMASTER GENERAL,       )<br>                          )<br>    Defendant.            ) | |

## JOINT MOTION FOR EXTENSION OF TIME

The parties respectfully request an extension of time in which to complete initial discovery in this matter. By order dated August 10, 2006, the parties were directed to have completed initial discovery and appear for a status conference on October 6, 2006. Due to the press of other business, and personal matters, the parties have been unable to complete initial discovery during this period.

Defendant's counsel during this period has prepared and filed summary judgment motions in two matters, a reply to a summary judgment motion, and a motion to dismiss. Defendant's counsel also has been engaged in preparing summary judgment motions in two other matters which must be filed on October 9 and 19, 2006. Counsel also was required to be out of the office for several days due to a death the family in another state.

Plaintiff's counsel is a solo practitioner with a full caseload, which required extensive time and effort. Since the Court issued the Scheduling Order, Plaintiff's counsel has prepared and filed with this Court, in another matter, two Opposition briefs, one Motion to Quash, a supplemental Opposition, and a reply brief. This accomplished,

while working on several other client matters.

This is the first request for an extension of time to complete initial discovery made by the parties. Therefore, it is respectfully requested that the parties be given to November 30, 2006 to complete discovery, and that the status conference presently scheduled for October 6, 2006 be rescheduled to a date after November 30, 2006.

Respectfully submitted,

_____
Jeffrey A. Taylor , D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar No. # 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514-6970

Counsel for Defendant

_____
Teresa W. Murray
THE LAW OFFICES OF T.W. MURRAY, LLC
1111 Bonifant Street
Silver Spring, MD 20910
Ph: 301-585-1870
Fax: 301-585-1871

Counsel for Plaintiff