UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN D. WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-1339 (JR) |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of the joint motion for an extension of time to complete initial discovery, it is hereby

ORDERED that initial discovery shall by concluded by November 30, 2006, and it is further

ORDERED that the clerk reschedule the October 6, 2006 status conference to the first weeks of December, 2006.

Date: _____
UNITED STATES DISTRICT JUDGE