UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN WEST | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 05-1339 (JR) |
| | : | |
| JOHN E. POTTER | : | |
| | : | |
| Defendant. | : | |

CONSENT MOTION FOR EXTENSION OF TIME

Defendant respectfully submits this motion for an extension of time of one day in which to file its dispositive motion. Defendant's motion currently is due on December 5, 2006. Defendant's motion pertains to facts concerning approximately ten EEO complaints plaintiff has filed from 2001 through 2005, as well as several filed before 2001. Due to the volume of information involved in these complaints, defendant's motion currently is excessively over the maximum number of pages allowed to be filed. Therefore, defendant respectfully requests an additional day to further edit its motion and obtain final supervisory review. This is the first extension of time requested for filing defendant's dispositive motion. Counsel for plaintiff has been contacted and consents to defendant's motion.

Therefore it is respectfully requested that the defendant be allowed to file its motion on December 6, 2006.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970