## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN WEST | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 05-1339  (JR) |
| | : | |
| JOHN E. POTTER | : | |
| | : | |
| Defendant. | : | |

ORDER

Upon consideration of the consent motion for an extension of time in which to file

defendant's dispositive motion, it is hereby

ORDERED that defendant may file its motion on December 6, 2006.


Date:          _____
                        UNITED STATES DISTRICT JUDGE