UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN WEST | : | |
|     Plaintiff | : | |
| v. | : | Civil Action No. 05-1339 (JR) |
| JOHN E. POTTER | : | |
|     Defendant. | : | |

**CONSENT MOTION FOR PERMISSION TO FILE
MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 45 PAGES**

Defendant respectfully requests, pursuant to LCvR 7.1 (e), permission to file a memorandum of points and authorities 50 pages in length. Defendant's motion pertains to facts concerning approximately ten EEO complaints plaintiff has filed from 2001 through 2005. Due to the number of issues and volume of information involved in these complaints, defendant has been unable to present its core arguments within the required 45 page limit.

Defendant has contacted counsel for plaintiff who has consented to this motion, with the request that plaintiff be able to file a memorandum in opposition of at least the same length .

Therefore, defendant respectfully requests that the Court enter an order directing the Clerk to file the attached Memorandum of Points and Authorities and further directing the Clerk

to file any plaintiff's opposition to defendant's motion for summary judgment which is in excess of 45, but no more than 50, pages in length.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970