UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN WEST : | |
|     Plaintiff : | |
| v. : | Civil Action No. 05-1339 (JR) |
| JOHN E. POTTER : | |
|     Defendant. : | |

ORDER

Upon consideration of the defendant's Consent Motion for Permission to File its Memorandum of Points and Authorities in Excess of 45 Pages, it is hereby

ORDERED that the Clerk's Office shall file the Memorandum of Points and Authorities attached to defendant's motion, and it is further

ORDERED that should the plaintiff's Opposition to Defendant's Motion for Summary Judgment be in excess of 45 and no greater than 50 pages, the Clerk's Office shall file said Opposition, and it is further

ORDERED, that the plaintiff shall file a copy of this Order with its Opposition if said Opposition is in excess of 45 and no greater than 50 pages.


Date: _____
              UNITED STATE DISTRICT JUDGE