UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN WEST | : | |
| | : | |
|     Plaintiff | : | |
| v. | : | Civil Action No. 05-1339  (JR) |
| | : | |
| JOHN E. POTTER | : | |
| | : | |
|     Defendant. | | |

**NOTICE OF BULKY FILING**

.

    Because defendant's exhibits, transcripts and declarations are too voluminous to be filed with the electronic filing system, they will be filed in the Clerk's Office on CD-Rom. The exhibits included on the CR-Rom are the exhibits referenced in defendants Memorandum of Points and Authorities in Support of its Motion for Summary Judgment.:

    These documents will be available for public viewing and copying between the hours of 9:00 am and 4:00 pm Monday through Friday beginning on December 7, 2006. A copy of the

CD-Rom is being served on plaintiff's counsel via hand deliver on December 7, 2006. A courtesy copy of both paper copies and the CD-Rom are being delivered to Chambers on December 7, 2006.

          Respectfully submitted,

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970