UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN WEST,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.05-1339 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

### **ERRATA**

Defendant's memorandum of points and authorities in support of his motion for summary judgment is corrected as follows:

 Page 12, line 8: "*Id.* at p. 27" is corrected to " Hatfield Depo at p. 127";

 Page 15, line 10: "*Id.*" is corrected to "West Aff. ";

 Page 16, line 25: "*Id.*" is corrected to "Currie Dec.";

 Page 17, line 21: "71" is corrected to "72";

 Page 21, line 13: "Miller" is corrected to "J.M.";

 Page 28, line 20: "*Id.*" is corrected to "Cook Dec.";

 Page 33, line 4: "*Id.*" is corrected to "West Depo.";

 Page 36, line 2: "*Id.*" is corrected to Cook Dec.";

 Page 36, line 20: "*Id*. is corrected to Cook Dec. at ¶38;

 Page 39, line 10: "*Id.*" to "Green Dec.";

 Page 39, line 17: "*Id.*" to "West Ex. 46.";

 Page 42, line 13: add "Cook Dec. Ex. 2 at pp. 9, 15-16.

 Page 47, line 20: add "Clark Aff. at p. 4.

A corrected copy of the memorandum is attached.

>Respectfully submitted,
>
>
>_____/s/_____
>RHONDA C. FIELDS
>Assistant United States Attorney
>Civil Division
>555 Fourth Street, N.W.
>Washington, D.C.  20530
>202/514/6970