UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN D. WEST,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JOHN E. POTTER,** )<br>**POSTMASTER GENERAL** )<br>**U.S. POSTAL SERVICE** )<br>)<br>Defendant. )<br> ) | Civil Action No. 05-1339 (JR) |

## PRAECIPE

Please enter the following address and telephone number change for Plaintiff's counsel in the above-captioned matter:

**Teresa W. Murray**
**The Law Office of T.W. Murray**
**1025 Connecticut Avenue N.W.**
**Suite 1000**
**Washington, D.C. 20036**
**Telephone: 202-327-5477**
**Facsimile: 202-327-5451**

Respectfully submitted,

Dated: December 13, 2006        By**:**     **/S/**
                                               Teresa W. Murray

THE LAW OFFICE OF T.W. MURRAY
1025 Connecticut Avenue
Suite 1000
Washington, D.C. 20036
Phone: 202-327-5477/Fax: 202-327-5451

Counsel for Plaintiff