UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN D. WEST,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1339 (JR) |
| | ) |
| **JOHN E. POTTER,** | ) |
| **POSTMASTER GENERAL** | ) |
| **U.S. POSTAL SERVICE** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

NOW this _____ day of _____, _____, upon consideration of the Plaintiff's Motion for Partial Default Judgment, all oppositions and replies thereto, it is hereby ORDERED that

1) the Motion is GRANTED in its entirety;

2) paragraphs 12-30 of the First Amended Complaint are hereby deemed admitted; and

3) partial default judgment is entered in favor of Kevin West against John E. Potter for failure to answer paragraphs 12-30 of the First Amended Complaint.

It is so ORDERED.

_____
James Robertson
U.S. District Court Judge