**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**KEVIN D. WEST**             )
                              )
     **Plaintiff,**           )
                              )
     v.                       )     Civil Action No.  05-1339 (JR)
                              )
**JOHN E. POTTER,**           )
**POSTMASTER GENERAL**        )
**U.S. POSTAL SERVICE**       )
                              )
     **Defendant.**           )
_____)

**CONSENT MOTION FOR EXTENSION OF DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Kevin D. West, by and through undersigned counsel, hereby respectfully requests additional time to prepare and submit his Opposition to Defendant Postal Service's Motion for Summary Judgment.  Defendant filed its Motion for Summary Judgment, after a short extension, on December 6, 2006.  Due to the upcoming holidays, familial responsibilities, and to allow sufficient time for Plaintiff's counsel to prepare other filings in this case and other matters in this Court, Plaintiff requests permission to file his Opposition by January 31, 2007.  Plaintiff conferred with Defendant regarding this Motion, and Defendant consents.  For these reasons, Plaintiff West humbly requests an extension of the deadline for the filing of his response to Defendant's dispositive motion to January 31, 2007.

2

                                              Respectfully submitted,

December 19, 2006                By:_____/s/_____
                                            Teresa W. Murray
                                            THE LAW OFFICE OF T.W. MURRAY
                                            1025 Connecticut Avenue, N.W.
                                            Suite 1000
                                            Washington, D.C. 20036
                                            Phone: 202-327-5477
                                            Fax: 202-327-5451