UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**KEVIN D. WEST,**              )
                                )
    Plaintiff,              )
                                )
v.                              )    Civil Action No. 05-1339 (JR)
                                )
**JOHN E. POTTER,**             )
**POSTMASTER GENERAL**          )
**U.S. POSTAL SERVICE**         )
                                )
    Defendant.              )
_____)

## **ORDER**

NOW this _____ day of _____, _____, upon consideration of the Consent Motion for Extension of Deadline for Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and all replies thereto, it is hereby ORDERED that

1) the Motion is GRANTED in its entirety; and

2) Plaintiff shall file his Opposition to Defendant's Motion for Summary Judgment by January 31, 2007.

                                                                   It is so ORDERED.

_____
                                                 James Robertson
                                               U.S. District Court Judge