UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST,                          )
     Plaintiff,                          )
                               )      Civil Action No. 05-1339 (JR)
         v.                          )
                               )
JOHN E. POTTER,                         )
POSTMASTER GENERAL,                     )
     Defendant                           )

**CONSENT MOTION TO EXTEND TIME**

Defendant respectfully requests an extension of time to January 15, 2007, in which to file a response to plaintiff's motion for default judgment.

Defendant filed a motion for summary judgment in this matter on December 6, 2006. On December 19, 2006, plaintiff filed a motion for default judgment and a consent motion seeking an extension of time to January 31, 2007 in which to file a response to defendant's summary judgment motion.

Defendant's counsel has been on prescheduled leave since December 20, 2006, and has been unavailable to respond to plaintiff's motion. Also, in addition to scheduled motions and responses due in District Court over the next two week period, defendant's counsel is engaged in preparing two appellate briefs due in January: *Harris v. Gonzales* due on January 25, 2007 and *Abigail Alliance for Better Access to Developmental Drugs v. Eschenbach* due on January 29, 2007.

This is the first request for an extension of time to file a response to plaintiff's motion. The response currently is due on January 3, 2007. Counsel for the plaintiff has been consulted. She declined to consent to an extension of time until January 31, 2007, but she consents to an extension until January 15, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970