UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST,           )  | |
|     Plaintiff,         ) | |
|                                  ) | Civil Action No. 05-1339 (JR) |
|       v.                        ) | |
| JOHN E. POTTER,        ) | |
| POSTMASTER GENERAL, ) | |
|     Defendant         ) | |

ORDER

Upon consideration of the consent motion for an extension of time to January 15, 2007, in which defendant may file a response to plaintiff's default motion, it is hereby

ORDERED that the motion is GRANTED

Date: _____
UNITED STATES DISTRICT JUDGE