UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN WEST | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 05-1339  (JR) |
| JOHN E. POTTER | : | |
| Defendant. | : | |

ORDER

Upon consideration of plaintiff's motion for default judgment, the defendant's opposition thereto, and the entire record in this matter, it is hereby

ORDERED, that plaintiff's motion is DENIED.

Date: _____
UNITED STATES DISTRICT JUDGE