# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
KEVIN D. WEST                  )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No.  05-1339 (JR)
                               )
JOHN E. POTTER,                )
POSTMASTER GENERAL             )
U.S. POSTAL SERVICE            )
                               )
        Defendant.             )
_____)

## CONSENT MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO MOTINO FOR SUMMARY JUDGMENT TWO PAGES IN EXCESS OF PAGE LIMITATION PARTIAL DEFAULT JUDGMENT

COMES NOW, Plaintiff Kevin D. West, by and through undersigned counsel, to respectfully request leave to file his 52-page Opposition to Defendant's Motion for Summary Judgment.  The Court has already permitted the parties to file their dispositive motions and responses up to 50 pages.  After much effort, Plaintiff could not reduce his Opposition to 50 pages.  Given the multiple adverse actions at issue in this case as well as the many factual disputes that needed to be identified per Rule 56, 52 pages were needed to submit a comprehensive response to the Court.  Plaintiff conferred with Defendant and the Postal Service consents to this Motion.  For these reasons and any other which may appear to the Court, Plaintiff requests permission to file a 52-page Opposition brief.

                                                       Respectfully submitted,

February 1, 2007                By:_____/s/_____
                                                     Teresa W. Murray
                                                     THE LAW OFFICE OF T.W. MURRAY
                                                     1025 Connecticut Avenue, N.W.
                                                   Suite 1000
                                                 Washington, D.C. 20036
                                                 Phone: 202-327-5477
                                                 Fax: 202-327-5451