UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN D. WEST,**         )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                        )<br>                              )<br>**JOHN E. POTTER,**           )<br>**POSTMASTER GENERAL**       )<br>**U.S. POSTAL SERVICE**      )<br>                              )<br>     Defendant.            )<br>_____) | Civil Action No. 05-1339 (JR) |

### ORDER

NOW this _____ day of _____, _____, upon consideration of the Consent Motion for Leave to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment Two Pages in Excess of Page Limitation, it is hereby ORDERED that the Motion is GRANTED.

It is so ORDERED.

_____
James Robertson
U.S. District Court Judge