**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
KEVIN D. WEST,                            )
                                          )
        Plaintiff,                        )
                                          )
  v.                                      )     Case No: 05-1339
                                          )     Judge: James Robertson
JOHN E. POTTER,                           )     Case Type: Emp. Discrimination (442)
POSTMASTER GENERAL                        )
U.S. POSTAL SERVICE                       )
                                          )
        Defendant.                        )
_____)

## NOTICE TO COURT

After consultation with the Court's Electronic Case Filing (ECF) Division,

Plaintiff is hereby filing Notice that he attempted to file his Opposition to Defendant's

Motion for Summary Judgment on January 31, 2007; however, due to an error and some

malfunction with the electronic mail system, the document was not sent to or received by

the ECF general mailbox.  Plaintiff did not receive email notification of this until Friday,

February 2, 2007; thus, he is filing this Notice as well as the Opposition brief again

today.  Plaintiff is providing as an appendix to this Notice the email string between

Plaintiff's counsel's email and the ECF mailbox that shows her two attempts to file the

document.  Plaintiff respectfully requests that the Court accept Plaintiff's Opposition

brief as filed as of the date of her original attempt, January 31, 2007, which was the

deadline for its submission.

Respectfully submitted,


By:_____/s/_____

Teresa W. Murray

THE LAW OFFICE OF T.W. MURRAY

1025 Connecticut Avenue, N.W.

Suite 1000

Washington, D.C. 20036

Phone: 202-327-5477

Fax: 202-327-5451

Dated: February 5, 2007