# YAHOO! MAIL

Print - Close Window

**Date:**   2 Feb 2007 08:55:23 -0000

**From:**   MAILER-DAEMON@yahoo.com

**To:**   twmurrayesq@yahoo.com

**Subject:**   failure notice

```
Hi. This is the qmail-send program at yahoo.com.
I'm afraid I wasn't able to deliver your message to the following
addresses.
This is a permanent error; I've given up. Sorry it didn't work out.

<lotwm@hotmail.com>:
Sorry, I wasn't able to establish an SMTP connection. (#4.4.1)
I'm not going to try again; this message has been in the queue too
long.

--- Below this line is a copy of the message.

Return-Path: <twmurrayesq@yahoo.com>
Received: (qmail 67348 invoked by uid 60001); 1 Feb 2007 07:55:21 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;

h=X-YMail-OSG:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Trans

b=Sx8RFhIA/8H96pMBmJ7xwZJ90UI9hvu6ydQ/g4TN8sEAOZh3oPaIlLd73DswDaCaOqW6zItp7dUmyIjyO
X-YMail-OSG:
3SDU.T8VM1n4MgznapCgWYc27s8MGzuYatPp3XxEnEgLCLgRPog858h5Z3R8uPQj181AURUIn_EdYVK2xG8N
Received: from [69.138.246.83] by web54604.mail.yahoo.com via HTTP;
Wed, 31 Jan 2007 23:55:21 PST
Date: Wed, 31 Jan 2007 23:55:21 -0800 (PST)
From: T W Murray <twmurrayesq@yahoo.com>
Subject: URGENT Request for Filing Assistance, Case #05-1339
To: dcd_cmecf@dcd.uscourts.gov
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="0-120452890-1170316521=:66615"
Content-Transfer-Encoding: 8bit
Message-ID: <567237.66615.qm@web54604.mail.yahoo.com>

--0-120452890-1170316521=:66615
Content-Type: text/plain; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Content-Id:
Content-Disposition: inline

Note: forwarded message attached.

West v. Potter, Case NO. 05-1339 (JR)
As indicated below, shortly before midnight on January
31, 2007, I attempted to email a filing and must have
entered the incorrect email address.  Forgive me.
Would you mind filing the attached documents for me,
with a Jan 31 filing date.  I apologize for asking for
your assistance in converting two of the three
documents to PDF.  I am attaching: 1) Plaintiff's
Opposition to Def's Motion for Summary Judgment; 2)
```

Notice of Bulky Filing (in PDF) and 3) proposed order.
I appreciate your help with this and if you need to
reach me, please feel free to call me on 301-537-0862.

Best Regards,
Teresa Murray

---

TV dinner still cooling?
Check out "Tonight's Picks" on Yahoo! TV.
http://tv.yahoo.com/
--0-120452890-1170316521=:66615
Content-Type: message/rfc822

X-Apparently-To: twmurrayesq@yahoo.com via 206.190.49.183; Wed, 31 Jan
2007 20:56:24 -0800
X-Originating-IP: [208.27.203.95]
Authentication-Results: mta184.mail.re3.yahoo.com
from=smtp2.lsm.gtwy.uscourts.gov; domainkeys=neutral (no sig)
Received: from 208.27.203.95  (EHLO smtp2.lsm.gtwy.uscourts.gov)
(208.27.203.95)
  by mta184.mail.re3.yahoo.com with SMTP; Wed, 31 Jan 2007 20:56:24
-0800
Received: from localhost by smtp2.lsm.gtwy.uscourts.gov;
  31 Jan 2007 23:56:24 -0500
Date: 31 Jan 2007 23:56:24 -0500
To: twmurrayesq@yahoo.com
From: "Mail Delivery System"
<MAILER-DAEMON@smtp2.lsm.gtwy.uscourts.gov>
Subject: Delivery Status Notification (Failure)
MIME-Version: 1.0
Content-Type: multipart/report; report-type=delivery-status;
boundary="1M7mm.4A6CCY9h1.23Cb4.90Hoftx"
Content-Length: 4487

--1M7mm.4A6CCY9h1.23Cb4.90Hoftx
content-type: text/plain

The following message to <dcd_cmecf@ded.uscourts.gov> was
undeliverable.
The reason for the problem:
5.1.0 - Unknown address error 550-'dcd_cmecf@ded.uscourts.gov... No
such user'

--1M7mm.4A6CCY9h1.23Cb4.90Hoftx
content-type: message/delivery-status

Final-Recipient: rfc822;dcd_cmecf@ded.uscourts.gov
Action: failed
Status: 5.0.0 (permanent failure)
Diagnostic-Code: smtp; 5.1.0 - Unknown address error
550-'dcd_cmecf@ded.uscourts.gov... No such user' (delivery attempts: 0)
Reporting-MTA: dns; smtp2.lsm.gtwy.uscourts.gov

--1M7mm.4A6CCY9h1.23Cb4.90Hoftx
content-type: message/rfc822

```
Received: from web54603.mail.yahoo.com (HELO lsmns2o.gtwy.uscourts.gov)
([206.190.49.173])
   by smtp2-ib.lsm.gtwy.dcn with ESMTP; 31 Jan 2007 23:56:23 -0500
Received: from web54603.mail.yahoo.com (web54603.mail.yahoo.com
[206.190.49.173])
        by lsmns2o.gtwy.uscourts.gov (Postfix) with SMTP id 97A55106A26
        for <dcd_cmecf@ded.uscourts.gov>; Wed, 31 Jan 2007 22:56:22 -0600
(CST)
Received: (qmail 21307 invoked by uid 60001); 1 Feb 2007 04:56:16 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
   s=s1024; d=yahoo.com;

h=X-YMail-OSG:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Trans

b=3ahbZZZSlWvEXVRxIDGY3mof9wIOPuEpQuiv7TlY76omsObQDAyGfAYC5lYs8E17mpkJO6Hcdfw2yISVZ
X-YMail-OSG:
80ty0.4VM1m45xDEk11NEeIyeA4oyzHnn.stqFcAv0UFBfTvY1D94HZGJKI1oz0ZnkohnhGvFusNdIAw
Received: from [69.138.246.83] by web54603.mail.yahoo.com via HTTP;
Wed, 31 Jan 2007 20:56:16 PST
Date: Wed, 31 Jan 2007 20:56:16 -0800 (PST)
From: T W Murray <twmurrayesq@yahoo.com>
Subject: Request for PDF conversion and filing - Case 05-1339
To: dcd_cmecf@ded.uscourts.gov
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="0-627913933-1170305776=:21123"
Content-Transfer-Encoding: 8bit
Message-ID: <512027.21123.qm@web54603.mail.yahoo.com>

--0-627913933-1170305776=:21123
Content-Type: text/plain; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Content-Id:
Content-Disposition: inline
```

Please be so kind as to file the following Plaintiff's
Opposition to Defendant's Motion for Summary Judgment
along with the following exhibits: 1) Notice of Bulky
Filing; and 2) Proposed Order in the matter of West v.
Potter, 05-1339 (JR) as of this date.  I would greatly
appreciate your converting the brief and the Proposed
Order as I do not have PDF converstion capabilities at
my location.  I thank you!

