UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL )<br>U.S. POSTAL SERVICE )<br>)<br>Defendant. )<br>) | Case No: 05-1339<br>Judge: James Robertson<br>Case Type: Emp. Discrimination (442) |

## NOTICE OF BULKY FILING

Notice is hereby provided that Plaintiff Kevin D. West will be filing a CD-Rom with the Clerk of the Court containing all exhibits to his Opposition to Defendants' Motion for Summary Judgment. The exhibits and attached Statement and Rule 56(f) Motion were too voluminous to attach to the Opposition in the ECF system. Defendant will be served a copy of the CD as well.

Respectfully submitted,

By: _____/s/_____
Teresa W. Murray
THE LAW OFFICE OF T.W. MURRAY
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Phone: 202-327-5477
Fax: 202-327-5451

Dated: January 31, 2007