## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**KEVIN D. WEST,**   )
                    )
    Plaintiff,   )
                    )
  v.               )   Civil Action No. 05-1339 (JR)
                    )
**JOHN E. POTTER,**   )
**POSTMASTER GENERAL**   )
**U.S. POSTAL SERVICE**   )
                    )
    Defendant.   )
_____)

## **ORDER**

NOW this _____ day of _____, _____, upon consideration of the Defendant's Motion for Summary Judgment, Plaintiff's Opposition and accompanying Rule 56(f) Motion, and all oppositions and replies thereto, it is hereby ORDERED that

1) the Defendant's Motion for Summary Judgment is DENIED in its entirety;

2) Defendant shall comply with the Court's Order to produce discovery outlined therein by _____;

3) within ____ days thereafter, a status conference shall be set for purposes of formulating a pretrial order in this case.

It is so ORDERED.

_____
James Robertson
U.S. District Court Judge