```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| KEVIN D. WEST, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 05-1339 (RMU) |
| v. | ) |
| | ) |
| JOHN E. POTTER, | ) |
| POSTMASTER GENERAL, | ) |
| | ) |
|     Defendant. | ) |

### DECLARATION OF ADRIAN A. AMES

I, Adrian A. Ames, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently the Manager, Vehicle Maintenance Facility at the U.S. Postal Service's Hampton Vehicle Maintenance Facility in Hampton, VA. I have held a Supervisory position in Transportation since 1989. I have been employed by the U.S. Postal Service since 1979.

2. I was on the selection committee for vacancies 31-2 (Supervisor, Vehicle Maintenance); and 33-02 (Supervisor, Vehicle Maintenance) of which Kevin West was an applicant.

3. At no time prior to the selection of candidates for the vacancies outlined in Paragraph No. 2 above, did any employee of the Postal Service or otherwise, influence my decision in the

1

selection process for the vacancies of which Kevin West was an applicant.

4. At no time prior to the selection of candidates for the vacancies outlined in Paragraph No. 2 above, was I contacted by any employee of the Postal Service, via verbal or written communication, to discuss which candidates I should select in the above cited vacancies. Neither Timothy Currie nor David E. Cooke contacted me verbally or via any correspondence regarding which candidates to select.

I declare the foregoing to be true and correct.

Executed this 8th day of March 2007

*[signature]*
Adrian A. Ames
Manager, Vehicle Maintenance Facility

2