UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1339 (RMU) |
| v. | ) |
| | ) |
| JOHN E. POTTER, | ) |
| POSTMASTER GENERAL, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF DIANE HATFIELD

I, Diane Hatfield, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently the Manager, Vehicle Maintenance Facility at the U.S. Postal Service's at the Gaithersburg Vehicle Maintenance Facility in Gaithersburg, MD. I have held a Supervisory position in Vehicle Maintenance since August 1999. I have been employed by the U.S. Postal Service since May 1986.

2. I was on the selection committee for vacancies 31-2 (Supervisor, Vehicle Maintenance); and 33-02 (Supervisor, Vehicle Maintenance) of which Kevin West was an applicant.

3. At no time prior to the selection of candidates for the vacancies outlined in Paragraph No. 2 above, did any employee of the Postal Service or otherwise, influence my decision in the

1

the Postal Service or otherwise, influence my decision in the selection process for the vacancies of which Kevin West was an applicant.

4. At no time prior to the selection of candidates for the vacancies outlined in Paragraph No. 2 above, was I contacted by any employee of the Postal Service, via verbal or written communication, to discuss which candidates I should select in the above cited vacancies. Neither Timothy Currie nor David E. Cooke contacted me verbally or via any correspondence regarding which candidates to select.

I declare the foregoing to be true and correct.

Executed this 9th day of March 2007

Diane Hatfield
Manager Vehicle Maintenance Facility



2

