UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1339 (RMU) |
| v. | ) |
| | ) |
| JOHN E. POTTER, | ) |
| POSTMASTER GENERAL, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF HARVEY J. BANKS

I, Harvey J. Banks, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently the Supervisor, Transportation Operations at the U.S. Postal Service's at the Suburban Maryland Processing and Distribution Center in Gaithersburg, Maryland. I have held a Supervisory position in Transportation since 1977. I have been employed by the U.S. Postal Service since 1969.

2. I was on the review committee for vacancies 14-03 (Washington DC, Supervisor, Vehicle Maintenance); 15-03 (Largo II, Supervisor Vehicle Maintenance) and 23-03 (Supervisor, Vehicle Maintenance, Largo II) of which Kevin West was an applicant.

3. At no time prior to the selection of candidates for the

1

vacancies outlined in Paragraph No. 2 above, did any employee of the Postal Service or otherwise, influence my decision in the selection process for the vacancies of which Kevin West was an applicant.

4. At no time prior to the selection of candidates for the vacancies outlined in Paragraph No. 2 above, was I contacted by any employee of the Postal Service, via verbal or written communication, to discuss which candidates I should select in the above cited vacancies. Neither Timothy Currie nor David E. Cooke contacted me verbally or via any correspondence regarding which candidates to select.

I declare the foregoing to be true and correct.

Executed this 6th day of March 2007

*[signature]*
Harvey J. Banks
Supervisor Transportation Operations

2