UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST,

Plaintiff,

v.

JOHN E. POTTER,
POSTMASTER GENERAL,

Defendant.

Civil Action No. 05-1339 (RMU)

**DECLARATION OF ROSE M. BARNER**

I, Rose M. Barner, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently the Manager of Vehicle Maintenance at the U.S. Postal Service's Vehicle Maintenance Facility in San Antonio, Texas. I have held this position since August 2004. At the time relevant to this case I was the Manager, Vehicle Maintenance Facility in Richmond, Virginia. I have been employed by the U.S. Postal Service since 1982.

2. I was on the review committee for vacancies 14-03 (Washington DC, Supervisor, Vehicle Maintenance); 15-03 (Largo II, Supervisor Vehicle Maintenance) and 23-03 (Supervisor, Vehicle Maintenance, Largo II) of which Kevin West was an applicant.

3. At no time prior to the selection of candidates for the vacancies outlined in Paragraph No. 2 above, did any employee of the Postal Service or otherwise, influence my decision in the selection process for the vacancies of which Kevin West was an applicant.

4. At no time prior to the selection of candidates for the vacancies outlined in Paragraph No. 2 above, was I contacted by any employee of the Postal Service, via verbal or written communication, to discuss which candidates I should select in the above cited vacancies. Neither Timothy Currie nor David E. Cooke contacted me verbally or via any correspondence regarding which candidates to select.

I declare the foregoing to be true and correct.

Executed this 1st day of March 2007.

Rose M. Barner

Rose M. Barner
Manager Vehicle Maintenance
Rio Grande District
San Antonio TX




RECEIVED
MAR - 5 2007
CAPITAL METRO AREA LAW OFFICE
U.S. POSTAL SERVICE