**UNITED STATES POSTAL SERVICE®**

# EEO Investigation Report

**NOTICE OF RESTRICTED USAGE**

Access to, and usage of, this EEO complaint file is RESTRICTED by both the Freedom of Information Act and the Privacy Act to: (1) the complainant (and his or her representative), and (2) government officials who must have access to the files to discharge their OFFICIAL duties. The file and its contents must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)(1)).

| Processing Office | Case No. | Date Filed |
|---|---|---|
| CAPITAL METRO OPERATIONS<br>EEO COMPLIANCE & APPEALS | 4K-200-0108-02 | July 13, 2002 |

| Complainant Name | Position Title |
|---|---|
| KEVIN D. WEST | AUTOMOTIVE TECHNICIAN |

| Address of Complainant | Name of Complainant's Supervisor |
|---|---|
| 831 CHATSWORTH DRIVE<br>ACCOKEEK MD 20607-2032 | FRANKLIN GREEN |

| | | Telephone No. | Email Address |
|---|---|---|---|
| | | 301-499-7356 | |

| Telephone No. | Email Address | Preference Eligible (yes or no) | Mixed Case (yes or no) |
|---|---|---|---|
| 301-292-7080 | | NO | NO |

| Complainant's Postal Facility | Responding Postal Facility |
|---|---|
| SOUTHERN MARYLAND P & DC | SOUTHERN MARYLAND P & DC, HEADQUARTERS & SURBURBAN VEHICLE MAINTENANCE FACILITY |

| Responding Postal Manager's Name | Responding Postal Manager's Address |
|---|---|
| SEE CONTINUATION SHEET ON NEXT PAGE | SEE CONTINUATION SHEET ON NEXT PAGE |

| Telephone No. | Email Address | |
|---|---|---|
| SEE CONTINUATION SHEET ON NEXT PAGE | | |

## Type of Complaint

| Race | Color | Religion | Sex | National Origin | Age (Date of Birth) |
|---|---|---|---|---|---|
| AFRICAN AMERICAN | BLACK | | | | |

| Physical Disability | Mental Disability |
|---|---|
| | |

**Retaliation Based on Previous Activity** *(Cited Dates and Case Nos.)*

| 1. Date: | Case No.: | 2. Date: | Case No.: |
|---|---|---|---|
| 11-17-00 | 4K-200-0004-00 | 06-12-01 | 4K-200-0145-01 |

Claim(s): The Complainant, filed a formal complaint alleging discrimination based on race (African American) and color (Black) when: **(1)** on February 11, 2002, he was denied a revised schedule and **(2)** on February 13, 2002, he became aware that all of tour 3 of Largo VMF were being paid Level 8 pay.

The Complainant, filed a formal complaint alleging discrimination based on race (African American), color (Black) and retaliation (Prior EEO Activity) when: **(3)** in June 2002, he became aware that two African American employees and one Caucasian employee were being utilized as 204B's and his request was denied, **(4)** on July 4, 2002, he became aware that other employees were given annual leave for July 4, 2002, whereas his request for a vacation period which included July 4, 2002 was denied, **(5)** on July 17, 2002, he was issued a 14-day suspension for failure to be regular in attendance, **(6)** on August 22, 2002, he was sent home by Acting Supervisor Franklin Green after reporting a safety hazard and **(7)** he was not awarded the position of Supervisor EAS-16 for position number 31-02 and 33-02 (two positions).

| Complainant's Representative Name | Title |
|---|---|
| T. W. Murray | Attorney At Law |

| Address of Representative |
|---|
| 1717 K Street NW, Suite 600, Washington DC 20036-5346 |

| Investigator's Name (Print or Type) | Office Telephone No. | Email Address |
|---|---|---|
| DONALD A. JONES | 703-404-6472 | DJONES18@EMAIL.USPS.GOV |

| Postal Address of Investigator | Postal Address of Area Manager of EEO Compliance and Appeals |
|---|---|
| PO BOX 1730<br>ASHBURN VA 20146-1730 | PO BOX 1730<br>ASHBURN VA 20146-1730 |

| Investigator's Signature | Date Report Completed | Investigator No. |
|---|---|---|
| *[signature]* | 16 MAY 03 | 2617 |

PS Form 2430, March 2001

1