

**UNITED STATES**
**POSTAL SERVICE®**

RTIFIED MAIL # 7001 1 0003 1866 6716

# EEO Complaint of Discrimination in the Postal Service

*(See Instructions and Privacy Act Statement on Reverse)*

| | |
|---|---|
| 1. Name **KEVIN WEST** | 2. SSN 578 84 0512 | 3. Case No. 4K-200-0108-02 |

4a. Mailing Address – Street or PO Box
*831 CHATSWORTH DR.*

4b. City State & Zip +4
*ACCOKEEK, MD. 20607*

5. Email Address*

6. Home Phone (301) 292-7080

7. Work Phone (301) 499-7353

8. Position Title *(USPS Employees Only)*
*AUTO. TECH*

9. Grade Level *(USPS Employees Only)*
*L-7*

10. Do you have Veteran's Preference Eligibility?
☐ Yes  ☐ No

11. Installation Where You Believe the Discrimination Occurred *(Identify Installation, City, State, and Zip+4)* *LARGO I & II VMF*
*9111 EDGE WORTH DR*
*CAPITAL HEIGHTS, MD. 20743*

12. Name and Title of Person(s) Who Took the Action(s) You Allege was Discriminatory
*1) MR. TIMOTHY CURRIE, MANAGER VMF*
*2) MR. DAVID COOK, MANAGER VMF*

13a. Name of Your Designated Representative

13b. Title

13c. Mailing Address *(Street or P.O.Box)*

13d. City, State and Zip +4

13e. Email Address*
*AFRICAN, AMERICAN*

13f. Home Phone ( )

13g. Work Phone ( )

14. Type of Discrimination You Are Alleging
☒ Race *(Specify):* ~~AFRICAN AMERICAN~~
☒ Color *(Specify):* BLACK
☐ Religion *(Specify):*
☐ National Origin *(Specify):*
☐ Sex *(Specify):*
☐ Age (40+) *(Specify):*
☐ Retaliation *(Specify):*
☐ Disability *(Specify):*

15. Date on which alleged act(s) of Discrimination Took Place
*ON FEB. 11, 2002 AND FEB. 13, 2002*

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R § 1614.106(d)*

*SEE ATT. LETTER DATED MARCH 27, 2002   SUBJECT: EEO DISCRIMINATION AND RETALIATION*

EEO COMPLIANCE AND APPEALS
U. S. POSTAL SERVICE

JUL 17 2002

PROCESSING CENTER
CAPITAL METRO OPERATIONS

17. What Remedy Are You Seeking to Resolve this Complaint?

*SEE LETTER (ATT). DATED MARCH 27, 2002*

18. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS™ mediator?*
☒ Yes *MAY 30, 2002*
(Date You Received the Notice of Final Interview)
☐ No

19a. Signature of Dispute Resolution Specialist
*Jone Carter-Nelson*

19b. Date *06/10/02*

20. Signature of Complainant or Complainant's Attorney
*Kevin P. West*

21. Date of this Complaint *July 13, 2002*

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

PS Form 2565, March 2001 *(page 1 of 2)*

*399*

March 27, 2002

To:  Mrs. Rose Carter-Melson, E.E.O. Specialist
     Southern MD Division
     9201 Edgeworth Drive
     Capitol Heights, MD 20790-7606

From:  Kevin D. West, Level 7 Auto Tech
       Pay Location 892 Tour 2
       831 Chatsworth Drive
       Accokeek, MD 20607

Subject:    EEO Discrimination and Retaliation

On February 11, 2002, I called in at 0588 and spoke to Mr. Franklin Green to request for a revised schedule. Mr. Green said "O.K." I reported to work at 0664. My scheduled reporting time is 0600. After reporting to work, Mr. Green denied my revised schedule. No reason was given. Mr. Green is a level 8 Lead Automotive Technician, who Mr. David Cook, Manager VMF has in an acting 204B position. Mr. Green's position is not known, because Mr. Cook does not have it posted.

I was denied a revised schedule because I have filed prior EEO's for racial discrimination and reprisal. I am being treated differently than Mr. Tom Sponaugle, General Clerk Largo I VMF. On February 11, 2002, Mr. Sponaugle was given a revised schedule with no pre-approved notice and was approved by Mr. David Cook. This was witnessed by Mr. Leroy Cowan, General Clerk Largo I VMF. Mr. Sponaugle also was granted a revised schedule on February 13, 2002, with no pre-approved notice. This was also witnessed by Mr. Cowan.

On February 13, 2002, I was informed that all of tour 3 of Largo I VMF were being paid level 8 pay. Mt. Thomas Buchanan, Automotive Technician level 7, Mr. George Spencer, Automotive Technician level 7, and Mr. Lawrence Hobson, Automotive Technician level 7 were all being paid level 8 and level 9. I was also informed that all the Mechanics at Largo II VMF were being paid level 8. Mr. Timothy Currie, Manager VMF, is doing this secretly.

I have not been informed or offered the opportunity to receive level 8 pay, which is an Automotive Lead Technician. I have been passed over by lesser-qualified mechanics with less seniority than myself. This is a form of retaliation because of my prior E.E.O. history.

Therefore I am requesting for all back pay, compensatory damages and punitive damages caused by job related stress for being treated differently than Caucasian (Discrimination) and other employees (Retaliation) for filing EEO's against the VMF management. Thank you for your prompt assistance to this matter.

*Kevin P. West*

Kevin D. West

(301) 292-7080 – Home

400

MR. KEVIN D. WEST
831 CHATSWORTH DR.
ACCOKEEK, MD. 20607

RETURN RECEIPT REQUESTED

MANAGER EEO COMPL. + APPEALS
CAPIT. METRO AREA OPER.
P.O. BOX. 1730
ASHBURN, VA. 20146-1730

7001 1140 0003 1866 6736

CERTIFIED MAIL



UNITED STATES
POSTAL SERVICE

0000

20146

U.S. POSTAGE
PAID
FORT WASHINGTON, MD
JUL 13 '02
AMOUNT
$4.42
0003607-15

401

CERTIFIED MAIL # 7001 11   0003 1866 6761

U.S. Postal Service

# EEO Complaint of Discrimination in the Postal Service

See Instructions and Privacy Act Statement on Reverse

**1. Name**
Kevin D. West

**2. SSN**
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

**Case No.**
1K2060074-02

**3. Mailing Address**
831 CHATSWORTH DR.

**4. Home Phone**
301 292-7080

**5. Work Phone**
301 498-7353

**6. Position Title (USPS Employees Only)**
AUTO. TECH.

**7. Grade Level (USPS Employees Only)**
LEVEL - 7

**8. Installation Where You Believe Discrimination Occurred** (Identify Installation, City, State, and ZIP+4)
LARGO I VMF
9111 EDGEWORTH DR.
CAPITAL HEIGHTS, MD. 20743

**9. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory**
DAVID COOK, MANAGER VMF
TIMOTHY CURRIE, MANAGER VMF
JERRY D. LANE, DIST. MANAGER OF CAP. DIS.

