UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN WEST | : | |
|     Plaintiff | : | |
| v. | : | Civil Action No. 05-1339  (JR) |
| JOHN E. POTTER | : | |
|     Defendant. | : | |

**ORDER**

Upon consideration of plaintiff's motion pursuant to F.R. Civ. P. 56(f), that defendant's summary judgment motion be denied or in the alternative that the case be continued to allow further discovery, and the response thereto, it is hereby

ORDERED that plaintiff's motion is DENIED.

Date: _____

UNITED STATE DISTRICT JUDGE