UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN WEST | : | |
|     Plaintiff | : | |
| v. | : | Civil Action No. 05-1339 (JR) |
| JOHN E. POTTER | : | |
|     Defendant. | : | |

ADDITIONAL ATTACHMENT

Defendant respectfully submits the attached Declaration of Joseph King as an additional attachment to the defendant's Response to Plaintiff's Rule 56 (f) Motion, docket no. 34.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970