UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST, )
 )
    Plaintiff, )
 )
    v. ) Civil Action No. 05-1339 (RMU)
 )
JOHN E. POTTER, )
POSTMASTER GENERAL, )
 )
    Defendant. )

## DECLARATION OF JOSEPH KING

I, Joseph King, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently the Manager, Vehicle Maintenance at the U.S. Postal Service's Vehicle Maintenance Facility in Washington, DC. I have held a Supervisory position with the Postal Service since 1985. I have been employed by the U.S. Postal Service since 1967.

2. I was on the selection committee for vacancies 31-2 (Supervisor, Vehicle Maintenance); and 33-02 (Supervisor, Vehicle Maintenance) of which Kevin West was an applicant.

3. At no time prior to the selection of candidates for the vacancies outlined in Paragraph No. 2 above, did any employee of the Postal Service or otherwise, influence my decision in the

1

selection process for the vacancies of which Kevin West was an applicant.

4. At no time prior to the selection of candidates for the vacancies outlined in Paragraph No. 2 above, was I contacted by any employee of the Postal Service, via verbal or written communication, to discuss which candidates I should select in the above cited vacancies. Neither Timothy Currie nor David E. Cooke contacted me verbally or via any correspondence regarding which candidates to select.

I declare the foregoing to be true and correct.

Executed this 14th day of March 2007

Joseph King
Manager, Vehicle Maintenance