UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
KEVIN D. WEST                                )
                                             )
       Plaintiff,                           )
                                             )
v.                                           )    Civil Action No.  05-1339 (JR)
                                             )
JOHN E. POTTER,                              )
POSTMASTER GENERAL                           )
U.S. POSTAL SERVICE                          )
                                             )
       Defendant.                           )
_____)

**MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S REPLY TO
DEFENDANT'S OPPOSITION TO PLAINTIFF'S 56(F) MOTION**

     COMES NOW, Plaintiff Kevin D. West, by and through undersigned counsel, respectfully requesting an extension of time for Plaintiff to file a Reply to Defendant's Opposition to his 56(f) Motion.  Plaintiff has not had the opportunity to confer with Defendant regarding this Motion, given the late hour.  However, counsel have in the past been very cooperative in securing consent to motions for extensions.

     Plaintiff makes this request because his counsel is preparing for and will be conducting a trial in this Court in the matter of Bynum v. MVM, Inc., Case No. 04-0259 before Judge Paul Friedman from March 26029, 2007.  Hence, she has been unable to prepare and file this Reply, unfortunately.  Plaintiff requests that she be afforded until Friday, April 6, 2007 to file her reply.

Respectfully submitted,

By**:**        **/S/**
        Teresa W. Murray

THE LAW OFFICE OF T.W. MURRAY
1025 Connecticut Avenue
Suite 1000
Washington, D.C. 20036
Phone: 202-327-5477/Fax: 202-327-5451