UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1339 (JR/JMF) |
| v. ) | |
| ) | |
| JOHN E. POTTER, ) | |
| POSTMASTER GENERAL, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of Plaintiff's motion for an extension of time to File Reply to Defendant's Opposition to Plaintiff's 56(f) Motion, it is hereby

ORDERED that Plaintiff shall file Reply by April 6, 2007.

Date: _____
UNITED STATES DISTRICT JUDGE