UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST,              : | |
| :                            | |
| Plaintiff,         : | |
| :                            | |
| v.                           : | Civil Action No. 05-1339 (JR) |
| :                            | |
| JOHN E. POTTER, Postmaster   : | |
| General, U.S. Postal Service,: | |
| :                            | |
| Defendant.         : | |

**ORDER**

The Clerk is directed to set plaintiff's Rule 56(f) motion down for hearing.  At that hearing, counsel will be expected to present and argue from <u>timelines</u> of the events and claims involved in this case, so that each discovery request can be addressed individually and specifically.


JAMES ROBERTSON
United States District Judge