UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST,<br>    Plaintiff,<br><br>        v.<br><br>JOHN E. POTTER,<br>POSTMASTER GENERAL,<br>    Defendant | )<br>)<br>)  Civil Action No. 05-1339 (JR)<br>)<br>)<br>)<br>)<br>)  |

**CONSENT MOTION TO EXTEND TIME**

Defendant respectfully requests an extension of time in which to file its reply to plaintiff's opposition to defendant's motion for summary judgment.

Defendant filed a motion for summary judgment in this matter on December 6, 2006.

On February 5, 2007, plaintiff filed a 52-page memorandum of points and authorities in opposition to defendant's motion for summary judgment (Opposition Memo). On the same day plaintiff filed with the Clerk's Office a notice of Bulky Filing.

On February 16, 2007, defendant received a courtesy copy of a letter from plaintiff's counsel to the Clerk of the Court stating that the CD-R disk containing the bulky filing sent to the clerk and defendant did not arrive. A copy of plaintiff's disk was enclosed with the February 16th letter.

The disk contains plaintiff's exhibits and his statement of material facts in dispute. Defendant was unable to respond to plaintiff's opposition without these materials. Also contained in the disk was a motion under rule 56 (f) asking that defendant's motion for summary judgment be denied and allowing plaintiff discovery. Defendant was unaware of the Rule 56(f) motion until receipt of the disk.

Defendant responded to plaintiff Rule 56(f) motion on March 13, 2007, and that motion

currently is pending before the Court.

Defendant's counsel since receipt of plaintiff's motion and opposition also prepared an opposition to plaintiff's motion for summary judgment filed on March 2, 2007 and defendant's motion for summary judgment filed on March 5, 2007, in *Mogenhan v. Department of Homeland Security*, a summary judgment motion in another Title VII case, *Baloch v. Norton* filed on March 28, 2007, and a reply to an opposition in another Title VII matter, *Wada v. Tomlinson*, filed on April 9, 2007, among its other duties in other cases. Counsel also was unexpectedly out of the office for over a week due to illness.

Therefore, defendant respectfully requests that it be allowed to file on April 20, 2007, its reply to plaintiff's opposition to defendant's summary judgment motion.

This is the first request for an extension of time to file a reply to plaintiff's Opposition Motion. Counsel for the plaintiff has been consulted. and she consents to this motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970