UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN D. WEST, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. 05-1339 (JR) |
|     v. | ) | |
| | ) | |
| JOHN E. POTTER, | ) | |
| POSTMASTER GENERAL, | ) | |
|     Defendant | ) | |

ORDER

Upon consideration of the consent motion for an extension of time to April 20, 2007, for defendant to file its reply to plaintiff's opposition to defendant's motion for summary judgment, it is hereby

ORDERED that the motion is GRANTED.


Date: _____
                  UNITED STATES DISTRICT JUDGE