UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1339 (RMU) |
| v. | ) |
| | ) |
| JOHN E. POTTER, | ) |
| POSTMASTER GENERAL, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF DAVID E. COOK

I, David E. Cook, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently the Manager of Vehicle Maintenance at the U.S. Postal Service's Vehicle Maintenance Facility in Capital Heights, Maryland. I have held this position since February 1993. I have been employed by the U.S. Postal Service since 1972.

2. I was the Selecting Official for Vacancy No. 03-43, Lead Automotive Technician, Level 8 of which Kevin West was an applicant.

3. The vacancy was for a position in the Postal Service Delivery Shop located at the Largo II, Vehicle Maintenance Facility. Small delivery vehicles are serviced in the Delivery Shop. The position required experience in the maintenance and

repair of small delivery vehicles. Larger Postal vehicles, such as tractors and trailers, are not serviced in the Delivery Shop and therefore, training or experience in servicing tractors or trailers and airbrakes for such heavy vehicles was not a specific requirement of the job.

3. Therefore, Mr. West's training and experience in servicing tractors and trailers did not in any manner make him better qualified than Mr. Clark for the position.

I declare the foregoing to be true and correct.

Executed this 17th day of April 2007.

*David E. Cook*
David E. Cook

2