## U.S. Postal Service
## Assignment Order

\* If temporary assignment includes hours outside of (paid) FLSA workweek, enter FLSA workweek and send copy to FLSA coordinator.
\*\* For qualified LSM/FSM operator who works intermittently on higher level, enter "None."

To: (Name): **KEVIN D. WEST**
Position Title: AUTOMOTIVE MECHANIC
Employee ID: 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
Home Installation: CAPITAL HGTS.

| | PP | PSDS Entry | YR |
|---|---|---|---|
| Day | Init. | Hours | |
| Sat 01 | | | |
| Sun 02 | | | |
| Mon 03 | | | |
| Tue 04 | | | |
| Wed 05 | | | |
| Thur 06 | | | |
| Fri 07 | | | |
| Sat 08 | | | |
| Sun 09 | | | |
| Mon 10 | | | |
| Tue 11 | | | |
| Wed 12 | | | |
| Thur 13 | | | |
| Fri 14 | | | |

### Employee Regular Tour
Begin Tour 05:50 | Lunch-Retn. 12:00
Lunch-Out 11:50 | End Work 14:00
Off Days: Sat. Sun.
FLSA E/N: N | Des/Act Code: 15-1 | LDC: 32 | Rate Sched.: PS | Level: 06 | Pay Loc.: 892

### You Are Assigned and Directed to Perform the Duties as Follows:
Position Title: ACTING ANALYST
FLSA Workweek*: F S
FLSA E/N: N | Des/Act Code: 15-1 | LDC: 32 | Rate Sched.: PS | Level: 07 | Pay Loc.: 892

### Assignment Tour
Begin Tour 05:50 | Lunch-Retn. 12:00
Lunch-Out 11:50 | End Work 14:00
Off Days: Sat. Sun.
Location (Give exact worksite. If route, give number.): LARGO I VMF
Finance No: 23-7483

### Beginning of Assignment
Date: 12/27/1999 | Time: 05:50 AM

### Approximate Ending of Assignment
Date: 12/23/1999 | Time: 14:00 PM

Reason for Assignment:
☒ Other (Explain): INCUMBANT ON HL
☐ Vacancy
☐ Annual Leave
☐ Sick Leave
☐ Scheduled Day Off
☐ Detail

Check if Applicable:
☐ Bargaining Unit Employee Notified by Wednesday of Week Preceding Change (Not Required for clerk craft if detailed to a nonbargaining position.)
☐ Nonbargaining Employee Given 7 Days Notice

Supervisor's Signature: *Kevin D. West* | Date: 12/28/1999
Employee's Signature: | Date: 12/28/1999

☐ Continued on Reverse

PS Form 1723, January 1995 (Older Editions Not Usable)

Original to Employee
Copy to Timekeeper

(Fold Line)

### Instructions

1. **Purpose.** Complete this form to record management-directed assignment changes involving:

   a. Temporary assignments to perform duties other than those in employee's official job description, including higher level and training assignments.
   b. Scheduled hours and/or days off when schedule change is not posted.

2. **Frequency.** Prepare a new form for each accounting period.

3. **Approvals.** Assignments and changes may be approved by immediate supervisor.

4. **Signatures.** If employee is unable to sign the form, the supervisor should indicate and also identify how the employee was notified in the employee signature space.

TransFORM PS Form 1723, January 1995 (Reverse)


DEFENDANT'S EXHIBIT

0000000127

| U.S. Postal Service<br>Assignment Order | | | * If temporary assignment includes hours outside of (paid) FLSA workweek, enter FLSA<br>workweek and send copy to FLSA coordinator.<br>** For qualified LSM/FSM operator who works intermittently on higher level, enter "None." | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| To: (Name)<br>KEVIN D. WEST | | | Position Title<br>AUTOMOTIVE MECHANIC | | | Employee ID<br>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<br>Home Installation<br>CAPITAL HGTS | | PP | PSDS Entry | YR |
| Employee Regular Tour | Off Days | FLSA E/N | Des/Act Code | LDC | Rate Sched. | Level | Pay Loc. | Day | Init. | Hours |
| Begin Tour 05:50  Lunch-Retn. 12:00<br>Lunch-Out 11:50  End Work 14:00 | Sat. Sun. | N | 15-1 | 32 | PS | 06 | 892 | Sat 01<br>Sun 02<br>Mon 03 | | |

You Are Assigned and Directed to Perform the Duties as Follows:

| Position Title<br>ACTING LEAD MECHANIC | FLSA Workweek*<br>F<br>S | FLSA E/N<br>N | Des/Act Code<br>15-1 | LDC<br>32 | Rate Sched.<br>PS | Level<br>07 | Pay Loc.<br>892 | Tue 04<br>Wed 05<br>Thur 06 |
|---|---|---|---|---|---|---|---|---|
| Assignment Tour | Off Days | Location (Give exact worksite. If route, give number.) | | | | Finance No. | | Fri 07 |
| Begin Tour 05:50  Lunch-Retn. 12:00<br>Lunch-Out 11:50  End Work 14:00 | Sat. Sun. | LARGO I VMF | | | | 23-7483 | | Sat 08<br>Sun 09 |

| Beginning of Assignment | | Approximate Ending of Assignment | | |
|---|---|---|---|---|
| Date<br>08/07/2000 | Time<br>05:50 AM | Date**<br>08/11/2000 | Time<br>14:00 PM | Mon 10<br>Tue 11 |

Reason for Assignment
☐ Other (Explain): ☐ Vacancy ☐ Scheduled Day Off
☒ Annual Leave
☐ Sick Leave ☐ Detail

