# AGREEMENT

between
United States Postal Service
and
American Postal Workers Union,
AFL-CIO

1998-2000

Handbook EL-912

DEFENDANT'S EXHIBIT

Article 39.2.A.8

| | | |
|---|---|---|
| Time & Attendance Clerk SP 1-29, PS-5 | | All Motor Vehicle Craft Employees |
| Storekeeper Automotive Parts SP 5-46, PS-6 | | All Motor Vehicle Craft Employees |
| Storekeeper Automotive Parts SP 5-47, PS-7 | | All Motor Vehicle Craft Employees |
| Vehicle Operations Assistant-Bulk Mails SP 5-66, PS-6 | SP 5-22, PS-6 | Tractor-Trailer |

12. When the opportunity for conversion to a residual full-time vacancy, other than a Motor Vehicle Operator (MVO) or Tractor Trailer Operator (TTO) position exists, the part-time flexible within the same occupational group and grade as the vacancy, will be given the opportunity to accept or decline conversion into the assignment. Declinations must be in writing. If no part-time flexible employee accepts, management may convert the senior part-time flexible employee, from the same occupational group and grade, and place him/her into the residual vacancy; or fill the residual vacancy by other means.

B. Place of Posting

1. The notice inviting bids for a craft assignment shall be posted on all official bulletin boards at the installation where the vacancy exists, where vehicle operations and/or maintenance employees work so

236

---

Article 39.2.D

as to assure that it comes to the attention of all employees eligible to submit bids. Copies of the notice shall be given to the Union. When an absent employee has so requested in writing, and provided a personal mailing address, a copy of any notice inviting bids from the craft of the employee shall be mailed to the employee by the installation head.

2. Posting and bidding for preferred duty assignments shall be installation-wide without exception.

C. Length of Posting

The notice shall remain posted for 10 calendar days, unless a different length for the posting period is established by local negotiation.

D. Information on Notices

Information shall be as shown below and shall be specifically stated:

1. The duty assignment by position title and number (e.g., key, standard, or individual position).

2. PS salary level.

3. Hours of duty (beginning and ending).

4. The principal assignment area (e.g., section and/or location of activity).

5. Qualification standards, including ability to drive certain types of vehicles such as tractor-trailer and occupational code number when such standards and numbers are available.

237

Article 39.2.A.8

8. Employees bidding pursuant to 6 or 7 above, may bid only those duty assignments that have the same position designation.

9. Currently qualified part-time regular employees are eligible to be considered for reassignment to residual vacancies as a result of the application of 6, 7 and 8 above. To be eligible for consideration, the part-time regular employee must be senior to the senior part-time flexible employee.

10. Motor Vehicle Craft employees temporarily detailed to a nonbargaining-unit position may not bid on vacant motor vehicle craft duty assignments. While so detailed, however, nothing contained herein shall be construed to preclude such temporarily detailed employees from voluntarily terminating a nonbargaining-unit detail and returning to their craft position. Upon return to the craft position, such employees may exercise their right to bid on vacant motor vehicle craft duty assignments. The duty assignment of a full-time motor vehicle craft employee detailed to a nonbargaining-unit position, including a nonbargaining-unit training program in excess of four months shall be declared vacant and shall be posted for bid in accordance with this Article. Upon return to the craft, the employee will become an unassigned regular. A motor vehicle craft employee temporarily detailed to a nonbargaining-unit position will not be returned to the craft solely to circumvent the provisions of Section 2.A.10 Form 1723. Notice of Assignment, shall be used in detailing motor vehicle craft employees to temporary nonbargaining-unit positions. The Employer will provide the Union at the local level with a copy of Form(s) 1723 showing the

234

Article 39.2.A.11

beginning and ending of all such details. Employees detailed to nonbargaining-unit positions are not entitled to out-of-schedule premium.

11. Residual vacancies for the following positions are to be filled by the senior qualified bidder, from the appropriate position(s) as herein indicated. Except for Motor Vehicle Operator and Tractor-Trailer Operator assignments, total service seniority in the Motor Vehicle craft will be used by employees when bidding to assignments in a different position designation.

| a. Position | To be Filled by Senior Qualified |
|---|---|
| Junior Mechanic, Automotive, SP 5-52, PS-5 | Garageman, KP 9, PS-1 |
| Tire Repairman, SP 5-53, PS-5 | Garageman, KP 9, PS-4, Junior Mechanic, Automotive, SP 5-52, PS-5 |
| Tractor-Trailer Operator, SP 5-22, PS-6 | Motor Vehicle Operator, KP 10, PS-5 |
| Tools and Parts Clerk, SP 1-31, PS-5 | All Motor Vehicle Craft Employees |
| Clerk, Vehicle Dispatcher, SP 5-10, PS-5 | Motor Vehicle Operator, KP 10, PS-5, Tractor-Trailer Operator, SP 5-22, PS-6 |

235