ITEM # 14.B.1                                      MAINT. OT. QUALIF.

1) Lists soliciting volunteers will show special qualifications where necessary.

2) Employees with the same occupational group and level with the necessary skills may sign another section's (same occupational group and level) ODL.

3) An employee must sign the volunteer list for his/her own section before signing another section's list.

4) The order of selecting employees for voluntary OT will be:

   a. employees on ODL (by section)

   b. employees on ODL (from another section with the same occupational group and level on the same tour with the necessary skills).

   c. employees on ODL (with the same occupational group and level on any other tour with a non-working tour on both sides).

5) Management will make every effort to utilize volunteers not on the ODL within the section prior to forcing non-volunteers to work overtime

C.  MOTOR VEHICLE CRAFT:

1) ODL's will be established by tour, occupational group, qualifications and location.

2) The employer shall provide the Craft Director with a list of employees being considered for removal from the ODL.

3) The order of selecting employees on the ODL will be:

   a. employees on ODL tour and facility

   b. employees on ODL from same tour and another facility

23

Exhibit 44
Page 1 of 4

**ITEM # 14.1.C.3.c**                                               MVS OT. LISTS

  c. employees on ODL from another tour with same job title

  d. employees on ODL from another tour or facility (with different job titles) who have the necessary skills, when the employees schedule allows them to be available.

 4) The following will constitute a facility

  a. Maintenance

  b. Vehicle Services (may sign the Vehicle Control volunteer list, posted both locations)

  c. Vehicle Control (may sign the Vehicle Services volunteer list, posted both locations)

  d. Administrative Services

 5) Tours are established by the greater amount of time the employee is on the clock during the majority of their assigned work schedule.

VEHICLE MAINTENANCE:

| Largo I | Largo II | Riverdale |
|---|---|---|
| 0750-1600 | 0650-1500 | 0650-1500 |
| 1550-2400 | | |

VEHICLE SERVICES:

|  | Tour I | Tour II | Tour III |
|---|---|---|---|
| (GMF) | 2300-0800 | 0800-1650 | 1550-2400 |
| (BMC) | 2250-0700 | 0700-1550 | 1800-0250 |

D. **REMOVE**

Exhibit 44
Page 2 of 4

<u>ITEM # 14.1.E</u>                                              SEPARATE OT LISTS

E.   GENERAL PROVISION:   Separate ODL's will be maintained for before tour, after tour, and non-scheduled days.  Lists shall be posted between the 14th and 28th of March, June, September, and December.

2.   Copies of all Overtime Desired Lists for all crafts shall be provided to the Union prior to the beginning of each quarter and upon request.

3.   Employees will be notified as soon as possible when required to work overtime.  Every effort will be made to give a minimum of one (1) hour notice.  When a situation occurs resulting in less than one hour notice being given, management will make every reasonable effort to excuse employees who advise management that they have a significant problem with the overtime requirement.

4.   Employees changing bid jobs, tours, or sections shall be given 14 days from the start of such assignment to add their names to the appropriate ODL's if they so desire.

5.   PTF employees being converted to full time shall be given 14 days from the date of conversion to sign the ODL if they so desire.

6.   Employees who are required to work overtime shall not be unreasonably denied the right to call home, if necessary.

7.   An employee, whether on the ODL or not, may request to be excused from working OT when necessary.  All such requests shall be given individual consideration.  When good and sufficient reason is given, every effort will be made to excuse such employee.

8.   Employees on overtime shall be considered one day junior to any full time employee working his/her regularly scheduled tour of duty in order to prevent Full Time Regular employees from being "bumped" from their bid positions as posted.

9.   Employees may withdraw their names from ODL lists with eight hours notice, but, may not return to that/those ODL list(s) during that quarter.

25

Exhibit 44
Page 3 of 4

<u>ITEM # 14.10</u>                                    ADD ██ ME TO LIST

10.  Employees who are unable to volunteer for the ODL's due to an absence for the entire sign up period will be permitted to be added to the list within five calendar days of their return to duty. Management will immediately add them to the appropriate Odls and promptly notify the Union. The request must be in writing and submitted within the first four (4) hours of the employee's normal work hours on any of the five days.

<u>ITEM NO. 15, 16, & 17 - (15) THE NUMBER OF LIGHT DUTY ASSIGNMENTS WITHIN EACH OCCUPATIONAL GROUP TO BE RESERVED FOR TEMPORARY OR PERMANENT LIGHT DUTY ASSIGNMENTS (16) THE METHOD TO BE USED IN RESERVING LIGHT DUTY ASSIGNMENTS SO THAT NO REGULARLY ASSIGNED MEMBER OF THE WORK FORCE WILL BE ADVERSELY AFFECTED (17) THE IDENTIFICATION OF ASSIGNMENTS THAT ARE TO BE CONSIDERED LIGHT DUTY WITHIN EACH CRAFT REPRESENTED IN THE OFFICE</u>

1.   All of the above deal with light duty and shall be considered in the following combined manner:

A.   Each request for light duty will be considered on its own merits in accordance with pertinent provisions of the National Agreement (Article 13). Every reasonable effort will be made to assign an employee who is recovering from an illness or injury to duties which he/she can perform, with due consideration given to the nature of the illness or injury and the availability of such duties. A doctor's certificate specifying the limitations of the duties an employee can perform shall be one of the guidelines in placing the employee in a light duty assignment.

B.   A light duty assignment must not be established which would displace or "bump" an employee from a regular bid position.

Exhibit 4
Page 4 of 4