Page 77

1  Q -- alleged assault?
2  A No.
3  Q Did you observe any conversations between
4 Mr. Cook and Mr. Currie regarding Mr. West being
5 granted or denied revised leave schedules?
6  A Not in a conversation, no.
7  Q What other things --
8  A Not that I can recall.
9  Q Were there any other forms of communication
10 that you observed regarding that?
11  A No. I mean, I think I discussed it with
12 Kevin or heard Kevin talking to somebody else that he
13 was denied a revise and I think Kevin hisself had asked
14 me have I ever been denied a revise and I told him no,
15 not that I can remember. But I don't recall a
16 conversation. It could have been. I just may not
17 remember.
18  Q Did you have any conversations with Mr. Green
19 with respect to Mr. West reporting a safety hazard on
20 August 22nd, 2002?
21  A Could have. I don't know. What was the
22 safety hazard?
23  Q It was with respect to the engine stand and
24 the need for that.
25  A Oh, yes. Mr. Green said that he called

Page 78

1 around to a couple of contractors or vendors and asked
2 them what did they need for -- what did they use to
3 remove engines and I think they ended up shipping
4 something to the shop that they used and Kevin still
5 felt that that was a safety hazard.
6  Q Did you have any conversations with Mr. Green
7 with respect to Mr. West being sent home that day on
8 August 22nd, 2002?
9  A No, not personally. I mean, there was talk
10 around the shop. Everybody was talking because I asked
11 them why couldn't they just have gotten a engine stand
12 and the matter would have just been fine.
13  Q What was his response?
14  A Well, we didn't -- we don't need no engine
15 stand. Why are we going to get a engine stand just
16 because he wants it, so I left it alone.
17  Q Do you recall any conversations between
18 Mr. Cook and Mr. Currie regarding Mr. West being
19 promoted to the supervisory positions EAS16 that were
20 awarded to Mr. Green and Mr. Karoutsos?
21  A Not that I can remember.
22  Q Did you have any opportunity to review any
23 written communication between Mr. Cook and Mr. Currie
24 regarding Mr. West?
25  A I don't remember. I don't know.

Page 79

1  Q Does Mr. Cook --
2  A I could have. I'm always looking at
3 something so I don't know.
4  Q Does Mr. Cook have e-mail?
5  A Yes, uh-huh.
6  Q Do you recall any e-mails written by Mr. Cook
7 regarding Mr. West?
8  A Again, I read a lot come through there. I
9 don't know. Not -- to Mr. Cook? Mr. Cook written
10 it --
11  Q Uh-huh.
12  A -- himself?
13  Q Correct.
14  A I don't recall.
15  Q Do you recall any e-mails to Mr. Cook
16 regarding Mr. West?
17  A I did read a e-mail once and I don't remember
18 what it was about. I don't even know if it was about
19 Kevin but I do remember reading one of his e-mails, but
20 I don't -- I couldn't tell you what it was about.
21  Q Do you recall any e-mails to or from
22 Mr. Currie regarding Mr. West?
23  A Again, I don't remember -- recall. I don't
24 recall.
25  Q Have you heard Mr. Cook make any sort of

Page 80

1 racial comment or joke?
2  A I haven't heard him say it per se, but I, I
3 remember being at work and someone said Cook said a
4 racial remark about Kevin and Claytor (phonetic) when
5 they was leaving out the door but I didn't hear it out
6 of Cook's mouth myself.
7  Q What did you hear about --
8  A And I don't even really know what it was. He
9 had made a comment and I don't know. I know he called
10 one of them worthless and I don't know which one -- I
11 don't remember exactly what the --
12  Q Do you recall who told you that?
13  A I think everybody in the shop that heard it.
14  Q Do you recall who that was?
15  A I know Leroy had mentioned it one time.
16  Q Leroy Callan (phonetic)?
17  A Uh-huh.
18  Q And what did he say?
19  A Again, I don't even remember what. He said
20 something about that but I don't remember the exact
21 words. I know he said -- I don't know. I don't know
22 what he say. He did make a comment. I know one of
23 them got called worthless. Which one, I don't know.
24  Q And when you referred to Claytor, do you mean
25 Warren Claytor?

Opp Ex 58 Childs 12-8-03
Depo at 80