UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 05-1339 (RMU)
 )
JOHN E. POTTER, )
POSTMASTER GENERAL, )
 )
    Defendant. )

### DECLARATION OF JO ANN SIMMONS

I, Jo Ann Simmons, make the following Declaration in lieu of an affi[davit, in] accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be file[d in the] United States District Court for the District of Columbia and that it is the legal equi[valent of] a statement under oath.

1. I am currently the Acting Manager, Dispute Resolution, EEO Comp[liance &] Appeal -- Capital Metro Area for the United States Postal Service.

2. According to the records of the Postal Service's EEO Office, Kevin W[est did] not contact an EEO Counselor within forty-five days of the period March 26[, 2001 --] December 31, 2002, to claim that he was discriminated against when the Postal [Service] allegedly promoted Warren Plater and Franklin Greene to a higher level craft d[etail but] failed to promote Mr. West.

Executed this 19th day of April 2007.

_Jo Ann Simmons_
Jo Ann Simmons