UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST,                )
                              )
    Plaintiff,                )
                              )   Civil Action No. 05-1339 (RMU)
v.                            )
                              )
JOHN E. POTTER,               )
POSTMASTER GENERAL,           )
                              )
    Defendant.                )

## DECLARATION OF NORMAN D. SMITH

I, Norman D. Smith, make the following Declaration in lieu of an affidavit in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently a Labor Relations Specialist for the United States Postal Service Capital District. In that capacity, I am familiar with the National Agreement and Motor Vehicle Craft Local Memorandum of Understanding ("LMOU") between the United States Postal Service and the American Postal Workers Union ("APWU").

2. I have been informed that in 2003, Kevin West worked on Tour II in the Largo I facility. I was further informed that Mr. West applied for "before tour" overtime at the Largo II facility and was denied overtime because the employees located at the Largo II facility satisfied the available overtime. Lastly, I was informed that it is Mr. West's contention that he should have been granted overtime because the overtime selection process is solely based on seniority and not based on permanent building assignment. Mr. West's contention is inconsistent with the LMOU.

3. The LMOU governs selection of employees for overtime. See Ex. 44, #14 of LMOU. For the Motor Vehicle Craft, the LMOU provides that the overtime des list ("ODL") will be established by tour, occupational group, qualifications and location. at ¶ C.1. It provides more specifically,

> 3) The order of selecting employees on the ODL will be:
>
> a. employees on ODL tour and facility
>
> b. employees on ODL from same tour and another facility
>
> c. employees on ODL from another tour with the same job title.
>
> d. employees on ODL from another tour or facility (with different job titles) have the necessary skills, when the employees schedule allows them tc available. Id. at ¶C.3.

4. The "tours" are defined by facility, location and assigned work schedule. ¶ C.5. Largo II has one tour with an assigned schedule of 0650-1500. Largo I has separate tours with different assigned times. Id.

5. Pursuant to the LMOU, vehicle maintenance craft "before tour" overtim Largo II should go first to employees on the following tour: Largo II (0650-1500), and following facility: Maintenance. Id. at ¶ C.3. Among the employees in this group, selection should be made by seniority pursuant to the National Agreement. The Nati Agreement, which must be read in conjunction with the LMOU, provides that during quarter, employees on the Overtime Desirable List ("ODL") will be selected in orde seniority on a rotating basis. A true a correct copy of the applicable provisions of National Agreement are attached hereto as Smith Decl. Exh. 1.

6. A vehicle maintenance craft employee on one of the Largo I tours, who had signed up on the ODL for "before tour" OT at Largo II would fall in either the third or fourth selection under LMOU ¶ C.3. That individual would be from another tour with the same job title. (¶ C.3(c)) or with different job title having the necessary skills (¶ C.3(d)) Selection within each group would be by seniority.

7. With respect to Mr. West, he worked on Tour II in Largo I with hours 0800 - 1600 and requested before tour overtime in Largo II. At Largo II, the tour time is 0700 - 1500. In this instance, Mr. West would fall in the third selection category under LMOU paragraph ¶ C.3 because Mr. West worked a different "tour," as defined by ¶ C.5. Mr. West would be selected after the employees in categories and a) and b), and then in order of seniority within category c).

I declare the foregoing to be true and correct.

Executed this 19TH day of April 2007.

Norman D. Smith

3

# AGREEMENT

between
United States Postal Service
and
American Postal Workers Union,
AFL-CIO

# 2000–2003

Handbook EL-912

**Article 8.5**

D. Penalty overtime pay will be paid to full-time regular employees for any overtime work in contravention of the restrictions in Section 5.F.

E. Excluding December, part-time flexible employees will receive penalty overtime pay for all work in excess of ten (10) hours in a service day or fifty-six (56) hours in a service week.

F. Wherever two or more overtime or premium rates may appear applicable to the same hour or hours worked by an employee, there shall be no pyramiding or adding together of such overtime or premium rates and only the higher of the employee's applicable rates shall apply.

G. Overtime Work Transitional Employees
Transitional employees shall be paid overtime for work performed in excess of forty (40) work hours in any one service week. Overtime pay for transitional employees is to be paid at the rate of one and one-half (1 ½) times the basic hourly straight-time rate.
When an opportunity exists for overtime for qualified and available full-time employees, doing similar work in the work location where the employees regularly work, prior to utilizing a transitional employee in excess of eight (8) work hours in a service day, such qualified and available full-time employees on the appropriate Overtime Desired List will be selected to perform such work in order of their seniority on a rotating basis.

**Section 5. Overtime Assignments**
When needed, overtime work for regular full-time employees shall be scheduled among qualified employees

25

**Article 8.5**

doing similar work in the work location where the employees regularly work in accordance with the following:
A. Two weeks prior to the start of each calendar quarter, full-time regular employees desiring to work overtime during that quarter shall place their names on an "Overtime Desired" list.
B. Lists will be established by craft, section, or tour in accordance with Article 30, Local Implementation.
C. 1.a. When during the quarter the need for overtime arises, employees with the necessary skills having listed their names will be selected in order of their seniority on a rotating basis.
b. Those absent or on leave shall be passed over.
D. If the voluntary "Overtime Desired" list does not provide sufficient qualified people, qualified fulltime regular employees not on the list may be required to work overtime on a rotating basis with the first opportunity assigned to the junior employee.
E. Exceptions to C and D above if requested by the employee, may be approved by local management in exceptional cases based on equity (e.g., anniversaries, birthdays, illness, deaths).
F. Excluding December, no full-time regular employee will be required to work overtime on more than four (4) of the employee's five (5) scheduled days in a service week or work over ten (10) hours on a regularly scheduled day, over eight (8) hours on a non-scheduled day, or over six (6) days in a service week.

26