UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST,             :
                           :
      Plaintiff,          :
                           :
  v.                       :  Civil Action No. 05-1339 (JR)
                           :
JOHN E. POTTER, Postmaster :
General, U.S. Postal Service, :
                           :
      Defendant.          :

### ORDER

After proceedings held in open court on May 15, 2007, it is

**ORDERED** that plaintiff may have until **September 15, 2007** to complete the discovery allowed by the Court and supplement his opposition to the pending motion for summary judgment. This deadline will not be extended for any reason. (The Court recognizes that this schedule gives plaintiff one month less than the time discussed at the May 15 hearing, but this deadline is firm.)

                                      JAMES ROBERTSON
                            United States District Judge