UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**KEVIN D. WEST,**                                   )
                                                                     )
       Plaintiff,                                      )
                                                                     )
   v.                                                           )   Civil Action No.  05-1339 (JR)
                                                                     )
**JOHN E. POTTER,**                               )
**POSTMASTER GENERAL**               )
**U.S. POSTAL SERVICE**                    )
                                                                     )
       Defendant.                                   )
_____)

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

Please enter the following address and telephone number change for Plaintiff's counsel in the above-captioned matter:

> **Teresa W. Murray**
> **The Law Office of T.W. Murray**
> **7474 Greenway Center Drive**
> **Suite 820**
> **Greenbelt, Maryland 20770**
> **Phone: 301-982-2005**
> **Fax: 301-982-0004**

                                          Respectfully submitted,

Dated: July 19, 2007                                  By**:_____/s/_____**
                                                                Teresa W. Murray
                                                                THE LAW OFFICE OF T.W. MURRAY
                                                                7474 Greenway Center Drive
                                                                Suite 820
                                                                Greenbelt, Maryland 20770
                                                                Phone: 301-982-2005
                                                                Fax: 301-982-0004
                                                                **Counsel for the Plaintiff**