file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 1 of 27

0001

1            UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF COLUMBIA
3  - - - - - - - - - - - - - - - - x
                          :
4  KEVIN D. WEST,               :
                          :
5        Plaintiff,      :
                          :
6  v.                    : Civil Action No.
                         : 05-1339(JR)
7  JOHN E. POTTER,              :
   POSTMASTER GENERAL,          :
8  U.S. POSTAL SERVICE,         :
                          :
9        Defendant.      :
                          :
10 - - - - - - - - - - - - - - - - x
11                  Thursday, September 13, 2007
                    Greenbelt, Maryland
12 DEPOSITION OF:
13            FRANKLIN GREENE
14      a Witness in the above-entitled cause,
15 called for examination by counsel for the Plaintiff,
16 pursuant to notice and to agreement of counsel as to
17 time and place, at The Law Office of T.W. Murray,
18 7474 Greenway Center Drive, Suite 820, Greenbelt,
19 Maryland 20770, commencing at 10:10 a.m., before
20 Marney Alena Mederos, RPR, a Notary Public in and
21 for the State of Maryland, when were present on
22 behalf of the respective parties:
0002
1  APPEARANCES:
2        TERESA W. MURRAY, ESQUIRE
3        The Law Office of T.W. Murray
4        7474 Greenway Center Drive
5        Suite 820
6        Greenbelt, Maryland  20770
7        (301) 982-2005
8        On behalf of the Plaintiff.
9
10       RHONDA C. FIELDS, ESQUIRE

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 2 of 27

11      Assistant United States Attorney
12      Civil Division
13      555 Fourth Street, N.W.
14      Washington, D.C.  20530
15      (202) 514-6970
16      On behalf of the Defendant.
17
18  ALSO PRESENT:
19      Kevin West, Plaintiff
20
21
22          *  *  *
0003
1           C O N T E N T S
2   WITNESS:          EXAMINATION BY:    PAGE:
3   Franklin Greene      Ms. Murray          4
4
5
6
7           E X H I B I T S
8   NO.  DESCRIPTION              PAGE:
9   1   U.S. Postal Service EEO Investigative    39
10      Affidavit
11
12  (Exhibits attached.)
13
14
15
16
17
18
19
20
21
22
0004
1          P R O C E E D I N G S
2   Whereupon,
3           FRANKLIN GREENE
4       a Witness, called for examination by counsel
5   for the Plaintiff, having first been duly sworn, was
6   examined and testified as follows:
7       EXAMINATION BY COUNSEL FOR PLAINTIFF

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR     Document 45-3     Filed 09/18/2007     Page 3 of 27

8          BY MS. MURRAY:
9      Q     Good morning, Mr. Greene.
10     A     Good morning.
11     Q     We've talked before.  But as you know,
12  just to state on the record, my name is Teresa
13  Murray.  I represent Kevin West in this case.
14          Can you state your full name and where
15  you're employed on the record?
16     A     Franklin Greene.  I'm the supervisor at
17  Riverdale Vehicle Maintenance Facility in Riverdale,
18  Maryland.
19     Q     How long have you been a supervisor?
20     A     Since 19 -- since 2001, 2002.  I can't
21  remember exactly.
22     Q     And what level supervisor are you?
0005
1      A     I'm a 17.
2      Q     Okay.  I sort of skipped over the
3  ground rules, because you've had a deposition
4  before.  But if you need a break for any reason, let
5  me know.  If there is any way that we can get you
6  some water or anything that you need, let us know as
7  well.  I don't anticipate going very long, but, you
8  know, I'll accommodate any breaks that you need.
9          If you don't understand a question that
10  I ask, let me know and I'll rephrase it.  If you
11  don't hear me, I'll speak up.  But if you answer the
12  question, it's assumed that you did hear it and you
13  understood it and that you are giving your answer in
14  compliance with your oath.
15     A     Yes.
16     Q     All right.  What are 204B details?
17     A     A 204B detail is -- it's a program that
18  the Postal Service has to train persons that are not
19  supervisors to be supervisors or to act in a
20  supervisory role in the absence of a supervisor.
21     Q     Is that something separate from formal
22  classroom training?
0006
1      A     Yes.  A 204B would just be like
2  on-the-job training.  You would actually act in the
3  job while learning.
4      Q     And how are employees selected to be a

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 4 of 27

5  204B?
6      A    Basically, randomly.  It could be by
7  seniority or -- usually it's by seniority, and it's
8  usually done randomly with basically a person
9  that's -- you can't say best qualified, because it
10  is a training program to get you qualified.  So
11  usually I would say seniority or persons within the
12  rank.
13      Q    Since it's an acting supervisor
14  position, I would assume that management makes the
15  selection.
16          Is it typically one person at Riverdale
17  or Southern Maryland who makes that determination?
18      A    Usually, you don't pick a person to
19  replace you if you're in the management category.
20  It's the person above you that chooses.
21      Q    Okay.
22      A    In my case, I wouldn't pick someone to
0007
1  replace me.  I would just recommend a person, and
2  then the manager above me would choose that person
3  if they deemed that person qualified or whatever.
4      Q    And who is your manager?
5      A    David Cook.
6      Q    Has he been your manager the entire
7  time that you've been a supervisor?
8      A    I think so, yes.
9      Q    And Mr. Cook manages the three
10  locations in Southern Maryland, including
11  Riverdale?
12      A    Yes.
13      Q    That would be Largo I and Largo II?
14      A    Yes.
15      Q    The process for selecting an individual
16  to replace a supervisor that you just outlined, is
17  that what other supervisors do in Southern Maryland
18  as well, in that they go to Mr. Cook and make a
19  recommendation as to who may replace them in the
20  204B capacity?
21      A    I think so.  Most -- I think most of
22  them do, yes.
0008
1      Q    Is the process for identifying an

