Below is a list of employees by location that **did** submit a PS Form 991 for the In-house 204B Acting Supervisor Program by the 4/13/01 closing deadline, but were not part of the six selected for the program. Yet they were still given 204B assignments:

### SOUTHERN MARYLAND DISTRICT

| NAME | RACE | NO. HOURS AS 204B | 204B DATE FROM | 204B DATE TO | Level Paid |
|---|---|---|---|---|---|
| Bowser, J. | Caucasian | 16 Hrs & 8.5 Hrs OT | Feb 2001 | Jul 2001 | Level 16 |
| Mansfield Jr., C. | Caucasian | 184 Hrs & 36.5 Hrs OT | Feb 2001 | Jul 2001 | Level 16 |
|  |  | 136 Hrs & 54.5 Hrs OT | Jul 2001 | Jan 2003 | Level 17 |
| Woodhouse Sr., N | African American | 590.5 Hrs & 49.5 Hrs OT | Dec 1999 | Sep 2002 | Level 16 |
|  |  | 104 Hrs | Sep 2002 | Dec 2002 | Level 17 |
| Buchanan, T. | Caucasian | 48 Hrs & 3 Hrs OT | Feb 2001 | Jun 2001 | Level 16 |

### WASHINGTON DC LOCATION

| NAME | RACE | NO. HOURS AS 204B | 204B DATE FROM | 204B DATE TO | Level Paid |
|---|---|---|---|---|---|
| Shelton, A. | Unknown | 152 Hrs & 5.66 Hrs OT | Apr 2001 | Jul 2002 | Level 16 |
|  |  | 248 Hrs & 8 Hrs OT | Nov 2002 | Jan 2003 | Level 17 |
| Chase, V. | Unknown | 301 Hrs & 10 Hrs OT | Feb 2000 | Jul 2002 | Level 16 |
| Parker, R. | African American | 632 Hrs & .51 Hrs OT | Jan 2000 | Jan 2003 | Level 16 |
| Barnett, H. | African American | 662.37 Hrs & 1 Hrs OT | Jan 2000 | Mar 2002 | Level 16 |
|  |  | 16 Hrs | Nov 2002 | Nov 2002 | Level 17 |
| Brown, C. | Unknown | 472.8 Hrs & 26 Hrs OT | Feb 2000 | Aug 2001 | Level 16 |
|  |  | 8 Hrs | Sep 2002 | Sep 2002 | Level 17 |
| Hart, J. | Unknown | 32 Hrs & 10 Hrs OT | Aug 2001 | Aug 2002 | Level 16 |
|  |  | 8 Hrs & 2 Hrs OT | Nov 2002 | Nov 2002 | Level 17 |

Below is a list of employees by location that **did not** submit a PS Form 991 for the In-house 204B Acting Supervisor Program by the 4/13/01 closing deadline, but were still given 204B assignments:

### SOUTHERN MD LOCATION – LARGO & RIVERDALE

| NAME | RACE | NO. HOURS AS 204B | 204B DATE FROM | 204B DATE TO | Level Paid |
|---|---|---|---|---|---|
| Harris Jr., H. | African American | 112 Hrs & 6 Hrs OT | March 2000 | Dec 2002 | Level 16 |
| | | 16 Hrs | | | Level 17 |
| Hobson, L. | African American | 8 Hrs & 1 Hr OT | Sept 2001 | Sept 2001 | Level 16 |
| Miller III, J. | Caucasian | *Everyday | May 21, 2001 | Sep 6, 2002 | Level 16 |
| | | | Sep 9, 2002 | Sep 20, 2002 | Level 9 |
| | | | Sep 23, 2002 | Present | Level 17 |
| Plater, W. | African American | 8 Hrs | Jun 21, 2000 | Jun 21, 2000 | Level 16 |
| Thompson Jr., J. | African American | 56 Hrs & 8 Hrs OT | May 2002 | Nov 2002 | Level 16 |
| | | 24 Hrs | | | Level 17 |

### SOUTHERN MD LOCATION – LARGO & RIVERDALE DETAIL ASSIGNMENTS

| NAME | RACE | NO. HOURS DETAIL | DETAIL DATE FROM | DETAIL DATE TO | Level Paid |
|---|---|---|---|---|---|
| Buchanan, T. | Caucasian | 480 Hrs & 6 Hr OT | Feb 2000 | May 2001 | Level 7 |
| | | 72 Hrs & 1 Hr OT | May 2001 | Jun 2001 | Level 8 |
| | | | Oct 2001 | Present | Level 8 |
| Spencer, G. | African American | | Apr 2001 | Present | Level 8 |
| Hobson, L. | African American | | Apr 2001 | Jan 2002 | Level 8 |
| | | | Jan 2002 | Present | Level 9 |
| Lowe, D. | Caucasian | | Nov 2001 | Present | Level 8 |
| Washington, J. | African American | | Nov 2001 | Present | Level 8 |
| Wood, D. | Caucasian | | Nov 2001 | Present | Level 8 |

