file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...20General%20File/Email%20Rejection%20of%20Motion%20to%20Amend.txt

Case 1:05-cv-01339-JR    Document 45-5    Filed 09/18/2007    Page 1 of 2

Date: 22 Dec 2006 22:06:57 -0000
From: MAILER-DAEMON@yahoo.com  Add to Address Book  Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more
To: twmurrayesq@yahoo.com
Subject: failure notice

Hi. This is the qmail-send program at yahoo.com.
I'm afraid I wasn't able to deliver your message to the following
 addresses.
This is a permanent error; I've given up. Sorry it didn't work out.

<dcd_cmedf@dcd.courts.gov>:
Sorry, I couldn't find any host named dcd.courts.gov. (#5.1.2)


--- Below this line is a copy of the message.

Return-Path: <twmurrayesq@yahoo.com>
Received: (qmail 30935 invoked by uid 60001); 22 Dec 2006 22:06:57
 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;

 h=X-YMail-OSG:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding:Message-ID;

 b=21/XSig2GksjhUXfvecRfb5gLvZ6qavqKY3Jkgj2fvO+Be/zhexFjWJ
+QKoSvjBgMXmxStWiw62QTxwcBSKC7+WlguU87+xYgWV/TEWaudKGOVSRmT/9aNOEcm
+I64zkusJvQZ54r5LxvkPCDl8DVBNCn4WmA1+cT0l7iYUlJSQ=;
X-YMail-OSG:
 oEqsnNgVM1nRFjwZnmwFW_SOlrgMa0l__WaCntszxTAF.D36ebVIWMDodZkf3lJ3iP0qlyjA3.
UDnBupuGDHD8K_Ro2D0K7TK7Bih0K_.
zqh5VCXg8ffXL8DcdPry4IQ1v7WK5Nx3XhR_AsqmMqVN.4OYnLyj6QMs8siUzVjMugzvt8cPpA11pJBx40r
Received: from [69.138.251.197] by web54608.mail.yahoo.com via HTTP;
 Fri, 22 Dec 2006 14:06:56 PST
Date: Fri, 22 Dec 2006 14:06:56 -0800 (PST)
From: T W Murray <twmurrayesq@yahoo.com>
Subject: West v. Potter 05-1339 - Please file documents
To: dcd_cmedf@dcd.courts.gov
MIME-Version: 1.0
Content-Type: multipart/mixed;
 boundary="0-1403733703-1166825216=:30025"
Content-Transfer-Encoding: 8bit
Message-ID: <28991.30025.qm@web54608.mail.yahoo.com>

--0-1403733703-1166825216=:30025

file:///C|/Documents%20and%20Settings/All%20Users/Documents/Curre...20General%20File/Email%20Rejection%20of%20Motion%20to%20Amend.txt

Case 1:05-cv-01339-JR    Document 45-5    Filed 09/18/2007    Page 2 of 2

Content-Type: text/plain; charset=iso-8859-1
Content-Transfer-Encoding: 8bit
Content-Id:
Content-Disposition: inline

I am at working at remote location, which has not
Adobe and thus, no ability to convert my documents
into PDF format.  Please be so kind to file as of this
date the attached Motion to Amend First Amended
Complaint on behalf of Plaintiff Kevin West and
proposed Order.  I would greatly appreciate it.  If
you have any trouble accessing the documents or need
to reach me for any reason, please call me on
301-537-0862.

Thank you and Happy Holidays!
-Teresa Murray