

# Qualifications Rating Sheet
# for Best Qualified Positions

**UNITED STATES POSTAL SERVICE**

(Instructions on page 4)

| Applicant's Name | Present Position and Level | Position Applied for and Level |
|---|---|---|
| KEVIN D WEST | AUTO TECH PS-7 | LEAD AUTO TECH PS-8 |

| (A)<br>Identification of Requirements<br>As found on Qualification Standard and/or<br>Job Posting / Vacancy Announcement | (B)<br>Demon-<br>stration<br>Yes No | (C)<br>Points<br>1, 2, 3,<br>4, or 5 | (D)<br>Measurements Used<br>To determine Demonstration (B)<br>and Points (C) |
|---|---|---|---|
| **(1) Examination Requirements** | | | |
| Test Number | Eligible / Ineligible / Yes / No | | |
| POSTAL SERVICES TESTS 940 & 941 | | | |
| **(2) Physical and Driving Requirements** | | | |
| **(3) Knowledge, Skills, Abilities, Experience, & Other Requirements** | | | |
| B-1   ABILITY TO USE HAND TOOLS | X | 4 | 1(A & B)  2(b & c) |
| B-2   KNOWLEDGE OF AUTOMOTIVE EQUIPMENT | X | 4 | 1(A & B)  2(b & c) |
| B-4   ABILITY TO WORK W/O IMMEDIATE SUPERVISION | X | 4 | 1(A & B) |
| B-5   ABILITY TO PERFORM PREVENTIVE MAINTENANCE | X | 4 | 1(A)  2(C) |
| B-6   ABILITY TO USE REFERENCE MATERIALS AND MANUALS | X | 4 | 1(A)  2(b & c) |
| B-7   ABILITY TO DIAGNOSE MECHANICAL TROUBLE | X | 3 | 1(A)  2(b & c) |
| B-10  ABILITY TO MAINTAIN RECORDS AND PREPARE REPORTS | X | 3 | 1(A)  2(b & c) |
| B-19  ABILITY TO INSTRUCT | X | 3 | 1(A & B) |
| B-20  ABILITY TO USE MEASURING INSTRUMENTS (MECHANICAL, ELECTRONICS, AS APPROPRIATE] TO LINE OF WORK) | X | 4 | 1(A & B)  2(b & c) |
| B-27  ABILITY TO DIAGNOSE ELECTRICAL AND ELECTRONIC TROUBLE | X | 3 | 1(A)  2(b & c) |

Exhibit _22_
Page _1_ of _16_

| Applicant's Name | Present Position and Level | Position Applied for and Level |
|---|---|---|
| KEVIN D WEST | AUTO TECH PS-7 | LEAD AUTO TECH PS-8 |

| ( A )<br>Identification of Requirements<br>*As found on Qualification Standard and/or<br>Job Posting / Vacancy Announcement* | ( B )<br>Demon-<br>stration<br>Yes No | ( C )<br>Points<br>*1, 2, 3,<br>4, or 5* | ( D )<br>Measurements Used<br>*To determine Demonstration (B)<br>and Points (C)* |
|---|---|---|---|
| **(3) Knowledge, Skills, Abilities, Experience, & Other Requirements** | | | |
| (continued) | | | |
| B-53   Ability To Work With Others | X | 3 | 1(A+B) |
| B-54   Ability To Schedule Work, Either<br>Materials Or People | X | 4 | 1(A+B) |

**(4) Score Calculation**

| | | |
|---|---|---|
| Total the number of points in Column C | + | 42 |
| Count the number of requirements assigned points in Section 3 | + | 12 |
| Divide the total of points by the number of requirements assigned points<br>to find the applicant's point average | ÷<br>= | 3-5 |
| Multiply that average by 20 | x 20 | 70% |
| Add the applicant's examination score, if any | (+) | |
| To arrive at the applicant's GRAND TOTAL OF POINTS ↓ | = | 70% |

**(5) Finding**

| X | APPLICANT IS QUALIFIED |
|---|---|
| | APPLICANT IS NOT QUALIFIED |

**(6) Review Committee Members**

| Name and Title (Printed or Typed)   Signature | Date |
|---|---|
| David Cook<br>Mgr. VMF          *David Q Cook* | 8/26/03 |
| Name and Title (Printed or Typed)   Signature | Date |
| | |
| Name and Title (Printed or Typed)   Signature | Date |

Exhibit   22
Page  2  of 16

PS Form **1796-B**, April 1990 *(Page 3 of 4)*

PERSONNEL

Aug 07 2003

HUMAN RESOURCES
SO. MD DIV

+ 2032

## Applicant Information

| Name (Last, First, MI) | Title of Present Position |
|---|---|
| West, Kevin D. | Automotive Technician |

| Mailing Address | Name and Location of Employing Office |
|---|---|
| 831 Chatsworth Drive<br>Accokeek MD. 20607 | Largo I VMF<br>9111 Edgeworth Drive<br>Capital Heights, MD. 20743 |

| Home Phone (Area Code) | Work Phone (Area Code/PEN) | Social Security Number | Grade | Years of Service |
|---|---|---|---|---|
| 301 292-7080 | 301 499-7353 | 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 | Level-7 | 13 years 2 mo |

## Information About Vacant Position

| Vacancy Announcement No. | Closing Date | Position Applied For | Grade |
|---|---|---|---|
| 03-43 | 8/07/03 | Lead Automotive Technician | PS-8 |

| Name of Vacancy Office | Location of Vacancy Office |
|---|---|
| Pay Location 894 | Southern MD P & D Capital Heights, MD 20790 |

## Education/Training

| Ref No | Date (Mo/Yr) From | Date (Mo/Yr) To | Name of Educational Institution (Address Not Required) | Major Field of Study | No. of Credits (Hours) Sem | No. of Credits (Hours) Qtr | Type Degre | Date |
|---|---|---|---|---|---|---|---|---|
| 1 | 02/86 | 06/86 | US Army | Laser Technician | | | Diplom | 6/86 |
| 2 | 01/84 | 05/84 | Univ. of Maryland, College Park | Business Mgmt. | 14 | | | |
| 3 | 09/81 | 12/83 | Ohio State University | Civil Engineering | | 77 | | |
| 4 | 10/80 | 06/81 | Phelps Sr. High | Pneumatic Engineering | | | Cert. | 6/81 |
| 5 | 10/78 | 6/81 | High School<br>H.D. Woodson High School | | | | | |

