## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KEVIN WEST :
      Plaintiff :
      v.
                              :
                              Civil Action No. 05-1339  (JR)

JOHN E. POTTER :
      Defendant. :

## DEFENDANT'S PRETRIAL STATEMENT

Pursuant to Local Civil Rule 16.5 the defendant hereby submits its Pretrial Statement.

## I.  STATEMENT OF THE CASE

Plaintiff's complaint charges 1) Disparate Treatment Based on Race and Color and

2)   Disparate Treatment Based on Protected Activity.  Plaintiff claims that he suffered the

following adverse employment actions; identified under each type of employment action are the

alleged acts which were brought to the EEO within 45 days:

a) " continual" denial of temporary detail to 204B acting supervisor; exhausted only

     •     June 2002 learned Thompson, Green, Mansfield used as 204B;

b)  denial of supervisory training with higher-level pay, since his May 1999; exhausted

     •     On May 22, 2001, Plaintiff was denied 204B class and on-the job training in the
          Southern Maryland Vehicle Maintenance Facility (VMF) ;

c)  denial of temporary promotions to higher-level, higher-paying lead mechanic positions;

exhausted

     •     learned 2/13/02 that tour 3 mechanics paid level 8&9;

d) denial of permanent promotions to Supervisor on five occasions exhausted

- Vacancies 31-02 & 33-02 posted in July 2002 for Vehicle Maintenance Supervisor

- Vacancies 14-03, 15-03 and 23-3 which were announced on February 28, 2003;

e) denial of promotion to Lead Automotive Technician, PS-8, vacancy 03-43 which opened on July 24, 2003

f) denial of overtime opportunities and pay in October 2001 and April-July 2003:

- 10/27-29/01, denied overtime [truck transport]

- Overtime at Largo II, April 1-July 25;

g) denial of revised schedules and forced use of annual leave on February 11, 2002 and January 25, 2005 ; exhausted

- 2/11/02 denied schedule change

- 1/25/05 denied schedule change;

h) six or more unjust and excessive disciplinary actions. Plaintiff exhausted before the EEO the following:[1]

- 6/8/01, received Letter of Warning for an Absence from Scheduled Overtime

- Between June 19 and 21, 2001, denied timecard and not allowed to punch in

- 7/18/01, received notice of 7-Day Suspension for Failure To Maintain a Regular Work Schedule

- 7/14/02 got notice of 14 days suspension

- 8/22/02 Green orders him to leave VMF

---

[1] May 27, 2001 Letter of warning for AWOL Memorial Day 2001 (not actionable, not brought to EEO within 45 days).

## II. <u>STATEMENT OF CLAIMS</u>

Defendant has made no claims against plaintiff.

## III. <u>STATEMENT OF DEFENSES</u>

Defendant denies that he has discriminated against the plaintiff, or that any retaliatory action has been taken against him. Plaintiff cannot establish a prima facie case of discrimination or retaliation since he fails to establish essential elements of his claims. Defendant has legitimate non-discriminatory/retaliatory reasons for all of its actions.

## IV. <u>WITNESSES</u>

<u>Witnesses who will be called</u>

David Cook (3 hours)

Mr Cook is an alleged discriminating official. He can testify about his actions concerning plaintiff and the legitimate nondiscriminatory reasons for his employment actions concerning plaintiff and others.

Tim Currie (3 hours)

Mr. Currie is an alleged discriminating official. He can testify about his actions concerning plaintiff and the legitimate nondiscriminatory reasons for his employment actions concerning plaintiff and others.

Franklin Green (3 hours)

Mr. Green is an alleged discriminating official. He will testify about his actions concerning plaintiff and the legitimate nondiscriminatory reasons for his employment actions concerning plaintiff and others.

Joseph King (2 hours)
8479 Rooster Court,
Laurel, MD  20723
(301) 490-0156

Mr King was a panel member for vacancies 31-02 and 33-02.  Mr. King can testify concerning the legitimate non-discriminatory reasons for the panel's actions.    He also can tesify concerning his involvement as a deciding official concerning plaintiff's suspension and concerning the 204B training program.   He also can testify concerning practices and procedures in the Postal Service and the legitimate non-discriminatory reasons for various employment actions.

Rose Barner (15 min.)
Harvey Banks (15 min)
Timothy Dickerson (15 min.)

Ms. Barner, Mr. Banks and Mr. Dickerson were panel members for vacancies 14-03, 15-03 and 23-03.  They can testify that they had no knowledge of plaintiff's race, color, or prior protected activity nor was their decision influenced by anyone.

Linda Childs, Mgr. Personnel (1 hour)
(202) 636-1285

This witness can testify concerning personnel issues including salary, bids, rules and regulations and present summary charts.

Norman Smith, Labor Relations Specialist (or designee) (1.5 hours)
(202) 636-1271

This witness can testify concerning  the collective bargaining agreements and relevant postal service  rules and regulations.

