# DEFENDANT'S EXHIBITS

The Defendant may offer the following exhibits at trial:

| T # | PT# | Description |
|---|---|---|
|  | 1 | Postal Handbook EL-312 at p. 183 ¶ 743.11: "Management should consider noncompetitive applications for voluntary lateral reassignment . . at any time they are received, before the competitive announcement process begins, during the process, or after the competitive applications have been assessed." |
|  | 2 | Local Leave Program Provisions re Revised Schedule, Item 4.20B ¶24 (Cook Dec Ex 2, p.13; ROI 99-5 Ex 2) |
|  | 3 | 02/07/02 Sponaugle Revised Schedule Request |
|  |  |  |
|  | 4 | Item #9 – Determination of Maximum Number of Employees who shall receive leave each week during the chore vacation period (p. 15) |
|  | 5 | Item #9.1.A Percentage of A.L. by Craft |
|  | 6 | 2/14/02 Choice vacation submission period memo |
|  | 7 | Vacation list Largo I VMF 2002 |
|  |  |  |
|  | 8 | 3/8/01 West letter re 204B training program |
|  | 9 | 3/19/01 Currie response re training program |
|  | 10 | 8/10/2000 Memorandum Opinion in D.Md. CA 99-840 |
|  | 11 | 2/26/01 Memo re new in-house training program |
|  | 12 | Announcement re training program; open date March 10, 2001 |
|  | 13 | Supervisory Training (204B) Program Overview |
|  |  |  |

|  | 14 | Overtime desired lists<br>    4/1/03 to 6/30/03 Largo 1<br>    7/1/03 to 9/30/03 Largo 1<br>    4/1/03 to 6/30/03 Largo 2<br>    7/1/03 to 9/30/03 Largo 2<br>    4/1/03 to 6/30/03 Riverdale<br>    7/01/03 to 9/30/03 Riverdale |
|  | 15 | West Grievance re OT at Large 2 |
|  |  |  |
|  | 17 | West 1/25/05 revised schedule request, pay period 03, year 5 |
|  | 18 | 2/14/05 Grievance settlement re revised schedule:   pay .5 hrs work and restore .5 hrs AL |
|  | 19 | *July 2002* |
|  | 20 | 1/8/2003 opinion and award re denial of leave, AWOL July 2, 2002 through July 5, 2002 |
|  | 21 | 8/14/2002 Plater notice of suspension re AWOL |
|  |  |  |
|  | 22 | November 2001 calendar (blank) |
|  | 23 | Mansfield leave request for 11/23/01<br>West leave request for 11/22 thru 11/27/01 |
|  |  |  |
|  | 24 | 8/28/01 Memo Cook to West |
|  | 25 | January 2002 calendar (blank) |
|  | 26 | Cook buck slip to West re submitting a proper leave slip to Greene |
|  | 27 | West 12/10/01 Leave slip for Jan 19-24, 2002 |
|  | 28 | 1/2/02 West memo re leave cancellation for 1/22 -1/24/2002 |
|  | 29 | 1/15/2002 notice of mandatory work MLK weekend 1/19-1/21/02 |
|  | 30 | 1/15/2002 Greene note re conversation with West re  MLK work requirement |
|  | 31 | 1/28/02 notice of suspension to West |
|  | 32 | Simmons Grievance forms re AWOL for 1/19/02 |

|  | 33 | Simmons leave slips |
|--|----|---------------------|
|  | 34 | Simmons Dr. return to work slip |
|  | 35 | Childs Depo 12/5/2003, pp95-101 |
|  | 36 | Childs leave slips  Jan 2002 |
|  |    |  |
|  | 37 | 2/11/2002 lv slip/request fro revised schedule  – 1hr |
|  | 38 | West  lv slips revised schedule approved by Greene |
|  | 39 | local rule  Item 4.20B ¶24   re revised schedule |
|  | 40 | Sponaugle revised schedule request dtd 2/7/02 for 2/11/02 |
|  |    |  |
|  | 41 | local rule Item # 9– re choice vacation |
|  | 42 | local rule Item #9A– % AL by craft |
|  | 43 | 2/14/2002 choice vacation memo |
|  | 44 | vacation list Largo 1 2002 |
|  | 45 | West leave requests submitted 2/28, 5/20,5/22/2002 |
|  | 46 | 7/7/02 ltr |
|  |    |  |
|  | 47 | Report of hazard 8/9/2002 |
|  | 48 | 10/21/02 Green note |
|  | 49 | 8/30/02 Plather note |
|  | 50 | 8/22/02 Plather note |
|  | 51 | 8/22/01 emergency status placement |
|  |    |  |
|  |    |  |
|  | 52 | Union agreement re overtime |
|  | 53 | Memorandum of Understanding |
|  |    |  |
|  | 54 | Notification to return to work |

