DEFENDANT'S DEPOSITION DESIGNATIONS

The following are portions of depositions which defendant may offer into evidence.

| |
|---|
| West Depo. at p. 25 - 32. |
| West depo at 39, 48 |
| West Depo at 112, 116-120 |
| West Depo at p. 125 |
| West Depo at p. 138 |
| West Depo at p. 152 |
| West Depo at p. 173-174 |
| West Depo at p. 194, 195-201 |
| West Depo at 98-100, 267-269 and its Ex. 17 |
| |
| |