UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN WEST ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  05-1339 (JR) |
| ) | |
| JOHN E. POTTER ) | |
| POSTMASTER GENERAL ) | |
| U.S. POSTAL SERVICE ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as additional counsel for Plaintiff Kevin D. West.  Teresa W. Murray remains lead counsel for Plaintiff.

Respectfully submitted,

February 24, 2008

By: _____/s/_____
N. Bernard Dorsey, Jr. #14391MD
7474 Greenway Center Drive
Suite 820
Greenbelt, MD 20770
Phone:  (301) 982-2005
Fax:     (301) 982-0004