UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN D. WEST,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  05-1339 (JR) |
| ) | |
| **JOHN E. POTTER,** ) | |
| **POSTMASTER GENERAL** ) | |
| **U.S. POSTAL SERVICE** ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS AND DEPOSITION DESIGNATIONS AND PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS**

Plaintiff Kevin West, hereby respectfully submits this Response to Defendant's Objections to Plaintiff's Exhibits and Deposition Exhibits.  After a conference held by the parties on February 25, 2008, Plaintiff agreed to provide the following information in response to Defendant's inquiries:

**EXHIBITS**

| DATE | DOCUMENT DESCRIPTION | PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTIONS |
|---|---|---|
| February 2000 | U.S Postal Service Capital Performance Cluster Selection Package | Opp. Ex. 9[1] |
| February 15, 2000 | Information for Pre-complaint Counseling | Opp. Ex. 14 |

---

[1] References to "Opp. Ex." mean the exhibit to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

| | | |
|---|---|---|
| June 20, 2000 | Complaint of Discrimination in the Postal Service | Opp. Ex. 35 |
| March 7, 2001 | EEO Investigative Affidavit (Complaint) | Opp. Ex. 54 |
| May 25, 2001 | Assignment Order | Opp. Exs. 23, 60 For Thomas Buchanan |
| July 6, 2001 | Assignment Order | Opp. Ex. 12 For John Bowser |
| July 27, 2001 | Letter (subject: Supervisor Training Program VMF) | Opp. Ex. 18 Barnett letter |
| August 3, 2001 | U.S Postal Service Southern MD Vehicle Maintenance Facility | Opp. Ex. 27 |
| August 29, 2001 | EEO Complaint of Discrimination in the Postal | Opp. Ex. 55 |
| October 10, 2001 | Request for notification of absence | Opp. Ex. 39 For West & Mansfield |
| November 28, 2001 | EEO Dispute Resolution Specialist's (DRS) Inquiry Report | Opp. Ex. 56 West |
| February 11, 2002 | Request for notification of absence | Opp. Ex. 23 West |
| March 15, 2002 | Pre-compliant | Opp. Ex. 25 For Virgil Chase |
| March 10, 2003 | EEO Investigative Affidavit | Opp. Ex. 61 David Cook |
| April 1, 2003 | Vehicle maintenance facility | ERROR |
| June 28, 2003 | Promotion report | Promotion Reports for Supervisor Positions Opp. Exs. 23 & 49 |
| July 24, 2003 | Full-time employees vehicle maintenance section only opportunity to bid for preferred assignment | Opp. Ex. 72 |
| June 13, 2004 | EEO Investigative Affidavit (witness) | Opp. Ex. 71 David Cook |
| May 3, 2005 | Letter (Subject: Request for Affidavit) | Opp. Ex. 52 |
| | Routing Slip | Opp. Ex. 41 |

|   | Letter from Office of the Assistant Postmaster General to Donald A. Ross | Opp. Ex. 68 |
|---|---|---|
|   | Application Information for Kevin D. West | Opp. Ex. 69 |
|   | A list of employees by location that did submit a PS form 991 for the in-house 204B Acting supervisor program by the 4/13/01 closing deadline | To be prepared by Plaintiff from reports and clockrings produced by Defendant |
|   | Absence Analysis | See e.g. Opp. Exs. 67, 74, 76 |
|   | Proof of mailing address | ERROR |
|   | Clock rings and hours history | USPS documents |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS AND WITNESSES**

After consulting with Defendant to clarify certain of its exhibits presented on its exhibit list, Plaintiff hereby objects to the following Defendant exhibits:

| **EXHIBIT NUMBER** | **DESCRIPTION** | **PLAINTIFF'S OBJECTION(S)** |
|---|---|---|
| 10 | 8/10/00 Memorandum Opinion in D.Md Case No. 99-840 | Hearsay, relevance |
| 21 | 8/14/02 Plater Notice of Suspension | Hearsay, relevance |
| 35 | Childs Depo. 12/5/03 pp.95-101 | Best Evidence[2] |
| 66 | Cook Telephone book | Hearsay |
| 91 | Travel Order for West Diesel Mack Traning in Sept. 2000 | Relevance |

Plaintiff further objects to two of Defendant's witnesses: Cleveland Mansfield and Michael Hill as individuals who lack any relevant testimony. Mr. Mansfield is a Caucasian mechanic at Southern Maryland VMF, who is senior to Mr. West. Mr. West is not claiming that Mansfield received any promotional or privileged opportunities, in this matter; thus, his

---

[2] Defendant indicated that it does not plan to introduce this exhibit; however, Plaintiff states his objection here out of

testimony is not relevant. Michael Hill is Mr. West's former supervisor who supervised Mr. West from 1992 to 1999 and has no personal knowledge of or involvement in the adverse employment actions at issue in this case.

Dated: February 27, 2008                                    Respectfully submitted,

                                              By: _____/s/_____
                                                    Teresa W. Murray

THE LAW OFFICE OF T.W. MURRAY
7474 Greenway Center Dr, Suite 820
Greenbelt, MD 20770
Phone: 301 982-2005/Fax: 301 982-0004

By: _____/s/_____
         N. Bernard Dorsey Jr.

7474 Greenway Center Dr, Suite 820
Greenbelt, MD 20770
Phone: 301 982-2005/Fax: 301 982-0004

**Counsel for Plaintiff**

---

an abundance of caution.