**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEVIN D. WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 05-1339 |
| ) | Judge: James Robertson |
| JOHN E. POTTER, ) | Case Type: Emp. Discrimination (442) |
| POSTMASTER GENERAL ) | |
| U.S. POSTAL SERVICE ) | |
| ) | |
| Defendant. ) | |

# NOTICE

Plaintiff hereby files the following documents to accompany his recently-filed Emergency Motion to Compel and Motion for Sanctions:

**Exhibit 1** – Defendant's Discovery Responses (voluminous document production not included)

**Exhibit 2** – Plaintiff's counsel's letter to Defendant's Counsel

**Proposed Order**

Dated: March 5, 2008                               Respectfully submitted,

                                                   By:_____/s/_____
                                                   Teresa W. Murray
                                                   THE LAW OFFICE OF T.W. MURRAY
                                                   1025 Connecticut Avenue, N.W.
                                                   Suite 1000
                                                   Washington, D.C. 20036
                                                   Phone: 202-327-5477
                                                   Fax: 202-327-5451