UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST,                    )
                                  )
     Plaintiff,                   )
                                  )Civil Action No. 05-1339 (RMU)
v.                                )
                                  )
JOHN E. POTTER,                   )
POSTMASTER GENERAL,               )
                                  )
     Defendant.                   )

### DEFENDANT'S RESPONSE TO
### PLAINTIFF'S INTERROGATORIES
### AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Federal Rules of Civil Procedure 33 and 34, Defendant submits the following Response to Plaintiff's Interrogatories and Requests for Production of Documents.

### INTERROGATORIES

Interrogatory No. 1.    Identify all vehicle-maintenance craft employees who previously worked or who are currently working in Southern Maryland VMF who have been provided supervisory training, since May 2001 to the present. Please be sure to include:

a)   the name, race, seniority, location and grade level of the employee selected;

b)   the person(s) making and/or authorizing the selection;

c)   the length of the temporary promotion; and

d)   the rate of pay the employee received while on detail.

1

**Answer:** Defendant objects to this interrogatory as vague as to the term "training". Without waiving its objections, Defendant has identified the following individuals who have or are currently receiving on-the-job supervisory training:

a) Franklin Green, Black, Riverdale, September 27, 1987, Level 8 to level 16, 17 & 20

Mike Scott, White, Largo II, October 25, 1986, Level 8 to level 16

Tom Buchanan, White, Largo I, September 4, 1996, Level 8 to level 16

John Bowser, White, Largo II, May 11, 1996, Level 6 to level 17

Chris Simmons, Black, largo I, November 27, 1993, Level 7 to 17.

b) David Cook authorized the employees' higher level assignments.

c) The length of the temporary assignments were intermittent ranging from 1 day to 1 month

d) See (a) above.

**Interrogatory No. 2:** Identify all EAS details/temporary promotions (204B acting supervisor or manager) from May 2001 to present at Southern Maryland VMF locations (including employees detailed from Southern Maryland VMF to other VMF facilities). Please be sure to include:

2

a)   the name, race, seniority, location, and grade level of the employee detailed/temporarily promoted;

b)   the person(s) making and/or authorizing the detail/temporary promotion;

c)   the length of the detail/temporary promotion; and

d)   the rate of pay the employee received while on detail/temporarily promoted.

**Answer:**

a) Henry Harris, African American, Riverdale, August 8, 1980, Level 8 to level 17

Chris Simmons, Black, Largo I, November 27, 1993, Level 7 to level 17

Steve Clark, White, Largo II, March 30, 1985, Level 7 to level 17

Franklin Green, Black, Riverdale, September 27, 1987, Level 8 to level 16, 17 & 20

Mike Scott, White, Largo II, October 25, 1986, Level 8 to level 16

David Lowe, White, Largo II, December 7, 1996, Level 7 to level 17

Tom Buchanan, White, Largo I, September 4, 1996, Level 8 to level 16

John Bowser, White, Largo II, May 11, 1996, Level 6 to level 17

3

Napoleon Woodhouse, African-American; March 6, 1982 (retired), Riverdale, Level 9 to level 17

James Thompson Jr., African-American, Largo I, November 3, 1969, level 9 to Level 17

b) Greg Absher authorized the higher level for Henry Harris and Steve Clark; David Cook authorized the remaining employees' higher level.

c) the employees detail length was intermittent and varied from 1 day to 1 month.

d) See (a) above.

<u>Interrogatory No. 3</u>: Identify all individuals (by name, race, level, seniority, and location) who worked overtime in Southern Maryland VMF on or around October 27th and 28th 2001.

**Answer**: The payroll journals indicate that the following employees worked overtime for pay period 23 of 2001, which ran from October 20, 2001-November 2, 2001.

    Kevin West, 6 hours of overtime, level 7, Black;

    Thomas Buchanan, 8 hours of overtime, level 7, White, Largo I;

    George Spencer, .25 hours overtime, level 7, Black, Largo I;

    Henry Harris, 10.75 hours overtime, level 8, African-American, Riverdale;

Laurence Fiedler, 2.0 hours overtime, level 6, White, Riverdale;

Thomas Sponaugle, 12.46 hours of overtime, level 5, White, Largo I;

Stephen Clark, 7 hours of overtime, level 7, White, Largo II;

David Wood, 4 hours of overtime, level 6, White, Largo II;

Richard Ziehl, 1.03 hours of overtime, level 6, White, Largo II;

Michael Scott, 3.48 hours overtime, level 8, White, Largo II;

Robert Mason, 4 hours of overtime, level 7, Black, Largo II;

John Bowser, 1.99 overtime, level 6, white, Largo II;

Elbert Cuffey, 4 hours overtime, level 7, African-American, Largo I;

JG Thompson, 2 hours overtime, level 9, African-American, Largo I;

Cleveland Mansfield, 4 hours overtime, level 9, Largo I, White.

<u>Interrogatory No. 4</u>: Identify all individuals (by name, race, level, seniority and location) who worked overtime in Southern Maryland VMF from April 1 - July 31, 2003.

