# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

**KEVIN D. WEST,**                          )
                                            )
                    Plaintiff,              )
                                            )
             v.                             )          Civil Action No.  05-1339 (JR)
                                            )
**JOHN E. POTTER,**                         )
**POSTMASTER GENERAL**                      )
**U.S. POSTAL SERVICE**                     )
                                            )
                    Defendant.              )
_____)


## ORDER

     NOW this _____ day of _____, _____, upon consideration of the Plaintiff's Emergency Motion to Compel and Motion for Sanctions, and all oppositions and replies thereto, it is hereby ORDERED that

    1)  Defendant shall promptly provide Plaintiff reports and/or information, which clearly sets forth the dates and lengths of 204B/EAS-Level temporary details of Southern Maryland VMF employees from May 2001 to the present;

    2)  Defendant shall comply with the Court's Order to produce this data/information by _____;

    3)  Defendant shall not be permitted to introduce, reference, or offer testimony or exhibits based on 204B/EAS-Level temporary detail records or information, which has not been produced to Plaintiff; and

4)   Defendant shall pay Plaintiff reasonable attorney's fees in the amount of $_____

for the preparation of his Motion to Compel.

**It is so ORDERED.**

_____
James Robertson
U.S. District Court Judge