UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KEVIN WEST | : | |
| | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 05-1339 (JR) |
| | : | |
| JOHN E. POTTER | : | |
| | : | |
| Defendant. | : | |

ORDER

Upon consideration of plaintiff's motion to compel and for sanctions, and the defendant's response thereto, it is hereby

ORDERED that the plaintiff's motion is DENIED.

Date: _____
UNITED STATES DISTRICT COURT JUDGE