**FILED**

MAR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KEVIN D. WEST,                          :
                                        :
            Plaintiff,                  :
                                        :
      v.                                :  Civil Action No. 05-1339 (JR)
                                        :
JOHN E. POTTER, Postmaster              :
General, U.S. Postal Service,           :
                                        :
            Defendant.                  :

## VERDICT

✓ 1.        Has the plaintiff proven by a preponderance of the
            evidence that the Postal Service's selection of a
            Vehicle Maintenance Supervisor to fill vacancy No. 14-
            03 (the position for which Mr. Miller was selected) was
            affected by the presence or absence of 204B experience
            in the applicants for that positions?

            Yes  X   No ____

If your answer to Question 1 is yes, please answer all of the
questions below. If your answer to Question 1 is no, by pass
Questions 2 and 3 and proceed to Question 4.

2.          Has the plaintiff proven by a preponderance of the
            evidence that the Postal Service discriminated against
            him on the basis of his race in connection with its
            decision to select Mr. Miller for the position of
            Supervisor, EAS-17, vacancy no. 14-03?

            Yes ____   No  X

3.      Has the plaintiff proven by a preponderance of the
evidence that the Postal Service retaliated against him
for his prior protected activity in connection with its
decision to select Mr. Miller for the position of
Supervisor, EAS-17, vacancy no. 14-03?

Yes _____    No __X__

4.      Has the plaintiff proven by a preponderance of the
evidence that the Postal Service discriminated against
him on the basis of his race in connection with its
decision to select Mr. Clark for the position of Lead
Automotive Technician, PS-08, vacancy no. 03-43?

Yes _____    No __X__

5.      Has the plaintiff proven by a preponderance of the
evidence that the Postal Service retaliated against him
for his prior protected activity in connection with its
decision to select Mr. Clark for the position of Lead
Automotive Technician, PS-08, vacancy no. 03-43?

Yes __X__    No _____

6.      Has the plaintiff proven by a preponderance of the
evidence that the Postal Service discriminated against
him on the basis of his race in connection with its
decisions not to select him for 204B Acting Supervisor
positions?

Yes _____    No __X__

7.      Has the plaintiff proven by a preponderance of the
        evidence that the Postal Service retaliated against him
        for his prior protected activity in connection with its
        decisions not to select him for 204B Acting Supervisor
        positions?

        Yes __X__    No _____

8.      Has the plaintiff proven by a preponderance of the
        evidence that the Postal Service discriminated against
        him on the basis of his race in connection with its
        decisions not to select him for Higher-Level Craft
        Temporary Details?

        Yes ____    No __X__

9.      Has the plaintiff proven by a preponderance of the
        evidence that the Postal Service retaliated against him
        for his prior protected activity in connection with its
        decisions not to select him for Higher-Level Craft
        Temporary Details?

        Yes ____    No __X__

(If any or all of the claims are decided for the plaintiff.) We
award compensatory damages to plaintiff in the amount of
$ _90,000,_ ——

This is our unanimous verdict.

_3-14-2008_
        Date

_Sarah Comisky_
        Foreperson

- 3 -