Civil Judgment (Rev. DC 04/00)

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEVIN D. WEST,

Plaintiff(s)

Civil Action No. 05-1339

V.

JOHN E. POTTER, Postmaster General,
U.S. Postal Service,

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable

James Robertson                    , Judge presiding, and the issues having been duly

tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

Kevin D. West,

have and recover of and from the defendant(s):

John E. Potter, Postmaster General, U.S. Postal Service,

the sum of $90,000.00

together with costs.

NANCY MAYER-WHITTINGTON, Clerk

Dated: March 14, 2008         By: _____
                                      Deputy Clerk