AO 187 (Rev. 7/87) Exhibit and Witness List

**FILED**

**MAR 1 4 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## United States District Court

-------------------------------------------------------DISTRICT OF-------------------------------------------------------
Columbia, Washington, DC

EXHIBIT AND WITNESS LIST

Kevin D. West,
    Plaintiff,

Case Number: 05CV1339

v.

John E. Potter, Postmaster General,
U.S. Postal Service,
    Defendant.

| Presiding Judge<br>James Robertson | Plaintiff's Attorney<br>Teresa White Murray<br>N. Bernard Dorsey, Jr. | Defendant's Attorney<br>Rhonda C. Fields |
|---|---|---|
| Trial Date(s)<br>March 10, 11, 12, 13, 14, 2008 | Court Reporter<br>Rebecca Stonestreet<br>Jacqueline Sullivan (March 13-14) | Courtroom Deputy<br>Alphaeus L. Richburg |

| Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 1 |  | 3/10/08 | X | X | Graph, USPS Vehicle Maintenance Facility |
| 2 |  | 3/10/08 | X | X | Graph, Vehicle Maintenance Facility: Auto Tech/Mech |
| 4 |  | 3/10/08 | X | X | STD Position Description - Lead Auto Technician PS-08 |
| 5 |  | 3/10/08 | X | X | Southern Maryland VMF Seniority List |
| 6 |  | 3/10/08 | X | X | USPS Southern Maryland P&D 20790-9407 |
| 7 |  | 3/10/08 | X | X | Salary and Rates Effective September 1, 2007 |
| 18 |  | 3/10/08 |  |  | JCIM 2005 Joint Contract Interpretation Manual dtd November 2005 |
|  | 93 | 3/10/08 | X | X | Article 25.2 (page 131) |
|  | 52 | 3/10/08 | X | X | Agreement between USPS and AFL-CIO 1998-2— (Handbook EL-912) |
| 19 |  | 3/10/08 | X | X | Ltr |
| 9 |  | 3/10/08 | X | X | Ltr dtd March 19, 01 re: Supervisory Training VMF Employees |
| 10 |  | 3/10/08 | X | X | USPS Routing Slip dtd May 11, 99 |
| 11 |  | 3/10/08 | X | X | Vacancy Announcement 14-03 |
| 12 |  | 3/10/08 | X | X | Applicant Information - PS Form 991 |
| 13 |  | 3/10/08 | X | X | Applicant Information PS Form 991 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | | 3/10/08 | | | Ltr dated Jul 17, 01 to Kevin West |
| | 72A.3 | 3/10/08 | | | Request for or Notification of Absence |
| | 90C | 3/10/08 | | | Assignment Order re: Kevin D. West |
| 20 | | 33/11/08 | X | X | Ltr from Office of the Sheriff, Charles County, Maryland |
| 22 | | 3/11/08 | X | X | Qualifications Rating Sheet for Best Qualified Positions re: Kevin D. West |
| 23 | | 3/11/08 | | | Qualifications Rating Sheet for Best Qualified Positions re: Stephen P. Clark |
| 24 | | 3/11/08 | X | X | Qualifications Rating Sheet for Best Qualified. |
| 26 | | 3/11/08 | X | X | Qualifications Rating Sheet for Best Qualified. |
| 27 | | 3/11/2008 | X | X | Assignment Order re: John Bowser |
| 25 | | 3/11/2008 | X | X | Assignment Order re: Thomas Buchanan |
| | 72A.1 | 3/11/2008 | X | X | Request for or Notification of Absence |
| | 105A | 3/11/08 | X | X | Memo to David Low dtd Sep 19, 05 |
| | 105B | 3/11/08 | X | X | Memo to David Low dtd Sep 19, 05 |
| | 11 | 3/12/08 | | | Ltr dated Feb 26, 01 re: Supervisory Training VMF Employees |
| | 12 | 3/12/08 | | | Announcement: Supervisor, Vehicle Maintenance Facility (204B) Training Program |
| | 13 | 3/12/08 | X | X | Supervisory Training (204B) Program Overview |
| | 9 | 3/12/2008 | X | X | Ltr dtd May 10, 99 to David Cook Subject: Training. |
| 31 | | 3/12/2008 | X | X | Applicant Information (Redacted) |
| | 93 | 3/13/2008 | X | X | Article 25.2 (page 131) |
| | 96 | 3/13/2008 | X | X | USPS Southern Maryland Vehicle Maintenance Facility dtd Aug 3, 01. |
| | 96B | 3/13/2008 | X | X | Memo dtd May 4, 04 subject: Preferred Assignment Annual Bidding Results (Posting 04-1) |
| | 14A thru 14F | 3/13/2008 | X | X | Overtime Desire List: For Largo I Vehicle Maintenance Facility: Posting Dated: 4/01/03. Period Covered 4/01/03 to 6/30/03. |
| | 7 | 3/13/2008 | | | Vacation List Largo 1 VMF 2002 |
| | 96C | 3/13/2008 | X | X | Capital Heights Vehicle Maintenance Facility Auto Technicians and Mechanics bidding results by tour dtd Aug 3, 01. |
| | 7x | 3/13/2008 | | | Ltr dtd May 20, 03 re: Vancancy # 15-03 |
| | 8 | 3/13/2008 | X | X | Ltr to Timothy Currie re: Supervisor Training (204B) VMF Employees |

|  | 30 | 3/12/2008 | X | X | Ltr dtd 08/30/01 re: Case No. 4-K-200-0145-01 |
|  | 34 | 3/12/2008 | X | X | Assignment, Reassignment, and Promotion |
|  | 90C | 3/12/2008 | X | X | Assignment Order re: Kevin D. West |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.