UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KEVIN WEST | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-1339 (JR) |
| | ) | |
| JOHN E. POTTER | ) | |
| POSTMASTER GENERAL | ) | |
| U.S. POSTAL SERVICE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION FOR EXTENSION OF DEADLINE TO FILE FEE PETITION, BILL OF COSTS, REQUEST FOR BACK PAY, FRONT PAY, AND INTEREST AWARDS, AND OTHER EQUITABLE REMEDIES**

Plaintiff Kevin D. West, by and through undersigned counsel, hereby respectfully requests, with the Defendant's consent, additional time to prepare and submit his petition for attorney's fees, bill of costs, calculations of back pay, front pay, and interest, and request for other equitable remedies as a result of the jury verdict in his favor entered on March 14, 2008.  Pursuant to the Court's suggestion at the end of the trial, counsel for Plaintiff, along with the Assistant United States Attorney, have agreed to confer regarding these matters so as to eliminate or minimize the number of contested issues that may come before this Court.

Counsel have agreed to submit a fee petition and bill of costs to the Court not later than May 2, 2008, with any objections thereto being filed with the Court no later than May 16, 2008.

The parties continue to work out a schedule for resolution of back pay, front pay, and prejudgment interest awards, as well as any equitable relief, and will so advise the Court of such schedule after the parties have had more time to discuss the issues in more detail.

WHEREFORE, Plaintiff, with the express consent of Defendant's counsel, respectfully requests that the Court enter an Order consistent with this Consent Motion.

Respectfully submitted,

March 28, 2008

By: _____/s/_____
/s/ Teresa W. Murray
/s/ N. Bernard Dorsey, Jr.
7474 Greenway Center Drive
Suite 820
Greenbelt, MD 20770
Phone: (301) 982-2005
Fax:    (301) 982-0004