**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| KEVIN WEST ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1339 (JR) |
| ) | |
| JOHN E. POTTER ) | |
| POSTMASTER GENERAL ) | |
| U.S. POSTAL SERVICE ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF DEADLINE
TO FILE FEE PETITION, BILL OF COSTS, REQUEST FOR BACK PAY,
FRONT PAY, AND INTEREST AWARDS,
<u>AND OTHER EQUITABLE REMEDIES</u>**

Upon due consideration of the Consent Motion for Extension of Deadline to File Fee Petition, Bill of Costs, Request for Back Pay, Front Pay, and Interest Awards, and Other Equitable Remedies, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Plaintiff shall submit his Fee Petition and Bill of Costs not later than the ____ day of _____, 2008; and it is further

ORDERED, that Defendant shall submit any response or objection thereto not later than the ____ day of _____, 2008.

_____
Judge, United States District Court for the District of Columbia