UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**KEVIN D. WEST,**                  )
                                    )
       Plaintiff,         )
                                    )
   v.                           )   Civil Action No.  05-1339 (JR)
                                    )
**JOHN E. POTTER,**                 )
**POSTMASTER GENERAL**              )
**U.S. POSTAL SERVICE**             )
                                    )
       Defendant.         )
_____)

**CONSENT MOTION FOR EXTENSION OF DEADLINE TO FILE FEE PETITION, BILL OF COSTS, REQUEST FOR BACK PAY, FRONT PAY, INTEREST AWARDS, AND OTHER EQUITABLE REMEDIES**

     Plaintiff Kevin D. West, by and through undersigned counsel, hereby respectfully requests additional time to confer with Defendant and attempt to reach agreement concerning attorney's fees, costs, back pay, front pay, interest, and other appropriate equitable remedies as a result of a March 14, 2008 jury verdict in Plaintiff's favor.  Defendant consents to this Motion and to the new deadlines set forth below.

     Due to unexpected and unfortunate events, the parties' original schedule to confer over these matters could not be adhered to. Plaintiff's counsel N. Bernard Dorsey, Jr. suffered a death in his family.  And Plaintiff's lead counsel, Teresa Murray has a medical issue, which requires surgery.  The surgery had originally been scheduled for April 17, 2008 and was rescheduled for May 1, 2008.

The Court granted Plaintiff until May 2, 2008 to submit a fee petition and bill of costs. In its prior motion requesting an extension, the parties indicated that they would work out a schedule for resolution of back pay, front pay, and prejudgment interest awards, as well as any equitable relief, and so advise the Court. Accordingly, the parties have conferred and believe that the following revised deadlines will afford them adequate time to negotiate these matters: Plaintiff shall file relief petitions by no later than July 11, 2008. Defendant shall file its response by no later than July 25, 2008. These revised deadlines also take into consideration the Assistant United States Attorney's preparation for a two week trial beginning June 9, 2008.

WHEREFORE, Plaintiff, with the express consent of Defendant's counsel, respectfully requests that the Court enter an Order consistent with this Consent Motion.

Respectfully submitted,

By:
_____/s/_____
/s/ Teresa W. Murray
/s/ N. Bernard Dorsey, Jr.
7474 Greenway Center Drive
Suite 820
Greenbelt, MD 20770
Phone: (301) 982-2005
Fax: (301) 982-0004