UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**KEVIN D. WEST,**                 )
                                   )
    Plaintiff,              )
                                   )
    v.                      )   Civil Action No. 05-1339 (JR)
                                   )
**JOHN E. POTTER,**                )
**POSTMASTER GENERAL**             )
**U.S. POSTAL SERVICE**            )
                                   )
    Defendant.              )
_____)

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF
DEADLINE TO FILE FEE PETITION, BILL OF COSTS, REQUEST FOR
BACK PAY, FRONT PAY, INTEREST AWARDS,
AND OTHER EQUITABLE REMEDIES**

    Upon Consideration of the Consent Motion for Extension of Deadline to file Fee Petition, Bill of Costs, Request for Back Pay, Front Pay, Interest Awards, and Other Equitable Remedies, it is hereby

    ORDERED, that the Motion be and the same hereby is GRANTED; and it is further

    ORDERED, that Plaintiff shall file its Fee Petition and Bill of Costs and other relief petitions not later than July 11, 2008, and Defendant shall file any response or opposition thereto not later than July 25, 2008.

    It is so Ordered.

                                                    _____
                                                    Judge, U.S. District Court for the District of Columbia