# KENYATTA GREEN, ESQ.

360 Taylor Street, NE, Suite R-13, Washington, DC 20017
(202) 321-0592
kgreen@nmdg-llc.com

## PROFESSIONAL EXPERIENCE

**PROJECT ATTORNEY.  June 2007 – Present**
Provide legal services on a project-by-project basis, including financial, accounting and tax analysis; contracts review; and, litigation support for law firms via legal staffing agencies.

- O' Melveny & Myers via Robert Half Legal.
  Provided legal and accounting (GAAP) analysis of various contracts and other documents related to the *Fannie Mae vs. KPMG* matter.

- Jones Day via Compliance Legal Staffing.
  Provided legal analysis of contracts and other documents related to the XM and Sirius merger.

**NEW MARKETS DEVELOPMENT GROUP, LLC,** *President*. **October 2004 – Present**
Operate a private consulting firm, specializing in the development and implementation of economic development projects.  As president, I:

- Developed real estate utilizing federal, state and local economic development incentives for commercial buildings projects in Baltimore, MD.

- Developed the Tax Incentive Utilization Plan (TIUP) for Empower Baltimore Management Corporation. The TIUP outlines the strategies, objectives, priorities, goals, benchmarks and desired outcomes for revitalizing underserved neighborhoods by coordinating the use of targeted federal, state and local economic incentives.

- Developed and implemented the Tax Incentive Awareness Pilot Program for Empower Baltimore Management Corporation.

- Consulted on the New Markets Tax Credit (NMTC) Allocation Application of Meridian Management Group, Inc. (Baltimore)

**VENTURE FUND DEVELOPMENT GROUP,** *President*. **October 2000 – October 2004**
Managed an economic development firm specializing in the implementation of federal programs administered by the CDFI Fund, HUD, and HHS agencies.

As president, I managed a team of consultants that produced the following results for our clients:

- Secured $60, $50 and $25 million in NMTC Allocations for Liberty Bank & Trust (New Orleans), The Harbor Bank of Maryland, and Enhanced Capital Partners, LLC (New Orleans) respectively.

- Secured the Renewal Community Program designation for New Orleans.  This federal program provides $12 million per year in Commercial Revitalization Deductions, plus other federal tax credits and deductions to spur economic development.

- Developed the TIUP for New Orleans' and Atlanta's Renewal Community Program.
- Secured CDFI Fund Certification status for The Harbor Bank of Maryland.
- Secured a SECA grant (a CDFI economic development monetary grant) for Dryades Savings Bank (New Orleans).
- Managed and supervised the transition of Atlanta's Empowerment Zone to a Renewal Community Program.  The 2,100 hour project necessitated the management of eight consultants, in three states, implementing 50 separate projects, and coordinating several federal, state and local agencies.  The project resulted in the Renewal Community being able to use an additional $60 million in Title XX funds.

**ROSS, DIXON & BELL via SPHERION**, **Project Attorney. January 2000 – October 2000**
Served as project attorney providing legal analysis of contracts and other documents related to the *Covad vs Verizon* matter.

**TUCKER FLYER, Project Attorney. August 1999 – December 1999**
Served as a project attorney, specializing in the syndication of Low-Income Housing Tax Credits.

**PRICEWATHERHOUSECOOPERS,** *Associate.* **August 1997 – August 1999**
Served as policy consultant for specialized taxation models. Provided analysis of legislation regarding tax issues related to the use of non-profits and pass-through entities.

**HONIGMAN, MILLER, SCHWARTZ & COHN,** *Associate.* **August 1996 – July 1997**
Served as tax attorney for health care organizations.

**AT&T,** *Associate.* **August 1992 – August 1993**
Served as finance and budget analyst for the finance division.

## ADDITIONAL PROFESSIONAL ACTIVITIES

- Author
    - "The Commercial Revitalization Deduction of the Renewal Community Program as an Investment Vehicle – A White Paper" (2004, Revised 2006)
    - "Analysis – Gulf Zone Opportunity Act of 2005" (2005)
    - "An Analysis of the NMTCs and its Ability to Capitalize Revitalization in Baltimore City" (2001)
    - "The Community Renewal Tax Relief Act of 2000 – A Report" (2001)
- Panel Presenter or Featured Speaker
    - Empower Baltimore Management Corporation Annual Convention – NMTC Program and other federal, state and local initiatives (2005)
    - National Urban League Regional Conference – NMTC Program (2004)
    - American Community Bankers' Annual Convention – NMTC Program (2002)
    - National Bankers Association's Annual Convention – NMTC Program (2002)

## EDUCATION

**HARVARD LAW SCHOOL**                                           **Cambridge, Massachusetts**

Juris Doctorate

May 1996

Licensed to practice law in the State of Michigan


**HAMPTON UNIVERSITY**                                           **Hampton, Virginia**

Bachelors of Science – Finance, *summa cum laude*

May 1992