**Summary of Calculations For The West Case**
**July 3, 2008**
**Prepared by Kenyatta Green, Esq. on behalf of Teresa Murray, Esq.**
*Privileged and Confidential.*

| Time Period | West Actual Pay (Some Amounts Scaled) | West Grossed Up Pay Including Level 8, 9, and/or 5% Bump | West Lost Pay | Total Pre, Post Interest | West Lost Pay Plus Interest |
|---|---|---|---|---|---|
| May 1, 2001 to Dec 31, 2001 | $27,994 | $29,394 | $1,400 | $907 | $2,307 |
| 2002 | $52,792 | $55,432 | $2,640 | $1,140 | $3,779 |
| Jan 1, 2003 to Sept 5, 2003 | $36,435 | $38,257 | $1,822 | $535 | $2,357 |
| Sept 6, 2003 to Dec 31, 2003 | $12,058 | $22,770 | $10,712 | $2,278 | $12,991 |
| 2004 | $55,510 | $75,047 | $19,537 | $3,869 | $23,406 |
| 2005 | $54,041 | $70,352 | $16,311 | $3,181 | $19,492 |
| 2006 | $59,879 | $72,538 | $12,659 | $2,051 | $14,710 |
| 2007 | $64,609 | $74,575 | $9,966 | $823 | $10,789 |
| Jan 1, 2008 to Jun 30, 2008 | $31,475 | $40,508 | $9,033 | $148 | $9,181 |
| Total | $394,793 | $478,872 | $84,079 | $14,932 | $99,011 |

$99,011 Is the amount owed Mr. West, representing his lost pay and the interest thereon.