**West Actual Pay**

|  | 2001 Gross | Up to 5/1/2001 | Total for Time Period |
|---|---|---|---|
| May 1, 2001 to Dec 31, 2001 | $49,257 | $21,263 | $27,994 |
| 2002 |  |  | $52,792 |
| Jan 1, 2003 to Sept 5, 2003 |  |  | $36,435 |

|  | Gross 2003 | Less up to 9/6/2003 | Total for Time Period |
|---|---|---|---|
| Sept 6, 2003 to Dec 31, 2003 | $48,493 | $36,435 | $12,058 |
| 2004 |  |  | $55,510 |
| 2005 |  |  | $54,041 |
| 2006 |  |  | $59,879 |
| 2007 |  |  | $64,609 |
| Jan 1, 2008 to Jun 30, 2008 (last 10 days scaled) |  |  | $31,475 |

| Time Period | Actual West Pay |
|---|---|
| May 1, 2001 to Dec 31, 2001 | $27,994 |
| 2002 | $52,792 |
| Jan 1, 2003 to Sept 5, 2003 | $36,435 |
| Sept 6, 2003 to Dec 31, 2003 | $12,058 |
| 2004 | $55,510 |
| 2005 | $54,041 |
| 2006 | $59,879 |
| 2007 | $64,609 |
| Jan 1, 2008 to Jun 30, 2008 | $31,475 |
| Total | $394,793 |

Amount West Should have been Paid (USING WEST ACTUAL OVERTIME HOURS)

| Based upon 5% increase for Acting Supervisor | Actual West Pay | Pay Increase | Amount West Should Have Been Paid |
|---|---|---|---|
| May 1, 2001 to Dec 31, 2001 | $27,994 | 5% | $29,394 |
| 2002 | $52,792 | 5% | $55,432 |
| Jan 1, 2003 to Sept 5, 2003 | $36,435 | 5% | $38,257 |

Calculated Level 8 and Level 9 Base Pay

Year
- 2003 Annual Grade 8, Step P Base Pay Effective Sept 6, 2003 — $47,095
  - Daily Grade 8, Step P Base Pay for Sept 6, 2003 — $129
  - Number of days Sept 6, 2003 Rate effective for — 70
  - Total at Sept 6, 2003 rate — $9,032

  - Annual Grade8, Step P Base Pay Effective Nov 15, 2003 — $47,710
  - Daily Grade 8, Step P Base Pay for Nov. 15, 2003 — $131
  - Number of days Nov. 15, 2003 effective for — 48
  - Total at Nov. 15, 2003 rate — $6,274

  - Total Grade 8, Step P Base for Partial 2003 — $15,306

- 2004 Annual Grade 8, Step P Base Pay Effective Jan 1, 2004 — $47,710
  - Daily Grade 8, Step P Base Pay for Jan 1, 2004 — $130
  - Number of days Jan 1, 2004 effective for — 65
  - Total at Jan 1, 2004 rate — $8,473

  - Annual Grade 8, Step P Base Pay Effective Mar 6, 2004 — $47,918
  - Daily Grade 8, Step P Base Pay for Mar. 6, 2004 — $131
  - Number of days Mar 6, 2004 effective for — 182
  - Total at Mar 6, 2004 rate — $23,828

  - Annual Grade 8, Step P Base Pay Effective Sept 4, 2004 — $48,542
  - Daily Grade 8, Step P Base pay for Sept 4, 2004 — $133
  - Number of days Sept 4, 2004 effective for — 84
  - Total at Sept 4, 2004 rate — $11,141

  - Annual Grade 8, Step P Base Pay Effective Nov 27, 2004 — $49,157
  - Daily Grade 8, Step P Base pay for Nov 27, 2004 — $134
  - Number of days Nov 27, 2004 effective for — 35
  - Total at Nov 27, 2004 rate — $4,701

  - Total Blended Grade 8 Step P Base for 2004 — $48,143

- 2005 Annual Grade 8, Step P Base Pay Effective Jan 1, 2005 — $49,157
  - Daily Grade 8, Step P Base pay for Jan 1, 2005 — $135
  - Number of days Jan 1, 2005 effective for — 77
  - Total at Jan 1, 2005 rate — $10,370

  - Annual Grade 8, Step P Base Pay Effective Mar 19, 2005 — $49,365
  - Daily Grade 8, Step P Base pay for Mar 19, 2005 — $135
  - Number of days Mar 19, 2005 effective for — 168
  - Total at Mar 19, 2005 rate — $22,721

