West Lost Pay

| Time Period | Amount | # of Pay Periods | Amount per Pay Period |
|---|---|---|---|
| May 1, 2001 to Dec 31, 2001 | $1,400 | 18 | $77.76 |
| 2002 | $2,640 | 26 | $101.52 |
| Jan 1, 2003 to Sept 5, 2003 | $1,822 | 18 | $101.21 |
| Sept 6, 2003 to Dec 31, 2003 | $10,712 | 8 | $1,339.05 |
| 2004 | $19,537 | 26 | $751.43 |
| 2005 | $16,311 | 26 | $627.35 |
| 2006 | $12,659 | 26 | $486.87 |
| 2007 | $9,966 | 26 | $383.31 |
| Jan 1, 2008 to Jun 30, 2008 | $9,033 | 13 | $694.85 |
| Total | $84,079 | | |

| Time Period | Pay Periods | Amount | Start Date | End Date | Number of Days in Period | Interest Rate on Start Date | Daily Interest Rate | Future Value | |
|---|---|---|---|---|---|---|---|---|---|
| May 1, 2001 to Dec 31, 2001 | 1 | $77.76 | 1-May-01 | 30-Jun-08 | 2618 | 8% | 0.0219% | $137.95 | |
| | 2 | $77.76 | 18-May-01 | 30-Jun-08 | 2601 | 8% | 0.0219% | $137.44 | |
| | 3 | $77.76 | 1-Jun-01 | 30-Jun-08 | 2587 | 8% | 0.0219% | $137.02 | |
| | 4 | $77.76 | 15-Jun-01 | 30-Jun-08 | 2573 | 8% | 0.0219% | $136.60 | |
| | 5 | $77.76 | 29-Jun-01 | 30-Jun-08 | 2559 | 8% | 0.0219% | $136.18 | |
| | 6 | $77.76 | 13-Jul-01 | 30-Jun-08 | 2545 | 7% | 0.0192% | $126.75 | |
| | 7 | $77.76 | 27-Jul-01 | 30-Jun-08 | 2531 | 7% | 0.0192% | $126.41 | |
| | 8 | $77.76 | 10-Aug-01 | 30-Jun-08 | 2517 | 7% | 0.0192% | $126.07 | |
| | 9 | $77.76 | 24-Aug-01 | 30-Jun-08 | 2503 | 7% | 0.0192% | $125.73 | |
| | 10 | $77.76 | 7-Sep-01 | 30-Jun-08 | 2489 | 7% | 0.0192% | $125.40 | |
| | 11 | $77.76 | 21-Sep-01 | 30-Jun-08 | 2475 | 7% | 0.0192% | $125.06 | |
| | 12 | $77.76 | 5-Oct-01 | 30-Jun-08 | 2461 | 7% | 0.0192% | $124.72 | |
| | 13 | $77.76 | 19-Oct-01 | 30-Jun-08 | 2447 | 7% | 0.0192% | $124.39 | |
| | 14 | $77.76 | 2-Nov-01 | 30-Jun-08 | 2433 | 7% | 0.0192% | $124.05 | |
| | 15 | $77.76 | 16-Nov-01 | 30-Jun-08 | 2419 | 7% | 0.0192% | $123.72 | |
| | 16 | $77.76 | 30-Nov-01 | 30-Jun-08 | 2405 | 7% | 0.0192% | $123.39 | |
| | 17 | $77.76 | 14-Dec-01 | 30-Jun-08 | 2391 | 7% | 0.0192% | $123.06 | |
| | 18 | $77.76 | 28-Dec-01 | 30-Jun-08 | 2377 | 7% | 0.0192% | $122.73 | |
| Total 5/1/01 to 12/31/01 | | | | | | | | | $2,306.67 |
| 2002 | 1 | $101.52 | 11-Jan-02 | 30-Jun-08 | 2363 | 6% | 0.0164% | $149.57 | |
| | 2 | $101.52 | 25-Jan-02 | 30-Jun-08 | 2349 | 6% | 0.0164% | $149.23 | |
| | 3 | $101.52 | 8-Feb-02 | 30-Jun-08 | 2335 | 6% | 0.0164% | $148.88 | |
