# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| | ) | |
| **KEVIN D. WEST,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-1339 (JR) |
| | ) | |
| **JOHN E. POTTER,** | ) | |
| **POSTMASTER GENERAL** | ) | |
| **U.S. POSTAL SERVICE** | ) | |
| | ) | |
| Defendant. | ) | |

_____)

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
## POST-TRIAL RELIEF MOTIONS

COMES NOW Plaintiff Kevin D. West, by and through undersigned counsel, to move this Honorable Court for leave to file his Motion for an Award of Attorneys Fees, Bill of Costs, and Motion for Back Pay, Interest, and Other Equitable Remedies.  Plaintiff filed a Consent Motion for Extension of Time to submit these filings on or about May 2, 2008 that is still pending before the Court.  Without opposition, Plaintiff respectfully seeks permission from the Court to file said post-trial relief motions.

The basis for this Motion is as follows:

1. Following a week-long jury trial in this matter, March 10-14, 2008, the jury rendered a verdict finding the Defendant, U.S. Postal Service, liable for unlawful retaliation against Kevin West in violation of Title VII of the Civil Rights Act of 1964, as amended.  Specifically, the jury found in favor of Mr. West on two claims: 1) retaliatory denial of 204B/Acting Supervisor temporary promotions;

and 2) retaliatory failure to promote to Lead Automotive Mechanic, Level 8. The jury also awarded Mr. West substantial and significant compensatory damages in an amount of ninety thousand dollars ($90,000).

2. Consistent with the jury's verdict, the Court issued a Judgment on the Verdict in Plaintiff's favor on March 14, 2008.

3. In order to confer and attempt to reach an agreement on attorney's fees, costs, back pay and other equitable remedies, the parties agreed to ask the Court: a) for an extension of time to file Plaintiff's attorneys fee petition and bill of costs by May 2, 2008; and b) for permission to supply a subsequent deadline for a motion for back pay, interest, front pay, and other equitable remedies, once the parties conferred.

4. On April 1, 2008, by Minute Order, the Court granted the Consent Motion for Extension and afforded Plaintiff until May 2, 2008 to submit motions for remedies.

5. During the month of April 2008, however, some unfortunate and unforeseen events occurred, which prevented Plaintiff's counsel from providing remedies proposals to Defendant. Specifically, a medical issue arose with Plaintiff's lead counsel, Teresa Murray that necessitated surgery. The surgery was originally scheduled for April 17, 2008 but when the date neared, the surgery was postponed until May 1, 2008. Also, Plaintiff's other counsel, N. Bernard Dorsey, experienced the death of a close family member which prevented his presence in his office for almost the entire month of April. Plaintiff's counsel communicated

these intervening circumstances to Defendant's counsel, on April 21, 2008 (See email attached as Exhibit 1).

6.  After several attempts to inquire of Defendant's position concerning a request for an extension of the May 2 deadline, Defendant communicated its consent to the extension on May 1, 2008. Defendant's counsel, Rhonda Fields further indicated that she needed time to prepare for a two-week trial beginning June 9, 2008.

7.  Taking defense counsel's schedule into account, Plaintiff then filed a Consent Motion for Extension of the Deadline to File Fee Petition, Bill of Costs, Request for Back Pay, Front Pay, Interest Awards, and Other Equitable Remedies. That motion advised the Court of these overriding circumstances and requested that the Court grant Plaintiff until July 11, 2008 to file post-trial remedies motions. Defendant consented to this motion. It remains pending before the Court.

8.  On June 6, 2008, Plaintiff prepared and furnished to the Defendant a remedies proposal package containing: 1) request for attorneys' fees including detailed time records and reasonable fees calculations; 2) spreadsheets itemizing costs incurred by Plaintiff and counsel; and 3) all equitable remedies proposals. Plaintiff informed Defendant that an expert economist was in the process of preparing the back pay and interest calculations and once he had completed the calculations, a proposal would be submitted separately. Defendant did not respond to Plaintiff's June 6th proposals.

9.  The day following the economist's completion of the back pay and interest calculations, which were quite extensive, on July 4, 2008, Plaintiff forwarded to Defendant its proposal for back pay and interest owed Mr. West. Plaintiff's

counsel was informed by Defendant's counsel that the Postal Service needed time to "review" Plaintiff's calculations and apparently has not yet performed its own tabulation of back pay and interest.

10. Notwithstanding this, Plaintiff requested that Defendant, at a minimum respond to the June 6th proposals regarding attorneys' fees, costs and equitable remedies. Defendant had no response.   Defense counsel stated that she is preparing summary judgment and appellate briefs and cannot negotiate over these matters. (See Exhibit 2).   Consequently, an agreement cannot be reached between the parties regarding remedies and Plaintiff has no other choice but to request relief from the Court.

Therefore, Plaintiff respectfully requests, consistent with its May 2, 2008 Motion for Extension, that the Court grant him leave to file his Motion for an Attorneys Fees Award, Bill of Costs, and Motion for Back Pay, Interest, and Other Equitable Remedies.

Dated: July 11, 2008                                    Respectfully submitted,

                                                        By**:_____/s/_____**
                                                                Teresa W. Murray

                                                        THE LAW OFFICE OF T.W. MURRAY
                                                        7474 Greenway Center Dr, Suite 820
                                                        Greenbelt, MD 20770
                                                        Phone: 301 982-2005/Fax: 301 982-0004

                                                        By: _____**/s/**_____
                                                                N. Bernard Dorsey Jr.

                                                        7474 Greenway Center Dr, Suite 820
                                                        Greenbelt, MD 20770
                                                        Phone: 301 982-2005/Fax: 301 982-0004

                                                        **Counsel for Plaintiff**

4