UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**KEVIN D. WEST,**             )
                              )
    Plaintiff,           )
                              )
  v.                          )   Civil Action No. 05-1339 (JR)
                              )
**JOHN E. POTTER,**            )
**POSTMASTER GENERAL**         )
**U.S. POSTAL SERVICE**        )
                              )
    Defendant.           )
_____)


### NOTICE OF PROPOSED ORDER ON MOTION FOR BACK PAY, PREJUDGMENT AND POST-JUDGMENT INTEREST, AND OTHER EQUITABLE REMEDIES

Plaintiff Kevin West, by and through undersigned counsel, hereby submits this Notice of Proposed Order on Plaintiff's Motion for Back Pay, Prejudgment and Post-Judgment Interest, and Other Equitable Remedies (Docket Entry No. 64-Motion for Miscellaneous Relief).

Respectfully submitted,

By:
_____/s/_____
/s/ Teresa W. Murray
/s/ N. Bernard Dorsey, Jr.
7474 Greenway Center Drive
Suite 820
Greenbelt, MD 20770
Phone: (301) 982-2005
Fax: (301) 982-0004

Case 1:05-cv-01339-JR    Document 69    Filed 07/14/2008    Page 2 of 2