UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
**KEVIN D. WEST,**                      )
                                         )
        Plaintiff,                 )
                                         )
     v.                           )   Civil Action No. 05-1339 (JR)
                                         )
**JOHN E. POTTER,**            )
**POSTMASTER GENERAL**   )
**U.S. POSTAL SERVICE**     )
                                         )
        Defendant.            )
_____)

**ORDER ON MOTION FOR BACK PAY, PREJUDGMENT AND
POST-JUDGMENT INTEREST, AND OTHER EQUITABLE REMEDIES**

UPON CONSIDERATION of Plaintiff's Motion for Back Pay, Prejudgment and Post-Judgment Interest, and Other Equitable Remedies, and any Opposition, Response, or Reply thereto, it is, on this _____ day of _____, 2008, hereby

ORDERED, that Defendant shall pay to Plaintiff Kevin West Back Pay the sum of eighty-four thousand nine hundred seventy-nine dollars ($84,079) in lost pay plus prejudgment and post-judgment interest of _____, for a total award of _____; it is further

ORDERED, that Defendant shall retroactively instate Plaintiff Kevin West to Permanent Level 8, Lead Auto Mechanic position, nunc pro tunc to September 6, 2003; it is further

ORDERED, that said instatement shall include adjustment of all seniority, pension, leave, and any other benefits thereto appertaining; it is further

ORDERED, that Defendant immediately assign Plaintiff Kevin West to the position of Acting Supervisor/204B at Largo I vehicle maintenance facility; it is further

ORDERED, that Defendant shall immediately provide to Plaintiff Kevin West all supervisory training and supervisory training classes generally provided to 204B selectees; it is further

ORDERED, that Defendant shall terminate Timothy Currie from employment at the Postal Service; it is further

ORDERED, that Defendant shall terminate David Cook from employment at the Postal Service; it is further

ORDERED, that, as a result of the jury's finding of unlawful retaliation by Timothy Currie and David Cook, Messrs. Currie and Cook shall be referred to the United States Department of Justice for a determination by the applicable official of whether to prefer criminal charges against Timothy Currie and/or David Cook; it is further

ORDERED, that Defendant shall restore to Plaintiff fifty-one (51) hours of annual leave used by Plaintiff to pursue his prevailing claims in this Court, with said restoration being in addition to and not limited by the instant order instating Plaintiff to Level 8, Lead Auto Mechanic with all concomitant benefits appertaining thereto; it is further

ORDERED, that Defendant shall release Plaintiff from any debt allegedly owed by Plaintiff to Defendant, particularly the alleged debt of $507.30 referenced at trial in Plaintiff's Exhibit 16; it is further

ORDERED, that any disciplinary actions issued by or under the authority of Timothy Currie or David Cook against Plaintiff Kevin West, including but not limited to the suspensions identified in letters of July 17, 2001 and August 24, 2001 and admitted at trial as Plaintiff's Exhibit 15, shall be permanently expunged from Plaintiff Kevin West's employment records.

_____
JUDGE, U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA