UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**KEVIN D. WEST,**                )
                                  )
    Plaintiff,            )
                                  )
  v.                            )  Civil Action No.  05-1339 (JR)
                                  )
**JOHN E. POTTER,**               )
**POSTMASTER GENERAL**            )
**U.S. POSTAL SERVICE**           )
                                  )
    Defendant.            )
_____)

## ERRATA

Plaintiff's Motion for an Award of Attorneys Fees, Document 66, filed on July 11, 2008 contained errors, which necessitates the filing of a corrected version of the Motion. This corrected Motion, along with exhibits and proposed order, is attached hereto.

**Motion for an Award of Attorneys Fees**

**Exhibits**:

Exhibit 1 – Laffey Matrix

Exhibit 2 – Declaration of Teresa W. Murray

Exhibit 3 – Declaration of N. Bernard Dorsey

Exhibit 4 – Attorneys Fees of N. Bernard Dorsey

Exhibit 5 – Attorneys Fees of Teresa W. Murray PHASE I

Exhibit 6 - Attorneys Fees of Teresa W. Murray PHASE II

Exhibit 7 – Legal Staff Fees

Exhibit 8 - Attorneys Fees of Teresa W. Murray PHASE III

2

Exhibit 9 – Attorneys Fees of Donald Wine (Associate)

Exhibit 10 - Attorneys Fees of Teresa W. Murray Post-Judgment and Hours Summary

Exhibit 11 – Hours Summary for N. Bernard Dorsey

Proposed Order

Dated: July 14, 2008                                             Respectfully submitted,

                                                                              By**:**_____/s/_____
                                                                                 Teresa W. Murray

                                                                                THE LAW OFFICE OF T.W. MURRAY
                                                                                7474 Greenway Center Dr, Suite 820
                                                                                Greenbelt, MD 20770
                                                                                Phone: 301 982-2005/Fax: 301 982-0004

                                                                                Counsel for Plaintiff