UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KEVIN D. WEST,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1339 (JR) |
| | ) | |
| **JOHN E. POTTER,** | ) | |
| **POSTMASTER GENERAL** | ) | |
| **U.S. POSTAL SERVICE** | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF N. BERNARD DORSEY, JR., ESQ.

I, N. Bernard Dorsey, Jr., Esq., do solemnly declare as follows:

1. I am an attorney, duly licensed to practice law before the United States District Courts for the District of Columbia and the District of Maryland, United States Court of Appeals for the Armed Forces, and the Maryland Court of Appeals. I have been licensed to practice law since 1997.

2. I earned a Juris Doctor degree from The George Washington University Law School in 1997. At George Washington Law School, I received Honors in Trial Advocacy and, based on my performance in a mock trial competition, was selected as a member of the Trial Court Board.

3. I earned a degree of Bachelor of Arts (History) from Duke University in 1994, with an additional Certificate in Markets and Management Studies.

4. I am currently engaged in the private practice of law, representing numerous businesses and individuals in litigation in federal and state courts in the District of Columbia

and Maryland. My areas of practice include representation of employees and employers in civil rights cases, as well as businesses and individuals in real estate, construction, and commercial disputes. My business clients have included real estate investors, developers, and brokers, mortgage brokers, lending institutions, construction companies, contractors, design professionals (including architects and engineers), accountants, stock brokers, computer software firms, check cashing companies, and travel agencies.

5. Prior to entering private practice, I served as a law clerk to The Honorable Eugene R. Sullivan, Judge (Ret.), former Chief Judge of the United States Court of Appeals for the Armed Forces.

6. My representation of Mr. Kevin West began in 2001, when I was contacted by Mr. West, an employee of the United States Postal Service, to pursue a civil rights lawsuit against the Postal Service. The case involved multiple and continuous acts of discriminatory conduct by the Service through its employees Timothy Currie and David Cook.

7. I met with Mr. West several times between August and October 2001 and reviewed and analyzed numerous documents relating to his case against the Postal Service. I developed a litigation strategy and helped Mr. West begin the arduous process of litigating his many claims.

8. In late fall of 2001, I had to refer Mr. West's case to a different attorney, as I was not permitted to transfer his case to my then-new employer.

9. In 2007, I was retained to serve as co-counsel to Mr. West for trial of *West v. Potter, Civil Action No. 05-1339 (JR), United States District Court for the District of Columbia.* This case concerns the same matter in which I began representing Mr. West in 2001. Representing Mr. West at trial was a substantial undertaking in view of the extensive administrative hearing transcripts, depositions, Report of Investigation, affidavits, and other

documents relating to the matter. I performed a thorough review and analysis of each document to assist lead counsel, Teresa W. Murray, Esq., in trial preparation and overall case strategy. I was, at all times, prepared to go forward as lead counsel if the circumstances would have so required.

10. The total number of hours I expended in representing Mr. West is 224.30, which were reasonable in light of my substantial responsibilities and the complexity of the case.

11. I incurred a total of one hundred ninety-eight dollars and twenty cents ($198.20) in costs relating to my representation of Mr. West in *West v. Potter*, supra. In particular, during the week of trial, March 10-14, 2008, I incurred ninety-one dollars and zero cents ($91.00) in transportation costs for taxi-service and Metro fares to and from the United States Courthouse in Washington, DC, and my office in Greenbelt, Maryland. In addition, while specifically preparing for trial of *West v. Potter* for the three days immediately preceding the trial date, I incurred transportation costs of one hundred seven dollars and twenty cents ($107.20) for taxi service and public transportation to and from my office in Greenbelt, Maryland.

12. My records relating to time spent and costs incurred in this matter are accurate and relate to the claims on which Mr. West prevailed at trial.

13. All costs incurred are directly related to and were necessary to carry out my duties as co-counsel for Mr. West in *West v. Potter*.

I declare under penalty of perjury under 28 U.S.C. 1746 that the above statement is true and correct.

_____/s/_____         Date: July 11, 2008
N. Bernard Dorsey, Jr.