If you have any questions or have any problems with
the documents, please contact me on 301-537-0862 which
is my cell where I can be reached anytime.


Best Regards,
Teresa Murray

---

```
Food fight? Enjoy some healthy debate
in the Yahoo! Answers Food & Drink Q&A.
http://answers.yahoo.com/dir/?link=list&sid=396545367
--0-627913933-1170305776=:21123
Content-Type: application/msword; name="Opposition to MSJ 1-31-07.doc"
Content-Transfer-Encoding: base64
```

Content-Description: 869831668-Opposition to MSJ 1-31-07.doc
Content-Disposition: attachment; filename="Opposition to MSJ
1-31-07.doc"

0M8R4KGxGuEAAAAAAAAAAAAAAAAAAAAPgADAP7/CQAGAAAAAAAAAAAAAAAF
AAAAEgIAAAAAAAAAEAAAFAIAAAEAAAD+////AAAAAA0CAAAOAgAADwIAABAC
AAARAgAA//////////////////////////////////////////////////
//////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////
///////////////////////spcEARUAJBAAA+BK/AAAAAAAAEAAAAAAABgAA
gb8BAA4AYmpiaoPmg+YAAAAAAAAAAAAAAAAAAAAAAAAJBBYAltQCAOGMAQDh
jAEAHmsBAD1MAAA1AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAD//w8AAAAAAAA
AAD//w8AAAAAAAAAAD//w8AAAAAAAAAAAAAAAAAAAAIgAAAAAGAHAAAA
AAAAYAcAAGAHAACIBgAA6A0AAGAEAABIEgAAAAAAAEgSAAAAAAAASBIAADQA
AAAAAAAAAAAAHwSAAAAAAA4GIAAAAAADgYgAAAAAAOBiAABoAAAASGMA
ADwDAACEZgAAFAEAAHwSAAAAAAAoQUBAPIBAACkZwAAKgQAAM5rAAAiAAAA
8GsAAAAAADwawAAAAAAPBrAAAAAAAKG0AAGoEAACScQAAXAEAAO5yAACw
AAAAIAUBAAIAAAAiBQEAAAAAACIFAQAAAAAAIgUBAAAAAAAiBQEAAAAAACIF
AQAAAAAAIgUBACQAAACTBwEAUgIAAOUJAQBEAAAARgUBABUAAAAAAAAAAA
AAAAAAAAAAAASBIAAAAAAAACecwAAAAAAAAAAAAAAAAAAAAAAAAAkbQAA
BAAAAChtAAAAAAAAAnnMAAAAAAACecwAAAAAAEYFAQAAAAAAAAAAAAAABI
EgAAAAAAAEgSAAAAAAAA8GsAAAAAAAAAAAAAAAAPBrAAA0AQAAWwUBABYA
AAAQlgAAAAAABCWAAAAAAAEJYAAAAAACecwAAYgsAAEgSAAAAAAAA8GsA
AAAAABIEgAAAAAAAPBrAAAAAAAAIAUBAAAAAAAAAAAAAAABCWAAAAAAA
AAAAnnMAAAAAAAgBQEAAAAABCWAAAWAAAAEJYAAAAAAAmlgAAYgQAAFju
AAAkAwAASBIAAAAAAABIEgAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAFPcAAAAAADwawAA
AAAAAJhnAAAMAAAA0F9HO7xFxwEAAAAAAAAAAAOBiAAAAAAAAAH8AABwSAAB8
8QAAVgAAAAAAAAAAAA3AQBAEQAAABxBQEAMAAAAKEFAQAAAAAA0vEAAEIF
AAApCgEAAAAAAByRAAB+BAAAKQoBAKwAAAA09wAAAAAAAAAAAAAAAAAAfBIA
AAAAAAB8EgAAAAAAAEgSAAAAAAAASBIAAAAAAABIEgAAAAAAAEgSAAAAAAAA
AAAAAAAAAAAU9wAAJAAAACkKAQAAAAAAAAAAAAAAABIEgAAAAAADj3AACk
DQAAAAAAAAAAAAAAAAAAAAAABCWAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAnnMAAAAAAACecwAAAAAA
AJ5zAAAAAAAARgUBAAAAAABGBQEAAAAAHwSAAAAAAAAfBIAAGRQAADgYgAA
AAAAAAAAAAAAAAAAAmpUAAHYAABB8EgAAAAAAAHwSAAAAAAA4GIAAAAAAAC
AAEBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA

AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAFVOSVRF
RCBTVEFURVMgRElTVFJJQ1QgQ09VUlQNCk9SIFRIRIRSBESVNUUklDVCBPRiBD
T0xVTUJJQQ0NX19fX19fX19fX19fX19fX19fX19fX19fX19fDUtF
VklOIEQuIFdFU19QsCQkJCSkNCQkJCKQJCQKQUCVBsYWludGlmZ3xkJ
CQkJCSkNKQlDaXZpbCBCBY3Rpb24g4Tm8uICAwNS0xMzM5IChKUikNKNSk9I
TiBFLiBBQT1RURVIsCQkJKQ1QT1NUTUFTVEVSIEdFTkVSQUwsCSkNVS5TLiBQ
T1NUQUwgU0VWVklDRQkJCSkJIA0JCQkpkDQkJRGVmZW5kYW50cy4pDQpfX19fX19fX19fX19fX19fX19fX19fX19fXykbJDQ0NUExBSU5U
SUZGIEtFVklOIEFdFU1SSUyBPUFBFPU01USU9OIA1UTyBERUZTKRBT1SSUyBN
T1RJT04gRk9SIFNVTU1BUlkgSlVER01FTlQgQ0ND0ND0NDVRlcmVzYSBXXLiBN
dXJyYXkkNVGhlIExhdyBPZmZpZmZpY2VzIG9mIFRlcmVzYSBXLiBN
ZWN0AWN1dCBBdmVudWUsIE4uVy4sNU3Ynd9GlmZUldWZnNdG9udLCBE
LkMuLCAyMDAzNg1QaG9uZTogMjAyLTMyNy01NDc3DUZheDogMjAyLTMyNy01
NDUxDQ1Db3Vuc2VsIGZvciB0aGUGcmGxhaW50aWZmDQ1NRGF0ZTogSmFudWFy
eSAzMSwgMjAwNwxUQUJMRSBPRiBDT05URU5UU1UUxMgVE9DIFFxvICIxLTYyIFx1
IBQNSS4gIElOVFJPRFVDVElPTgtkTIFBBRV0VSUYgX1RvYzc0MTk5NDI4Fxo
IAEUMRUNSUkuICBGQUNUUUWkTIFBBRV0VSUYgX1RvYzc0MTk5NDI1IFxoIAEU
MhUNQS4JU1RBVEVNRU5U5UIE9GIFRIRSBGQUNUUUwkTIFBBROVSRUYgX1RvYzc0
MTk5NDMwIFxoIBRFcnJvciEgQm9va21hcmsgbm90IGRlZmluZWQuFQ1CLLglN
QVRFUklBTCBGQUNUUUyBUTyBXSE1DSCBUSEVSRSBSBJUyBBIEdFTklVTkgUgElT
UFVURQkTIFBBROVSRUYgX1RvYzc0MTk5NDMxIFxoIBRFcnJvciEgQm9va21haA
cmsgbm90IGRlZmluZWQuQfU0JUSUkuICBCBUFBMSUNBQkxkFIExFR0FMIFNUQU5E
QVJEIFwkTIFBBROVSRUYgX1RvYzc0MTk5NDMyIFxoIAEUMTYVDUEuIECBTlWU1t
YXJ5IEp1ZGdtZW50IFN0YW5kYXJkCRIFRHRVJFFRiBfVG9j9jNzQxOTk0MzMg
XGggARQNhUNMS4gIETYuUi5DLlAuIDU0IDCRMgUEFHRVRFRiBfVG9j9jNzQxOTk0Tk0
MzQgXGggARQxNhUNQxNhUNMi4gIENyZWRpYmlsaXR5IEF1Y2pbmRU0gUEFHRVRF
RiBfVG9j9jNzQxOTk0MzUgXGggARQxNhUNMi4gIENyZWRpYmlsaXR5IEF1Y2pbmRU
IIAEUMUNTcVDUEuIECBTlWU1tYXJ5IEp1ZGdtZW50IA==

ZWQuFQ0yKQlXaGlsZSBEZW55aW5nIFdlc3QsIFVTUFMgR3JhbnRzIFN1cGVy
dmlzb3J5IE9wcG9ydHVuaXRpZXMgdG8gU2ltaWxhcmx5LVNpdHVhdGVkVkIENh
dWNhc2lhbiBBYXb3JrZXJzCRMgUEFHRVJJFRiBfVG9jNzQxOTk0NTIgXGggARQz
MhUNYSkJTWVjaGFuWNzCRMgUEFHRVJJFRiBfVG9jNzQxOTR0MTgXGggARQz
MhUNYikJSm9obiBQLiBNaWxsZXISIElJSQkTIFBBR0VSUYgXlRvYzc0MTk5
NDU0IFxoIAEUMzMVDWMpCVByZXRleHQgZm9yIERpc2NyaW1pbmF0aW9uIEVz
dGFibGlzaGVkCRMgUEFHRVJJFRiBfVG9jNzQxOTU0MTgXGggFEVycm9yISBC
b29rbWFyayBub3QgZGVmaW5lZC4gVDWMuCUFjdGdluZyAyMDRCIE9wcG9ydHVu
aXRpZXM6IFJldGFsaWF0aW9uIEN0gQ
--1M7mm.4A6CCY9h1.23Cb4.90Hoftx--


--0-120452890-1170316521=:66615

Content-Type: application/msword; name="Opp MSJ Proposed Order.doc"
Content-Transfer-Encoding: base64
Content-Description: 3367277346-Opp MSJ Proposed Order.doc
Content-Disposition: attachment; filename="Opp MSJ Proposed Order.doc"

0M8R4KGxGuEAAAAAAAAAAAAAAAAAAAAAAPgADAP7/CQAGAAAAAAAAAAAAAAAB
AAAAMgAAAAAAAAAEAAANAAAAAEAAAD+////AAAAADEAAAD/////////////
////////////////////////////////////////////////////
////////////////////////////////////////////////////
////////////////////////////////////////////////////
////////////////////////////////////////////////////
////////////////////////////////////////////////////
////////////////////////////////////////////////////
////////////////////////////////////////////////////
////////////////////////////////////////////////////
////////////////////////////////////////////////////
////////////////////spcEARUAJBAAA8BK/AAAAAAAEAAAAAABgAA
vQsAAA4AYmpiaoPmg+YAAAAAAAAAAAAAAAAAAAAJBBYAKBYAAOGMAQDh
jAEArwMAAAAAAAANAAAAAAAAAAAAAAAAAAAAAAAAAD//w8AAAAAAAA
AAD//w8AAAAAAAAAAD//w8AAAAAAAAAAAAAAAIgAAAAAALQBAAAA
AAAAtAEAALQBAAAAAAAAtAEAAAAAAAC0AQAAAAAAALQBAAAAAAAtAEAABQA
AAAAAAAAAAAAAMgBAAAAAAAAjAUAAAAAAAACMBQAAAAAAAIwFAAA4AAAAxAUA
ABQAAADYBQAAFAAAAMgBAAAAAAAzRUAALYAAAD4BQAAAAAAPgFAAAAAAAA
+AUAAAAAAAD4BQAAAAAAPgFAAAAAAA0wYAAAAADTBgAAAAAANMGAAAA
AAAATBUAAAIAAABOFQAAAAAAAE4VAAAAAAATHUAAAAAAABOFQAAAAAAAE4V
AAAAAAAAThUAACQAAACDFgAAUgIAANUYAABwAAAAchUAABUAAAAAAAAAAAAAA
AAAAAAAAAAtAEAAAAAAACzCAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAADTBgAA
AAAAANMGAAAAAAAswgAAAAAACzCAAAAAAHIVAAAAAAAAAAAAAAAAAAAAC0
AQAAAAAAALQBAAAAAAA+AUAAAAAAADBpAAAAxhxUAABYA
AAAxCgAAAAAADEKAAAAAAAMQoAAAAAAACzCAAAxgAALQBAAAAAAAA+AUA
AAAAAAC0AQAAAAAAPgFAAAAAATBUAAAAAAAAAAAAAAAADEKAAAAAAAA
AAAswgAAAAAABMFQAAAAAAAADEKAAAWAAAAMQoAAAAAAABHCgAAcgAAAPAT
AABUAAAAtAEAAAAAAAC0AQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA0wYAAAA
ANMGAAAAAAAchUAAAAAAAByFQAAAAAAAMgBAAAAAAAAyAEAAAPAAACMBQAA
AAAAAAAAAAAAAAAA0wkAAF4AAADIAQAAAAAAAMgBAAAAAAAjAUAAAAAAAAC
AAEBAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA

AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAFVOSVRF
RCBTVEFURVMgRElTVFJJQ1QgQ09VUlQNRk9SIFRIRRSBESVNUUklDVCBPRiBD
T0xVTUJJQQ0NX19fX19fX19fX19fX19fX19fX19fX19fX19fX19fDUtF
VklOIEQuFdFU1QsCQkJCSkNCQkJCQ0JKQ0JCVBsYWludGlmZ1mZiwJCQkpDQkJ
CQkJCSkNKQ1DaXZppbCBBY3Rpb24g24gTm8uICAwNS0xMzM5IChKUikNKQkNSk9I
TiBFLiBQT1RURVISCQkJKQ1QT1NUUFTVEVVSIEdFTkVSQUwJCSkNVS5TLiBQ
T1NUQUwgU0VVVklDRQkJCSkIJA0JCJCJQ0JKCQkpDQkJRGVmZW5kYW50cwkJCSkJ
DV9fX19fX19fX19fX19fX19fX19fX19fX19fXykJDQ1PUkRFUg0N
CU5PVyB0aGlzGlzIF9fX19fIGRheSBvZiBfX19fX19fX19fX19f18sIF9fX19f
XywgdXBvbiBjb25zaWRlcmF0aW9uIG9mIHRoZSBEZWZlbmRhbnRzIFNjeBNb3Rp
b24gZm9yIFN1bW1hcnkgSnVkZ211bnQsIFBsYWludGlmZydzIE9wcG9zaXRpb24g
b24gYW5kIFJlcGx5IGFuZCBhbnkgb3RoZXIgcGFwZXJzGlmaWxlZCBoZXJ1aW4sIGl0
bCBCdcHBvc2l0aW9uIGFubmN1cmNWbGllcyB0aGUgB03GVUtvBlcB9pcmVBocemVBZd
dW1tYXJ5IEp1ZGdtZW50IGlzIGhlcmVieSBncmFudGVkLiBGdXJ0aGVyIGl0IGlz
ZmVuZGFudCBzaGFsbCBkZXNpZ25hdGUgYW4gYWdlbnQgSW4gcGxhY2Ugb2YgdGhlc2
byBwcm9kdWNlIGFueSBkb2N1bWVudHMgc3ViamVjdCB0byB0aGUgQWdyZWVtZW50IA0N
X19fX19fX187DXdpdGhpbiBmX19fX19fbiEGRheXMgb2YgdGhlIGRhdGUgb2YgdGh
dXMgY29uZmlybWVkIG5jZSBmX19fX19fIG5jZSB0aGUgaW5mb3JtYXRpb24gaGFzIG
cmlsbGBGF0aW5lIGVnaGJyYWdib3J0bGAGF0aW5lFRlVTFRCBpY2xkc2FsaW5lIA0N
SXQgaXMgaGVyZWJ5IE9SREVSRUQgdGhhdCB0aGUgRGVmZW5kYW50JyBIBTlbnBvbnYg
aXN0cmljdDBDb3VydCBkaWVrdGlvbiBjbxBdCBvcmRlciBvciBkZWNyZWUgIFA0D
DQ0EDQ0NDQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABgAAOggAAF0IAABvCAAA
cAgAAHEIAAB7CAAAhAgAALYIAADICAAAyQgAAN4IAADfCAAA9ggAAPkIAAD6
CAAABAkAAA4JAAA3CQAAOAkAADkJAAA/CQAAOAkAAEEJAABoCQAAbgkAAIYJ
AACJCQAAigkAAKKkJAACzCQAA8gkAAPkJAAAZCAD0oABoKAAAsCgAAMQoA
ADIKAAA2CgAAQgoAAEMKAABJCgAATQoAAVGEKAAA8CgAAeAoAAPDPDksu9y7XL
1svWy9bLvcu1y66qo5mSi4eLh4uDf4N7d7N7d3N3t3h3t3N3h3N3N38AAAAABhZo
VWdrAAAGFmgDMhwAAAYWaFRZfQAABhZoVQ1rAAAGFmheevYAAAwVaFhLiwAW
aF569gAADBVoYitDABZoXnr2AAASFWhJA/IAFmheevYANQiAANQiAAAWaF56
9gA1CIE+KgEABhZou19AAAAMFFWgeUW8AFmi7X0AAAA4WaLtfQABDbAShoAYUoa
AAAaFWj2RosAFmi7X0AANQiBhZ0oaAFwIgWFKGgaAFFVoHlFvABZou19AAENK
GgBhShoAABoVWgDMhwAAAYWaFRZfQAABhZoVQ1rAAAGFmhi7X0AAAA4WaLti7
X0AAOgiBQOoaAAGFKGgAdFWgeUW8AFmi7X0AAAQiBOgiBQOoaAFwIgWFKGgaA
LgAGAAAdCAAAOggAADsIAABdCAAAcQgAAHIkIAACKCCAAAkggAALMIAAC2CAAA
yggAAOIAAAD6CAAABQkAAABQJAAA8QAAOQkAAD8JAAABACAAAHkIAAHkKAADf
CgAA9wAAAAAAAAAAAAAAAAAAAPcAAAAAAAAAAAAADyAAAAAAAAAAAAAA8gAAAA
AAAAAAAAAAAAAPIAAAAAAAAAADyAAAAAAAAAAAAAAAAAAA8gAAAAAAAAA8gAAAA
AAAAAPIAAAAAAAAAAADmAAAAAAAAAAAAA3QAAAAAAAAAAAAAAPIA
AAAAAAAAAAAAADyAAAAAAAAAAAAAA8gAAAAAAAAAAAAAPIAAAAAAAAADR
AAAAAAAAAAAAAAAAA0QAAAAAAAAAAAAAAAMkAAAAAAAAAAAC+AAAAAAAA
AAAAAAAvgAAAAAAAAAAAAAACwAACiYAC0YEABJk4AEBAGdkVFl9AAAH