**10. I designate this person to be my representative.**

| a. Name | Title |
| --- | --- |
| | EEO COMPLIANCE AND APPEALS |
| Mailing Address | U. S. POSTAL SERVICE |
| | AUG 0 5 2002 |
| b. Home Phone | PROCESSING CENTER |
| | CAPITAL METRO OPERATIONS |
| | c. Work Phone |

**11. Type of Discrimination Alleged**

- [x] Race (Specify): AFRICAN AMERICAN
- [x] Color (Specify): BLACK
- [ ] Religion (Specify):
- [ ] National Origin (Specify):
- [ ] Sex (Specify):
- [ ] Age (Specify):
- [x] Retaliation (Specify Prior EEO Activity):
- [ ] Disability (Specify):

**12. Date on Which Alleged Act of Discrimination Took Place**
JUNE 10-14, 2002
JUNE 24-28, 2002

**13. Explain the specific actions or situation that resulted in your allegation(s) as to how you believe you were discriminated against (treated differently from other employees or applicants) because of race, color, religion, national origin, sex, age, or disability.**

SEE ATT. LETTERS DATED JULY 22, 2002 SUB. REPRISAL AND DISCRIMINATION. AND JULY 1, 2002 FROM JERRY D. LANE.

**14. I have discussed my complaint with an EEO counselor**
- [x] Yes (Date of final interview: 7/31/02 )
- [ ] No

**15. Name and Signature of EEO Counselor**
Newton Coleman

**16. Corrective Action Sought**
I AM REQUESTING FOR COMPENSATORY AND PUNITIVE DAMAGES FOR BEING DISCRIMINATED AND REPRISED AGAINST WHICH HAS CAUSED JOB RELATED AND EMOTIONAL STRESS.

**17. Signature of Complainant**
Kevin D. West

TransFORM PS Form 2565, December 1995

**18. Date of This Complaint**
Aug 2, 2002

40

July 22, 2002

To:    Rose Carter-Nelson
       EEO Specialist
       9201 Edgeworth Drive
       Capitol Heights, MD 20790

EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

JUL 2 2 2002
HDICH
CAPITOL HEIGHTS, MD 20790-7806

From:  Kevin D. West, Level 7 Auto Tech
       Pay Location 892
       831 Chatsworth Drive
       Accokeek, MD 20607

Subject:  Reprisal and Discrimination

I am requesting for an EEO to be filed because I am being treated differently than Mr. Cleveland Mansfield, Lead Automotive Technician, Caucasian, Largo I VMF, Mr. James Thompson, Lead Automotive Technician, African American, Largo I VMF and Mr. Franklin Greene, Lead Automotive Technician, African American, Largo I VMF concerning upper mobility training as Acting Supervisor (204B). I have requested in writing for the same training that these three employees at Largo I VMF have been receiving. I have been told that I must be in the 204B-training program that Mr. Timothy Curry, VMF Manager, started as of April 13, 2001. Mr. Mansfield was not accepted in the program and Mr. Thompson, never requested to be in the program. Therefore, neither one of these employees should be Acting Supervisor (204B).

Mr. Mansfield was Acting Supervisor (204B) from June 10-14, 2002, and Mr. Thompson was Acting Supervisor (204B) from June 24-28, 2002. Mr. Greene has been Acting Supervisor (204B) since August 2001. I cannot verify any of these assignments, it was only what I heard, because none of these Acting Supervisor (204B) positions are posted and the VMF Management is doing this in secrecy. I have just become aware of these employees being Acting Supervisor (204B) as of July 19, 2002, in a conversation with Mr. Roland Johnson, VOMA of Capital Heights Post Office.

I am requesting for an investigation of all of these employees concerning higher-level detail, which will be reflected on the PS form 1723 Assignment Orders and copies of computer clock ring for pay status that will show the higher level 16. Therefore, I am requesting for the same training as Acting Supervisor (204B) as all of these employees have been given and in addition to backpay.

The denial of my written request as Acting Supervisor (204B) for upward mobility is a form of retaliation and discrimination against me for prior EEO complaints and an ongoing court case in the U.S District Court of the District of Columbia against the Postmaster General (Agency). Thank you for your prompt assistance to this matter.

Kevin P. West
Kevin D. West

(301) 292-7080 - Home

403

MR. K.D. WEST
8TH CHATSWORTH DR.
ACCOKEEK, MD. 20607

RETURN RECEIPT
REQUESTED

1st NOTICE
2nd NOTICE ____8/3____
RETURNED _____

CERTIFIED MAIL

7001 1140 0003 1866 6761

EEO COMPLIANCE + APPEALS
CAPITAL METRO OPERATIONS
P.O. BOX, 1730
ASHBURN, VA. 20146-1730

UNITED STATES
POSTAL SERVICE

0000

20146

U.S. POSTAGE PAID
CAPITOL HEIGHTS, MD
AUG 29 '02
AMOUNT:
$4.42
00068666-15


RETURN RECEIPT
REQUESTED

404

CERTIFIED MAIL # 7001 1940 0000 3380 8417

**UNITED STATES POSTAL SERVICE®**

## EEO Complaint of Discrimination in the Postal Service
*(See Instructions and Privacy Act Statement on Reverse)*

| 1. Name | 2. SSN | 3. Case No. |
|---|---|---|
| Kevin D. West | 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 | 4-K-200-0177-02 |

| 4a. Mailing Address – Street or PO Box | 4b. City State & Zip +4 |
|---|---|
| 831 Chatsworth Dr. | Accokeek, MD. 20607 |

| 5. Email Address* | 6. Home Phone | 7. Work Phone |
|---|---|---|
| | (301) 292-7080 | (301) 499-7353 |

| 8. Position Title (USPS Employees Only) | 9. Grade Level (USPS Employees Only) | 10. Do you have Veteran's Preference Eligibility? |
|---|---|---|
| Auto. Tech. | Level - 7 | ☒ Yes ☐ No |

**11. Installation Where You Believe the Discrimination Occurred** *(Identify Installation, City, State, and Zip+4)*
Southern MD. VMF Largo I
9111 Edgeworth Dr.
Capital Heights, MD. 20743

**12. Name and Title of Person(s) Who Took the Action(s) You Allege was Discriminatory**
① Mr. Timothy Currie, Manager VM
② Mr. David Cook, Manager VMF
③ Mr. Franklin Greene, Acting Supervisor

| 13a. Name of Your Designated Representative | 13b. Title |
|---|---|
| | |

| 13c. Mailing Address (Street or P.O. Box) | 13d. City, State and Zip +4 |
|---|---|
| | |

| 13e. Email Address* | 13f. Home Phone ( ) | 13g. Work Phone ( ) |
|---|---|---|

**14. Type of Discrimination You Are Alleging**
☒ Race (Specify): African American
☒ Color (Specify): Black
☐ Religion (Specify):
☐ National Origin (Specify):
☐ Sex (Specify):
☐ Age (40+) (Specify):
☒ Retaliation (Specify): Prior EEO's
☐ Disability (Specify):

**15. Date on which alleged act(s) of Discrimination Took Place**
June 20, 2002 and July 17, 2002

**16.** Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R § 1614.106(d)*

See Aft. Letter Dated Aug. 1, 2002,    EEO # 4K-200-0004-01
PS Form 3971 Dated Feb. 28, 2002 Vacation 1st Choice,    and
PS Form 3971 Dated Feb. 28, 2002 Vacation 2nd Choice,    4K-200-0108-02
PS Form 3971 Dated March 1, 2002 Vacation 3rd Choice, received June 18, 2002
And a Letter Dated Aug. 30, 2002 Sub. Discrimination and Reprisal.
Also Vacation List Dated June 20, 2002

**17. What Remedy Are You Seeking to Resolve this Complaint?**

I am requesting for compensatory damage and punitive damages for being discriminated and reprised against which has caused job related and emotional stress.