Check if Applicable
☐ Bargaining Unit Employee Notified by Wednesday of Week Preceding Change (Not Required for clerk craft if detailed to a nonbargaining position.)
☐ Nonbargaining Employee Given 7 Days Notice

| | | | | |
|---|---|---|---|---|
| Supervisor's Signature<br>/s/ David Cole | Date<br>08/07/2000 | Employee's Signature<br>/s/ Kevin P. West | Date<br>08/07/2000 | Wed 12<br>Thur 13<br>Fri 14<br>☐ Continued on Reverse |

PS Form 1723, January 1995 (Older Editions Not Usable)

Original to Employee
Copy to Timekeeper

(Fold Line)

Instructions

1. **Purpose.** Complete this form to record management-directed assignment changes involving:
   a. Temporary assignments to perform duties other than those in employee's official job description, including higher level and training assignments.
   b. Scheduled hours and/or days off when schedule change is not posted.

2. **Frequency.** Prepare a new form for each accounting period.

3. **Approvals.** Assignments and changes may be approved by immediate supervisor.

4. **Signatures.** If employee is unable to sign the form, the supervisor should indicate and also identify how the employee was notified in the employee signature space.

| PP | PSDS Entry | YR |
|---|---|---|
| Day | Init. | Hours |
| Sat 01 | | |
| Sun 02 | | |
| Mon 03 | | |
| Tue 04 | | |
| Wed 05 | | |
| Thur 06 | | |
| Fri 07 | | |
| Sat 08 | | |
| Sun 09 | | |
| Mon 10 | | |
| Tue 11 | | |
| Wed 12 | | |
| Thur 13 | | |
| Fri 14 | | |

DEFENDANT'S EXHIBIT 2

TransFORM PS Form 1723, January 1995 (Reverse)

**U.S. Postal Service**
**Assignment Order**

\* If temporary assignment includes hours outside of (paid) FLSA workweek, enter FLSA workweek and send copy to FLSA coordinator.
\*\* For qualified LSM/FSM operator who works intermittently on higher level, enter "None"

To: (Name): **KEVIN D. WEST**
Position Title: **AUTOMOTIVE MECHANIC**
Employee ID: 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
Home Installation: CAPITAL HGTS.

Employee Regular Tour:
- Begin Tour 05:50 | Lunch-Retn. 12:00
- Lunch-Out 11:50 | End Work 14:00
Off Days: Sat. Sun.
FLSA E/N: N | Des/Act Code: 15-1 | LDC: 32 | Rate Sched: PS | Level: 06 | Pay Loc.: 892

You Are Assigned and Directed to Perform the Duties as Follows:

Position Title: **ACTING VEHICLE ANALYST**
FLSA Workweek*: F / S
FLSA E/N: N | Des/Act Code: 15-1 | LDC: 32 | Rate Sched.: PS | Level: 07 | Pay Loc.: 892

Assignment Tour:
- Begin Tour 05:50 | Lunch-Retn. 12:00
- Lunch-Out 11:50 | End Work 14:00
Off Days: Sat. Sun.
Location: LARGO I VMF
Finance No: 23-7483

Beginning of Assignment: Date 01/05/2001, Time 05:50 AM
Approximate Ending of Assignment: Date 03/16/2001, Time 14:00 PM

Reason for Assignment: ☒ Other (Explain): INCUMBANT IN TRAINING
☐ Vacancy   ☐ Scheduled Day Off   ☐ Annual Leave   ☐ Sick Leave   ☐ Detail

Check if Applicable:
☒ Bargaining Unit Employee Notified by Wednesday of Week Preceding Change (Not Required for clerk craft if detailed to a nonbargaining position.)
☐ Nonbargaining Employee Given 7 Days Notice

Supervisor's Signature: *David Cook* | Date: 03/05/2001
Employee's Signature: *Kevin P. West* | Date: 03/05/2001
3-19-2001

☐ Continued on Reverse

Original to Employee
Copy to Timekeeper

PS Form 1723, January 1995 (Older Editions Not Usable)

(Fold Line)

| PP | PSDS Entry | YR |
|---|---|---|
| Day | Init. | Hours |
| Sat 01 | | |
| Sun 02 | | |
| Mon 03 | | |
| Tue 04 | | |
| Wed 05 | | |
| Thur 06 | | |
| Fri 07 | | |
| Sat 08 | | |
| Sun 09 | | |
| Mon 10 | | |
| Tue 11 | | |
| Wed 12 | | |
| Thur 13 | | |
| Fri 14 | | |

### Instructions

1. **Purpose.** Complete this form to record management-directed assignment changes involving:
   a. Temporary assignments to perform duties other than those in employee's official job description, including higher level and training assignments.
   b. Scheduled hours and/or days off when schedule change is not posted.

2. **Frequency.** Prepare a new form for each accounting period.

3. **Approvals.** Assignments and changes may be approved by immediate supervisor.

4. **Signatures.** If employee is unable to sign the form, the supervisor should indicate and also identify how the employee was notified in the employee signature space.

*RECEIVED 3-19-2001*
*K.D. WEST*

TransFORM PS Form 1723, January 1995 (Reverse)


DEFENDANT'S EXHIBIT 5

0060000129

| PP | PSDS Entry | YR |
|---|---|---|
| Day | Init. | Hours |
| Sat 01 | | |
| Sun 02 | | |
| Mon 03 | | |
| Tue 04 | | |
| Wed 05 | | |
| Thur 06 | | |
| Fri 07 | | |
| Sat 08 | | |
| Sun 09 | | |
| Mon 10 | | |
| Tue 11 | | |
| Wed 12 | | |
| Thur 13 | | |
| Fri 14 | | |