2    employee to be a 204B written in any policy that
3    you're aware of?
4        A    No.
5        Q    Are you aware of any employees
6    receiving a 204B detail at a location different from
7    where they are assigned or normally work?
8        A    Yes.
9        Q    Who are the employees that you're aware
10   of that have had that opportunity?
11       A    I can recall them bringing a person
12   from D.C. to supervise in Riverdale.  I can recall
13   them bringing a person from maybe Largo II to
14   supervise in Riverdale.  And that may be the only --
15   only times -- maybe the only times I can recall.
16       Q    Okay.  Let's take the first one, the
17   individual who was brought from their regular
18   assigned station in D.C. to Riverdale.
19            Who was that individual?
20       A    It was -- I think his name is Gene
21   Morris.  I'm not sure if that's his correct name.
22       Q    Do you recall when that was?
0009
1        A    It had been a couple years ago.  They
2    had a need for a supervisor at Riverdale, and they
3    brought him from D.C.  I told them I thought that
4    was inappropriate, because he was -- he had just
5    come into the Postal Service, and normally it's not
6    done like that.
7        Q    And Mr. Morris is Caucasian?
8        A    Yes.
9        Q    Are you aware of whether Mr. Cook
10   played any role in Mr. Morris being assigned to
11   Riverdale?
12       A    I'm not sure.
13       Q    Are you aware of whether Timothy Currie
14   was involved in Mr. Morris being assigned to
15   Riverdale?
16       A    He may have been.
17       Q    When Gene Morris was assigned to
18   Riverdale, what was his regular position?
19       A    He was a PTF mechanic, part-time, flex,
20   Level 6.
21       Q    So he was a PTF as well as a Level 6?

22    A    Well, PTF just means that they're part

0010

1   time.

2    Q    Right.

3    A    They haven't gained their career

4   statuses yet.

5    Q    To your knowledge, had Mr. Morris

6   served as a 204B prior to being brought over on that

7   occasion to Riverdale?

8    A    Not that I'm aware of.

9    Q    Were there any other employees at

10  Riverdale who could have served as a 204B?

11    A    Yes.  I think there were numerous

12  employees.  As a matter of fact, most of them that

13  were there were a bit disgruntled because they

14  weren't chosen or at least asked.

15    Q    Was Mr. West at Riverdale at that time?

16    A    I don't think so.

17    Q    The Mr. West I'm referring to is Kevin

18  West, the Plaintiff.

19        The second individual you mentioned was

20  brought from Largo II to Riverdale?

21    A    Uh-huh.

22    Q    Who was that?

0011

1    A    That would have been John Bowser.

2    Q    And what is Mr. Bowser's level and job

3   title?

4    A    He's a Level 6 automotive mechanic.

5    Q    And he's Caucasian?

6    A    Yes.

7    Q    Do you recall when that assignment was

8   made?

9    A    All of these were -- would have taken

10  place a couple years ago -- at least a couple years

11  ago, I would say.

12    Q    But it was while you were a supervisor?

13    A    Yes.

14    Q    So just to give us a time frame, it was

15  from a couple years ago to -- it was sometime

16  between 2003 and 2005, maybe?

17    A    Yes, yes.

18    Q    Could it have been before 2003?

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 7 of 27

19     A    It's a possibility.

20     Q    Whatever time period it was, David Cook

21   was manager?

22     A    Yes.

0012

1     Q    When Mr. Bowser was assigned to

2   Riverdale, were there other employees at Riverdale

3   who could have served as a 204B?

4     A    Yes.

5     Q    Do you know why Mr. Bowser was brought

6   over from Largo II to Riverdale?

7     A    I think just to give him extra money.

8   He wasn't on the Overtime Desired List at the time,

9   I do recall that.  Mr. Woodhouse was assigned at the

10   time, and he was a Level 9.  Usually they will take

11   a Level 9 and just let them run the shop.

12     Q    And that's Napoleon Woodhouse?

13     A    Yes.

14     Q    So in your experience, you've seen

15   where usually the higher-level employee is the one

16   selected to act as the 204B?

17     A    Where there is one, yes.

18     Q    Where there is one?

19     A    Where there's one in place, yes.

20     Q    Okay.

21     A    Sometimes the higher-level employee

22   doesn't want the job, one case being Mr. Thompson.

0013

1   He doesn't really want to act.  In some instances

2   Henry Harris, you know, he would have other things

3   to do, so he wouldn't want the responsibility.

4     Q    So are they usually given sort of the

5   first right of refusal to say, "I don't want it,"

6   and then go on to the next --

7     A    In some instances, yes.  In some, no.

8     Q    When that doesn't occur, does that seem

9   to cause other employees concern or for them to get

10   disgruntled in that that's the expectation of

11   employees?