### WASHINGTON DC LOCATION

| NAME | RACE | NO. HOURS AS 204B | 204B DATE FROM | 204B DATE TO | Level Paid |
|---|---|---|---|---|---|
| Donelson | Unknown | 64 Hrs | Jan 2000 | Jun 2000 | Level 16 |
| Harris, T. | Unknown | 8 Hrs | Mar 21, 2002 | Mar 21, 2002 | Level 16 |
| Harris Jr., H. | Unknown | 64 Hrs & 4 Hrs OT | Mar 2000 | Sep 2001 | Level 16 |
| Jeffries, M. | Unknown | 288 Hrs & 22 Hrs OT | Dec 2000 | Dec 2002 | Level 16 |
| | | 56 Hrs | | | Level 17 |
| Jones, L. | African | 96 Hrs | Dec 2000 | Dec 2003 | Level 16 |

Below is a list of Thomas Buchanan's Clockrings for higher level details at Level 7, Level 8 and Level 16.

### SOUTHERN MD LOCATION – LARGO LEVEL 7 JOBS

| NAME | RACE | NO. HOURS DETAIL | DETAIL DATE FROM | DETAIL DATE TO | Level Paid |
|---|---|---|---|---|---|
| Buchanan, T. | Caucasian | 40 Hrs | Feb 25, 2000 | Mar 7, 2000 | Level 7 |
| | | 24 Hrs | Mar 11, 2000 | Mar 21, 2000 | Level 7 |
| | | 8 Hrs | Apr 16, 2000 | Apr 16, 2000 | Level 7 |
| | | 72 Hrs & 4 Hrs OT | Apr 22, 2000 | May 3, 2000 | Level 7 |
| | | 8 Hrs | Sep 18, 2000 | Sep 18, 2000 | Level 7 |

### SOUTHERN MD LOCATION – LARGO LEVEL 7 JOBS

| NAME | RACE | NO. HOURS DETAIL | DETAIL DATE FROM | DETAIL DATE TO | Level Paid |
|---|---|---|---|---|---|
| Buchanan, T. | Caucasian | 24 Hrs & 6 Hr OT | Jan 9 2001 | Jan 11 2001 | Level 7 |
| | | 32 Hrs | Mar 28, 2001 | Mar 30, 2001 | Level 7 |
| | | 8 Hrs | Apr 6, 2001 | Apr 6, 2001 | Level 7 |
| | | 80 Hrs | Apr 9, 2001 | Apr 20, 2001 | Level 7 |
| | | 72 Hrs | Apr 23, 2001 | May 3, 2001 | Level 7 |
| | | 48 Hrs | May 11, 2001 | May 18, 2001 | Level 7 |
| | | 32 Hrs | May 29, 2001 | Jun 1, 2001 | Level 7 |
| | | 40 Hrs | Jun 4, 2001 | Jun 15, 2001 | Level 7 |

### SOUTHERN MD LOCATION – LARGO LEVEL 8 JOBS

| NAME | RACE | NO. HOURS DETAIL | DETAIL DATE FROM | DETAIL DATE TO | Level Paid |
|---|---|---|---|---|---|
| Buchanan, T. | Caucasian | 8 Hrs | May 4 2001 | May 4 2001 | Level 8 |
| | | 32 Hrs & 1 Hr OT | May 7 2001 | May 10 2001 | Level 8 |
| | | 24 Hrs | Jun 5, 2001 | Jun 11, 2001 | Level 8 |
| | | 8 Hrs | Jun 11, 2001 | Jun 11, 2001 | Level 8 |
| | | | Oct 2001 | Present | Level 8 |

### SOUTHERN MD LOCATION – LARGO 204B LEVEL 16

| NAME | RACE | NO. HOURS AS 204B | 204B DATE FROM | 204B DATE TO | Level Paid |
|---|---|---|---|---|---|
| Buchanan, T. | Caucasian | 8 Hrs & 2 Hrs OT | Feb 21, 2001 | Feb 21, 2001 | Level 16 |
| | | 40 Hrs & 1 Hrs OT | May 18, 2001 | May 25, 2001 | Level 16 |