| Ref No | From | To | Name of Postal or Other Training Facility | Course Name | |
|---|---|---|---|---|---|
| 6 | 10/02 | 07/03 | U.S.P.S. Largo I VMF | Lead Automotive Technician  Detail Training  *Periodic Assign | |
| 7 | 03/02 | 03/02 | Mobile Air Conditioning Society | MACS Air Conditioning 2002 A/C Update | |
| 8 | 08/01 | 08/01 | U.S.P.S. Calvert DDC | Hazardous Material (Hazmat) Training | |
| 9 | 08/00 | 08/00 | Mobile Air Conditioning Society | MACS Air Conditioning Refrigerant CFC-12 | Certification |
| 10 | 02/00 | 02/00 | U.S.P.S. Training Ctr, Oklahoma | Air Brake | Certification |
| 11 | 01/00 | 01/00 | U.S.P.S. Training Ctr, Oklahoma | Ford 7.8L Diesel Engine | Certification |
| 12 | 06/99* | 03/01* | U.S.P.S. Largo I VMF | Acting VMF Analyst  Detail Training  *Periodic Assignments | |
| 13 | 06/97* | 09/00* | U.S.P.S. Largo I & II VMF | Acting Lead Mechanic  Detail Training  *Periodic Assignments | |
| 14 | 09/94 | 09/94 | Southern Maryland P & D | Emergency Response Training (ERT/CPR) | Certification |
| 15 | 05/93 | 05/93 | U.S.P.S. Training Ctr, Oklahoma | Vehicle Maintenance Analysis & Diagnostic | Certification |
| 16 | 03/92 | 03/92 | U.S.P.S. Training Ctr, Oklahoma | LLV Automatic Transmission Diagnostic & Repair | Certification |
| 17 | 06/91 | 06/91 | U.S.P.S. Training Ctr, Oklahoma | Engine Tune-up & APCD | Certification |
| 18 | 03/91 | 03/91 | U.S.P.S. Training Ctr, Oklahoma | International Harvest Diesel Engine | Certification |
| 19 | 03/91 | 03/91 | U.S.P.S. Training Ctr, Oklahoma | General Motors (GM) Diesel Engine | Certification |
| 20 | 12/90 | 12/90 | U.S.P.S. Training Ctr, Oklahoma | Cummings Diesel Engine | Certification |
| 21 | 09/90 | 09/90 | U.S.P.S. Training Ctr, Oklahoma | Automotive Electrical Systems | Certification |
| 22 | 03/88 | 08/93 | U.S. Army Reserve | Fire Control Laser Technician  (Honorable Discharge) | |
| 23 | 11/85 | 03/88 | U.S. Army | Fire Control Laser Technician  (Honorable Discharge) | |
| 24 | 09/82 | 12/82 | Ohio State University | Diesel & Automotive Engine Design | Certification |

## Postal Positions

List permanent positions first, then temporary/detail assignments of 30 or more consecutive days.
List in reverse chronological order.  Use additional space on page 2.

| Ref No | Date (Mo/Yr) From | Date (Mo/Yr) To | Position Title | Name & Location of Organization | Grade |
|---|---|---|---|---|---|
| 25 | 03/01 | Present | Automotive Technician | U.S.P.S. Largo I Vehicle Maintenance Facility (VMF) | Level 7 |
| 26 | 06/90 | 03/01 | Automotive Mechanic | U.S.P.S. Largo I & II VMF<br>9111 Edgeworth Dr., Capitol Heights, MD 20743 | Level 6 |
| 27 | 07/03 | 09/03 | Lead Automotive Technician | U.S.P.S. Largo II VMF   *Detail Assignment | Level 8 |

PS Form 991, October 1993 (1 of 5)

Exhibit 22
Page 3 of 16

NonPostal Positions    List p..... .ment positions first, then temporary/detail ass.....ents of 30 or more consecutive days.
List in reverse chronological order.  Use additional space below.

| Ref No | (Mo/Yr) From | To | Position Title | Grade or Salary | Name and Location of Organization |
|---|---|---|---|---|---|
| 28 | 01/90 | 06/90 | Automotive Worker | $11.08 | Naval Surface Warfare Center. White Oak Lab, Silver Spring, MD |
| 29 | 6/89 | 12/89 | Master Automotive Technician | $17.50 | Euro Service Center, Camp Springs, MD |
| 30 | 5/83 | 9/83 | Asst. Platform Bridge Designer | $ 7.50 | NIC Engineering Consulting Firm, Houston, Texas |
| 31 | 6/82 | 9/82 | Automotive Mechanic | $ 8.50 | Halifax Service Center, Petersburg, VA |
| 32 | 6/80 | 8/80 | Heat Micro Handler | $12.50 | Brinco Steel, Petersburg, VA |

Additional space for use in completing preceding information and listing any special assignments, projects, civic and professional organizations,
awards, honors, special skills, etc.

Special Skills:
I have received training and gained proficiency in the following Equipment & Procedures below.
33   SUN DGA 1000 Diagnostic Gas Analyzer, SUN ADLO-MCA Analyzer
34   OTC 4000 & 2000 Analyzer
35   Bear 4000 Analyzer, Bear Pace 400 Gas & Engine Analyzer
36   SNAP-ON MT 2500 Scanner
37   SUN VAT-45 Battery/Starting/Charging/System Tester
38   VAC-33, 40 & 55 Battery Chargers
39   Arc & MIG Welding, Soldering, GAS Torch
40   Honeywell Front End Alignment Machine
41   A/C Recovery & Recycling Equipment, (HVAC) Equipment
42   Hand & Pneumatic Air Tools, Hydraulic Jacks
43   Micrometers/Calipers
44   SNAP-ON EEDM504B & VariousDigital Multimeter
45   Ability to Read Electrical Schematic Diagrams

Special Assignments & Projects:
46   Only AutomotiveTechnician at the U.S.P.S. Largo I VMF that R/R 7.8 Diesel Engines for the Ford 9 Ton Cargo Truck.
47   Rebuild and R/R Transmissions for U.S.P.S. Vehicle Maintenance Facilities

Special Accomplishments:
48   Performance Safety Award -- U.S.P.S.  3/95
49   Outstanding Sick Leave/Attendance Award & Pin -- U.S.P.S.  3/95
50   Outstanding Sick Leave/Attendance Award -- U.S.P.S.  4/92
51   Letter of Commendation -- Colonel Orderly -- U.S. Army 6/86
52   Letter of Commendation -- Commander Cup Winner -- U.S. Army 5/86
53   Letter of Commendation -- Weaponry Skills -- U.S. Army 2/86
54   Certificate of Achievement -- Physical Fitness Award -- U.S. Army12/86
I have also been awarded special honors in the following areas:
55   Army & Overseas Service Ribbons
56   Good Conduct Medal
57   Presidential Physical Fitness Award
58   Track & Field All-American
59   Defensive Driving Education Award -- U.S. Army 7/86

Application must be received at vacancy office by closing date.
I hereby certify that the foregoing information is true, complete, and accurate, to the best of my knowledge and belief.