Robert A. Young (1 .5 hour)
Area Labor Relations
336-855-4437

This witness can testify concerning the collective bargaining agreements and relevant

postal service rules and regulations.

Linda Childs, Mgr. Personnel (30 minutes)
(202) 636-1285

Sheila Brubaker, Mgr. TACS Operations (30 minutes)
(202) 636-1382
Curseen Morris P&DC
900 Brentwood Road, N.E.
Washington, DC

These individuals can testify concerning salary comparisons, duty assignments, various

personnel issues and summary charts.

**Witnesses who may be called**

David Lowe (30 minutes)

Mr. Lowe can testify concerning his absence on Memorial Day 2001 and employment

actions concerning him, and his interactions with plaintiff.

Chris Simmons (30 minutes)
P.O. Box 282
Marbury, MD 20658
(301) 753-6150

Mr. Simmons can testify concerning his absence on January 19, 2002 (MLK weekend)

and various employment actions.

John Miller (30 minutes)

Mr. Miller can testify concerning his selection and as acting manager at the T Street

facility and selection as a permanent supervisor.

Cleveland Mansfield (30 minutes)

      Mr. Mansfield can testify concerning employment decisions concerning himself and his interactions with plaintiff.

Thomas Buchanan(30 minutes)

      Mr. Buchanan can testify concerning employment actions affecting him and his interaction with plaintiff.

James Smith (20 minutes)

      Mr. Smith can testify concerning  October 27/28 overtime calls to plaintiff and others.

John Bowser (20 minutes)

      Mr. Bowser can testify concerning employment actions pertaining to him and his interaction with plaintiff.

James Thompson(20 minutes)

      Mr. Thompson can testify concerning employment actions pertaining to him and his interaction with plaintiff

Gregory Absher (30)
9004 Hilary Ct.,
La Plata, MD 20646,
301-932-0967

      Mr. Absher was formerly a supervisor at the Riverdale facility.  He can testify concerning plaintiff's failure to come to work on June 17, 2001,  policies and procedures at the Postal Service, and the legitimate non-discriminatory reasons for various employment actions.

Stamatios Karoutsios (15 minutes)

    Mr.  Karoutsios can testify concerning his  application for a supervisory position.

Michael Scott (30 minutes)
983 Grace Road
Huntingtown, MD 20639
(301) 855-8651


    Mr. Scott, former  Manager at Largo II, can testify concerning overtime at Largo II from

April1, 2003- July  25, 2003 and the legitimate non-discriminatory reasons for various

employment actions.

Diane Hatfield (30 minutes)

    Ms. Hatfield was a panel member for vacancies 31-02 and 33-02.  Ms. Hatfield can testify

concerning the legitimate non-discriminatory reasons for the panel's actions.   She also can testify

concerning the 204B training program, her assumption of Mr.  Currie's duties  and practices and

procedures in the Postal Service.

Adrian Ames (20 minutes)

    Mr. Ames was a panel member for vacancies 31-02 and 33-02; the panel did not send

plaintiff's name to the selecting official as being among the best qualified.  Mr.  Ames can testify

concerning the legitimate non-discriminatory reasons for the panel's actions.

Stephen Clark (20  minutes)

    Mr. Clark can testify concerning denial of a revised schedule to plaintiff.

Michael Hill (30 minutes)
6407 Heath Cliff Lane
Tracies Landing, MD  20779
(301) 855-6980


Mr. Hill is a former supervisor who can testify concerning his interaction with plaintiff

and legitimate non-discriminatory reason for employment action.


Human Resources/EEO persons  - to be designated  (1.5 hours)
JoAnn Simmons
Mgr, EEO Dispute Resolutions
Sterling, VA
(703) 404-6417

This individual can testify concerning initial EEO contacts summary and other relevant

EEO matters.

## V.  <u>EXHIBITS</u>

See attached exhibit list.  In addition to the exhibits listed, the defendant reserves the right

to use any exhibits listed by the plaintiff and to use other exhibits depending on the testimony of

plaintiff's witnesses.

## VI.  <u>DEPOSITIONS</u>

See attached deposition list.  Defendant also expects to use depositions for purposes of

impeachment and refreshing recollection, as needed.

## VII.  <u>DAMAGES</u>

None.                                          .

## VIII.  <u>DEFENDANT'S REQUESTED RELIEF</u>

Defendant contends that plaintiff is not entitled to the relief requested or to any relief

whatsoever and that this case should be dismissed with prejudice.

## IX.   ESTIMATE OF TRIAL TIME

Defendant estimates that trial time will be approximately eight days.


## XII.  MOTIONS TO BE DECIDED PRIOR TO TRIAL

Any motions *in limine* filed by the parties.




                                    Respectfully submitted,


                                  _____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


                                  _____/s/_____
 RUDOLPH  CONTRERAS, D.C. Bar #  434122
Assistant United States Attorney


                                  _____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530202/514/6970
202/514/6970
fax: 202/514/8780