|  | 55 | 6/26/01 delivery confirmation |
|--|----|-------------------------------|
|  | 56 | 7/6/2001 ltr re failure to return to work |
|  | 57 | 7/7/2001 delivery confirmation |
|  |    |   |
|  | 58 | 10/28/2001 West letter re not available |
|  | 59 | 11/1/2001 Cook memo re requirement to be excused for holiday period |
|  | 60 | Childs leave request submitted 11/1/01 – denied |
|  | 61 | Childs lv request 11/10/01 |
|  | 62 | 9/28/2001 Cook memo to West re request for Columbus Day weekend |
|  | 63 | West leave slip submitted 9/7/01 |
|  | 64 | October 2001 calendar (blank) |
|  |    |   |
|  |    |   |
|  | 66 | Cook telephone book |
|  | 67 | Summary OT Report for pay period 20/2001 (Oct. 20- Nov. 2, 2001) |
|  |    |   |
|  |    |   |
|  | 68 | Childs lv slip for 11/12/01 |
|  | 69 | 11/12/01 Dr ltr re Child appointment |
|  |    |   |
|  | 70 | West leave slip for 5/28/2001 |
|  | 71 | 5/22/01 notification of mandatory work on 5/27 and 5/28 |
|  | 72 | 6/8/2001 letter of warning |
|  |    |   |
|  | 73 | Cooke Note 6/19/01 |
|  | 74 | Cook note 6/20/01 |
|  | 75 | Cook note 6/21/01 |
|  | 76 | 6/22/01 request for sick leave |

| | | |
|---|---|---|
| | 77 | June and July 2001 Calendar blank |
| | 78 | Cook note 6/22/01 |
| | 79 | Cook note 6/25/01 |
| | 80 | Proclamation June 17, 2001 = father's day |
| | 81 | Cook add notes re 6/25/2001 |
| | 82 | Cook note 7/9/01 |
| | 83 | 7/17/01 notification of suspension |
| | 84 | 8/3/2001 settlement of 7/17/01 notice of suspension |
| | 85 | 8/3/2001 notice to West that suspension rescinded |
| | 86 | 2/26/03 prearbitration settlement agreement |
| | | |
| | 87 | Union agreement 2000-2003 |
| | | |
| | 88 | Grievance resolution re August 22, 2002 |
| | 89 | Grievance resolution re November 18, 2002 letter of demand |
| | | |
| | 90 | West assignment orders dated 12-28-99, 8-7-2000, 3-5-2001. [Defendant's Exhibits 1- 3 (Reply)] |
| | 91 | Travel orders for West Diesel Mack training in September 2000 |
| | | |
| | 92 | UPS/APWU Memorandum provision re commercial drivers license except in those situations where the installation has determined that . . .they will drive a commercial vehicle off postal property.<br><br>Opposition at Ex. 68 p.2. |
| | | |
| | 93 | The collective bargaining agreement re details to higher level work West Ex. 110 at p. 131-132 at § 4. |
| | | |
| | 94 | West July 2-5 pay status. |

|   |   |   |
|---|---|---|
|   | 95  | Level Increases for Lead & Automotive Mechanics |
|   | 96  | Bid Sheets |
|   | 97  | Largo I floor plan |
|   | 98  | Map Largo I and Largo II |
|   | 99  | Map Largo I/Largo II and Riverdale |
|   | 100 | Events timeline |
|   | 101 | summary chart EEO initial contact |
|   | 102 | summary OT Report for pay period 20/2001 (Oct. 20- Nov. 2, 2001) |
|   | 103 | Employee matrix by facility and tour |
|   | 104 | June 2005-July 2006 Assignment Orders David Lowe |
|   | 105 | Lowe Grievance and settlement papers re Level 17 pay at Riverdale |
|   | 106 | Listing of pay increases 4/1970 - 9/2007 |
|   | 107 | West Salary History |
|   | 108 | Salary comparison West vs Level 8 |
|   | 109 | Salary comparison West vs supervisory level |
|   | 110 | Executive and Administrative salary(EAS) schedule |
|   | 111 | 1/4/2000 letter |
|   | 112 | 3/27/2002 ltr West to Cook |
|   | 113 | 2/26/97 safety captain letter |
|   |     |   |
|   |     |   |
|   |     |   |
|   |     |   |