**Answer:** John Bowser, White, Level 6, May 11, 1996, Largo II

Steve Clark, White, Largo II, March 30, 1985, Level 7

Warren Plater, Black, Largo II, October 25, 1986, Level 7

Richard Ziehl, White, May 9, 1983, Level 6, Largo II

Elbert Cuffey, African-American, Largo I, July 7, 1986, Body Repair Level 7

Michael Wood, White, Riverdale, October 29, 2005, Level 6

<u>Interrogatory No. 5</u>: State each and every reason for David Lowe's absence from work on or around January 19 and 21, 2002.

**Answer:** David Lowe was on FMLA protected sick leave both days. He was excused from work by Mr. Hill for medical reasons under his FMLA protected sick leave.

<u>Interrogatory No. 6</u>: State each and every reason why the USPS did not take a disciplinary action against David Lowe for his absence from work on or around January 19 and 21, 2002.

**Answer:** Disciplinary action was not warranted because of his FMLA protected sick leave.

<u>Interrogatory No. 7</u>: Identify each an every craft employee selected for a higher-level craft detail to Level 8 and/or Level 9 between the years 2001 and present, at Southern Maryland VMF. Please be sure to include the following:

a) for the employee detailed: name, race, location, seniority & grade level;

6

b) the person(s) making and/or authorizing the detail;

c) the length of the detail;

d) the rate of pay the employee received while on detail; and

e) the reasons the individual was selected for the detail.

**Answer:**

a) & d) Henry Harris, Black, Riverdale, August 8, 1980, Level 8 to level 9

　　Kevin West, Black, Black, Largo II, June 16, 1990, Level 7 to level 8 & 9

　　Randal Early, Black, Riverdale, September 4, 2004, PTF 6 to level 8

　　Robert Mason, Black, Largo II, October 25, 1986, Level 7 to level 9

　　George Spencer, Black, Largo I, February 20, 1988, Level 7 to level 8

　　Tom Buchanan, White, Largo I, September 4, 1996, Level 8 to level 9

　　Chris Simmons, Black, Largo I, November 27, 1993, Level 7 to level 8 & 9

　　Ronald Estep Jr., Black, Largo II, September 17, 2005, PTF 6 to Level 8

　　David Carroll, White, Largo II, September 4, 2004, PTF 6 to level 8

Wilbur Johnson, Black, Riverdale, October 3, 2005, PTF 6 to level 8

David Lowe, White, Largo II, December 7, 1996, Level 6 to level 8 & 9.

Donald Taylor, Black, Largo II, May 28, 1994, Level 7 to level 8

James Washington, Black, Largo II, December 7, 1970, Level 6 to level 8 and 9

Michael Wood, White, Riverdale, October 29, 2005, PTF 6 to level 8

George Woody, Black, Riverdale, August 28, 1991, Level 4 to level 8

Lawrence Hobson, Black, Largo I, August 29, 1987, Level 9 to level 8 & 9

Warren Plater, Black, Largo II, October 25, 1986, Level 7 to level 9

b) Greg Absher made the decision to place Henry Harris, Steve Clark in higher level; Mr. Green made the decision to place Early in higher level; David Cook made the decision on placing the remaining employees at higher level.

c) It is unknown the length of Henry Harris' and Steve Clark's detail because the supervisor who authorized the higher level

has retired. The remaining employees' higher level has been intermittent from 1 day to one month at a time.

d) See (a) above.

e) To replace employees on leave or to replace an employee who was on a detail assignment.

## REQUEST FOR THE PRODUCTION OF DOCUMENTS

**Request No. 1:** The overtime-desired lists and seniority lists for the vehicle maintenance crafts for all three Southern Maryland VMF facilities that cover the time period of October 2001.

**Response:** See Attachment 1.

**Request No. 2:** The overtime-desired lists and seniority lists for the vehicle maintenance crafts for all three Southern Maryland VMF facilities that cover the time period of April 1 – July 31, 2003.

**Response:** No documents exist responsive to this Request.

**Request No. 3:** All documents relating to David Lowe's absence from work on or around January 19 and 21, 2002.

**Response:** See Attachment 2, Lowe's 3972 for 2002.

<u>Request No. 4</u>: All documents relating to higher-level craft details to Level 8 and/or Level 9 between the years 2001 and the present, at Southern Maryland VMF.

Response: See Attachments 3 & 4 (TACS Reports & H/L Assignment forms).

I hereby verify these Interrogatories and Request for Documents are true and correct.

*David E. Cook* (signature)
David E. Cook
Manager, Vehicle Maintenance Facility
Southern Maryland VMF

10

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2007, a copy of the foregoing Defendant's Response to Plaintiff's interrogatories and Requests for Production of Documents was hand-delivered by messenger to counsel for the plaintiff

Teresa W. Murray
THE LAW OFFICE OF T.W. MURRAY
7474 Greenway Center Drive Suite 820
Greenbelt, Maryland 20770
Phone: 301-982-2005
Fax: 301-982-0004


Rhonda C. Fields
Assistant United States Attorney