  - Annual Grade 8, Step P Base Pay Effective Sept 3, 2005 — $50,093
  - Daily Grade 8, Step P Base pay for Sept 3, 2005 — $137
  - Number of days Sept 3, 2005 effective for — 120
  - Total at Sept 3, 2005 rate — $16,469

  - Total Blended Grade 8 Step P Base for 2005 — $49,560

| Year | Description | Value | Subtotal | Total |
|---|---|---:|---:|---:|
| 2006 | Annual Grade 8, Step P Base Pay Effective Jan 1, 2006 | $50,093 | | |
| | Daily Grade 8, Step P Base pay for Jan 1, 2006 | $137 | | |
| | Number of days Jan 1, 2006 effective for | 76 | | |
| | Total at Jan 1, 2006 rate | | $10,430 | |
| | Annual Grade 8, Step P Base Pay Effective Mar 18, 2006 | $51,354 | | |
| | Daily Grade 8, Step P Base pay for Mar 18, 2006 | $141 | | |
| | Number of days Mar 18, 2006 effective for | 168 | | |
| | Total at Mar 18, 2006 rate | | $23,637 | |
| | Annual Grade 8, Step P Base Pay Effective Sept 2, 2006 | $52,166 | | |
| | Daily Grade 8, Step P Base pay for Sept 2, 2006 | $143 | | |
| | Number of days Sept 2, 2006 effective for | 84 | | |
| | Total at Sept 2, 2006 rate | | $12,005 | |
| | Annual Grade 8, Step P Base Pay Effective Nov 25, 2006 | $52,844 | | |
| | Daily Grade 8, Step P Base pay for Nov 25, 2006 | $145 | | |
| | Number of days Nov 25, 2006 effective for | 37 | | |
| | Total at Nov 25, 2006 rate | | $5,357 | |
| | Total Blended Grade 8 Step P Base for 2006 | | | $51,429 |
| 2007 | Annual Grade 8, Step P Base Pay Effective Jan 1, 2007 | $52,844 | | |
| | Daily Grade 8, Step P Base pay for Jan 1, 2007 | $145 | | |
| | Number of days Jan 1, 2007 effective for | 243 | | |
| | Total at Jan 1, 2007 rate | | $35,181 | |
| | Annual Grade 8, Step P Base Pay Effective Sept 1, 2007 | $53,530 | | |
| | Daily Grade 8, Step P Base pay for Sept 1, 2007 | $147 | | |
| | Number of days Sept 1, 2007 effective for | 122 | | |
| | Total at Sept 1, 2007 rate | | $17,892 | |
| | Total Blended Grade 8 Step P Base for 2007 | | | $53,073 |
| 2008 | Annual Grade 8, Step P Base Pay Effective Jan 1, 2008 | $53,530 | | |
| | Daily Grade 8, Step P Base pay for Jan 1, 2008 | $146 | | |
| | Number of days Jan 1, 2008 effective for | 74 | | |
| | Total at Jan 1, 2008 rate | | $10,823 | |
| | Annual Grade 9, Step P Base Pay Effective Mar 15, 2008 | 55383 | | |
| | Daily Grade 9, Step P Base pay for Mar 15, 2008 | $151 | | |
| | Number of days Mar 15, 2008 effective for | 107 | | |
| | Total at Mar 15, 2008 rate | | $16,191 | |
| | Total Blended Grade 8 and 9 Step P Base thru June 30, 2008 | | | $27,014 |

Summary of Grade 8 and 9 Step P Gross Pay.

| 2003 | Start | End | Days | Annual Salary | Total at Rate | % of Blended Gross | Hourly Rate based on 2080 hour year | Overtime Rate based on 1.5 time Hourly Rate |
|---|---|---|---|---|---|---|---|---|
| | 09/06/2003 | 11/14/2003 | 70 | $47,095 | $9,032 | 59% | $22.64 | $33.96 |
| | 11/15/2003 | 12/31/2003 | 48 | $47,710 | $6,274 | 41% | $22.94 | $34.41 |
| Total 2003 | | | 118 | | $15,306 | 100% | | |