| | 4 | $101.52 | 22-Feb-02 | 30-Jun-08 | 2321 | 6% | 0.0164% | $148.54 | |
| | 5 | $101.52 | 8-Mar-02 | 30-Jun-08 | 2307 | 6% | 0.0164% | $148.20 | |
| | 6 | $101.52 | 22-Mar-02 | 30-Jun-08 | 2293 | 6% | 0.0164% | $147.86 | |
| | 7 | $101.52 | 5-Apr-02 | 30-Jun-08 | 2279 | 6% | 0.0164% | $147.52 | |
| | 8 | $101.52 | 19-Apr-02 | 30-Jun-08 | 2265 | 6% | 0.0164% | $147.18 | |
| | 9 | $101.52 | 3-May-02 | 30-Jun-08 | 2251 | 6% | 0.0164% | $146.85 | |
| | 10 | $101.52 | 17-May-02 | 30-Jun-08 | 2237 | 6% | 0.0164% | $146.51 | |
| | 11 | $101.52 | 31-May-02 | 30-Jun-08 | 2223 | 6% | 0.0164% | $146.17 | |
| | 12 | $101.52 | 14-Jun-02 | 30-Jun-08 | 2209 | 6% | 0.0164% | $145.84 | |
| | 13 | $101.52 | 28-Jun-02 | 30-Jun-08 | 2195 | 6% | 0.0164% | $145.50 | |
| | 14 | $101.52 | 12-Jul-02 | 30-Jun-08 | 2181 | 6% | 0.0164% | $145.17 | |
| | 15 | $101.52 | 26-Jul-02 | 30-Jun-08 | 2167 | 6% | 0.0164% | $144.84 | |
| | 16 | $101.52 | 9-Aug-02 | 30-Jun-08 | 2153 | 6% | 0.0164% | $144.51 | |
| | 17 | $101.52 | 23-Aug-02 | 30-Jun-08 | 2139 | 6% | 0.0164% | $144.17 | |
| | 18 | $101.52 | 6-Sep-02 | 30-Jun-08 | 2125 | 6% | 0.0164% | $143.84 | |
| | 19 | $101.52 | 20-Sep-02 | 30-Jun-08 | 2111 | 6% | 0.0164% | $143.51 | |
| | 20 | $101.52 | 4-Oct-02 | 30-Jun-08 | 2097 | 6% | 0.0164% | $143.18 | |
| | 21 | $101.52 | 18-Oct-02 | 30-Jun-08 | 2083 | 6% | 0.0164% | $142.86 | |
| | 22 | $101.52 | 1-Nov-02 | 30-Jun-08 | 2069 | 6% | 0.0164% | $142.53 | |
| | 23 | $101.52 | 15-Nov-02 | 30-Jun-08 | 2055 | 6% | 0.0164% | $142.20 | |
| | 24 | $101.52 | 29-Nov-02 | 30-Jun-08 | 2041 | 6% | 0.0164% | $141.88 | |
| | 25 | $101.52 | 13-Dec-02 | 30-Jun-08 | 2027 | 6% | 0.0164% | $141.55 | |
| | 26 | $101.52 | 27-Dec-02 | 30-Jun-08 | 2013 | 6% | 0.0164% | $141.23 | |
| Total 2002 | | | | | | | | | $3,779.32 |

| Period | # | Amount | Date | End Date | Days | Rate | Daily | Interest | Total |
|---|---|---|---|---|---|---|---|---|---|
| Jan 1, 2003 to Sept 5, 2003 | 1 | $101.21 | 10-Jan-03 | 30-Jun-08 | 1999 | 5% | 0.0137% | $133.09 | |
| | 2 | $101.21 | 24-Jan-03 | 30-Jun-08 | 1985 | 5% | 0.0137% | $132.84 | |
| | 3 | $101.21 | 7-Feb-03 | 30-Jun-08 | 1971 | 5% | 0.0137% | $132.58 | |
| | 4 | $101.21 | 21-Feb-03 | 30-Jun-08 | 1957 | 5% | 0.0137% | $132.33 | |
| | 5 | $101.21 | 7-Mar-03 | 30-Jun-08 | 1943 | 5% | 0.0137% | $132.08 | |