AAASZOABAQBnZF569gAACwAAAyQBD4RoAV6EaAFhJAFnZF569gAACAAAD4Tg
EF6E4BBnZLtfQAAMAAAKJgALRgEAEYTw8WCE8PFnZLtfQAAABAAAZ2S7X0AA
AAcAAAMkAWEkAWdku19AAAAWAAYAAK8LAAC8CwAA/f0AAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEBAABAQJ4CgAAeQoAAFgL
AABaCwAAXAsAAF0LAABtCwAAbgsAAG8LAAB+CwAAggsAAJwLAACuCwAArwsA
ALALAACyCwAAswsAALULAAC2CwAAuAsAALkLAAC8CwAAvQsAAPz49PD86fD0
8Pzw/OTc2NzY3Njc2OQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAGFmgtF7EAAA8DagAAAAAWaC0XsQBVCAEJFmi7
X0AANQiBDBVoWEuLABZoXnr2AAAGFmhVZ2sAAAYWaFRZfQAABhZoVQ1rAAAG
FmheevYAFt8KAABZCwAAWgsAAG4LAABvCwAAgwsAAAK4LAACvCwAAsQsAALIL
AAC0CwAAtQsAALcLAAC4CwAAugsAALsLAAC8CwAAvQsAAPQAAAAAAAAAAAAA
AADkAAAAAAAAAAAAAAA5AAAAAAAAAAAAAAAAOQAAAAAAAAAAAAAADPAAAA
AAAAAAAAAAwgAAAAAAAAAAAAL0AAAAAAAAAAC7AAAAAAAAAAA
AAAuwAAAAAAAAAAAAALsAAAAAAAAAAAC7AAAAAAAAAAAAAAuwAAAAAAAAA
AAAAAAAAALsAAAAAAAAAAAAC7AAAAAAAAAAAAAAAAuwAAAAAAAAA
AAAAALsAAAAAAAAAAAAAAC9AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAEAABnZLtfQAAADAAAD4SwExGE
0AJehLATYITQAmdkVWdrABUAAA+EsBMRhNACJGQEAQABTsYIAAAA/wQBAQBe
hLATYITQAmdkVWdrAAAPAAAPhLATEYTQAhJk4AEBAF6EsBNghNACZ2RVZ2sA
CwAACiYAC0YEABJk4AEBAGdkVF19AAARJgAxkGgBOnAUL4QAH7DQLyCw4D0h
sKAFIrCgBSOQoAUkkKAFJbAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA

```
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
```

AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAFAAR
ABIAAQCcAA8AAwAAAAAAAAAAAEAAAEDx/wIAQAAMBAAAu19AAAAABgBOAG8A
cgBtAGEAbAAAAAIAAAAYAENKGABfSAEEYUoYAG1ICQRzSAkEdEgJBAAAAAAA
AAAAAAAAAAAAAAAAAEQAQQDy/6EARAAMBQAAAAAAAAAAAFgBEAGUAZgBhAHUA
bAB0ACAAUABhAHIAYQBnAHIAYQBwAGgAIABGAG8AbgB0AAAAAABSAG1A8/+z
AFIADAUAAAAAAAAAAwAVABhAGIAbABlACAATgBvAHIAbQBhAGwAAAACABf2
AwAANNYGAAEKA2wANNYGAAEFAwAAYfYDAAACAAsAAAoAGtA9P/BACgAAAUA
AAAAAAAAAAcATgBvACAATABpAHMAdAAAAAIAAAAAAAAAAPgAdQAEA8gA+AAwF
AAC7X0AAAAANAEYAbwBvAHQAbgBvAHQAZQAgAFQAZQB4AHQAAAAACAA8ACABD
ShQAYUoUAEAAJgCiAAEBQAAMBQAAu19AAAAAEgBGAG8AbwB0AG4Ab0AGUA
IABSAGUAZgBlAHIAZQBuAGMAZQAAAAMASCoBAAAAAAC9AwAABgAAFgAAAAD/
////AAAAB0AAAA6AAAAOwAAAF0AAABxAAAAeQAAAIoAAACSAAAAAswAAALYA
AADKAAAA4AAAAPoAAAACAQAAFAEAADgBAAAA5AAAA5AQAAPwEAAEBAAAyAgAAeQIA
AN8CAABZAwAAWWgMAAG4DAABvAwAAgwMAAK4DAACvAwAAvgMAAG2AJgAAAAAMAAA
AAAAAACAAAAgAAAAAAAAAAgACYAAAAADAAAAAAAAAgAAAAAIAAAAAAAAAA
AIAAmAAAAAwAAAAAAAAIAAAAACAAAAAAAAAACAAJgAAAAAMAAAAAAAAACA
AAAAgAAAAAAAAAAgACYAAAADAAAAAAAAgAAAAIAAAAAAAAAAAAIAAmAAA
AAwAAAAAAAAIAAAACAAAAAAAAAACAAJgAAAAMAAAAAAAAACAAJgAAAAMAAGAAA
AAAAAAAAgACYAAAADAAAAAAAAgAAAAIAAAAAAAAIAAmAABIAAwAAAA
AAAAAIAAACAAAAAAAAAAACAAJgAAAAMAAAAAAAAACAAAAAgAAAAAAAAAA
gACYAAAADAAAAAAAAgAAAAIAAAAAAAAAAIAAmAAAAAwAAAAAAAAIAAAAIAA
AACAAAAAAAAACAAJgAAAAMAAAAAAAAACAAAAgAAAAAAAAAgACYAAAA
ADAAAAAAAAgAAAAIAAAAAAAAAAIAAmAAAAAwAAAAAAAAIAAAACAAAAA
AAAAACAAJgAAAAMAAAAAAAAACAAAAgAAAAAAAAAgACYAAAAAAAADAAAAAA
AAAAgAAAAIAAAAAAAAAAAIAAmAAAAAwAAAAAAAAIAAACAAAAAAAAAAAACA
AJgAAAAMAAAAAAAAAgAAAAIAAAAAAAAAAIAAmAAAAAwAAAAAAAAIAAAAAgAAAA
ATAAAAAAAAAAIAAmAAEIAAwAAAAAAAAIAAAACAAAAAAAAAACAAJgABCAA
MAEAAAAAAACAAAAgAAAAAAAAAAgACYAAQgADACAAAAAAAgAAAAIAAAAAAA
AAAAIAAmAAAAAwAAAAAAAAIAAAADAAAAAAAAAgABaAAAAAABAAAAAAAAA
AACAAAAAgAAAAAAAAACYAAAADAAAAAAAAgAAAAIAAAAAAAAAAgACYAAAA
mAAAAAwAAAAAAAAIAAAACAAAAAmAAAAAAAJgAAAAMAAAAAAAAACAAAAA
gAAAACAAAAgACYAAAAADAAAAAAAAgAAAAIAAAACYAAAACrDoBMAAA
AAAAAAAAQAAAAEAAAAAAAA+AacBwAAAAADAAAABgAAAAYAAAAYAAAAJAAAADAAA
AAwAAAMAAAADAAAAAwAAAAMAAAADAAAAwAAAAAPAAAAAAYAAAPAAAyAAHgKAAC9CwAA
BgAAAAkAAAAABgAA3woAAL0LAAAHAAAAAAcgAAAAAGAAC8CwAACAAAAA8AAPA4
AAAAAAAG8BgAAAACCAAAAgAAAAEAAAAABAAAAAQAAAAAQAAAAIAAAAAAAA
AAAAP8AgICAAPcAABAwAC8JIAAAAAQAAjwCAAAAEAAAABBAAAAwAD8DAA
AAAPAATwKAAAAEAcfAQAAAQAAjwwAAAAAAAAAAAAAIACvAIAAAAQA
AAUAAAAPAATwQgAAABIACvAIAAAAQQAAAAOAABTAAvwHgAAAL8BAAAQAMsB