EEO COMPLIANCE AND APPEALS
U.S. POSTAL SERVICE

SEP 23 2002

PROCESSING CENTER
CAPITAL METRO OPERATIONS

**18.** Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS™ mediator?*
☐ Yes
_____ (Date You Received the Notice of Final Interview)
☒ No

**19a.** Signature of Dispute Resolution Specialist
*Willie C. Boyd*

**20.** Signature of Complainant or Complainant's Attorney
*Kevin D. West*

EEO COMPLIANCE AND APPEALS
U.S. POSTAL SERVICE

SEP 19 2002

**21.** Date of this Complaint
Sept. 20, 2002

*Providing this information will authorize the U.S. Postal Service to send your important documents electronically.

PROCESSING CENTER
CAPITAL METRO OPERATIONS

PS Form 2565, March 2001 *(page 1 of 2)*

405

August 1, 2002

To:    Rose Carter-Nelson
       EEO Specialist
       9201 Edgeworth Drive
       Capitol Heights, MD 20790

From:   Kevin D. West, Level 7 Auto Tech
        Pay Location 892
        831 Chatsworth Drive
        Accokeek, MD 20607

EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

AUG - 2 2002
hand delivered
CAPITOL HEIGHTS, MD 20790-7806

Subject: Vacation Denial

I am requesting for an EEO to be filed because I am being treated differently than Mr. Cleveland Mansfield, Lead Automotive Technician, Caucasian, Largo I VMF, Mr. Stephen P. Clark, Automotive Technician, Caucasian, Largo II VMF, Mr. Michael Scott Lead Automotive Technician, Caucasian, Largo II VMF and Mr. Richard Ziehl, Automotive Parts Storekeeper, Caucasian, Largo II VMF. All of these employees are located at Largo II VMF, except Mr. Mansfield. Largo II and Largo I both have eight employees each. The choice vacation submission period was from February 15, 2002 through March 1, 2002. I gave Mr. Franklin Greene two vacation choices on February 28, 2002. My first choice was denied and returned to me on 2/28/02. Mr. Greene stated my first choice was denied because two people could not be off at the same time. "Mr. Mansfield is already scheduled for the week of the 4th of July, and you cannot have off because he is more senior than you". I gave Mr. Greene my third choice on March 1, 2002. I did not receive the results of my 3rd choice until June 18, 2002.

At Largo II VMF there were three employees that was allowed to have the 4th of July weekend off at the same time. They are Mr. Clark, Mr. Scott and Mr. Ziehl. Mr. David Cook, VMF Manager is manager of both shops. Mr. Cooke posted the results of the vacation list at Largo I VMF on June 20, 2002. This is when I became aware of who was given what vacation time for the year of 2002. Mr. Cook states that there cannot be more than 10 percent of the work force off at any one time at any location. This is the reason why Mr. Mansfield and myself could not be off at the same time at Largo I VMF. But at Largo II VMF, Mr. Cook allowed three employees to be off at the same time, whom where all Caucasian. Therefore, I am being discriminated by Mr. Cook and reprised against by Mr. Greene because I have filed prior EEO's against the USPS for discrimination and reprisal. I am attaching the vacation list posted by Mr. Cook and all three vacation requests given to Mr. Greene on the PS Form 3971, see attached.

I am requesting for copies of the vacation list results posted at Largo II VMF and the employee's clock rings to show which employees were off during this vacation time. Mr. Cook is in violation of Article 10.3 of the Collective Bargaining Agreement between APWU and the USPS, for not posting the results of the choice vacation period until June 20, 2002. I am requesting for compensatory damages and punitive damages for being discriminated and reprised against which has caused job related and emotional stress. A response in writing is needed. Thank you for your prompt assistance to this matter.

Kevin D. West

406

MR. K.D WEST
831 CHATSWORTH DR
ACCOKEEK, MD. 20607

PLEASE SIGN
THE RETURN
RECEIPT

**RETURN RECEIPT**ASHBURN, VA. 20146 - 1730
**REQUESTED**

CERTIFIED MAIL

7001 1940 0000 3360 8417

EEO COMPLIANCE + APPEALS
CAPITAL METRO OPERATIONS
P.O.BOX. 1730
ASHBURN, VA. 20146 - 1730

UNITED STATES
POSTAL SERVICE

0000

20146

U.S. POSTAGE
PAID
CAPITOL HEIGHTS, MD
SEP 20 '02
AMOUNT
$4.65
00068666-18

407

**UNITED STATES POSTAL SERVICE®**

## EEO Complaint of Discrimination in the Postal Service
*(See Instructions and Privacy Act Statement on Reverse)*

| 1. Name | 2. SSN | 3. Case No |
|---|---|---|
| KEVIN D. WEST | 578 84 0512 | 4-K-200-0016-03 |

| 4a. Mailing Address – Street or PO Box | 4b. City State & Zip +4 |
|---|---|
| 831 CHATSWORTH DR. | ACCOKEEK, MD. 20607 |

| 5. Email Address: | 6. Home Phone | 7. Work Phone |
|---|---|---|
| | (301) 292-7080 | (301) 499-7353 |

| 8. Position Title *(USPS Employees Only)* | 9. Grade Level *(USPS Employees Only)* | 10. Do you have Veteran's Preference Eligibility? |
|---|---|---|
| AUTO. TECH. | LEVEL ~7 | ☐ Yes   ☐ No |

| 11. Installation Where You Believe the Discrimination Occurred *(Identify Installation, City, State, and Zip+4)* | 12. Name and Title of Person(s) Who Took the Action(s) You Allege was Discriminatory |
|---|---|
| LARGO I VMF AND USPS VMF<br>9111 EDGEWORTH DR    400 T ST NE<br>CAPITAL HGHTS, MD 20743    WASH DC, 2002 | (1) DAVID COOK, MANAGER VMF (2) TIMOTHY CURRI<br>MANAGER VMF (3) JOSEPH D. KING, MANAGER VMF<br>AND (4) FRANKLIN GREENE, ACT. SUPERVISOR VMF |

| 13a. Name of Your Designated Representative | 13b. Title |
|---|---|
| | |

| 13c. Mailing Address *(Street or P.O .Box)* | 13d. City, State and Zip +4 |
|---|---|
| | EEO COMPLIANCE AND APPEALS<br>U.S. POSTAL SERVICE |

| 13e. Email Address* | 13f. Home Phone | 13g. Work Phone |
|---|---|---|
| | ( ) | NOV 2 6 2007<br>PROCESSING CENTER |

**14. Type of Discrimination You Are Alleging**

| | | | | 15. Date on which alleged act(s) of Discrimination Took Place |
|---|---|---|---|---|
| ☒ Race *(Specify):* AFRICAN AMERICAN | | ☐ Sex *(Specify):* | | AUG. 22, 2002 |
| ☒ Color *(Specify):* BLACK | | ☐ Age (40+) *(Specify):* | | SEPT. 21, 2002 |
| ☐ Religion *(Specify):* | | ☒ Retaliation *(Specify):* PRIOR EEO | | |
| ☐ National Origin *(Specify):* | | ☐ Disability *(Specify):* | | CAPITAL STATION |

16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R § 1614.106(d)*

I WAS SENT HOME ON AUG. 22, 2002 BY MR. FRANKLIN GREEN, ACT. SUPERVISOR
LARGO I VMF. AFTER REPORTING A SAFETY HAZARD. MR. GREENE IS
RETALIATING AGAINST ME FOR FILING PRIOR EEO AND A PENDING COURT
CASE AGAINST THE POST MASTER GENERAL IN THE US DIST. COURT.
ALSO SEE ATTACHED LETTER DATED NOV. 8, 2002 ITS CONCERNING
DISCRIMINATION AND REPRISAL - DENIAL OF UPWARD MOBILITY POSITIONS

17. What Remedy Are You Seeking to Resolve this Complaint?

I AM REQUESTING FOR A SUPERVISOR POSITION AT LARGO I VMF TOUR 2,
ALL BACK-PAY THAT MR. GREENE AND MR. KAROUTSOS HAS RECEIVED AND COMPEN-
SATORY DAMAGES FOR JOB RELATED STRESS AND PUNITIVE DAMAGES FOR WORK
WORKING IN A HOSTILE WORK ENVIRONMENT TO INCLUDE TRAINING AND OVERTIME.