12     A    Yes.  A lot of times, yes.

13     Q    Are you aware of whether Thomas

14   Buchanan has ever served as a 204B?

15     A    As a matter of fact, yes, I think he

16  has.
17      Q    Do you recall any details --
18      A    I can't remember the exact details of
19  it.  I may have been on leave at the time.
20      Q    Do you recall where he served as a
21  204B?
22      A    I think at the Largo I facility.
0014
1          There's one other I can recall now
2  too:  Preston Miller.
3      Q    We'll get to Mr. Miller in a second.
4          Mr. Buchanan, do you recall who
5  selected him to serve as a 204B?
6      A    Mr. Cook.
7      Q    Were there other senior mechanics there
8  who could have served as a 204B at that time?
9      A    Probably everybody in the shop were
10  senior to him.
11      Q    Is it fair to say he was sort of the
12  new kid on the block, or was he just the most junior
13  employee there?
14      A    Probably just the most junior.
15      Q    Okay.  Mr. Miller, he was detailed as a
16  204B?
17      A    Yes.
18      Q    When he was selected for the detail,
19  was he working at Largo I?
20      A    Yes.
21      Q    Where was he detailed?
22      A    He was detailed to the T Street
0015
1  facility, Washington, D.C., VMF.
2      Q    And do you know who selected him for
3  that?
4      A    Mr. Currie.
5      Q    Timothy Currie?
6      A    Yes.
7      Q    Are you aware of how Mr. Miller was
8  selected for that opportunity?
9      A    Just picked out of the hat
10  (indicating).
11          (Whereupon, the witness demonstrated by
12          picking a piece of candy out of a

13      bowl.)

14      BY MS. MURRAY:

15      Q    Okay.  Are you aware of any other

16  employees who were qualified for that assignment at

17  that time?

18      A    Probably everybody.

19      Q    What about David Lowe?  Are you aware

20  of whether he's ever been selected for a 204B?

21      A    Yes.  He acted at the Riverdale

22  facility.  This was later in the last couple of

0016

1  years, I think.

2      Q    Are you aware of who selected Mr. Lowe

3  for that 204B opportunity?

4      A    Mr. Cook.

5      Q    Was -- strike that.

6           When Mr. Lowe was selected for the

7  204B, were you a supervisor at that facility at the

8  time?

9      A    No, I wasn't.

10      Q    Do you recall who was?

11      A    Mr. Absher, I think.

12      Q    Are you aware of whether Mr. Absher

13  recommended Mr. Lowe to Mr. Cook?

14      A    Mr. Absher would always say that, you

15  know, I leave everything to Dave when it comes to

16  high level or making decisions on pay and this and

17  that.

18           I don't think Mr. Absher was too much

19  up on the computer when it came to adjusting pay, so

20  that's one reason he did that.

21      Q    How about David Wood?  Are you aware of

22  whether Mr. Wood has ever served as a 204B?

0017

1      A    No, I can't remember that.  I don't

2  recall any time.

3      Q    Is Mr. Buchanan Caucasian?

4      A    Yes.

5      Q    Is Mr. Bowser Caucasian?

6      A    Yes.

7      Q    Is David Lowe Caucasian?

8      A    Yes.

9      Q    Is John Preston Miller Caucasian?

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 10 of 27

10      A    Yes.
11      Q    When you've been out for vacation or
12  for whatever reason, you said that you would
13  typically recommend to Mr. Cook who should serve as
14  acting in your place?
15      A    Yes.
16      Q    Has Mr. Cook ever rejected any of your
17  recommendations?
18      A    Yes.
19      Q    Okay.  When has that occurred?
20      A    On three or four different occasions,
21  I've recommended Mr. Plater, and he's said no.  I
22  recommended Mr. Simmons, and he said no until just
0018
1  recently.  I recommended Mr. West, and he says no.
2      Q    Did he state any reason for rejecting
3  Mr. Plater?
4      A    No.
5      Q    You said until recently he had rejected
6  your recommendations for Mr. Simmons.
7           Is that Chris Simmons?
8      A    Yes.
9      Q    Did he state any reasons for his
10  rejections?
11      A    When I went to have surgery and I went
12  on vacation, he asked me did I have anybody to stand
13  in my place there in the shop, and I said,
14  "Mr. Harris is going to be out, so Mr. West."
15           And he says, "Do you think this guy can
16  do it?"
17           And I said, "Yeah.  He's been doing
18  quite well off and on, you know."  So he sounded as
19  though he was going to go along with letting
20  Mr. West stand in.
21           But then he called me up a few days
22  before I left for vacation and says, "I think I'm
0019
1  going to do something else.  You know, I'm going to
2  send somebody else over," and he sent Mr. Simmons.
3      Q    Was that the first time he selected
4  Mr. Simmons, to your knowledge?
5      A    He may have selected Mr. Simmons one
6  other time when nobody in the shop over at Largo