Signature of Employee  _Kevin P. West_     Date  AUG. 6, 2003

If you are applying for a specific position, complete pages 1-4 of this form and submit the completed form to your supervisor, who will complete the evaluation for each requirement. If you want a copy of the evaluation, check the box at left. If you are completing this form for another reason, disregard pages 3 and 4, unless otherwise instructed.

Exhibit  22
Page  4  of  16

| Statement of Q_____cations | Name |
| | Kevin David West |
| Announcement Number<br>03-43 | Position Applied For<br>Lead Automotive Technician, PS-8, O.C. 58230004 |

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT - USE ONE PAGE PER REQUIREMENT/FACTOR.*

(B-1)
Requirement/Factor **Ability to use hand tools**

I have used and become proficient in the use of all hand tools that the USPS Vehicle Maintenance Facility (VMF) has authorized for an automotive mechanic to have. Since my employment with the VMF from 1990 in the positions of Automotive L-6 mechanic to acting Lead Automotive Technician L-9, these abilities have been utilized.

I have also mastered the use of hand tools during my college work while attending the Ohio State University. This skill was further developed in the U.S. Army in the repair of Laser equipment and technology. More recently as an automotive Technician Level-7 and Acting Lead Automotive Technician Level-9, my daily duties required the constant use of hand tools to perform repairs on the Postal vehicles assigned.

Refer to the reference number section below for details on the specific tools and training that I have completed.

| Reference No.<br>6,7, 9-13,<br>15-29 & 31-47 | Reference Name & Phone Number (*For use of review committee & selector*) | Exhibit ___22___<br>Page ___5__ of _72_ |

PS Form 991, October 1993 (3 of 5)

| Statement of C___cations | Name |
| --- | --- |
| | Kevin David West |
| Announcement Number 03-43 | Position Applied For |
| | Lead Automotive Technician, PS-8, O.C. 58230004 |

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT - USE ONE PAGE PER REQUIREMENT/FACTOR.*

(B-2)
Requirement/Factor    **Knowledge of Automotive equipment**

I have gained invaluable hands-on experience through my daily duties as an Automotive Technician with the U.S.P.S. for 13 years, and another prior 12 years in private industry with various positions that allowed me to further developed my skills with tools and specialized Automotive equipment. In these prior positions with the USPS and Naval Surface Warfare Center (NSWC), as well as, experience obtained from Ohio State University and the U.S. Army, I have been trained in both Diesel and Gas Engine systems, all types of transmissions and turbo charged systems, to include rebuilding and installing. I have been able to utilize the formal training with hands-on experience in my daily assigned duties as an Automotive Technician L-7 through Acting Lead Automotive Technician L-9.

I have extensively used Automotive equipment, such as diagnostic analyzers, in addition to the standard and metric tools issued by the U.S.P.S. Vehicle Maintenance Facilities through the PS Forms 4597 and 4597-A.

Refer to the reference number section below for details on the specific automotive equipment and training completed that I have had.

| Reference No. 6, 7, 9-13, 15-29 & 31-47 | Reference Name & Phone Number *(For use of review committee & selector)* | Exhibit _____ Page __6__ of __16__ |
| --- | --- | --- |

| Statement of C... cations | Name |
|---|---|
| | Kevin David West |
| Announcement Number<br>03-43 | Position Applied For<br>Lead Automotive Technician, PS-8, O.C. 58230004 |

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT - USE ONE PAGE PER REQUIREMENT/FACTOR.*

(B-4)
Requirement/Factor    **Ability to work without immediate supervision.**

I have worked effectively without immediate supervision throughout my career in the USPS as an Automotive Technician and Acting Lead Automotive Technician Level 9. I often performed such tasks as Preventive Maintenance Inspections (P.M.I), Road Call repairs away from the facility without a supervisor being present as a L-7.

As acting Lead Automotive Technician (also referred to as group leader), I would issue out all work loads to the mechanics and assist them in any training and repairs as necessary, without immediate supervision.

During my tour in the U.S. Army, there were several opportunities to perform my duties without immediate supervision as Platoon Leader. I had authority and charge over 65 soldiers on a daily basis of which I was responsible for leading.

For tasks and positions performed in support of my abilities to work without immediate supervision, refer to the reference section below.

| Reference No.<br>6,12,13,15, 23,<br>25-29, 31, 32 | Reference Name & Phone Number *(For use of review committee & selector)* | Exhibit ___2.2.___<br>Page ___7___ of ___77___ |
|---|---|---|

PS Form 991. October 1993 *(3 of 5)*                                          Requirements Page 3 of 12

| Statement of Qualifications | Name |
|---|---|
| | Kevin David West |
| Announcement Number<br>03-43 | Position Applied For<br>Lead Automotive Technician, PS-8, O.C. 58230004 |

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT - USE ONE PAGE PER REQUIREMENT/FACTOR.*

(B-5)

Requirement/Factor    **Ability to perform preventive maintenance.**

---

I have learned and performed the policies and procedures for automotive maintenance and repair, in addition to preventive maintenance through various training and positions during my 13-year tenure with the USPS. Specifically, through the USPS Vehicle Maintenance Analysis & Diagnostic course in Norman, Oklahoma I was taught the USPS VMF policies and procedures. I applied them to the vehicles I was tasked to maintain and repair while in higher-level detail positions as Acting Lead Automotive Technician and vehicle maintenance analyst. These positions required that I have knowledge of and extensively use the standardized forms the VMF uses to operate.

The following examples illustrate my knowledge and application of these policies and procedures:

Automotive Maintenance and Repair (Unscheduled)
If an "in service" vehicle is damaged or needs repair, the damages are recorded on a PS form 4565 Vehicle Repair Tag. Once the vehicle is brought to the VMF, I then record the Vehicle number on the PS Form 4513 Scheduled/Unscheduled Shop Maintenance Record. Then a Vehicle Work Order is generated on the PS form 4543 Vehicle Maintenance Work Order. This is the form that I record all work repairs and associated codes, including repair time (ERT) that is crucial to the vehicle history documentation.

Preventive Maintenance (Scheduled)
Scheduled preventive maintenances are set on a cycle for servicing based on area usage (mileage) and age of a vehicle. The cycles are typically every 6 weeks or 6 months. In this instance, the PS Form 4513 Scheduled/Unscheduled Shop Maintenance Record is filled out, as "Scheduled". The vehicle jacket must be reviewed before any scheduled repairs are performed. I then inspect the vehicle and record my findings on a PS Form 4546 Preventive Maintenance and Inspection Guidelines (PMI). A Vehicle Work Order is then generated to transfer the results of the 4546 to the PS form 4543 Vehicle Maintenance Work Order. If the vehicle cannot be repaired in the VMF shop, then a PS form 4541 Order-Invoice For Vehicle Repair is needed to request outside contractor work.