| 2004 | Start | End | Days | Annual Salary | Total at Rate | % of Blended Gross | Hourly Rate based on 2080 hour year | Overtime Rate based on 1.5 time Hourly Rate |
|---|---|---|---|---|---|---|---|---|
| | 01/01/2004 | 03/05/2004 | 65 | $47,710 | $8,473 | 18% | $22.94 | $34.41 |
| | 03/06/2004 | 09/03/2004 | 182 | $47,918 | $23,828 | 50% | $23.04 | $34.56 |
| | 04/04/2004 | 11/26/2004 | 84 | $48,542 | $11,141 | 23% | $23.34 | $35.01 |
| | 11/27/2004 | 12/31/2004 | 35 | $49,157 | $4,701 | 10% | $23.63 | $35.45 |
| Total 2004 | | | 366 | | $48,143 | 100% | | |

| 2005 | Start | End | Days | Annual Salary | Total at Rate | % of Blended Gross | Hourly Rate based on 2080 hour year | Overtime Rate based on 1.5 time Hourly Rate |
|---|---|---|---|---|---|---|---|---|
| | 01/01/2005 | 03/18/2005 | 77 | $49,157 | $10,370 | 21% | $23.63 | $35.45 |
| | 03/19/2005 | 09/02/2005 | 168 | $49,365 | $22,721 | 46% | $23.73 | $35.60 |
| | 09/03/2005 | 12/31/2005 | 120 | $50,093 | $16,469 | 33% | $24.08 | $36.12 |
| Total 2005 | | | 365 | | $49,560 | 100% | | |

| 2006 | Start | End | Days | Annual Salary | Total at Rate | % of Blended Gross | Hourly Rate based on 2080 hour year | Overtime Rate based on 1.5 time Hourly Rate |
|---|---|---|---|---|---|---|---|---|
| | 01/01/2006 | 03/17/2006 | 76 | $50,093 | $10,430 | 21% | $24.08 | $36.12 |
| | 03/18/2006 | 09/01/2006 | 168 | $51,354 | $23,637 | 46% | $24.69 | $37.03 |
| | 09/02/2006 | 11/24/2006 | 84 | $52,166 | $12,005 | 23% | $25.08 | $37.62 |
| | 11/25/2006 | 12/31/2006 | 37 | $52,844 | $5,357 | 10% | $25.41 | $38.11 |
| Total 2006 | | | 365 | | $51,429 | 100% | | |

| 2007 | Start | End | Days | Annual Salary | Total at Rate | % of Blended Gross | Hourly Rate based on 2080 hour year | Overtime Rate based on 1.5 time Hourly Rate |
|---|---|---|---|---|---|---|---|---|
| | 01/01/2007 | 08/31/2007 | 243 | $52,844 | $35,181 | 67% | $25.41 | $38.11 |
| | 09/01/2007 | 12/31/2007 | 122 | $53,530 | $17,892 | 33% | $25.74 | $38.60 |
| Total 2007 | | | 365 | | $53,073 | 100% | | |

| 2008 | Start | End | Days | Annual Salary | Total at Rate | % of Blended Gross | Hourly Rate based on 2080 hour year | Overtime Rate based on 1.5 time Hourly Rate |
|---|---|---|---|---|---|---|---|---|
| | 01/01/2008 | 03/14/2008 | 74 | $53,530 | $10,823 | 41% | $25.74 | $38.60 |
| | 03/15/2008 | 06/30/2008 | 107 | 55383 | $16,191 | 59% | $26.63 | $39.94 |
| Total 2008 | | | 181 | | $27,014 | 100% | | |

Post Sept 6, 2003 Overtime Analysis Using Clark's Actual Overtime Hours

Clark's Overtime Hours per Year

| Year | Hours |
|------|-------|
| 2003 | 578 |
| 2004 | 672 |
| 2005 | 488 |
| 2006 | 476 |
| 2007 | 469 |
| 2008 | 133 |

Overtime Hours Adjusted for Partial Years 2003 and 2008

| | | |
|---|---|---|
| 2003 | Clark Overtime Hours Worked | 578 |
| | Average Overtime Worked per day | 1.58 |
| | Post 9/6/2003 West Days | 118 |
| | Scaled Partial 2003 Overtime Hours | 187 |
| 2008 | Clark Overtime Hours Worked until 3/22/2008 | 133 |
| | Pre 3/22/2008 Days | 82 |
| | Average Overtime Worked per day | 1.62 |
| | 2008 West Days | 181 |
| | Scaled Partial 2008 Overtime Hours | 294 |