| | 6 | $101.21 | 21-Mar-03 | 30-Jun-08 | 1929 | 5% | 0.0137% | $131.82 | |
| | 7 | $101.21 | 4-Apr-03 | 30-Jun-08 | 1915 | 5% | 0.0137% | $131.57 | |
| | 8 | $101.21 | 18-Apr-03 | 30-Jun-08 | 1901 | 5% | 0.0137% | $131.32 | |
| | 9 | $101.21 | 2-May-03 | 30-Jun-08 | 1887 | 5% | 0.0137% | $131.07 | |
| | 10 | $101.21 | 16-May-03 | 30-Jun-08 | 1873 | 5% | 0.0137% | $130.81 | |
| | 11 | $101.21 | 30-May-03 | 30-Jun-08 | 1859 | 5% | 0.0137% | $130.56 | |
| | 12 | $101.21 | 13-Jun-03 | 30-Jun-08 | 1845 | 5% | 0.0137% | $130.31 | |
| | 13 | $101.21 | 27-Jun-03 | 30-Jun-08 | 1831 | 5% | 0.0137% | $130.06 | |
| | 14 | $101.21 | 11-Jul-03 | 30-Jun-08 | 1817 | 5% | 0.0137% | $129.81 | |
| | 15 | $101.21 | 25-Jul-03 | 30-Jun-08 | 1803 | 5% | 0.0137% | $129.57 | |
| | 16 | $101.21 | 8-Aug-03 | 30-Jun-08 | 1789 | 5% | 0.0137% | $129.32 | |
| | 17 | $101.21 | 22-Aug-03 | 30-Jun-08 | 1775 | 5% | 0.0137% | $129.07 | |
| | 18 | $101.21 | 5-Sep-03 | 30-Jun-08 | 1761 | 5% | 0.0137% | $128.82 | |
| Total Jan 1, 2003 to Sept 5, 2003 | | | | | | | | | $2,357.03 |
| | | | | | | | | | |
| Sept 6, 2003 to Dec 31, 2003 | 1 | $1,339.05 | 19-Sep-03 | 30-Jun-08 | 1747 | 5% | 0.0137% | $1,701.11 | |
| | 2 | $1,339.05 | 3-Oct-03 | 30-Jun-08 | 1733 | 4% | 0.0110% | $1,620.25 | |
| | 3 | $1,339.05 | 17-Oct-03 | 30-Jun-08 | 1719 | 4% | 0.0110% | $1,617.76 | |
| | 4 | $1,339.05 | 31-Oct-03 | 30-Jun-08 | 1705 | 4% | 0.0110% | $1,615.27 | |
| | 5 | $1,339.05 | 14-Nov-03 | 30-Jun-08 | 1691 | 4% | 0.0110% | $1,612.78 | |
| | 6 | $1,339.05 | 28-Nov-03 | 30-Jun-08 | 1677 | 4% | 0.0110% | $1,610.30 | |
| | 7 | $1,339.05 | 12-Dec-03 | 30-Jun-08 | 1663 | 4% | 0.0110% | $1,607.82 | |
| | 8 | $1,339.05 | 26-Dec-08 | 30-Jun-08 | 1649 | 4% | 0.0110% | $1,605.35 | |
| Total 9/6/03 to 12/31/03 | | | | | | | | | $12,990.64 |
| | | | | | | | | | |
| 2004 | 1 | $751.43 | 9-Jan-04 | 30-Jun-08 | 1635 | 4% | 0.0109% | $898.01 | |
| | 2 | $751.43 | 23-Jan-04 | 30-Jun-08 | 1621 | 4% | 0.0109% | $896.64 | |
| | 3 | $751.43 | 6-Feb-04 | 30-Jun-08 | 1607 | 4% | 0.0109% | $895.28 | |
| | 4 | $751.43 | 20-Feb-04 | 30-Jun-08 | 1593 | 4% | 0.0109% | $893.91 | |
| | 5 | $751.43 | 5-Mar-04 | 30-Jun-08 | 1579 | 4% | 0.0109% | $892.55 | |
| | 6 | $751.43 | 19-Mar-08 | 30-Jun-08 | 1565 | 4% | 0.0109% | $891.19 | |
| | 7 | $751.43 | 2-Apr-04 | 30-Jun-08 | 1551 | 4% | 0.0109% | $929.32 | |
| | 8 | $751.43 | 16-Apr-04 | 30-Jun-08 | 1537 | 5% | 0.0137% | $927.54 | |