AAAAAP8BAAAIAAQDCQAAAD8DAQABAAAAEfAEAAAAAQAAAP//BAAAAAYALWcE
AAAAAQDKDf4CBgAuZwQAAQABAAQ5AgMGAC9nBAAAAAEAHAr+AgYAMGcEAAEA
AQAc/wMDJQAAACUAAADgAAAA4AAAAL4DAAAAAAAAgABAAAAAgACAAAAAgAD
AAAAAgA5AAAAOQAAAOQAAADkAAAAvgMAAAAAAAABAAAAgAAAAMAAAADAAAA
aQAAAAMAAAAggHVybjpzY2h1bWFzLWluL1pY29mZ19ib206b2ZmaWWN1OnNt
YXJJ0dGGFncwWAU3RhdGUwgGh0dHA6Ly93d3cuYW5lWU1ZaWWZ1pY3Jvc29mdC1j
b206b2ZmaWN1OnNtYXJJ0dGFnc18AAAABAAAAKoB1cm46c2NoZW1hcy1pbWWN1
b3NvZnQtY29tOm9mZmlj2TpzbWFydGRhdHamOgNvbW050cnkGCmNVnaW9uUYBo
dHRwOi8vd3d3LmW1jb3NvZnQtY29tOm9mZmlj2TpzbWFydGRhdGgTGuGTAGLI
dHRwOi8vd3d3LmW1jb3NvZnQtY29tOm9mZmlj2TpzbWFydGRhdGgTGuGTAGLI
dHRwOi8vd3d3LmW1jb3NvZnQtY29tOm9mZmlj2TpzbWFydGRhdGgTGuGTAGLI
AAMAAAAAAAQAAAAAAAEAAAAAAAAAAACqAgAAsQIAAK8DAACvAwAAsQMAALED
AACyAwAAsgMAAMAAALQDAAC1AwMAtAMAAC6AwAAuwMAAL4DAAAAAAAABwAE
AAcABAACAAQABwAEAAcABAAAHAAQAAQgAAQgAABBAEAAA4BAAADfAgA59IAAK5B
AACvAwAAsQMAAMAAALEDAACyAwMAAwMAAABBAHAAUQABwAEAAcABAAAuwMA
AL4DAAAHADMBMBwAzAcAABAAHAAQAAQgAAQgAABPAABwAEAAaT1AAAAAM4B
AADbAQAANgIAAEIACAABJAgAAXgIAAIICAACCAgAAqgIAAKoCAACdAwAANQMA
AK4DAAC+AwAAAAwEAAAMABAADAAQAAwAAwAEAAMABAAADAAQAAwAEAAcqAgAA
sQIAAK8DAACvAwAAsQMAALED AACvAwAAsgMAAMAAALED AAC1AwDAAC6
AwAAuwMAAL4DAAAHAAQAAQAEAAc AABAACAAQABwAEAAcABAAAHAAQAAgD//wIA
AAAGAFQAZQByAGUAcwBhAAABAD7dGwZxmfmFf8P/w//D/8P/w//D/8P/w//
DxAAAgIUS14vEEb/D/8P/w//D/8P/w8QAPd0b1gW2lwQ/w//D/8P
/w//D/8P/w//D/8PEAA6NNNoRBaSg/8P/w//D/8P/w//D/8P/w//DxAAAAQAA
AAAAAQAAAAAAAAAAAAAAAAAAAAAxgAAA+EOAQRhJj+FcYFAAE4BAZehDgE
YISY/m8oAAIAAAApAAEAAAAgAEAAAAAAAAAAAAAAAoYAAPhAgH
EYSY/hXGBQABCAcGXoQIB2CEmP6HaAAAAAACISAAAAgABAC4AAQAAAKCAQAA
AAAAAAAAAAAAAAAAAAAAChgAAA+E2AkRhEz/FcYFAAHYCQZehNgJYIRM/4do
AAAAAIhIAAACAAIALgABAAAAAIABAAAAAAAAAAAAAAAAAKGAAAD4So
DBGEmP4VxgUAAagMB1l6EqAxghJj+h2gAAAAAiEgAAAIAAwAuAAEAAEAAAAEgAEA
AAAAAAAAAAAAAAAAAoYAAAPhHgPEYSY/hXGBQABeA8GX04D2CEmP6H
aAAAAACISAAAAgAEAC4AAQAAAAKCAQAAAAAAAAAAAAAAAAAAAChgAAA+E
SBIRhEz/FcYFAAFIEgZehEgSYIRM/4doAAAAAIhIAAACAAUALgABAAAAAIAB
AAAAAAAAAAAAAAAAAAKGAAAD4QYFRGEmP4VxgUAAgRVB16EGBVghJj+
h2gAAAAAiEgAAAIABgAuAAEAAEAAEgAEAAAAAAAAAAAAAAAAAAAoYAAAP
hOgXEYSY/hXGBQAB6BcGX04oToF2CEmP6HaAAAAAACISAAAAgAHAC4AAQAAAAKC
AQAAAAAAAAAAAAAAAAAAAChgAAA+EuBoRhEz/FcYFAAG4GgZehLgaYIRM
/4doAAAAAIhIAAACAAgAAgALgABAAAA/wAAAAAAAAAAAAAAAAAAAAAAAANGAAA
D4Q4BBGEmP4VxgUAATgEB16EOARghJj+bygAh2gAAAAAiEgAAAAMMAQyAC4A
AQAAAASAAQAAAAAAAAAAAAAAAAAChgAAA+EoAURhJj+FcYFAAGGBQZe
hKAFYISY/odoAAAAAIhIAAACAAEALgABAAAAAoIBAAAAAAAAAAAAAAAAAAAA
AAAKGAAAD4RwCBGETP8VxgUAAXAIB16EcAhghEz/h2gAAAAAiEgAAAAAu
AAEAAAAASAAQAAAAAAAAAAAAAAAAAoYAAAPhEALEYSY/hXGBQABsB6EHEZ/h2gAAAAAiEgAAAAAAoIBAAAAAAAAAAAAAAAAAAAAAAAAoYAAAPhMAU
CAAuAAEAAAAAEAEAAAAAAAAAAAAAAABoAQAAAAAAAoYAAAPhNACEYSY/hXGBQAB
0AIGXoTQAmCEmP6HaAAAAAACISAAAAgADAC4AAQAAAAAAAASAAQAAAAAAAAAAAAAAAgb
AAAAAAAAChgAAA+EoAURhJj+FcYFAAGGBQZehKAFYISY/odoAAAAAIhIAAAC
AAEALgABAAAAAoIBAAAAAAAAAAaAEAAAAAAAKAAAAAAAAAAAAKGAAAD4RwCBGETP8VxgUA
AXAIB16EcAhghEz/h2gAAAAAiEgAAAIAu
AAEAAAAAEAEAAAAAAAAAAAAAAABoAQAAAAAAAoYAAAPhEALEYSY/hXGBQABsB6EHEZ/h2gAAAAAiEgAAAAAAoIBAAAAAAAAAAAAAAAAAAAAAAAAoYAAAPhMAU
AgADAC4AAQASOQAQAAAAAAAAAgBAAAAAAAoBAAAAAAAAAAAAAChgAAA+EEA4RhJj+FcYF
AAEQDgZehBAOYISY/odoAAAAAIhIAAACAAQALgABAAAAApIBAAAAAAAAAAAA
aAEAAAAAAAKGAAAD4TgBGBETP8VxgUAAeAQBQghEz/h2gAAAAAiEgA