18. Did You Discuss Your Complaint with a *Dispute Resolution Specialist* or a *REDRESS™* mediator?

☒ Yes     ☐ No
*(Date You Received the Notice of Final Interview)*

| 19a. Signature of Dispute Resolution Specialist | 19b. Date |
|---|---|
| Willie C. Boyd | 11-20-02 |

| 20. Signature of Complainant or Complainant's Attorney | 21. Date of this Complaint |
|---|---|
| Kevin D. West | NOV. 22, 2002 |

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

408

EQUAL EMPLOYMENT
OPPORTUNITY OFFICE       November 8, 2002

NOV 0 8 2002

CAPITOL HEIGHTS, MD 20790-7003

To:    Rose Carter-Nelson
       EEO Specialist
       9201 Edgeworth Drive
       Capitol Heights, MD 20790

From:  Kevin D. West, Level 7 Auto Tech
       Pay Location 892
       831 Chatsworth Drive
       Accokeek, MD 20607

Subj:  Discrimination and Reprisal – Denial of Upward Mobility Positions

     I am requesting for an EEO to be filed concerning two vacancy announcements for Supervisor EAS- 16 position numbers: 31-02 and 33-02; Occupation Codes: 5823-6005; Locations: USPS VMF 400 T Street, NE, Wash, DC 20002 and USPS VMF 9111 Edgeworth Drive, Capitol Heights, MD 20743; Issue Dates: 7/17/02; Closing Dates: 8/01/02.

     Mr. David Cook, VMF Manager posted these two jobs on September 24, 2002, at Largo I VMF. The USPS VMF Management rewarded these jobs unfairly to Mr. Stamatios Karoutsos (Job #31-02) and Mr. Franklin Greene (Job #33-02). Mr. Timothy Currie, VMF Manager for these supervisor jobs, prepped these employees. Mr. Currie created an in-house supervisory training program with an opening date of March 10, 2001 and a closing date of April 13, 2001. Mr. Currie requested for a PS Form 991, Application For Promotion, in addition to eight knowledge skill questions to be answered. Mr. Currie used the PS form 991 as a tool to pick whomever he wanted to train for supervisory positions. The postal service has a program for training supervisors called the Associates Supervisor Program (ASP). This program requests for a PS Form 991 to apply. If one completes that program, he or she is promoted to an EAS-15 super visor position. Mr. Currie's program offers management training courses, and an acting supervisor or 204B detail. Once one completes his program, he or she goes back to their regular postal position. Mr. Currie was using the PS Form 991 to pick who he wants to train. The USPS is an equal opportunity employer. Mr. Currie's program does not reward a job once it is completed. Mr. Currie discriminated against Mr. West, because he did not submit a PS Form 991. Mr. West requested in writing in a letter dated March 8, 2001, certified mail to Mr. Currie, for training and acting supervisor (204B) opportunities at Largo I, Largo II and Riverdale VMF's in the absence of the supervisor. The USPS is an equal opportunity employer, yet Mr. Currie did not give Mr. West an equal opportunity for any supervisor training because Mr. West has reported Mr. Currie and Mr. Cook for postal violations under the code of ethics and the USPS standard of conduct. Mr. West has also filed several EEO's against Mr. Currie and Mr. Cook for discrimination and reprisal. Mr. West has reported them to the USPS Postmaster General, the USPS Inspector General, U.S. Senator Barbara Mikulski and US Congressman Steny Hoyer.

Mr. Currie trained Mr. Greene and Mr. Karoutsos for a VMF supervisor position by giving them classroom training at Oklahoma and local postal facilities in the Washington Capital Area. Mr. Currie posted 3 supervisor job positions: #31-02, 32-02 and 33-02. These job positions had the same 8 Knowledge Skill questions (KSA's) as Mr. Currie's in-house training program had. Mr. Currie gave his program selectees the answer's to the KSA questions. Mr. West applied for two of the job postings. He submitted a PS form 991 and answered the 8 KSA questions. Mr. West was not given and equal evaluation as Mr. Greene or Mr. Karoutsos.

I am requesting for copies of Mr. Greene and Mr. Karoutsos, training records. They both have been acting supervisors or 204B before Mr. Currie had created his in-house program. Neither one of them had to submit a PS Form 991 for that training. Mr. West has requested in writing to Mr. Michael Hill, Supervisor Largo II VMF a letter dated May 24, 1996 requesting for an Acting Supervisor detail in the absence of a supervisor at Largo I, Largo II and Riverdale VMF's. Mr. West also requested for Acting Supervisor (204B) detail in writing from Mr. David Cook in a letter dated May 10, 1999. And to this date Mr. West has never been given and opportunity by the VMF management to be trained as an Acting Supervisor (204B).

Mr. Greene and Mr. Karoutsos has been training and prepped by the VMF management and by Mr. Currie's in-house training program. The PS form 991 was used totally as a tool to discriminate against Mr. West by denying him the same training as Mr. Greene and Mr. Karoutsos received from Mr. Currie.

I am requesting for a Supervisor position at Largo I VMF on tour 2, all back-pay that Mr. Greene and Mr. Karoutsos has received and compensatory damages for job-related stress and punitive damages. A response in writing is requested. Thank you for your prompt assistance.

*Kevin D. West*

Kevin D. West

2

410

KEVIN D WEST
831 CHATSWORTH DR.
ACCOKEEK, MD. 20607

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7001 1140 0003 1844 9999

OFFICE of EEO COMPL & APPEALS
CAPITAL METRO OPERATIONS
P.O. BOX. 1730
ASHBURN, VA, 20146-1730

$4.42

411

| U.S. Postal Service **EEO Dispute Resolution Specialist's (DRS) Inquiry Report** | Case No. 4K2000108-02 |
|---|---|

### NOTICE OF RESTRICTED USAGE

Access to, and usage of, this EEO report is restricted by both the Freedom of Information Act and the Privacy Act to: (1) the complainant and his or her representative, and (2) government officials who must have access to the files to discharge their OFFICIAL duties. The report must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)).