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 11 of 27

7   wanted it and some of the other guys may have been
8   on vacation.
9       Q    To your knowledge, has Mr. West ever
10  served as a 204B?
11      A    No, I don't think so.
12      Q    What is Mr. Plater's race?
13      A    He's African-American.
14      Q    Mr. Simmons?
15      A    He's black.
16      Q    Prior to becoming a permanent
17  supervisor, had you acted as a 204B?
18      A    Yes.
19      Q    How long have you known Mr. West?
20      A    Since he came into the Postal Service.
21  Probably 16, 17 years.
22      Q    Okay.  During that time period, 16 to
0020
1   17 years, have you observed Mr. West's work
2   performance?
3       A    Yes.
4       Q    In your opinion, is he qualified to
5   serve as a 204B?
6       A    I think so.  Very much so.
7       Q    What, if anything, have you observed
8   about his work performance that makes you believe
9   he's qualified for that detail?
10      A    Well, the times that he's acted in the
11  performance of that, you know, he's done quite
12  well.  Even though he hasn't been actually detailed
13  to the pay grade of supervisor, he's done some
14  supervisory functions and duties, such as now when
15  he's -- he's detailed right now.  He basically runs
16  the whole shop for eight hours, ten hours, whatever
17  length of time.
18      Q    Let's shift gears a little bit to the
19  Level 8 job, okay?
20      A    (Witness nods head.)
21      Q    Mr. West is currently a Level 7; is
22  that right?
0021
1       A    Yes.
2       Q    And what distinguishes the duties of a
3   Level 7 versus a Level 8?

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR     Document 45-3     Filed 09/18/2007     Page 12 of 27

4        A     Level 7, Level 8, the only difference

5   is that Level 8 would perform preventive maintenance

6   inspections on vehicles and is a little bit more

7   responsibility, and, of course, it's one level grade

8   in pay.

9        Q     Do you recall being involved in the

10  process of a selection for a Level 8?

11       A     Yes.

12            MS. MURRAY:  Okay.  Ms. Fields, I don't

13  know if you brought the Report of Investigation,

14  but --

15            MS. FIELDS:  No.

16            BY MS. MURRAY:

17       Q     I'm going to show you a document that's

18  in the Report of Investigation in EEO Case No.

19  4K-200-0235-03.  This is at Affidavit C, page 13,

20  14, 15, 16, and 17.

21            Identify the document.  It's several

22  pages.  So if you want to take a minute to --

0022

1        A     Okay.  I recognize it.

2            MS. FIELDS:  Page 15?

3            MS. MURRAY:  Yes.  I think it continued

4   on -- there's some blank questions -- through

5   page 17.

6            BY MS. MURRAY:

7        Q     Can you identify that document for the

8   record, sir?

9        A     Yes.  That's the proficiency

10  requirement, and it's the bid announcement for a

11  Level 8 automotive technician -- lead automotive

12  technician.

13       Q     The bid announcement, just to be clear,

14  announces the opportunity to bid on that particular

15  position by submitting an application and going

16  through that process?

17       A     Yes.

18       Q     Okay.  Were you involved in the

19  selection process at all for this position?

20       A     Yes.

21       Q     Okay.  What involvement did you -- I'll

22  leave this here (indicating), because I may have

0023

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo209-13-07.txt

Case 1:05-cv-01339-JR     Document 45-3     Filed 09/18/2007     Page 13 of 27

1   some other questions.
2         What involvement did you have in that
3   process?
4       A    Mr. Cook and me, we reviewed the 991
5   resumes for the four applicants.
6       Q    That should be next.
7         MS. FIELDS:  Is this a vacancy
8   announcement?
9         MS. MURRAY:  Yes, it's a vacancy
10  announcement.
11        MS. FIELDS:  I'm trying to find the
12  number.
13        MS. MURRAY: It's posting 0343.
14        BY MS. MURRAY:
15      Q    All right.  Here we go.  This is
16  Volume II of the same Report of Investigation,
17  4K-200-0235-03 (indicating).  Let me show you
18  Exhibit 22, which consists of 16 pages.
19        If you can just identify those
20  documents there.
21      A    Yes.
22      Q    Can you state on the record what those
0024
1   documents are?
2       A    That's the sheet that you use for the
3   qualification rating.
4       Q    That was the rating for the Level 8
5   position that we just reviewed the bid for --
6       A    Yes.
7       Q    -- the bid announcement for?
8       A    (Witness nods head.)
9       Q    You and Mr. Cook reviewed the
10  applications --
11      A    Yes.
12      Q    -- that were submitted?
13        They're behind there.  They're all in
14  Exhibit 22.  If you can just flip through those and
15  just identify the applications.
16      A    Okay.  The back part of this is the
17  991, which is the resume that we also reviewed.
18      Q    Okay.
19      A    Okay.  I recognize them now.  I
20  remember them.

21  Q Okay.  Do those appear to be the

22 applications that you and Mr. Cook reviewed for

0025

1 the --

2  A Yes.

3  Q -- position?

4  A Yes.

5  Q The Level 8 position?

6  A (Witness nods head.)

7  Q What do you recall being the rating

8 that was assigned to the -- well, first of all,

9 there were four applicants; is that right?

10  A Yes.

11  Q Okay.  Do you recall who they are, or

12 you can feel free to look in the exhibit?

13  A Steve Clark, David Lowe, Roland

14 Johnson, and Kevin West.

15  Q Do you recall how you and Mr. Cook

16 rated Mr. West's application?

17  A Mr. West's application was rated at the

18 top.  It was number one.  We decided that between

19 Roland Johnson and Mr. West, Mr. West was senior and

20 he was also active as an automotive mechanic, and

21 Roland Johnson was a VOMA, Vehicle Operations

22 Maintenance Assistant, but we decided among those

0026

1 two employees that those two were tops.