In addition, I always stay abreast of the latest industry technology and procedures through reading of automotive trade magazines. My prior experiences in the U.S. Army and while attending Ohio State University, I have mastered several European and Japanese automotive repair skills that I have been able to draw upon to complement the USPS procedures.

Refer to the reference section below.

Exhibit _22_
Page _5_ of _16_

| Reference No.<br>6, 7, 9-13,15-<br>29 and 31-47 | Reference Name & Phone Number (*For use of review committee & selector*) |
|---|---|

| Statement of C___ ___cations | Name |
|---|---|
| | Kevin David West |
| Announcement Number<br>03-43 | Position Applied For<br>Lead Automotive Technician, PS-8, O.C. 58230004 |

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT - USE ONE PAGE PER REQUIREMENT/FACTOR.*

(9-6)<br>Requirement/Factor **Ability to use reference materials and manuals.**

As an Automotive Technician Level 7 and Acting Lead Automotive Technician Level 9, I have used reference materials and manuals in the evaluation and repairs of gasoline and diesel engines, standard and automatic transmission. I have used these reference materials and manuals to aid in the information necessary to meet manufacturer specifications unique to the USPS vehicles.

For example, I use electric schematics as reference material on a daily basis to troubleshoot electrical problems. I often refer back to the reference materials and manuals received during my formalized USPS training in Norman, Oklahoma on various systems.

I am well versed in all reference materials for safety and accident related policies and procedures, incorporating this knowledge daily into every aspect of my work ethic. The Fleet Manager Handbook PO-701 and the EL-801, Supervisor Safety Handbook sets Safety guidelines in accordance with federal, state and local safety laws and policies. OSHA enforces the Standard and Rules of shop related practices, such as ventilation, housekeeping, safety equipment, such as, face masks, respirators, eye protection, etc used during hazardous work procedures and environment. The VMF uses Material Safety Data Sheets (MSDS) reference documents to comply with OSHA's mandate to have accessible a list of all chemicals that the VMF shops currently and previously have used. I have received safety awards from VMF management as a result of my use and knowledge of safety materials and manuals.

In my automotive training at Ohio State University and the US Army, I was trained and experienced in the use of automotive shop and field manuals in order to repair automotive and highly technical laser equipment that was defective.

See Reference section below for training and equipment used.

Exhibit 22<br>Page 9 of 16

| Reference No.<br>6,7, 9-13, 15-<br>29, 31-48 | Reference Name & Phone Number *(For use of review committee & selector)* | |
|---|---|---|

PS Form 991, October 1993 (3 of 5)

| Statement of Qualifications | Name |
| | Kevin David West |
| Announcement Number | Position Applied For |
| 03-43 | Lead Automotive Technician, PS-8, O.C. 58230004 |

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT - USE ONE PAGE PER REQUIREMENT/FACTOR.*

(B-7)

Requirement/Factor **Ability to diagnose mechanical trouble.**

I have mastered automotive diagnosis, repair and maintenance of mechanical trouble through the use of Industry and U.S.P.S. standardized manuals and equipment.

In addition to my "hands-on" experience, I have successfully completed all required formal training on diagnosis, repair and maintenance on U.S.P.S. vehicles, including LLV's, all domestic cars, vans and pick-up trucks with gasoline and diesel engines and various diesel engine tractors (Mack, Freightliner and Yard Spotter). During my college work, while attending Ohio State University and in the U.S. Army in the repair of Laser equipment and technology. I have obtained knowledge of methodologies and skills that contributes to properly assess vehicle mechanical system failures.

A demonstration of my knowledge and innovation of mechanical problem solving, resulting in cost savings for the USPS is detailed below:

In 1992, I gave a suggestion that was adopted by the USPS VMF as standard procedure in repairing a 2-ton Intermediate Delivery Vehicle. This problem occurs when the 6.2 L diesel engine Glow Plug Controller fails. This causes the Glow Plugs to swell such that they cannot be removed. The Glow Plug breaks and falls in the piston cylinder chamber when a removal is attempted. The manufacturer (GM) suggestion is to remove the entire cylinder head of the broken Glow Plug. My suggestion was to remove the injector only on the cylinder with the defective Glow Plug. Then blow air in the Glow Plug hole and the broken debris will come out of the injector's hole. The new Glow Plug and old injector can then be easily installed. This resulted in a large cost savings of time and parts. My suggested operation takes only 20 to 40 minutes per cylinder, whereas to R/R a cylinder head, the ERT is 6 hours. In addition the cost of an expensive $50 gasket is now not needed.

Refer to the reference section below.

| Reference No. | Reference Name & Phone Number *(For use of review committee & selector)* | Exhibit ,9 2. |
| 6,7,9-13,15-29 | | Page _10_ of _16_ |
| 31-38, 40, 41, | | |
| 43-47 | | |

| Statement of Qualifications | Name |
|---|---|
| | Kevin David West |

| Announcement Number | Position Applied For |
|---|---|
| 03-43 | Lead Automotive Technician, PS-8, O.C. 58230004 |

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT - USE ONE PAGE PER REQUIREMENT/FACTOR.*

(B-10)

Requirement/Factor **Ability to maintain records and prepare reports.**

As an Acting Lead Automotive Technician at Largo I VMF, I have prepared reports and records of Vehicle information on the PS Form 4513 *Scheduled/Unscheduled Shop Maintenance Record*. On the back of this form, the information reflects the number of employees scheduled and reporting at the VMF or that is detailed to another Assignment. I have also prepared the PS Form 4546 *Preventive Maintenance Inspection Guide* by recording the findings on the PS Form 4543 *Vehicle Maintenance Work Order*.

I have also performed these functions while managing soldiers in the U.S. Army. I have also repaired and maintained reports and records of scheduling of field events. I produced status reports of the condition and readiness of equipment for use.

While at the Naval Surface Warfare Center, I generated and maintained records and reports for engine and transmission warranties, along with miscellaneous parts.

In my studies at Ohio State University and University of Maryland I produced several research and technical reports.

Refer to the reference section below.

Exhibit 2.2.
Page 11 of 16

| Reference No. 2,3,6, 13,23-29,31 | Reference Name & Phone Number *(For use of review committee & selector)* |
|---|---|

PS Form 991, October 1993 *(3 of 5)*

Requirements Page 7 of 12

| Statement of Qualifications | Name |
|---|---|
| | Kevin David West |
| Announcement Number<br>03-43 | Position Applied For<br>Lead Automotive Technician, PS-8, O.C. 58230004 |

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT - USE ONE PAGE PER REQUIREMENT/FACTOR.*

(B-19)
Requirement/Factor **Ability to instruct.**

In my duties as an Automotive Technician Level 7 and Acting Lead Automotive Technician Level 9, I have given instructions to Automotive Mechanics L-6 and Automotive Technicians L-7's to perform repairs and preventive maintenance inspections on USPS vehicles.