West Overtime Hours using Clark Hours and Including Scaled Partial Years for 2003 and 2008

| Year | | Hours |
|------|---|-------|
| 2003 | 9/6 to 12/31 | 187 |
| 2004 | | 672 |
| 2005 | | 488 |
| 2006 | | 476 |
| 2007 | | 469 |
| 2008 | 1/1 to 6/30 | 294 |

West Overtime Based upon weighted per length of time of Effective Annual Rate

| Year | # of Overtime Hours | Weighted % | Overtime Rate | Overtime Amount |
|------|---------------------|------------|---------------|-----------------|
| 2003 | 187 | 59% | $33.96 | $3,765 |
| 2003 | 187 | 41% | $34.41 | $2,615 |
| Total 2003 | | 100% | | $6,380 |

| Year | # of Overtime Hours | Weighted % | Overtime Rate | Overtime Amount |
|------|---------------------|------------|---------------|-----------------|
| 2004 | 672 | 18% | $34.41 | $4,106 |
| 2004 | 672 | 50% | $34.56 | $11,547 |
| 2004 | 672 | 23% | $35.01 | $5,399 |
| 2004 | 672 | 10% | $35.45 | $2,278 |
| Total 2004 | | 100% | | $23,331 |

| Year | # of Overtime Hours | Weighted % | Overtime Rate | Overtime Amount |
|------|---------------------|------------|---------------|-----------------|
| 2005 | 488 | 21% | $35.45 | $3,649 |
| 2005 | 488 | 46% | $35.60 | $7,996 |
| 2005 | 488 | 33% | $36.12 | $5,796 |
| Total 2005 | | 100% | | $17,441 |

| Year | # of Overtime Hours | Weighted % | Overtime Rate | Overtime Amount |
|---|---|---|---|---|
| 2006 | 476 | 21% | $36.12 | $3,580 |
| 2006 | 476 | 46% | $37.03 | $8,114 |
| 2006 | 476 | 23% | $37.62 | $4,121 |
| 2006 | 476 | 10% | $38.11 | $1,839 |
| Total 2006 | | 100% | | $17,654 |

| Year | # of Overtime Hours | Weighted % | Overtime Rate | Overtime Amount |
|---|---|---|---|---|
| 2007 | 469 | 67% | $38.11 | $11,899 |
| 2007 | 469 | 33% | $38.60 | $6,052 |
| Total 2007 | | 100% | | $17,951 |

| Year | # of Overtime Hours | Weighted % | Overtime Rate | Overtime Amount |
|---|---|---|---|---|
| 2008 | 294 | 41% | $38.60 | $4,633 |
| 2008 | 294 | 59% | $39.94 | $6,931 |
| Total 2008 | 587 | | | $11,565 |

Level 8 and 9 Grossed Up 5% for Supervisory Role

| | Blended Annual Level 8, 9 Salary | Weighted Overtime | Total Gross Blended | Percent Gross up | Total |
|---|---|---|---|---|---|
| 2003 9/6 to 12/31 | $15,306 | $6,380 | $21,686 | 5% | $22,770 |
| 2004 | $48,143 | $23,331 | $71,473 | 5% | $75,047 |
| 2005 | $49,560 | $17,441 | $67,002 | 5% | $70,352 |
| 2006 | $51,429 | $17,654 | $69,083 | 5% | $72,538 |
| 2007 | $53,073 | $17,951 | $71,024 | 5% | $74,575 |
| 2008 1/1 to 6/30 | $27,014 | $11,565 | $38,579 | 5% | $40,508 |

Additional Amount West Should have been Paid based upon Level 8 and 9 pay and 5% Supervisory Bump

| Year | West Actual Pay | Level 8, 9, and 5% Bump Pay | Additional Amount Owed |
|---|---|---|---|
| May 1, 2001 to Dec 31, 2001 | $27,994 | $29,394 | $1,400 |
| 2002 | $52,792 | $55,432 | $2,640 |
| Jan 1, 2003 to Sept 5, 2003 | $36,435 | $38,257 | $1,822 |
| Sept 6, 2003 to Dec 31, 2003 | $12,058 | $22,770 | $10,712 |
| 2004 | $55,510 | $75,047 | $19,537 |
| 2005 | $54,041 | $70,352 | $16,311 |
| 2006 | $59,879 | $72,538 | $12,659 |
| 2007 | $64,609 | $74,575 | $9,966 |
| Jan 1, 2008 to Jun 30, 2008 | $31,475 | $40,508 | $9,033 |
| Totals | $394,793 | $478,872 | $84,079 |