| | 9 | $751.43 | 30-Apr-04 | 30-Jun-08 | 1523 | 5% | 0.0137% | $925.76 | |
| | 10 | $751.43 | 14-May-04 | 30-Jun-08 | 1509 | 5% | 0.0137% | $923.99 | |
| | 11 | $751.43 | 28-May-04 | 30-Jun-08 | 1495 | 5% | 0.0137% | $922.22 | |
| | 12 | $751.43 | 11-Jun-04 | 30-Jun-08 | 1481 | 5% | 0.0137% | $920.45 | |
| | 13 | $751.43 | 25-Jun-04 | 30-Jun-08 | 1467 | 5% | 0.0137% | $918.68 | |
| | 14 | $751.43 | 9-Jul-04 | 30-Jun-08 | 1453 | 4% | 0.0109% | $880.37 | |
| | 15 | $751.43 | 23-Jul-04 | 30-Jun-08 | 1439 | 4% | 0.0109% | $879.03 | |
| | 16 | $751.43 | 6-Aug-04 | 30-Jun-08 | 1425 | 4% | 0.0109% | $877.69 | |
| | 17 | $751.43 | 20-Aug-04 | 30-Jun-08 | 1411 | 4% | 0.0109% | $876.35 | |
| | 18 | $751.43 | 3-Sep-04 | 30-Jun-08 | 1397 | 4% | 0.0109% | $875.02 | |
| | 19 | $751.43 | 17-Sep-04 | 30-Jun-08 | 1383 | 4% | 0.0109% | $873.68 | |
| | 20 | $751.43 | 1-Oct-04 | 30-Jun-08 | 1369 | 4% | 0.0109% | $906.43 | |
| | 21 | $751.43 | 15-Oct-04 | 30-Jun-08 | 1355 | 5% | 0.0137% | $904.70 | |
| | 22 | $751.43 | 29-Oct-04 | 30-Jun-08 | 1341 | 5% | 0.0137% | $902.96 | |
| | 23 | $751.43 | 12-Nov-04 | 30-Jun-08 | 1327 | 5% | 0.0137% | $901.23 | |
| | 24 | $751.43 | 26-Nov-04 | 30-Jun-08 | 1313 | 5% | 0.0137% | $899.51 | |
| | 25 | $751.43 | 10-Dec-04 | 30-Jun-08 | 1299 | 5% | 0.0137% | $897.78 | |
| | 26 | $751.43 | 24-Dec-08 | 30-Jun-08 | 1285 | 5% | 0.0137% | $896.06 | |
| Total 2004 | | | | | | | | | $23,406.35 |

| Year | # | Amount | Date | End Date | Days | Rate | Daily Rate | Interest | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2005 | 1 | $627.35 | 14-Jan-05 | 30-Jun-08 | 1264 | 5% | 0.0137% | $745.95 | |
| | 2 | $627.35 | 28-Jan-05 | 30-Jun-08 | 1250 | 5% | 0.0137% | $744.52 | |
| | 3 | $627.35 | 11-Feb-05 | 30-Jun-08 | 1236 | 5% | 0.0137% | $743.10 | |
| | 4 | $627.35 | 25-Feb-05 | 30-Jun-08 | 1222 | 5% | 0.0137% | $741.67 | |
| | 5 | $627.35 | 11-Mar-05 | 30-Jun-08 | 1208 | 5% | 0.0137% | $740.25 | |
| | 6 | $627.35 | 25-Mar-05 | 30-Jun-08 | 1194 | 5% | 0.0137% | $738.83 | |
| | 7 | $627.35 | 8-Apr-05 | 30-Jun-08 | 1180 | 6% | 0.0164% | $761.29 | |
| | 8 | $627.35 | 22-Apr-05 | 30-Jun-08 | 1166 | 6% | 0.0164% | $759.54 | |
| | 9 | $627.35 | 6-May-05 | 30-Jun-08 | 1152 | 6% | 0.0164% | $757.80 | |
| | 10 | $627.35 | 20-May-05 | 30-Jun-08 | 1138 | 6% | 0.0164% | $756.06 | |
| | 11 | $627.35 | 3-Jun-05 | 30-Jun-08 | 1124 | 6% | 0.0164% | $754.33 | |