AAIABQAuAAEAAAAAkAEAAAAAAAAAAABoAQAAAAAAAoYAAAPhLATEYSY/hXG
BQABsBMGXoSwE2CEmP6HaAAAAACISAAAAgAGAC4AAQAAAASQAQAAAAAAAAAA
AGgBAAAAAAAAChgAAA+EgBYRhJj+FcYFAAGAFgZehIAWYISY/odoAAAAAIhI
AAACAAcALgABAAAAApIBAAAAAAAAAAAAaaEAAAAAAAAKGAAAD4RQGRGETP8V
xgUAAVAZBl6EUBlghEz/h2gAAAAAiEgAAAIACAAuAAUAAAAACAAEAAAAAAAAA
AAAAAAAAAAAAAAMYAAAPhOAQEYQw/RXGBQAB4BAGXoTgEGCEMP1vKAACAAAA
LgABAAAABAABAAAAAAAAAAAAAAAAAAAAAGAAAD4RIEhGEmP4VxgUAAUgS
Bl6ESBJghJj+AgABAC4AAQAAAAICAQAAAAAAAAAAAAAAAAAAAAABgAAA+E
GBURhEz/FcYFAAEYFQZehBgVYIRM/wIAAgAuAAEAAAAAAEAAAAAAAAAAAA
AAAAAAAAAAAYAAAPhOgXEYSY/hXGBQAB6BcGXoToF2CEmP4CAAMALgABAAAA
BAABAAAAAAAAAAAAAAAAAAAAAGAAAD4S4GhGEmP4VxgUAAbgaBl6EuBpg
hJj+AgAEAC4AAQAAAAICAQAAAAAAAAAAAAAAAAAAAAABgAAA+EiBORhEz/
FcYFAAGIHQZehIgdYIRM/wIABQAuAAEAAAAAAEAAAAAAAAAAAAAAAAAAAAAA
AAAYAAAPhFggEYSY/hXGBQABWCAGXoRYIGCEmP4CAAYALgABAAAABAABAAAA
AAAAAAAAAAAAAAAAAAAGAAAD4QoIxGEmP4VxgUAASgjBl6EKCNghJj+AgAH
AC4AAQAAAAICAQAAAAAAAAAAAAAAAAAAAAABgAAA+E+CURhEz/FcYFAAH4
JQZehPglYIRM/wIACAAuAAQAAAA6NNNoAAAAAAAAAAAAAAA93RvWAAAAAAA
AAAAAAAAAAICFEsAAAAAAAAAAAAAAAAD7dGwZAAAAAAAAAAAAAAAAAA////////
////////////////BAAAAAAAAAAAAAA//8EAAAAEgBQNh7tGQAJBBsACQQP
AAkEGQAJBBsACQQPAAkEGQAJBBsACQQSAHCxMEIZAAkEGwAJBA8ACQQZAAkE
GwAJBA8ACQQZAAkEGwAJBBIADwAJBBkACQQbAAkEDwAJBBkACQQbAAkEDwAJ
BBkACQQbAAkEEgBkw5KNGQAJBBsACQQPAAkEGQAJBBsACQQPAAkEGQAJBBsA
CQQRAAAABAAAAAgAAADlAAAAAAAAABAAAAA4YBkAAzIcAJ4/KgC7X0AALEpR
AD5EZwBVDWsAVWdrAFRZfQAUL4QALRexAIpTwADWHMkAE3LMADcB2ADCBuAA
Xnr2AP9AAYABAKoCAACqAgAAjDwSBAEAAQCqAgAAAAAAAKoCAAAAAAAAhAA
AAAAAAAvQMAAGAAAABAAQAAA//8BAAAABwBVAG4AsuBVAG4AawBuaAG8AdwBuaP//AQAI
AAAAAAAAAD//wEAAAAAP//AAACAP//AAACAP//AAAAAAMA
AABHFpABAAACAgYDBQQFAgMEH3oAIAAAAIAIAAAAAAAP8BAAAAAAAAVABp
AG0AZQBzACAATgBlAHcAIABSAG8AbQBhAG4AAAA1FpABAgAFBQECAQcGAgUH
AAAAAAAAAABAAAAAAAAAAAAAAIAAAAAAAUwBB5AG0AYgUAYGvAGwAAAAAzJpABAAAC
CwYEAgCAgIEhzoAIAAAAAAAAAAAAAAP8BAAAAAAAAAQQByAGkAYQBsAAAA
IgAEADEIiRgA8NACAABoAQAAAAi47EGouOxBk+bmmYCAAYAAACMAAAAIwMA
AAEAAQAAAQAAxAGAAAAjAAAACMDAAABAAEAAAAGAAAAAAAAACEDAPAQAAAA
AQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAKFoAV4
ALQAgoISNAAAEAAZAGQAAAAAZAAAArgMAAK4DAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAACDKDUQDwEAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAC
AAAAAAAAAAAAACDKDUQDwEAAIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AABLWAAAAAAJ8P8PAQAABPwAA5AQAAP///3////9/////E////3////9/////
f////3+7X0AA//8SAAAAAAAABwAVQBOAEkAvAABFAEQAIABTAFQAQAQQBUAEUIA
UwAgAEQASQBTAFQAUgBIAEMATAVAAgBJAEMAAAVAAgBEAEMALABVWFYYAAAAAAAABACAABgBU
AGUUAcgB1AHMAYQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABwAAAAGAAAABAAAAAA
DAABAAwAgAgMAAMADAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAD+/wAABQEC
AAAAAAAAAAAAAAAAAAAAABAAAA4IWf8v1PaBCrkQgAKyez2TAAAACQAQAA
EgAAAAEAAACYAAAAgAAAAKAAAAADAAAAyAAAAAAQAAADUAAABOAAAAOAAAAAAG
AAAA7AAAAACAAD4AAAACAAAAgBAAAAAGAEAABIAAAAAkAQAACgAAAAEB
AAALAAAATAEAAAwAAAABYAAAADAAAAAGABAAEAA1ABAAAAAABAAAAAA
AIABAAATAAAAAiAEAAAIAAAADkBAAAHgAAB0AAABVTklURQgU1RBRVVTTIERJ
U1RSSUNUIENPUPVVJUAAAAAAB4AAAAABAAAAAAAA5JVB4AAAACAAAAAIABJVB4AAAB
AAAAAAJVB4AAAABAAAAAABJVB4AAAAAHAAAAAATm9ybWFsAFMeAAAABwAAAAFRl
cmVzYQBTHgAAAAIAAAAYAHJlHgAAAABQAAABNaWYb3NvZnQgV29yZCCAxC4w