**Complainant**

| Name (Last, First, MI) WEST, KEVIN | Social Security No. 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 |
|---|---|

| Home Address (No., Street, City, State, ZIP + 4) 831 CHATSWORTH DRIVE ACCOKEEK, MD. 20607-2032 | Work Address (Facility Name, No., Street, City, State, ZIP + 4) SOUTHERN MARYLAND P&DC 9201 EDGEWORTH DRIVE CAPITOL HEIGHTS, MD. 20790 VEHICLE MAINTENANCE OPERATIONS |
|---|---|

| Home Telephone No. (301) 292-7080 | Email Address | Office Telephone No. (301) 499-7080 |
|---|---|---|

| Position Title AUTO MECHANIC | Grade Level PS-07 | Tour 2 | Duty Hours 0600-1450 |
|---|---|---|---|

| Off Days (For Tour I, record of nights) Sat/Sun | Is EEO Poster 72 on display in Complainant's facility? ☒ Yes, verified on date ☐ No |
|---|---|

| Preference Eligible ☐ Yes ☒ No | Mixed Case ☐ Yes ☒ No | MSPB Appeal Filed? ☐ Yes ☒ No If Yes, Date Filed: |
|---|---|---|

**Chronology of Informal Process**

| Date of Incident 02/13/2002 | Date of Initial Contact with EEO Office 03/28/2002 | Date of Initial Interview 03/28/2002 |
|---|---|---|

| REDRESS™ Overview ☒ Yes ☐ No | ADR Election Form Signed ☒ Yes ☐ No | 60 Day Extension Form Signed ☒ Yes ☐ No If Yes, Expiration Date: 04/30/2002 |
|---|---|---|

| Date Complainant Signed or Received Notice of Right to File 06/28/2002 | Date DRS Report Requested 07/25/2002 | Date DRS Report Submitted 07/26/2002 |
|---|---|---|

**Basis for Alleged Discrimination**

Check and Particularize Each that Applies

| ☐ 1. Race (Specify): Black | ☐ 6. Age (Specify Date of Birth): |
|---|---|
| ☐ 2. Color (Specify): | ☐ 7. Physical Disability (Specify): |
| ☐ 3. Religion (Specify): | ☐ 8. Mental Disability (Specify): |
| ☐ 4. Sex (Specify): | ☒ 9. Retaliation (Specify Cited Prior EEO Activity): prior EEO |
| ☐ 5. National Origin (Specify): | |

Discrimination Claim(s):

**Counselee claims discrimination based his race and retaliation when on February 13, 2002, he was informed that all of tour-3, Largo I & II VMF mechanics were being paid level 8 & 9, whereas, counselee has not been offered such an opportunity.**

**Additionally, on February 11, 2002, counselee claims that he was denied a schedule change.**

EEO COMPLIANCE AND APPEALS U.S. POSTAL SERVICE AUG 0 1 2002 PROCESSING CENTER CAPITAL METRO OPERATIONS

Requested Resolution

PS Form **2570**, June 2001 (Page 1 of 3)

412

**EEO Dispute Resolution Specialist's Checklist.**

Please check All That Apply.

☒ 1. I informed counselee of the impartial role of the Dispute Resolution Specialist in the EEO complaint process, explained the EEO process, and provided counselee with the booklet, *What You Need to Know About EEO -- an overview of the EEO process in the Postal Service.*

☒ 2. I notified counselee of his/her right to be accompanied, represented, and advised by a representative of his/her choice at any stage in the complaint process. If counselee elected representation, I obtained the following information:

Representative's Name: _____

Title: _____    Telephone Number: (___) _____

Fax No: (___) _____    Email Address: _____

Mailing Address: _____

_____

☒ 3. I advised counselee of his/her right to remain anonymous during pre-complaint counseling and he/she DID __X__ / DID NOT _____ waive anonymity.

☒ 4. I explained the privacy act notice. Counselee signed a copy of the notice prior to the interview.

☐ 5. If a mixed case, I informed counselee of the mixed case election procedures in 29 C.F.R. §1614.302.

☐ 6. If age discrimination was alleged, I informed counselee of the alternate procedures available for pursuing age claims, as outlined in 29 C.F.R. §1614.201.

☐ 7. If a sex based claim of wage discrimination was alleged under Equal Pay Act (EPA), I advised counselee of his/her right to bypass the administrative procedure and file a civil action, as outlined in 29 C.F.R. §1614.408.

☐ 8. If discrimination based on disability was alleged I informed counselee of his/her requirement to submit documentation of his/her disability. Documentation HAS _____ / HAS NOT _____ been submitted.

☐ 9. If counselee presented his/herself as an agent of a class, I explained the class complaint procedures and the class agent's responsibilities, as outlined in 29 C.F.R.§1614.204.

☒ 10. I informed counselee of his/her requirement to immediately notify the area Manager, EEO Compliance and Appeals and the EEOC if the representative's or his/her mailing address change.

☒ 11. I explained that I will not be the one who will make the decision on the acceptability of counselee's claim(s); but, there is a possibility that, for the reason(s) I have briefly restated below, the claim(s) will be dismissed in accordance with 29 C.F.R.1614.107.

_____

413

**Dispute Resolution Specialist's Inquiry**

Brief Summary of Inquiry (if applicable)
**See attached leatter addressed to counselee dated June 10, 2002 that contains counselee's claim.**

**REDRESS™ (Dispute Resolution Specialist complete this section if counselee participated in ADR)**

| Date of mediation | Disposition |
|---|---|
| **May 30, 2002** | ☐ Resolved    ☒ Not Resolved |

**Summary of Final Interview**

**Counselee was mailed PS Forms 2565 and 2579-A and informed of her right to file a formal complaint.**

**Privacy Act Notice**

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Office Address of Dispute Resolution Specialist (No., Street, City, State, and Zip + 4) | Office Address of Manager EEO Compliance & Appeals (No., Street, City, State, and Zip + 4) |
|---|---|
| **CAPITAL DISTRICT EEO OFFICE**<br>**9201 EDGEWORTH DRIVE**<br>**CAPITOL HEIGHTS MD 20790-7606** | **OFFICE OF EEO COMPLIANCE & APPEALS**<br>**POST OFFICE BOX 1730**<br>**ASHBURN VA 20146-1730** |

| Specialist's Office Telephone No. | Specialist's Office Hours |
|---|---|
| **(301)499-7364** | **8:00AM TO 5:00PM** |

| Signature of EEO Dispute Resolution Specialist | Typed Name of EEO Dispute Resolution Specialist | Date |
|---|---|---|
| | **HOUSTON G. COLEMAN** | **07/26/2002** |

PS Form **2570**, June 2001*(Page 3 of 3)*

414

**UNITED STATES POSTAL SERVICE®**

# Notice of Right to File Individual Complaint

| TO: Name *(First, MI, Last)* | Re: Case No. |
|---|---|
| **KEVIN WEST** | **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** |

This notice will attest to the fact that on _____ **VIA MAIL** _____, I advised you of the actions taken concerning the alleged discrimination that you brought to my attention. If the matters that you raised during the pre-complaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date you received this notice. If you decide to file a formal complaint, your complaint must be put in writing and signed by you or your attorney, if you retain one to represent you. I am providing you with *PS Form 2565, EEO Complaint of Discrimination in the Postal Service,* for this purpose. The complaint must be delivered to:

> MANAGER, EEO COMPLIANCE & APPEALS
> CAPITAL METRO AREA OPERATIONS
> POST OFFICE BOX 1730
> ASHBURN VA 20146-1730

Your complaint will be deemed timely filed if it is received at this address before the expiration of the 15-day filing period, or if it bears a postmark that is dated before the expiration of the filing period. In the absence of a legible postmark, it must be received by mail within 5 calendar days of the expiration of the filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, age (40+), national origin, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) **Your name, address, position, and level;**

- If you change your address, you have a regulatory requirement to immediately report the change to the Manager, EEO Compliance and Appeals, in your area. *(If you are employed at Postal Service Headquarters, a Headquarters Field Unit or by the Postal Inspection Service, you should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)*

(2) **The specific action or matter complained of,** the date of occurrence, and the names of the official(s) who took the alleged discriminatory action at issue in this complaint;

(3) **The specific type of discrimination alleged,** e.g. race – African American, sex - female, etc.;

- If you allege disability discrimination, the alleged disability must be more than a temporary condition.
- If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) **A brief statement of the facts** that led you to believe you were discriminated against and the names of similarly situated individuals whom you believe were treated differently than you.