2  Q Okay.  And what about David Lowe's

3 application?

4  A We sort of tossed David Lowe's out,

5 because he didn't really have anything that was

6 really beefy enough, you know, to be considered for

7 the position.  His 991 wasn't really up to par.  It

8 didn't answer the questions that were asked.

9  Q And Steve Clark?

10  A Steve Clark's application didn't come

11 up to par either.

12  Q Do you recall anything specifically,

13 either in his application or omitted from his

14 application, that ranked him lower, in your view,

15 than Mr. Johnson or Mr. West?

16  A The questions weren't answered like

17 Mr. West's and Mr. Johnson's.

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo209-13-07.txt

Case 1:05-cv-01339-JR     Document 45-3     Filed 09/18/2007     Page 15 of 27

18       Also, with Mr. Clark, I had supervised
19  him numerous times, and he couldn't really do the
20  diagnosis that Mr. West and Mr. Johnson could do.
21  Mr. Clark used to always throw wrenches, and he
22  would always get the assistance from either Mr. West
0027
1  or Mr. Mason.  So those grounds held some --
2       Q    When you say throw wrenches, do you
3  mean that literally, or is that a term that --
4       A    Literally, physically.
5       Q    Oh, really?
6       A    Yeah.
7       Q    Like, throw them?
8       A    Yeah.
9       Q    Okay.
10      A    And sometimes use a little bit of
11  profane language, which is known with men working as
12  mechanics.
13      Q    Okay.  Did you share any of your
14  observations of Mr. Clark's performance with
15  Mr. Cook during this process?
16      A    Yes.  We came into agreement, you know,
17  that -- you know, he says, "Well, it seems like we
18  have Mr. West and Mr. Johnson, the two of them,
19  right?"
20          And I said, "Yeah, because their
21  resumes really and truly look good, you know."  And
22  I says, "Mr. Johnson is a Level 6, Mr. West is a
0028
1  Level 7, and I would always award the position to
2  probably the higher-level person that's working
3  within that field."
4          And he says, "Okay.  Then we're in
5  agreement.  I guess Mr. West will finally get the
6  job."  So as he was walking out, he had this
7  envelope, and he says, "We're in agreement.  I'm
8  going down now to Human Resources."
9          And a few days later, one of the other
10  mechanics came up to me, you know, and says, "It
11  looks like Steve has the job."
12          I said, "What job?"
13          He said, "The Level 8."
14          And I said, "No way.  He wasn't

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 16 of 27

15  chosen."
16          So he says, "Oh, yeah, he'll get the
17  job."  He says, "Cook said he was going to give him
18  the job because he's about to become a single parent
19  and he needed the money."
20          I said, "Oh, you don't know what you're
21  talking about."
22          And sure enough, when it was posted,
0029
1  Mr. Clark had the position.
2      Q    Did you have any later discussions with
3  Mr. Cook about the change in the selectee for the
4  position?
5      A    Yes.  He said something to the effect,
6  you know, that he must have made a mistake or
7  something, but nothing was ever done about it.
8          I said, "I can't believe that we
9  discussed this and went through all this time."  I
10  had stayed until 5:00, 6:00 that evening going
11  through these things.
12      Q    So he led you to believe that it was a
13  mistake that Mr. Clark was selected, or what exactly
14  was the mistake that --
15      A    He made me think that he had made a
16  mistake, that he had read one for the other.
17      Q    But, in your view, after reviewing the
18  applications and as a supervisor, you concluded that
19  Mr. West was best qualified for that job?
20      A    Yes.
21      Q    Has David Wood ever served as a
22  Level 8?
0030
1      A    I don't recall.
2      Q    As part of the Level 8 duties, does the
3  incumbent in that position ever perform preventive
4  maintenance inspections on tractors or trailers?
5      A    Yes.
6      Q    So would it be important to have that
7  either experience or knowledge of servicing tractors
8  and trailers to be a Level 8?
9      A    That's an important part.  That was one
10  part Mr. Clark didn't have in his resume.  You never
11  know where you're going to be assigned or

12  reassigned.  If you happen to go to a station that
13  has those vehicles and you don't know anything about
14  them and you're a Level 8 -- you're required to
15  inspect them.  If you don't know anything about
16  them, you can't do it, and then morale goes out the
17  back door, and the other employees -- you get
18  nothing.  Your production is gone.
19      Q    What exactly is a preventive
20  maintenance inspection?
21      A    You use a sheet and you go completely
22  through the vehicle.  You inspect it inside and out,
0031
1  all of the components.  You're trying to find
2  something that's going to go bad before the next
3  inspection.  In other words, you're trying to
4  prevent a breakdown out on the street.
5          In other words, when you inspect a
6  vehicle, you want it to go out of the shop like new,
7  and you don't want it to come back until it's due
8  for another inspection.  You don't want to do
9  unscheduled repairs or breakdowns or road calls.
10  That's the purpose of the preventive maintenance
11  inspection.
12      Q    Is knowledge of air-brake systems
13  relevant to any duties of a Level 8 position?
14      A    Yes.
15      Q    How is it relevant?
16      A    You have to know air brakes, because
17  all of the big trucks have air brakes, the tractors
18  and trailers, the nine-ton trucks.
19      Q    Do you recall whether Steve Clark had
20  that experience or not?
21      A    No.
22      Q    You've been working at the VMF for a
0032
1  long time and have been a supervisor for a long
2  time.
3          In your observations, are there equal
4  employment opportunities for African-Americans at
5  VMF?
6      A    Not at ours.
7      Q    What have you observed that has led you
8  to make that conclusion?