I also gave instructions to mechanics on how to make special repairs on my suggestion that was adopted by the USPS VMF as standard procedure in repairing a 2-ton Intermediate Delivery Vehicle. Upon failure of the 6.2 L diesel engine Glow Plug Controller, I taught all mechanics at Largo I VMF on the alternative more cost effective method of performing the repair.

In the Army, I have managed a company of 65 soldiers as Company Commander in the absence of the Captain. My leadership and technical abilities were rewarded with such honors as the Army Outstanding Service Ribbon, Overseas Service Ribbon, and Good Conduct Medal. My expertise in the field of Laser Technology has further the goals of U.S. Army in its military and personnel readiness, through my efforts of training the soldiers.

Refer to the reference section below.

| Reference No.<br>6, 8, 13,23, 25,<br>27, 51-56 | Reference Name & Phone Number *(For use of review committee & selector)* |
|---|---|

Exhibit 22
Page 23 of 12

| Statement of Qualifications | Name |
|---|---|

| Announcement Number<br>03-43 | Position Applied For<br>Lead Automotive Technician, PS-8, O.C. 58230004 |
|---|---|

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT - USE ONE PAGE PER REQUIREMENT/FACTOR.*

(B-20)

Requirement/Factor **Ability to use measuring instruments (mechanical, electronics, as appropriate To line of work).**

I used digital and analog measuring instruments to repair all types of U.S. Postal Vehicles in my daily duties as an Automotive Technician Level 7 and Acting Lead Automotive Technician Level 9 with the USPS. For example I have used digital and analog multimeters to check electrical circuits for voltage draws and continuity to determine if there is an open circuit. These instruments have been used to trace electrical short to ground. I have also used electronic and mechanical micrometers/calipers to measure the thickness of brake rotors and to check for surface wear.

I have also been trained at Ohio State University and the U.S. Army in the use of various electrical and mechanical measuring instruments. The training and specific measuring instruments are listed in the reference section below.

| Reference No.<br>6,7,9-13,15-29<br>31-38,40, 41,<br>43-45 | Reference Name & Phone Number (*For use of review committee & selector*) |
|---|---|

| Statement of C~~~ications | Name |
|---|---|
| Announcement Number<br>03-43 | Position Applied For<br>Lead Automotive Technician, PS-8, O.C. 58230004 |

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT - USE ONE PAGE PER REQUIREMENT/FACTOR.*

(B-27)

Requirement/Factor **Ability to diagnose electrical and electronic trouble.**

I have obtained vast experience in the diagnosis of electrical and electronic trouble through the use of industry and U.S.P.S. standardized manuals and equipment, while in my positions as Automotive Technician Level 7 and Acting Lead Automotive Technician Level 9

In addition to my "hands-on" experience, I have successfully completed all required formal training on diagnosis, repair and maintenance on U.S.P.S. vehicles, including LLV's, all domestic cars, vans and pick-up trucks with gasoline and diesel engines and various diesel engine tractors (Mack, Freightliner and Yard Spotter) and all size trailers from 35 to 53 ft.

I have obtained knowledge of methodologies and skills that contributes to properly diagnose vehicle electrical system failures, such as, reading of electrical circuit schematics and diagrams during my college work, while attending Ohio State University.

While in the U.S. Army, my duties included the diagnosis and repair of electronic Laser equipment.

Refer to the reference section below.

| Reference No.<br>6,7,9-13,15-29<br>31-38,40-41,<br>43-47 | Reference Name & Phone Number *(For use of review committee & selector)* | Exhibit _2-2-_<br>Page _14_ of _16_ |
|---|---|---|

| Statement of Cualifications | Name |
|---|---|

| Announcement Number 03-43 | Position Applied For Lead Automotive Technician, PS-8, O.C. 58230004 |
|---|---|

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT - USE ONE PAGE PER REQUIREMENT/FACTOR.*

(B-53)

Requirement/Factor **Ability to work with others.**

x I have established a healthy and productive relationship with all of my co-workers at Largo I VMF through mutual respect of our abilities. I have assisted other mechanics on various repairs, where we exchange information on automotive repair techniques and updates. I have also assisted co-workers with the reading of automotive shop manuals and electrical schematics.

As Acting Lead Automotive Technician at the USPS Largo I VMF facility, I have demonstrated the ability to communicate with the mechanics to instruct and advise them in the repair and maintenance of Postal Vehicles. I have talked with other Supervisors concerning their vehicle repairs. For example Mr. James Ayers, Supervisor of the Building Maintenance Section, have had conversations concerning scheduled maintenance repairs of his vehicles. Ms. Helen Johnson, MVS Supervisor, have communicated extensively with me in regards to scheduled and unscheduled vehicle repairs. Mr. Charlie Harley, MVS Manager in regarding unscheduled maintenance of Spotter Tractors. These supervisors and managers and myself have coordinated activities to ensure the proper maintenance of their vehicles. They are well aware of my abilities and knowledge of the VMF vehicles and procedures.

I have maintained communication, both orally and written, with the contractors concerning the PS form 4541 *Order-Invoice for Vehicle Repair (Commercial Work Order)*. The contractor and I discuss his estimates of labor and costs, whereas, I relay the USPS schedule requirements.

I have had various opportunities to work successfully and efficiently with my peers, superiors and subordinates as Company Commander and Platoon Leader in the U.S. Army. Likewise, throughout my college level coursework at Ohio State University, I worked very closely with my fellow classmates in completing assigned team tasks.

As an automotive mechanic at my various other companies prior to my USPS employment, I worked very well with my fellow coworkers and supervisors. These companies had diverse work forces of all nationalities, races and creeds.

Refer to the reference section below.

| Reference No. 1, 3, 6,13, 25-32 | | Exhibit 22 Page 15 of 76 |
|---|---|---|

| Statement of Qualifications | Name |
|---|---|
| Announcement Number<br>03-43 | Position Applied For<br>Lead Automotive Technician, PS-8, O.C. 58230004 |

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement on the line provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

*APPLICANT · USE ONE PAGE PER REQUIREMENT/FACTOR.*

(B-54)

Requirement/Factor **Ability to schedule work, either materials or people.**

While Acting Lead Automotive Technician or Group Leader at Largo I VMF, I have assigned work to different employees to meet the repair goals of the VMF. This involves coordinating with the Parts Department to obtain the proper materials, such as, parts and tools needed to complete the repair. I delegate and organize the work of which employee will perform scheduled versus unscheduled repairs, based on their skill level.