| | 12 | $627.35 | 17-Jun-05 | 30-Jun-08 | 1110 | 6% | 0.0164% | $752.60 | |
| | 13 | $627.35 | 1-Jul-05 | 30-Jun-08 | 1096 | 6% | 0.0164% | $750.87 | |
| | 14 | $627.35 | 15-Jul-05 | 30-Jun-08 | 1082 | 6% | 0.0164% | $749.15 | |
| | 15 | $627.35 | 29-Jul-05 | 30-Jun-08 | 1068 | 6% | 0.0164% | $747.43 | |
| | 16 | $627.35 | 12-Aug-05 | 30-Jun-08 | 1054 | 6% | 0.0164% | $745.72 | |
| | 17 | $627.35 | 26-Aug-05 | 30-Jun-08 | 1040 | 6% | 0.0164% | $744.01 | |
| | 18 | $627.35 | 9-Sep-05 | 30-Jun-08 | 1026 | 6% | 0.0164% | $742.30 | |
| | 19 | $627.35 | 23-Sep-05 | 30-Jun-08 | 1012 | 6% | 0.0164% | $740.60 | |
| | 20 | $627.35 | 7-Oct-05 | 30-Jun-08 | 998 | 7% | 0.0192% | $759.84 | |
| | 21 | $627.35 | 21-Oct-05 | 30-Jun-08 | 984 | 7% | 0.0192% | $757.80 | |
| | 22 | $627.35 | 4-Nov-05 | 30-Jun-08 | 970 | 7% | 0.0192% | $755.76 | |
| | 23 | $627.35 | 18-Nov-05 | 30-Jun-08 | 956 | 7% | 0.0192% | $753.73 | |
| | 24 | $627.35 | 2-Dec-05 | 30-Jun-08 | 942 | 7% | 0.0192% | $751.71 | |
| | 25 | $627.35 | 16-Dec-05 | 30-Jun-08 | 928 | 7% | 0.0192% | $749.69 | |
| | 26 | $627.35 | 30-Dec-05 | 30-Jun-08 | 914 | 7% | 0.0192% | $747.68 | |
| Total 2005 | | | | | | | | | $19,492.23 |
| 2006 | 1 | $486.87 | 13-Jan-06 | 30-Jun-08 | 900 | 7% | 0.0192% | $578.70 | |
| | 2 | $486.87 | 27-Jan-06 | 30-Jun-08 | 886 | 7% | 0.0192% | $577.14 | |
| | 3 | $486.87 | 10-Feb-06 | 30-Jun-08 | 872 | 7% | 0.0192% | $575.60 | |
| | 4 | $486.87 | 24-Feb-06 | 30-Jun-08 | 858 | 7% | 0.0192% | $574.05 | |
| | 5 | $486.87 | 10-Mar-06 | 30-Jun-08 | 844 | 7% | 0.0192% | $572.51 | |
| | 6 | $486.87 | 24-Mar-06 | 30-Jun-08 | 830 | 7% | 0.0192% | $570.97 | |
| | 7 | $486.87 | 7-Apr-06 | 30-Jun-08 | 816 | 7% | 0.0192% | $569.44 | |
| | 8 | $486.87 | 21-Apr-06 | 30-Jun-08 | 802 | 7% | 0.0192% | $567.91 | |
| | 9 | $486.87 | 5-May-06 | 30-Jun-08 | 788 | 7% | 0.0192% | $566.39 | |
| | 10 | $486.87 | 19-May-06 | 30-Jun-08 | 774 | 7% | 0.0192% | $564.87 | |
| | 11 | $486.87 | 2-Jun-06 | 30-Jun-08 | 760 | 8% | 0.0219% | $575.03 | |
| | 12 | $486.87 | 16-Jun-06 | 30-Jun-08 | 746 | 8% | 0.0219% | $573.27 | |
| | 13 | $486.87 | 30-Jun-06 | 30-Jun-08 | 732 | 8% | 0.0219% | $571.51 | |
| | 14 | $486.87 | 14-Jul-06 | 30-Jun-08 | 718 | 8% | 0.0219% | $569.76 | |
| | 15 | $486.87 | 28-Jul-06 | 30-Jun-08 | 704 | 8% | 0.0219% | $568.02 | |