AEAAAAAApJPWAAAAAEAAAAAAKpgE2dTFAUAAAAAARFpCE0PHAUAAAAAARFpC
E0PHAQMAAAABAAAAAwAAAIwAAAADAAAAIwMAAAMAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA

AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA/v8AAAUB
AgAAAAAAAAAAAAAAAAAAAAAAQAAAALVzdWcLhsQk5cIACss+a4wAAAAJAEA
AAwAAAABAAAAaAAAAA8AAABwAAAABQAAAJwAAAAGAAAApAAAABEAAACsAAAA
FwAAALQAAAALAAAAvAAAABAAAADEAAAAEwAAAMwAAAAWAAAAWAAAA1AAAAA0AAADc
AAAADAAAAAUBAAACAAAA5AQAAB4AAAAkAAAAkAAAAVGh1IExhdhyBPZmZmpY2VzIG9m
IFFuVy4gTXVycmF5LCBMLCBCMTEMA0wAAAYYAAAADAAAAAQAAAAMAAACuAwAAwAA
AK0NCgALAAAAAAAAAsAAAAAAAACwAAAAAAAAALAAAAAAAAB4QAAABAAAA
HQAAAFVOOSVRFRCBTVEFURVRVMgRElTVFVFJJJQ1QgQOU9VUlQDBAAAAAIAAAAeAAAA
BgAAAFRpdGxlAAMAAAABAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA

AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEAAAAC
AAAAAwAAAAQAAAAFAAAABgAAAAcAAAAIAAAACQAAAAoAAAALAAAA/v///w0A
AAAOAAAADwAAABAAAAAAAAAAEgAAABMAAAD+////FQAAABYAAAAXAAAAGAAA
ABkAAAAaAAAAGwAAABwAAAAdAAAAHgAAAB8AAAAgAAAA/v///yIAAAAjAAAA

JAAAACUAAAAmAAAAJwAAACgAAAD+////KgAAACsAAAAsAAAALQAAAC4AAAAv
AAAAMAAAAP7////9////MwAAAP7////+/////v///////////////////////
/////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////
/////////////////////////////////////////////////////////
///////////////UgBvAG8AdAAgAEUAbgB0AHIAeQAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABYABQH//////////wMA
AAAGCQIAAAAAAMAAAAAAABGAAAAAAAAAAAAAAAAKQITRNDxwE1AAAAgAAA
AAAAAABEAGEAdABhAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAACgACAf//////////wAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAwAAAAAEAAAAAAADEA
VABhAGIAbABlAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAOAAIBAQAAAAYAAAD/////AAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAFAAAAGEZAAAAAAAAVwBvAHIAZABE
AG8AYwB1AG0AZQBuAHQAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAABoAAgECAAAABQAAAP////8AAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAKBYAAAAAAAAFAFMAdQBtAG0AYQByAHkA

--- End of message stripped.