- If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.
- If you allege retaliation, you must show a connection between the action at issue in the complaint your are filing and your past EEO activity. You must also show that when the alleged discriminatory action at issue in this complaint occurred, the management who took the action was aware that you had previously engaged in protected activity.

(5) **The name of the EEO Dispute Resolution Specialist** who provided you with this notice and the date you received this Notice of Right to File.

## Privacy Act Notice

**Privacy Act Notice.** The collection of this information is authorized by The Equal Employment Opportunity Act of 1972; 42 U.S.C. § 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party of has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations,

Contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Signature of Dispute Resolution Specialist | Date | Your Signature | Date Received |
|---|---|---|---|
| *[signature]* | 6/10/02 | | |

*Dispute Resolution Specialist: If you are mailing this Notice, you must send it by Certified Mail, Return Receipt Requested*

PS Form 2579-A, March 2001

415

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

5250 1922 0000 1140 7001

PS Form 3800, January 2001    See Reverse for Instructions

Final

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin West
831 Chatsworth Dr.
Accokeek MD 20607-2032

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
Kevin D West | 6-25-02

C. Signature
X Kevin P West
☐ Agent
☑ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7001 1140 0000 1922 5250

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424

416



EEO OFFICE
CAPITAL DISTRICT
**UNITED STATES
POSTAL SERVICE**

June 10, 2002

Mr. Kevin West
831 Chatsworth Drive
Accokeek, MD 20607-2032          Cert. No. 7001 1140 0000 1922 5250

Dear Mr. West:

This letter is in reference to your March 28, 2002 request for EEO counseling,
Case No. 4K-200-0108-02. You claimed discrimination on the basis of race and
retaliation when on February 13, 2001, you were informed that all of tour 3 Largo
I and II VMF were being paid level 8 and level 9 pay whereas you were not
afforded such an opportunity.

The mediation session scheduled on May 30, 2002 resulted in a no agreement.
If you elect to file a formal complaint enclosed are PS Forms 2579-A and 2565 to
be completed and submitted to the <u>Office of EEO Compliance and Appeals</u>
(address indicated on PS Form 2579-A) within fifteen (15) calendar days after
receiving this letter. Please follow instructions carefully on both forms.

If you have any questions concerning this matter, I may be reached on (301)
499-7366.

Rose Carter-Melson
Manager, EEO Dispute Resolution

Enclosures

417

EEO  Case# 4-K-200-0108-02

Kevin D. West
Automotive Technician
831 Chatsworth Drive
Accokeek, Maryland 20607

April 30, 2002

EQUAL EMPLOYMENT
OPPORTUNITY OFFICE

Mr. Willie C. Boyd
EEO Dispute Resol Spec
6511 Baltimore Blvd
Hyattsville, Maryland 20782-1165

APR 3 0 2002
HDICH
CAPITOL HEIGHTS, MD 20790-7606

Dear Mr. Boyd:

I am requesting REDRESS only on the issues of Level 8 pay and Level 9 pay for Largo II VMF and Largo I VMF Tour 3, that I was not informed of.  See the attached PS Form 2567B.

The other issue concerning revised schedule, I am filing a formal EEO complaint.  If you need to contact me further, contact me at work (301) 499-7353 or home (301) 292-7080.

Thank You,

*Kevin D West*
Kevin D. West

418


**UNITED STATES**
**POSTAL SERVICE**

Privacy Act Notice for EEO Discrimination
Complaint - Interview

### Privacy Act Notice

The collection of this information is authorized by The Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for

storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Signature of Counselee | Date |
|---|---|
| *Kevin P. West* | *April 30, 2002* |

PS Form 2565-A, November 1999

419



**UNITED STATES**
**POSTAL SERVICE**

## Representation/Anonymity

Case No.
4-K-200-0108-02

### Representation

The EEO Counselor has informed me that I am entitled to representation of my choice.

☐ I authorize to represent me:

_____
Name and Title of Representative

_____
Street Address

_____
City/State/Zip+4

( _____ )
Area Code and Telephone Number

☒ I waive representation at this time.

I understand that I must immediately notify the EEO Compliance and Appeals Coordinator located in my area, in writing, if at any time during the administrative processing of my complaint, I designate a representative and/or change the representative I have designated above. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Headquarters.)

### Anonymity

The EEO Counselor has informed me of my right to remain anonymous during the informal counseling process.

☐ I elect to remain anonymous.

☒ I waive anonymity.

### Privacy Act

**Privacy Act Notice.** The collection of this information is authorized by The Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.633a; The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses,

grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

Complainant's Signature
*Kevin M. West*

Date
*April 30, 2002*

PS Form 2584, November 1999

420

# Memorandum

**To:**    Kevin West

**From:**  Willie Boyd, EEO

**Date:**  04/16/02

**Re:**    EEO complaint processing, REDRESS mediation/resolution offer

---

Mr. West:

Your EEO complaint filed on March 28, 2002, Case No. 4-K-200-0108-02 has been assigned to me for processing. I am offering you the opportunity to have the dispute heard in the EEO REDRESS mediation forum. If those attempts are not successful in resolving the issues, you may then file a formal complaint.

Please sign, date, and return all of the enclosed forms promptly in the attached envelope. However, if you do not want REDRESS, sign only the Representation and Privacy Act forms and return them. In that case, your complaint will be handled by traditional methods.

Thanks,

421

| U.S. Postal Service | Case No. |
|---|---|
| **EEO Dispute Resolution Specialist's (DRS) Inquiry Report** | **1K2060074-02** |

### NOTICE OF RESTRICTED USAGE

Access to, and usage of, this EEO report is restricted by both the Freedom of Information Act and the Privacy Act to: (1) the complainant and his or her representative, and (2) government officials who must have access to the files to discharge their OFFICIAL duties. The report must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)).

**Complainant**

| Name (Last, First, MI) | Social Security No. |
|---|---|
| **WEST, KEVIN D.** | **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** |

| Home Address (No., Street, City, State, ZIP + 4) | Work Address (Facility Name, No., Street, City, State, ZIP + 4) |
|---|---|
| **831 CHATSWORTH DRIVE** **ACCOKEEK, MD. 20607** | **SOUTHERN MARYLAND VMF** **CAPITOL HEIGHTS, MD.** **20790** |

| Home Telephone No. **(301) 292-7080** | Email Address | Office Telephone No. **(301) 499-7350** | |
|---|---|---|---|
| Position Title **AUTO MECHANIC** | Grade Level **PS-07** | Tour **2** | Duty Hours **0600-1450** |

| Off Days (For Tour I, record of nights) **Tue/Wed** | Is EEO Poster 72 on display in Complainant's facility? ☒ Yes, verified on date ☐ No |
|---|---|

| Preference Eligible ☐ Yes ☒ No | Mixed Case ☐ Yes ☒ No | MSPB Appeal Filed? ☐ Yes ☒ No  If Yes, Date Filed: |
|---|---|---|

**Chronology of Informal Process**

| Date of Incident **06/00/02** | Date of Initial Contact with EEO Office **07/22/2002** | Date of Initial Interview **07/22/2002** |
|---|---|---|

| REDRESS™ Overview ☒ Yes ☐ No | ADR Election Form Signed ☐ Yes ☒ No | 60 Day Extension Form Signed ☐ Yes ☒ No  If Yes, Expiration Date: |
|---|---|---|

| Date Complainant Signed or Received Notice of Right to File **07/31/2002** | Date DRS Report Requested **08/01/2002** | Date DRS Report Submitted **08/05/2002** |
|---|---|---|