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 18 of 27

9      A    It seems as though most
10  African-Americans are passed over.
11      Q    Are there any other instances where
12  that has occurred that we haven't talked about today
13  where African-Americans have been passed over?
14      A    Yes, one recently.  A Level 6 mechanic
15  was brought off of Tour III, which is the afternoon
16  tour, to Tour II and given Level 7 over two
17  African-Americans that are career Level 6 employees
18  that were on that tour.
19      Q    Who made that decision?
20      A    Mr. Cook.
21      Q    Who was the Level 6 from Tour III?
22      A    William Green.
0033
1      Q    And who were the two Level 6's on
2  Tour II?
3      A    It would be Harry Matthews and Nelson
4  Jackson.
5      Q    In what location did that occur?
6      A    That's at the Largo I facility.
7      Q    Has Mr. Cook offered any explanation
8  for that decision?
9      A    No.  The Level 6 mechanic, Nelson
10  Jackson, called me about it and said he was going to
11  file a grievance.  I don't know if he did or not.
12      Q    Are there any other instances where, in
13  your view, African-Americans were passed over in
14  favor of Caucasians that we haven't discussed?
15      A    That we haven't discussed?  Probably
16  Preston Miller.
17      Q    Tell me about that.
18      A    Mr. Miller was given a chance to act as
19  a 204B, and he didn't have -- well, he didn't have a
20  driver's license, which is a requirement, and he had
21  no knowledge of automotive systems.  The first line
22  on the job application, one of the requirements says
0034
1  that you must have a good working knowledge of
2  vehicle maintenance, and he had no knowledge of
3  that.
4      Q    And there were other qualified
5  African-Americans, in your view, who could have had

file:///Cl/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 19 of 27

6  that opportunity?

7      A    Oh, yes.

8      Q    Any other instances where, in your

9  view, African-Americans were passed over?

10     A    I think Mr. West and probably

11  Mr. Simmons simultaneously at that same period of

12  time that Mr. Miller was chosen.

13     Q    To your knowledge, is high-level

14  management aware of these activities that are going

15  on?

16     A    Yes.

17     Q    Currently, Mr. Cook's supervisor is

18  Joseph King?

19     A    Yes.  He's been on extended sick leave.

20     Q    Mr. King has?

21     A    Yes.

22     Q    Is there someone acting in his place?

0035

1      A    Yes.  Robert Smith.

2      Q    During the time when Mr. Miller was

3  selected for a 204B, who was Mr. Cook's supervisor

4  at that time?

5      A    I think that was Tim Currie.

6      Q    To your knowledge, was Mr. Currie aware

7  of the -- I guess the passing over of these

8  qualified African-Americans for upper-level

9  positions?

10     A    I think he did to a certain extent.

11         MS. MURRAY:  I would just like to

12  review my notes.  I think I'm done.

13         MS. FIELDS:  Okay.

14         (Recess.)

15         BY MS. MURRAY:

16     Q    Just a couple more things.

17         About the Overtime Desired List, can

18  you tell us the process for selecting individuals to

19  work overtime?

20     A    Yes.  The Overtime Desired List is

21  posted, and those persons that are interested in

22  working overtime would sign that list notating

0036

1  whether or not they want to work every day or before

2  tour or after tour or days off.  I think it's posted

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR      Document 45-3      Filed 09/18/2007      Page 20 of 27

3   for like two weeks, and it's taken down off the
4   board, and you choose from that list for persons to
5   work overtime when it's needed.
6       Q    So let's say you need ten people to
7   work overtime and only five sign the list.
8           What then does a supervisor or manager
9   do?
10      A    Well, you have to choose from that list
11  of five first.  If there's one out of the five
12  that's on the list that doesn't want to work, then
13  you can ask some of the others.
14          In most instances, you know, we work
15  everybody, but there are occasions when they will
16  want one person to work and they'll choose somebody
17  off the list.  There have been instances when
18  they've chosen somebody off the list, so --
19      Q    Are there any instances in which you
20  bring an individual who works at a different
21  location over to work overtime?
22      A    I've seen that happen a couple of
0037
1   times, yes.
2       Q    What's the procedure for bringing other
3   people in from other locations?
4       A    Well, you should choose someone off the
5   Overtime Desired List that desires to work at that
6   location.  A person at Largo can, if they would
7   like, choose to work at Riverdale, Largo I, or
8   Largo II.  They can sign all three lists.
9       Q    You mentioned that an employee told you
10  that Stephen Clark was selected for the Level 8
11  job --
12      A    Yes.
13      Q    -- do you recall that?
14      A    (Witness nods head.)
15      Q    Who was that individual?
16      A    That was Smith -- James Smith.
17      Q    His first name is James?
18      A    Yes.
19      Q    What is his relationship with Mr. Cook?
20      A    I really haven't figured it out, but
21  he's real close, in that he's a Level 6 and Mr. Cook
22  tells him things that he doesn't tell me, and I'm a

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR     Document 45-3     Filed 09/18/2007     Page 21 of 27