I have prepared the PS form 4541 *Order/Invoice for Vehicle Repair (Commercial Work Order)*, which is utilized to request/schedule major repair work to be performed on a postal vehicle. This form has to be approved by a manager. Various vendors are contacted to obtain cost estimates of their labor and/or parts. The deciding factors considered in obtaining work are based on Cost and Time to complete the repair (schedule affects).

In my position with the U.S. Army I was responsible for the scheduling the servicing/repair of equipment that was needed for field use, which included the procurement for preparation of work to be performed.

While at the Naval Surface Warfare Center, my duties included the ordering of all parts and repair requests for the automotive equipment. I was responsible for recommendations for major repairs, such as engine and transmission parts or work. I determined if it was more cost effective to complete the work "In-house" versus contracting out for repairs. An assessment of cost and availability of employee resources was completed to decide my recommendations and course of action.

Refer to the reference section below.

Exhibit 22
Page 16 of 16

| Reference No.<br>1, 6,13, 25, 27-<br>29, 46 and 47 | Reference Name & Phone Number *(For use of review committee & selector)* |
|---|---|



# Qualifications Rating Sheet
# for Best Qualified Positions

UNITED STATES
POSTAL SERVICE

(Instructions on page 4)

| Applicant's Name | Present Position and Level | Position Applied for and Level |
|---|---|---|
| STEPHEN P CLARK | AUTO TECHNICIAN, PS-7 | AUTH TECH PS-8 |

| (A)<br>Identification of Requirements<br>As found on Qualification Standard and/or<br>Job Posting / Vacancy Announcement | (B)<br>Demon-<br>stration<br>Yes  No | | (C)<br>Points<br>1, 2, 3,<br>4, or 5 | (D)<br>Measurements Used<br>To determine Demonstration (B)<br>and Points (C) |
|---|---|---|---|---|
| **(1) Examination Requirements** | | | | |
| Test Number / Eligible / Ineligible | Yes | No | | |
| POSTAL SERVICES TESTS 940 & 941 | | | | |
| **(2) Physical and Driving Requirements** | | | | |
| | | | | |
| **(3) Knowledge, Skills, Abilities, Experience & Other Requirements** | | | | |
| B-1   ABILITY TO USE HAND TOOLS | X | | 4 | 1(A)   2(B & C) |
| B-2   KNOWLEDGE OF AUTOMOTIVE EQUIPMENT | X | | 3 | 1(A)   2(B & C) |
| B-4   ABILITY TO WORK W/O IMMEDIATE SUPERVISION | X | | 4 | 1(A) |
| B-5   ABILITY TO PERFORM PREVENTIVE MAINTENANCE | X | | 4 | 1(A)   2(C) |
| B-6   ABILITY TO USE REFERENCE MATERIALS AND MANUALS | X | | 3 | 1(A)   2(B & C) |
| B-7   ABILITY TO DIAGNOSE MECHANICAL TROUBLE | X | | 4 | 1(A)   2(B & C) |
| B-10  ABILITY TO MAINTAIN RECORDS AND PREPARE REPORTS | X | | 3 | 1(A) |
| B-19  ABILITY TO INSTRUCT | X | | 3 | 1(A & B) |
| B-20  ABILITY TO USE MEASURING INSTRUMENTS [MECHANICAL, ELECTRONICS, AS APPROPRIATE] TO LINE OF WORK) | X | | 4 | 1(A)   2(B & C) |
| B-27  ABILITY TO DIAGNOSE ELECTRICAL AND ELECTRONIC TROUBLE | X | | 4 | 1(A)   2(B & C) |

Exhibit _23_
Page _1_ of _17_

| Applicant's Name | Present Position and Level | Position Applied for and Level |
|---|---|---|
| STEPHEN P CLARK | AUTO TECHNICIAN, PS-7 | AUTH TECH PS-8 |

| (A) Identification of Requirements *As found on Qualification Standard and/or Job Posting / Vacancy Announcement* | (B) Demonstration Yes No | (C) Points 1, 2, 3, 4, or 5 | (D) Measurements Used *To determine Demonstration (B) and Points (C)* |
|---|---|---|---|
| **(3) Knowledge, Skills, Abilities, Experience, & Other Requirements** | | | |
| (continued) | | | |
| B-53  Ability To Work With Others | ✗ | 4 | 1 (A & D) |
| B-54  Ability To Schedule Work, Either Materials Or People | ✗ | 3 | 1 (D) |

**(4) Score Calculation**

| | | |
|---|---|---|
| Total the number of points in Column C | + | 43 |
| Count the number of requirements assigned points in Section 3 | + | 12 |
| Divide the total of points by the number of requirements assigned points to find the applicant's point average | = | 3.58 |
| Multiply that average by 20 | x 20 | 71.67 % |
| Add the applicant's examination score, if any | (+) | |
| To arrive at the applicant's GRAND TOTAL OF POINTS ↓ | = | 71.67 % |

**(5) Finding**

☒ APPLICANT IS QUALIFIED

☐ APPLICANT IS NOT QUALIFIED

**(6) Review Committee Members**

| Name and Title (Printed or Typed)   Signature | Date |
|---|---|
| David Cook   Mgr. VMF   *David Cook* | 8/26/03 |
| Name and Title (Printed or Typed)   Signature | Date |
| | |
| Name and Title (Printed or Typed)   Signature | Date |
| | |

Exhibit  23
Page  2 of 17

PS-7

## Applicant Information

Name (Last, First, MI)
**Clark, Stephen P.**

Mailing Address

Home Phone (Area Code)
**410-956-9390**

Work Phone (Area Code/PEN)
**301-499-7461**

Title of Present Position
**Automotive Technician**

Name and Location of Employing Office
**Largo II Vehicle Maintenance Facility**
**9111 Edgeworth Drive**
**Capital Heights, MD 20743-3787**

| Social Security | Grade **7** | Years of Service **25** |
|---|---|---|

## Information About Vacant Position

| Vacancy Announcement Number **O. C. 58230004** | Closing Date **August 7, 2003** | Position Applied For **Lead Automotive Technician** | Grade **9 ✗ B** |
|---|---|---|---|

Name of Vacancy Office
**Largo II Vehicle Maintenance Facility**

Location of Vacancy Office
**9111 Edgeworth Drive Capital Heights, MD 20743-3787**