| | 16 | $486.87 | 11-Aug-06 | 30-Jun-08 | 690 | 8% | 0.0219% | $566.28 | |
| | 17 | $486.87 | 25-Aug-06 | 30-Jun-08 | 676 | 8% | 0.0219% | $564.55 | |
| | 18 | $486.87 | 8-Sep-06 | 30-Jun-08 | 662 | 8% | 0.0219% | $562.82 | |
| | 19 | $486.87 | 22-Sep-06 | 30-Jun-08 | 648 | 8% | 0.0219% | $561.10 | |
| | 20 | $486.87 | 6-Oct-06 | 30-Jun-08 | 634 | 8% | 0.0219% | $559.38 | |
| | 21 | $486.87 | 20-Oct-06 | 30-Jun-08 | 620 | 8% | 0.0219% | $557.67 | |
| | 22 | $486.87 | 3-Nov-06 | 30-Jun-08 | 606 | 8% | 0.0219% | $555.96 | |
| | 23 | $486.87 | 17-Nov-06 | 30-Jun-08 | 592 | 8% | 0.0219% | $554.26 | |
| | 24 | $486.87 | 1-Dec-06 | 30-Jun-08 | 578 | 8% | 0.0219% | $552.56 | |
| | 25 | $486.87 | 15-Dec-06 | 30-Jun-08 | 564 | 8% | 0.0219% | $550.87 | |
| | 26 | $486.87 | 29-Dec-06 | 30-Jun-08 | 550 | 8% | 0.0219% | $549.18 | |
| Total 2006 | | | | | | | | | $14,709.80 |

| Year | # | Amount | Date | End Date | Days | Rate | Daily Rate | With Interest | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2007 | 1 | $383.31 | 12-Jan-07 | 30-Jun-08 | 536 | 8% | 0.0219% | $431.05 | |
| | 2 | $383.31 | 26-Jan-07 | 30-Jun-08 | 522 | 8% | 0.0219% | $429.73 | |
| | 3 | $383.31 | 9-Feb-07 | 30-Jun-08 | 508 | 8% | 0.0219% | $428.41 | |
| | 4 | $383.31 | 23-Feb-07 | 30-Jun-08 | 494 | 8% | 0.0219% | $427.10 | |
| | 5 | $383.31 | 9-Mar-07 | 30-Jun-08 | 480 | 8% | 0.0219% | $425.79 | |
| | 6 | $383.31 | 23-Mar-07 | 30-Jun-08 | 466 | 8% | 0.0219% | $424.49 | |
| | 7 | $383.31 | 6-Apr-07 | 30-Jun-08 | 452 | 8% | 0.0219% | $423.19 | |
| | 8 | $383.31 | 20-Apr-07 | 30-Jun-08 | 438 | 8% | 0.0219% | $421.89 | |
| | 9 | $383.31 | 4-May-07 | 30-Jun-08 | 424 | 8% | 0.0219% | $420.60 | |
| | 10 | $383.31 | 18-May-07 | 30-Jun-08 | 410 | 8% | 0.0219% | $419.32 | |
| | 11 | $383.31 | 1-Jun-07 | 30-Jun-08 | 396 | 8% | 0.0219% | $418.03 | |
| | 12 | $383.31 | 15-Jun-07 | 30-Jun-08 | 382 | 8% | 0.0219% | $416.75 | |
| | 13 | $383.31 | 29-Jun-07 | 30-Jun-08 | 368 | 8% | 0.0219% | $415.48 | |
| | 14 | $383.31 | 13-Jul-07 | 30-Jun-08 | 354 | 8% | 0.0219% | $414.21 | |
| | 15 | $383.31 | 27-Jul-07 | 30-Jun-08 | 340 | 8% | 0.0219% | $412.94 | |
| | 16 | $383.31 | 10-Aug-07 | 30-Jun-08 | 326 | 8% | 0.0219% | $411.67 | |
| | 17 | $383.31 | 24-Aug-07 | 30-Jun-08 | 312 | 8% | 0.0219% | $410.41 | |
| | 18 | $383.31 | 7-Sep-07 | 30-Jun-08 | 298 | 8% | 0.0219% | $409.16 | |