**Basis for Alleged Discrimination**

Check and Particularize Each that Applies

| ☒ 1. Race (Specify): **African/American** | ☐ 6. Age (Specify Date of Birth): |
|---|---|
| ☐ 2. Color (Specify): | ☐ 7. Physical Disability (Specify): |
| ☐ 3. Religion (Specify): | ☐ 8. Mental Disability (Specify): |
| ☐ 4. Sex (Specify): | ☒ 9. Retaliation (Specify Cited Prior EEO Activity): |
| ☐ 5. National Origin (Specify): | **prior EEO complaints** |

Discrimination Claim(s): **Counselee claims discrimination based on his race and retaliation, when in June 2002, he became aware that James Thompson and Franklin Greene, both (African/American), and Mr. Mansfield (Caucasian) have been utilized as 204Bs, but counselee has not. Counselee requested to be used as a 204B, but management denied his request.**

EEO COMPLIANCE AND APPEALS
U. S. POSTAL SERVICE

AUG 0 8 2002

PROCESSING CENTER
CAPITAL METRO OPERATIONS

Requested Resolution

422

**EEO Dispute Resolution Specialist's Checklist.**

Please check All That Apply.

☒ 1.  I informed counselee of the impartial role of the Dispute Resolution Specialist in the EEO complaint process, explained the EEO process, and provided counselee with the booklet, *What You Need to Know About EEO* -- an overview of the EEO process in the Postal Service.

☒ 2.  I notified counselee of his/her right to be accompanied, represented, and advised by a representative of his/her choice at any stage in the complaint process. If counselee elected representation, I obtained the following information:

Representative's Name: _____

Title: _____ Telephone Number: (___) _____

Fax No: (___) _____ Email Address: _____

Mailing Address: _____

_____

☒ 3.  I advised counselee of his/her right to remain anonymous during pre-complaint counseling and he/she DID __X__ / DID NOT _____ waive anonymity.

☒ 4.  I explained the privacy act notice. Counselee signed a copy of the notice prior to the interview.

☐ 5.  If a mixed case, I informed counselee of the mixed case election procedures in 29 C.F.R. §1614.302.

☐ 6.  If age discrimination was alleged, I informed counselee of the alternate procedures available for pursuing age claims, as outlined in 29 C.F.R. §1614.201.

☐ 7.  If a sex based claim of wage discrimination was alleged under Equal Pay Act (EPA), I advised counselee of his/her right to bypass the administrative procedure and file a civil action, as outlined in 29 C.F.R. §1614.408.

☐ 8.  If discrimination based on disability was alleged I informed counselee of his/her requirement to submit documentation of his/her disability. Documentation HAS _____ / HAS NOT _____ been submitted.

☐ 9.  If counselee presented his/herself as an agent of a class, I explained the class complaint procedures and the class agent's responsibilities, as outlined in 29 C.F.R.§1614.204.

☒ 10.  I informed counselee of his/her requirement to immediately notify the area Manager, EEO Compliance and Appeals and the EEOC if the representative's or his/her mailing address change.

☒ 11.  I explained that I will not be the one who will make the decision on the acceptability of counselee's claim(s); but, there is a possibility that, for the reason(s) I have briefly restated below, the claim(s) will be dismissed in accordance with 29 C.F.R.1614.107.

_____

423

**Dispute Resolution Specialist's Inquiry**

Brief Summary of Inquiry (If applicable)

Counselee states that he was informed that he had to be in the 204B training program established by the VMF Manager, Tim Curry to be used as an acting supervisor, and since he should no interest in the program, he would not be utilized.  However, counselee further states that Mr. Mansfield and Mr. Thompson are not in the program, but are used as acting supervisors.

Supervisor David Cook stated that the VMF Manager started a training program  for the postion of acting supervisor for all interested employee.  Employees were required to submit a PS Form 991 and appear before a review board.  Mr. Cook stated that since counselee did not submit a 991, it appeard that he was not interested in the training and therefore would not be used as a 204B.  Also, Mr. Cook stated that Mr. Greene and Mr. Thompson are in the training program, whereas, management requested that Mr. Mansfield, who is not in the program, act as a 204B based on his previous experience.

**REDRESS™ (Dispute Resolution Specialist complete this section if counselee participated in ADR)**

| Date of mediation | Disposition |
|---|---|
| | ☐ Resolved          ☐ Not Resolved |

**Summary of Final Interview**

Counselee was informed of his right to file a formal complaint and issued PS Forms 2565 and 2579-A.

**Privacy Act Notice**

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Office Address of Dispute Resolution Specialist (No., Street, City, State, and Zip + 4) | Office Address of Manager EEO Compliance & Appeals (No., Street, City, State, and Zip + 4) |
|---|---|
| **CAPITAL DISTRICT EEO OFFICE** **9201 EDGEWORTH DRIVE** **CAPITOL HEIGHTS MD 20790-7606** | **OFFICE OF  EEO COMPLIANCE & APPEALS** **POST OFFICE BOX 1730** **ASHBURN VA 20146-1730** |
| Specialist's Office Telephone No. **(301)499-7364** | Specialist's Office Hours                    **8:00AM TO 5:00PM** |
| Signature of EEO Dispute Resolution Specialist *Houston Coleman* | Typed Name of EEO Dispute Resolution Specialist **HOUSTON G. COLEMAN** | Date **08/5/2002** |

PS Form 2570, June 2001 *(Page 3 of 3)*

424

U.S. Postal Service

# Notice of Right to File Individual Complaint

| Counselee Name (Last, First, MI) | Informal Case No. |
|---|---|
| | 1K2060074-02 |

This notice will attest to the fact that on _____ 7/31/02 _____ I advised you of the actions taken concerning the allegation(s) of discrimination which you brought to my attention. If the matters which you raised during the precomplaint processing stage have not been resolved, you have the right to file a formal complaint within 15 calendar days of the date this notice is received. PS Form 2565, EEO Complaint of Discrimination in the Postal Service, is being provided to you for this purpose. The complaint must be in writing, signed by you and delivered to:

    OFFICE OF EEO COMPLIANCE & APPEALS
    CAPITAL METRO OPERATIONS
    P.O. BOX 1730
    ASHBURN            VA    20146-1730

The complaint will be deemed timely filed if it is delivered in person or postmarked before the expiration of the 15 calendar day filing period, or, in the absence of a legible postmark, if it is received by mail within 5 calendar days of the expiration of the 15-day filing period.

An EEO discrimination complaint can be processed only if the complainant alleges he or she has been discriminated against on the basis of race, color, religion, sex, national origin, age, disability or retaliation for past EEO activity. In addition, courts have ruled the complainant has the burden of presenting evidence which would give rise to an inference of discrimination. A complaint must contain the following information:

(1) Your name, address, position, and level;

  — If you change your address, you have a regulatory requirement to immediately report the change to the EEO Compliance and Appeals Coordinator located in your area. (Employees at Postal Service Headquarters and Headquarters Field Units, and employees of the Inspection Service should notify the EEO Appeals Review Specialist at Postal Service Headquarters.)

(2) The specific action or matter complained of, the date of occurrence, and the names of the official(s) who took the action alleged to be discriminatory;

  — You cannot add matters which were not discussed during counseling.