0038

1   supervisor.  He seems -- James Smith tells me
2   things, and then later on I'll find out from Cook,
3   such as the instance when Mr. Clark got the position
4   of Level 8.  And he didn't just tell me.  He told
5   several other people too.
6       Q    "He" meaning Mr. Smith?
7       A    Mr. Smith.
8       Q    You also mentioned that there were
9   instances in which you believe African-Americans
10  were denied opportunities or passed over?
11      A    Uh-huh.
12      Q    Do you recall any such thing happening
13  like that for Roland Johnson?
14      A    Well, he's been passed over numerous,
15  numerous times.  He has filled out documentation,
16  you know, to request upward mobility, supervisory
17  training whenever the next vacancy or time permits,
18  but -- and he's -- he's told me about it, and he's
19  gone in and told Mr. Cook and submitted the request
20  to Mr. Cook.
21          Mr. Cook would always call me, you
22  know, and say, "Mr. Johnson wants to be a supervisor

0039

1   again.  Do you think he can handle the job?"
2           I said, "Yeah, I think so."
3           So he -- he passes over him again after
4   that.
5       Q    Do you recall when that occurred?
6       A    Probably a couple years ago last time.
7       Q    Are you aware of whether Mr. Johnson
8   filed a complaint related to --
9       A    Yes.  He filed -- he filed EEO on that,
10  because I got -- I had to go to a deposition.
11      Q    Did you prepare an affidavit during
12  that investigation of Mr. Johnson's --
13      A    Yes.
14      Q    -- EEO complaint?
15      A    Yes.
16              (Thereupon, Greene Exhibit
17              No. 1 was marked for
18              identification.)
19          MS. FIELDS:  Thank you.

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 22 of 27

20        BY MS. MURRAY:

21    Q    The court reporter has handed you a

22  document that has been marked as Greene Exhibit 1.

0040

1        Can you please identify that document

2  for the record, sir?

3    A    Yes.  This is the document I prepared.

4    Q    Direct your attention to the second

5  page of that document where you make reference to a

6  David Lowe.

7    A    Yes.

8    Q    Okay.  You previously testified that

9  Mr. Lowe has been provided a 204B opportunity at

10  Riverdale; is that right?

11    A    Yes.

12    Q    In your view, is Mr. Lowe qualified to

13  be a 204B?

14    A    No.

15    Q    Okay.  Why is he not qualified, in your

16  mind?

17    A    He didn't have anything in the record.

18  Even when he applied for this Level 8 job, he had no

19  managerial experience.  He'd never really been

20  detailed or trained in any high-level position to

21  warrant this type of position.

22    Q    Is there anything else, in your mind,

0041

1  that disqualifies Mr. Lowe for acting as a 204B?

2    A    Well, Mr. Lowe violated the Zero

3  Tolerance Policy.  Just prior to being chosen for

4  this, he threatened to kill me and two other

5  employees.

6    Q    Was Mr. Cook aware of that threat --

7    A    Yes.

8    Q    -- or those threats?

9    A    Yes.  Mr. Cook hid it from me.

10  Mr. Cook didn't ever tell me anything about it.

11    Q    So Mr. Cook was aware of the threat

12  before you were; is that right?

13    A    Yes.

14    Q    Can you tell me about that?

15    A    Yes.  I was detailed to the Largo II

16  facility in the absence of another supervisor.  And

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 23 of 27

17  during the week or two weeks that I was there, I
18  noticed that every truck that would come back in
19  for -- the trucks that were breaking down on the
20  road were repaired by David Lowe, and a lot of
21  mechanics were laughing, you know, and saying,
22  "Another Dr. Dave." This is the name that they
0042
 1  call him by, Dr. Dave.
 2          I started to go through the work
 3  orders, and I looked and he had previously repaired
 4  them. Some of them would only be out of there for a
 5  matter of days or weeks, and they were coming in for
 6  things that he should have caught and should have
 7  repaired when it was in there for inspection.
 8          So I called him down on it, and I told
 9  him, you know, that your work performance is
10  terrible, you know, and he became annoyed.
11          And at one point, you know, he started
12  to work on a vehicle. And as he finished one line
13  item, he pulled a recliner out and started sitting
14  down and put his feet up on the desk and leaned
15  back, and I says, "What is this?"
16          And he told me -- he says that I'm such
17  and such an age, and I deserve to have this.
18          And I said, "Well, you can't here."
19  So, of course, I took the chair and we put it in the
20  dumpster, but he became annoyed.
21          So I went up and confronted Mr. Cook
22  with this, you know, about Mr. Lowe's work
0043
 1  performance, and he did nothing about it.
 2          After that, Mr. Sponaugle went down to
 3  the Largo II facility, and Mr. Lowe confronted him
 4  and said -- you know, he called me some names, the N
 5  word and this and that, and said that if I ever came
 6  back down again, he was going to kill me. And he
 7  told Mr. Sponaugle, "You know, if you tell him, I'm
 8  going to kill you and your family. And if anything
 9  happens to me, then what I'm going to do is my
10  motorcycle club will get your family."
11          And he had also threatened the guy,
12  Steve Clark, down there that he was going to kill
13  him numerous times, you know. But Mr. Cook just

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR    Document 45-3    Filed 09/18/2007    Page 24 of 27

14  covered it up.  He didn't do anything about it.