## Education/Training

| Ref. No. | Date (Mo./Yr.) From | To | Name of Educational Institution (Address Not Required) | Major Fields of Study | No. of Credits (Hours) Semester | Quarter | Type of Degree | Date |
|---|---|---|---|---|---|---|---|---|
| | 9/84 | 3/85 | Lincoln Technical Institute | Automotive Technology | | | Diploma | |
| | 9/70 | 6/73 | High School Bladensburg High School | | | | Diploma | |

| Ref. No. | From | To | Name of Postal or Other Training Facility | Course Name |
|---|---|---|---|---|
| | July23 1981 | Aug. 1 1981 | NCED Norman, Oklahoma | Automotive Fundamentals |
| | Nov 1 1986 | Nov14 1986 | NCED Norman, Oklahoma | Engine Tune-up and APCD |
| | May23 1988 | May27 1988 | NCED Norman, Oklahoma | Engine Tune-up / APCD LLV |
| | Oct21 1988 | Oct25 1988 | NCED Norman, Oklahoma | 6.2 Liter Diesel |
| | Oct25 1990 | Nov1 1990 | NCED Norman, Oklahoma | Automotive Electrical Systems |
| | Dec 2 1991 | Dec 6 1991 | NCED Norman, Oklahoma | Vehicle Maintenance Analysis & Diagnostics |
| | Oct 2 2000 | Oct 6 2000 | NCED Norman, Oklahoma | 2.2 Liter LLV Maintenance & Diagnostics |
| | Mar18 2002 | Mar28 2002 | NCED Norman, Oklahoma | Vehicle Maintenance Analysis & Diagnostics |

## Postal Positions

List permanent positions first, then temporary/retail assignments of 30 or more consecutive days
List in reverse chronological order. Use additional space on page 2.

| Ref. No. | Date (Mo./Yr.) From | To | Position Title | Name & Location of Organization | Grade |
|---|---|---|---|---|---|
| | Nov14 1977 | Present | Automotive Technician | Largo II V.M.F. 9111 Edgeworth Drive Capital Heights, MD 20743 | Level 7 |

**PERSONNEL**

AUG 0 7 2003

Exhibit 23
Page 3 of 17

## Nonpostal Positions

List permanent positions first, then temporary/detail assignments of 30 or more consecutive days. List in reverse chronological order. Use additional space below.

| Ref. No. | Date (Mo./Yr.) From | To | Position Title | Grade or Salary | Name & Location of Organization |
|---|---|---|---|---|---|
| | Oct 1974 | Oct 1977 | Heavy Vehicle Operator | E-4 | United States Army   Fort Bragg, NC |

Additional space for use in completing preceding information and listing any special assignments, projects, civic and professional organizations, awards, honors, special skills, etc.

A. S. E. Certified Technician in Engine Repair, Automatic Transmission/Transaxles, Manual Drive Train and Axles, Brakes, Heating and Air Conditioning and Engine Performance. Expires on June 30, 2008

Exhibit 23
Page 2/ of ZZ

**Application must be received at vacancy office by closing date.**

I hereby certify that the foregoing information is true, complete, and accurate, to the best of my knowledge and belief.

| Signature of Employee | Date |
|---|---|
| Stephen P Clark | august 7, 2003 |

If you are applying for a specific position, complete pages 1-4 of this form and submit the completed form to your supervisor, who will complete the evaluation for each requirement. If you want a copy of the evaluation, check the box at the left. If you are completing this form for another reason, disregard pages 3 and 4, unless otherwise instructed.

PS Form 991, October 1993 (Page 2 of 5) facsimile

ELEMENT QUESTIONS FOR THE LEAD AUTOMOTIVE MECHANIC - LEVEL 8

PLEASE ANSWER EACH QUESTION AS FULLY AS POSSIBLE.  USE ADDITIONAL SHEETS IF
NECESSARY.

NAME  Stephen P. Clark                                      DATE  05 August 2003

ADDRESS ██████████████            _____

██████████████            _____

ELEMENT QUESTION B-1:  Ability to use hand tools:

### PLEASE SEE ATTACHMENTS.

ELEMENT QUESTION B-2:  Knowledge of automotive equipment:

ELEMENT QUESTION B-4:  Ability to work without immediate supervision:

ELEMENT QUESTION B-5:  Ability to perform preventive maintenance:

ELEMENT QUESTION B-6:  Ability to use reference materials and  manuals:

Exhibit  23
Page  5  of  17

LEAD AUTOMOTIVE MECHANIC
ELEMENT QUESTIONS CONTINUED
PAGE 2

ELEMENT QUESTION B-7:  Ability to diagnose mechanical trouble:

ELEMENT QUESTION B-10:  Ability to maintain records and prepare reports:

ELEMENT QUESTION B-19:  Ability to instruct:

ELEMENT QUESTION B-20:  Ability to use measuring instruments (mechanical, electronic, as
appropriate to line of work).

ELEMENT QUESTION B-27:  Ability to diagnose electrical and electronic trouble:

ELEMENT QUESTION B-53:  Ability to work with others:

ELEMENT QUESTION:  B-54:  Ability to schedule work, either materials or people:

Exhibit ___23___
Page _6_ of _17_

## ELEMENT QUESTION B-1: Ability to use hand tools.

In my thirty years in the automotive Industry I have used many different types of hand tools. These include open end, box end and combination wrenches. I have also used allen wrenches and torque wrenches. Other hand tools I have used are ratchets and sockets from drive sizes one quarter to half inch drive sizes. I have also used pliers, screwdrivers (slotted and phillips), hammers, punches, chisels, files, hacksaws, hand held scrapers, flaring tools for tubing, threading tools (taps and dies), screw extractors (e-z outs), bushing and seal installing tools, flex handle magnetized tools (for retrieving parts) and hand held mirrors. I am sure I have and will have used other hand tools during the rest of my automotive carreer.

## ELEMENT QUESTION B-2: Knowledge of Automotive Equiptment.

My knowledge of automotive shop equiptment consists of using all types of shop equipment on a daily basis. This includes the use of a hydraulic twin post vehicle lift, portable hydraulic floor and transmission jacks, under hoist stands and portable hoist crane, for engine removal and installation. I have also used bench vises, lubrication equipment, engine emission anaylzers and volt, amp, and charging equipment known as a VAT 40. I have also used the Sun and Bear diagnostic engine anaylizers.

Exhibit    23
Page 2 of 22

ELEMENT QUESTION B-4: Ability to work without imediate supervision.

During my twenty five years in the United States Postal Service I have always had the ability to work unsupervised. I started my postal carreer in the vehicle maintenance facility as a garageman for four years and as a junior mechanic for another four years. During that time I was usually sent out of the facility to perform road calls, tag repairs and fleet maintenance on postal vehicles at various post offices. Since my supervisor stayed at the vehicle maintenance facility, there was no supervision of me while I was away from the facility. There was no supervision required because the supervisior knew he could count on me to get the job done. Also there was and is the estimated repair times (ERT's) which we are required to stay within. Since I became a mechanic 1985, I have been assigned as an acting lead mechanic many times.

Exhibit ___ _83_
Page _8_ of _22_

· ELEMENT QUESTION B-5: Ability to perform preventive maintenance.