| | 19 | $383.31 | 21-Sep-07 | 30-Jun-08 | 284 | 8% | 0.0219% | $407.90 | |
| | 20 | $383.31 | 5-Oct-07 | 30-Jun-08 | 270 | 8% | 0.0219% | $406.66 | |
| | 21 | $383.31 | 19-Oct-07 | 30-Jun-08 | 256 | 8% | 0.0219% | $405.41 | |
| | 22 | $383.31 | 2-Nov-07 | 30-Jun-08 | 242 | 8% | 0.0219% | $404.17 | |
| | 23 | $383.31 | 16-Nov-07 | 30-Jun-08 | 228 | 8% | 0.0219% | $402.93 | |
| | 24 | $383.31 | 30-Nov-07 | 30-Jun-08 | 214 | 8% | 0.0219% | $401.70 | |
| | 25 | $383.31 | 14-Dec-07 | 30-Jun-08 | 200 | 8% | 0.0219% | $400.47 | |
| | 26 | $383.31 | 28-Dec-07 | 30-Jun-08 | 186 | 8% | 0.0219% | $399.24 | |
| Total 2007 | | | | | | | | | $10,788.70 |
| Jan 1, 2008 to Jun 30, 2008 | 1 | $694.85 | 11-Jan-08 | 30-Jun-08 | 172 | 7% | 0.0191% | $718.05 | |
| | 2 | $694.85 | 25-Jan-08 | 30-Jun-08 | 158 | 7% | 0.0191% | $716.14 | |
| | 3 | $694.85 | 8-Feb-08 | 30-Jun-08 | 144 | 7% | 0.0191% | $714.22 | |
| | 4 | $694.85 | 22-Feb-08 | 30-Jun-08 | 130 | 7% | 0.0191% | $712.32 | |
| | 5 | $694.85 | 7-Mar-08 | 30-Jun-08 | 116 | 7% | 0.0191% | $710.42 | |
| | 6 | $694.85 | 21-Mar-08 | 30-Jun-08 | 102 | 7% | 0.0191% | $708.52 | |
| | 7 | $694.85 | 4-Apr-08 | 30-Jun-08 | 88 | 6% | 0.0164% | $704.95 | |
| | 8 | $694.85 | 18-Apr-08 | 30-Jun-08 | 74 | 6% | 0.0164% | $703.33 | |
| | 9 | $694.85 | 2-May-08 | 30-Jun-08 | 60 | 6% | 0.0164% | $701.72 | |
| | 10 | $694.85 | 16-May-08 | 30-Jun-08 | 46 | 6% | 0.0164% | $700.11 | |
| | 11 | $694.85 | 30-May-08 | 30-Jun-08 | 32 | 6% | 0.0164% | $698.51 | |
| | 12 | $694.85 | 13-Jun-08 | 30-Jun-08 | 18 | 6% | 0.0164% | $696.90 | |
| | 13 | $694.85 | 27-Jun-08 | 30-Jun-08 | 4 | 6% | 0.0164% | $695.31 | |
| Total 1/1/08 to 6/30/08 | | | | | | | | | $9,180.50 |
| Total Loss Pay Plus Interest | | | | | | | | | $99,011.24 |

| Time Period | West Lost Pay | West Lost Pay Plus Interest | Total Pre, Post Interest |
|---|---|---|---|
| May 1, 2001 to Dec 31, 2001 | $1,399.70 | $2,306.67 | $906.97 |
| 2002 | $2,639.60 | $3,779.32 | $1,139.72 |
| Jan 1, 2003 to Sept 5, 2003 | $1,821.75 | $2,357.03 | $535.28 |
| Sept 6, 2003 to Dec 31, 2003 | $10,712.41 | $12,990.64 | $2,278.23 |
| 2004 | $19,537.15 | $23,406.35 | $3,869.20 |
| 2005 | $16,311.03 | $19,492.23 | $3,181.20 |
| 2006 | $12,658.63 | $14,709.80 | $2,051.17 |
| 2007 | $9,965.99 | $10,788.70 | $822.71 |
| Jan 1, 2008 to Jun 30, 2008 | $9,032.99 | $9,180.50 | $147.51 |
| Total | $84,079.26 | $99,011.24 | $14,931.98 |