(3) The specific type of discrimination alleged, e.g., race - black, sex - female, etc.;

  — If you allege disability discrimination, the alleged disability must be more than a temporary condition.

  — If you allege age discrimination, you must have been at least 40 years of age on the date the alleged discriminatory action occurred.

(4) A brief statement of the facts which led you to believe you were discriminated against, and the names of similarly situated individuals whom you believe were treated differently than you.

  — If you allege a failure to accommodate a disability or your religion, you must explain the accommodation sought and why you sought it.

  — If you allege retaliation you must show a connection between the action about which you are complaining and your past EEO activity, and you must show that management was aware that you had engaged in protected activity when the alleged discriminatory action occurred.

(5) The name of the EEO Counselor and the date the Notice of Right to File was received.

## Privacy Act Notice / USPS Standards of Conduct

Privacy Act Notice. The collection of this information is authorized by Public Law 92-261, Equal Employment Act of 1972; 29 U.S.C., sections 621 et. seq. and 701 et. seq.; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center

for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

USPS Standards of Conduct. Postal Service regulations require all postal employees to cooperate in any postal investigation. Failure to supply the requested information could result in disciplinary action (ELM 666).

| Signature of Counselee | Date | Signature of Counselor | Date |
|---|---|---|---|
| Kevin M West | 7-31-02 | Houston Coleman | 7/31/02 |

Counselor, if Notice of Right to File is provided to Counselee by mail, it must be sent certified, return receipt requested. Attach signed PS Form 3811, Domestic Return Receipt, to this notice to evidence date of Counselee's receipt.

TransFORM PS Form 2579-A, December 1995

425

U.S. Postal Service
# EEO Dispute Resolution Specialist's (DRS) Inquiry Report

| Case No. |
| --- |
| 4-K-200-0177-02 |

### NOTICE OF RESTRICTED USAGE

Access to, and usage of, this EEO report is restricted by both the Freedom of Information Act and the Privacy Act to: (1) the complainant and his or her representative, and (2) government officials who must have access to the files to discharge their OFFICIAL duties.  The report must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)).

**Complainant**

| Name (Last, First, MI) | Social Security No. |
| --- | --- |
| WEST, KEVIN D. | 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 |

| Home Address (No., Street, City, State, ZIP + 4) | Work Address (Facility Name, No., Street, City, State, ZIP + 4) |
| --- | --- |
| 831 CHATSWORTH DRIVE<br>ACCOKEEK, MD., 20607-2032 | SOUTHERN MD. VMF<br>9201 EDGTEWORTH DRIVE<br>CAPITOL HEIGHTS, MD., 20790-9998 |

| Home Telephone No. | Email Address | Office Telephone No. |
| --- | --- | --- |
| (301) 292-7080 | - - - - - | (301) 499-7353 |

| Position Title | Grade Level | Tour | Duty Hours |
| --- | --- | --- | --- |
| AUTO TECHNICIAN | PS-7 | 2 | 6:00-2:30 |

| Off Days (For Tour I, record of nights) | Is EEO Poster 72 on display in Complainant's facility? |
| --- | --- |
| Sat/Sun | ☒ Yes, verified on date 09/03/2002    ☐ No |

| Preference Eligible | Mixed Case | MSPB Appeal Filed? |
| --- | --- | --- |
| ☐ Yes  ☒ No | ☐ Yes  ☒ No | ☐ Yes  ☒ No If Yes, Date Filed: |

**Chronology of Informal Process**

| Date of Incident | Date of Initial Contact with EEO Office | Date of Initial Interview |
| --- | --- | --- |
| see "claims" | 08/02/2002    08/30/02 | 09/03/2002 |

| REDRESS™ Overview | ADR Election Form Signed | 60 Day Extension Form Signed |
| --- | --- | --- |
| ☐ Yes  ☒ No | ☐ Yes  ☒ No | ☐ Yes  ☒ No If Yes, Expiration Date: |

| Date Complainant Signed or Received Notice of Right to File 09/09/2002 | Date DRS Report Requested 09/23/2002 | Date DRS Report Submitted 09/25/2002 |
| --- | --- | --- |

**Basis for Alleged Discrimination**

Check and Particularize Each that Applies

| | |
| --- | --- |
| ☒ 1. Race (Specify): Black | ☐ 6. Age (Specify Date of Birth): |
| ☐ 2. Color (Specify): | ☐ 7. Physical Disability (Specify): |
| ☐ 3. Religion (Specify): | ☐ 8. Mental Disability (Specify): |
| ☐ 4. Sex (Specify): | ☒ 9. Retaliation (Specify Cited Prior EEO Activity): 4-K-200-0031-02 |
| ☐ 5. National Origin (Specify): | |

Discrimination Claim(s): **The counselee alleged that he was discriminated against based on his race (Black) and retaliation for his past EEO activity when (1) on July 4, 2002, he became aware that other employees were given annual leave for July 4, 2002, whereas his request for the vaction period which includes July 4, 2002 had been disapproved; and (2) on July 17, 2002, he was issued a Notice of Suspension of 14 Days for failure to be regular in attendance.**

EEO COMPLIANCE AND APPEALS
U. S. POSTAL SERVICE

SEP 3 0 2002

PROCESSING CENTER
CAPITAL METRO OPERATIONS

Requested Resolution
**The counselee seeks compensatory and punitive damages for emotional stress.**

PS Form 2570, June 2001 (Page 1 of 3)

426

**EEO Dispute Resolution Specialist's Checklist.**

Please check All That Apply.

☐ 1. I informed counselee of the impartial role of the Dispute Resolution Specialist in the EEO complaint process, explained the EEO process, and provided counselee with the booklet, *What You Need to Know About EEO* – an overview of the EEO process in the Postal Service.

☐ 2. I notified counselee of his/her right to be accompanied, represented, and advised by a representative of his/her choice at any stage in the complaint process. If counselee elected representation, I obtained the following information:

Representative's Name: _____

Title: _____ Telephone Number: ( ) _____

Fax No: ( ) _____ Email Address: _____

Mailing Address: _____

_____

☐ 3. I advised counselee of his/her right to remain anonymous during pre-complaint counseling and he/she DID __X__ / DID NOT ____ waive anonymity.

☐ 4. I explained the privacy act notice. Counselee signed a copy of the notice prior to the interview.

☐ 5. If a mixed case, I informed counselee of the mixed case election procedures in 29 C.F.R. §1614.302.

☐ 6. If age discrimination was alleged, I informed counselee of the alternate procedures available for pursuing age claims, as outlined in 29 C.F.R. §1614.201.

☐ 7. If a sex based claim of wage discrimination was alleged under Equal Pay Act (EPA), I advised counselee of his/her right to bypass the administrative procedure and file a civil action, as outlined in 29 C.F.R. §1614.408.

☐ 8. If discrimination based on disability was alleged I informed counselee of his/her requirement to submit documentation of his/her disability. Documentation HAS ____ / HAS NOT ____ been submitted.

☐ 9. If counselee presented his/herself as an agent of a class, I explained the class complaint procedures and the class agent's responsibilities, as outlined in 29 C.F.R.§1614.204.

☐ 10. I informed counselee of his/her requirement to immediately notify the area Manager, EEO Compliance and Appeals and the EEOC if the representative's or his/her mailing address change.

☐ 11. I explained that I will not be the one who will make the decision on the acceptability of counselee's claim(s); but, there is a possibility that, for the reason(s) I have briefly restated below, the claim(s) will be dismissed in accordance with 29 C.F.R.1614.107.

427