15          Mr. King was made aware of this, and

16  Mr. King tried to say that Mr. Sponaugle was lying

17  or just fabricated this.

18          And before I found out about it,

19  Mr. Sponaugle was pacing by my office, you know,

20  back and forth, and he had stopped shaving, he

21  wasn't getting a haircut, and he was coming to work

22  sort of dirty, and he was, like, hypertensive.  He

0044

1  was blowing (indicating) and all kinds of things

2  like this.  And I said, "Tom, what's wrong?  Do you

3  need to talk to me?"

4          So he says, "Yeah, but I don't know how

5  to do it."  You know, he was -- he was real upset,

6  stressed out, and he came in and sat down and told

7  me what had happened.

8          I wrote a narrative of what he had said

9  and all, and then I called Mr. Cook, and I told

10  him -- I said, "Come in my office right now.  I have

11  something to discuss with you."

12          He came in, and he says, "What is it,"

13  as though he was afraid or whatever.

14          And I said, "Did you know that David

15  Lowe had threatened to kill me and Mr. Sponaugle?"

16          He says, "Well, I didn't think anything

17  of it."

18          I said, "You've known for a week.  Why

19  didn't you let me know?"  So he covered it up.

20          And soon thereafter, what he did is he

21  created a position over at the Riverdale facility.

22  There was no vacancy there for Mr. Lowe, so he

0045

1  created a vacancy over there and transferred

2  Mr. Lowe over to Riverdale.  And once he got there,

3  he gave him a Level 17 supervisor position for about

4  two years -- a year or two years.

5      Q    Do you recall when this occurred, what

6  month and year, perhaps?

7      A    I have a statement that I could

8  probably provide you with that I wrote then.  I

9  can't remember exactly.

10          Q    But it was at least a few years ago,

11  because --
12     A    Yes.
13     Q    -- Mr. Lowe was given the 204B for two
14  years; is that correct?
15     A    Yes.
16         MS. MURRAY:  I think that will do it.
17  I don't have any further questions.
18         Ms. Fields?
19         MS. FIELDS:  No.
20         THE WITNESS:  This copy (indicating),
21  the original was December 2006.  This is the second
22  copy (indicating), which provided -- I gave them
0046
1  copies three different times.  For some reason, they
2  didn't -- they never received them until I e-mailed,
3  certified, and faxed.
4         BY MS. MURRAY:
5     Q    Okay.  So the text is the same?
6     A    The text and everything is the same.
7     Q    Okay.
8     A    I just took a copy of this out of the
9  file, and I just dated and signed it that particular
10  date, but the original was December of 2006, I
11  think.
12         MS. MURRAY:  Okay.
13         MS. FIELDS:  Thank you.
14         (Discussion off the record.)
15         MS. MURRAY:  Just one additional
16  question.  I'm sorry.
17         BY MS. MURRAY:
18     Q    If you know, what is Mr. Lowe's current
19  job title and position and location?
20     A    I think his current job title is
21  automotive technician, Level 7.
22     Q    Is he still at Riverdale?
0047
1     A    No.  He's at Largo II.
2         MS. MURRAY:  Okay.
3         MS. FIELDS:  We'll read.
4         (Thereupon, signature not having been
5         waived, the deposition concluded at
6         11:11 a.m.)
7

file:///Cl/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR     Document 45-3     Filed 09/18/2007     Page 26 of 27

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
0048
1  CASE:  West v. Potter
   DATE:  September 13, 2007
2          ACKNOWLEDGMENT OF DEPONENT
3          I, Franklin Greene, do hereby
4  acknowledge that I have read and examined pages 4
5  through 47, inclusive, of the transcript of my
6  deposition and that:
7  (Check appropriate box)
8       [  ]  The same is a true, correct, and
9  complete transcript of the answers given by me to
10  the questions therein recorded.
11       [  ]  Except for the changes noted in the
12  attached Errata sheet, the same is a true, correct,
13  and complete transcription of the answers given by
14  me to the questions therein recorded.
15
16    Date                  Signature
17
18          Sworn to and subscribed to before me on
19  this       day of                , 200 .
20
21                  NOTARY PUBLIC
22  My Commission expires:
0049
1          CERTIFICATE OF NOTARY PUBLIC
           I, Marney Alena Mederos, the officer
2  before whom the foregoing deposition was taken, do

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...es/KWest/West%20General%20File/Frank%20Green%20Depo%209-13-07.txt

Case 1:05-cv-01339-JR     Document 45-3     Filed 09/18/2007     Page 27 of 27

3  certify that the witness whose testimony appears in
4  the foregoing deposition was duly sworn by me to
5  testify to the truth, the whole truth, and nothing
6  but the truth concerning the matters in this case.
7        I further certify that the testimony of
8  said witness was taken by me in stenotype and
9  thereafter reduced to typewriting under my
10  direction; that said deposition is a true record of
11  the testimony given by said witness.
12        I further certify that I am neither
13  attorney nor counsel, nor related to or employed by
14  any of the parties to the action in which this
15  deposition is taken; and furthermore, that I am not
16  a relative or employee of any attorney or counsel
17  employed by the parties hereto, nor financially or
18  otherwise interested in the outcome of this action.
19
20            Marney Alena Mederos
21            Notary Public for Maryland
22  My commission expires:  November 1, 2008