When I became a mechanic in 1985, I was assigned to the Largo II, V.M.F. under the supervision of Mr.Greg Absher. During that time I was assigned as an acting vehicle analyst for approximately 6 months. During that time I performed many vehicle inspections for the mechanics al Largo II and local contractors. I performed the inspection prepared the work orders, listed the parts required and then notified my supervisior the vehicle was ready should be worked on. After that time, the policy changed at the Largo II V.M.F. to have the mechanics perform our own vehicle inspections. The typical P.M.I. usually consists of the inspection testing the necessary systems such as the emission, charging, cranking and lighting systems, repairing and replacing worn or broken parts as needed. Then the vehicle is washed inside and out, waxed, fueled, and then road tested to ensure the vehicle will funtion efficiently until the next service, usually within 6 months. I have also completed the vehicle maintenance analysist diagnostic course twice. Once in December 1991 and again in March 2003.

Exhibit ___53___
Page ___9__ of _17_

**ELEMENT QUESTION B-6: Ability to use reference materials**

I have used many reference materials at the V.M.F. over the years. These include Mitchell Automotive manuals we have available to us and also the Mitchell On Demand computer program. I also refer to the manuals given to me when I attended the Lincoln Technical Institute. I also use the reference manuals supplied to me by the Technical Training Center in Norman, Oklahoma.

Exhibit 23
Page 10 of 11

ELEMENT QUESTION B-7: Ability to diagnose mechanical trouble.

The course of action to be taken on any troubleshooting problem is decided by taking a systematic approach. For instance, when diagnosing an engine for a no start condition, a number of test procedures must be performed to determine where the problem exists. These include fuel and induction system tests, electrical and ignition system tests, compression tests, exhaust and emission tests and also cooling and lubrication systems tests should be performed. By performing some or all of these tests, you can pinpoint the problem fairly easily and quickly.

When diagnosing a transmission problem, there are also a number of tests that can be performed. I usually check the fluid level and condition first. Transmission fluid should be red in color. If fluid is discolored, the reason could be fluid contamination or slipping bands or clutches. I also would do a visual inspection of the transmission for any external fluid leaks usually caused by seal or gasket failures. If the transmission is equipped with a vacuum modulator, I usually perform a vacuum leak test. Hydraulic pressure testing would be done using a pressure gauge to determine line, throttle and governor pressures. Road testing the transmission would also determine shift timing and clutch or band slippage. Engine condition would also be tested for lack of power or any intake manifold leaks that would affect shift timing .

Most or all systems on the vehicle must be diagnosed at one time or another. The use of proper testing equipment and reference manuals are crucial for a proper diagnosis.

Exhibit  23
Page  11  of  12

ELEMENT QUESTION B-10: Ability to maintain records
and prepare reports.

The forms I use at the vehicle maintenance faciltiy are the PS
form 4546-B which is used to perform a preventive maintenance
inspection. The results of the inspection are then listed onto the PS
form 4543 on different line items where the description of work to
be performed are listed. When the PS form 4543 is prepared it is
logged onto the PS form 4543 daily shop record. As an automotive
technician I have not had the opportunity to prepare reports or
maintain records. The reports are normally done by the lead
mechanic or the supervisor. The records are maintained by the
V.M.F. clerks. I look forward to performing these functions if
asked to do so.

Exhibit ___23___
Page _12 of _12

ELEMENT QUESTION B-19: Ability to instruct.

Since I have been in the Postal Service, I have helped to instruct my fellow mechanics on the use of such equipment as the exhuaust emission analyzer and the VAT 40. I am also the safety captain at the Largo 2 V.M.F. This position allows me to instruct and train employees on the proper and safe use of shop tools and equipment.

Before entering the Postal Service, I completed 3 years in the U.S. Army. My last year there, I was a Platoon Sergeant in charge of a support and transport platoon. One of my functions was to train and instruct the new members of the platoon to operate various types of equipment including the safe use of military vehicles assigned to us.

Exhibit ___23___
Page _13_ of _12_

ELEMENT QUESTION B-20: Ability to use measuring instruments (mechanical, electronic, as appropriate to line of work).

In my line of work at the V.M.F. I have used such measuring tools as feeler guages used to measure clearances on spark plug gaps and distributor sensors such as hall effect switches. I have also used inside and outside calipers for measuring brake drums and rotors. I have used straight edges such as a truing bar to check for cylinder head warpage. I have also used dial indicators to measure ball joint play and brake rotor runout.

The electronic measuring instruments I have used range from a test light, a multimeter used for testing differnt circuts for open, shorts or grounds. I have also used a volt amp tester to test battery, starting and charging circuts. I am also familiar with the use of the OTC 4000 scanner and the Snap-On fast track scanner to aid in diagnosis of input and output sensor values on a vehicle.

Exhibit _23_
Page _17_ of _17_

ELEMENT QUESTION B-27: Ability to diagnose electrical and electronic trouble.

When diagnosing electrical trouble, some of the test equipment I use are a jumper wire, test light, ohmmeter and multimeter. The multimeter is used to test electrical wiring for open, grounded and shorts in vehicle wiring. The jumper wire can be used for bypassing a suspected defective switch. The test light can be used to test circuits for current or no current at different points of the circuit. I use the ohmmeter to test resistance and continuity at different parts of the circuit and to test certain electrical components found in alternators, ignition switches and sensors.

When diagnosing electronic trouble, I use the volt amp tester to test battery, charging and starting components. I use an oscilloscope to determine the condition of the ignition, fuel and induction systems. I also use it to perform a cylinder balance test to determine the mechanical condition of the engine. I also use a scanner to test various sensors and components on the vehicle.

Exhibit 23
Page 11 of 12

**ELEMENT QUESTION B-53: Ability to work with others.**

I have always been able to work with all types of people during my career with the Postal Service and in my employment before the Postal Service. If the store keeper needs some parts unloaded from a vehicle, he knows I will help him when asked. My supervisor knows I will help him in any way possible to keep the operations of the V.M.F. running smoothly. My fellow employees also know I will help them any way I can when nescecessary. We all work as a team. I have also worked at different V.M.F's over the years with the same attitude, treat others as you want to be treated.

Exhibit ___23___
Page _16_ of _12_

ELEMENT QUESTION B-54: Ability to schedule work, either materials or people.

In the past five years, whenever the supervisor and the lead mechanic has to be away from the V.M.F. I am usually asked to take over the shop desk duties. I always make sure the work load is given out to the employees in a timely manner. I also make sure the work orders are inputed onto the PS form 4513 when needed. I also notify our storekeeper if we have a need to special order parts for vehicles. I have in the past notified our suppliers when we are in need of any parts or materials such as engines, transmissions, bulk oil, antifreeze and solvents such as windshield washer fluid.

Exhibit 25
Page 22 of 22