**The Dorsey Law Center, PC**
7474 Greenway Center Dr.
Suite 820
Greenbelt, MD 20770
Telephone: 301-982-2005
Fax: 301-982-0004

July 12, 2008
Invoice No. 58

Kevin West
831 Chatsworth Drive
Accokeek, MD 20607

---

Client Number: W02  Kevin West
Matter Number  1057  West v Potter
**For Services Rendered Through 7/12/2008.**

---

### Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/18/2001 | NBD | Initial meeting with K. West to consult on civil rights case against United States Postal Service for discrimination and retaliation. | 2.40 | $984.00 |
| 08/24/2001 | NBD | Review notes from initial meeting with K. West; compose follow-up questions in preparation for second meeting to further discuss case. | 2.30 | $943.00 |
| 08/25/2001 | NBD | Meet and confer with K. West re: case against United States Postal Service for racial discrimination and retaliation for engaging in protected activity; case involving Vehicle Maintenance Facility. Obtain relevant facts re: Timothy Currie and other potential discriminators relating to the case; retrieve documents from client to analyze. | 3.50 | $1,435.00 |
| 10/15/2001 | NBD | Review and analyze documents provided by K. West relating to discrimination and retaliation case against United States Postal Service; review and analyze notes from meetings with K. West; review and analyze Title VII case law involving retaliation to compile strategy for lawsuit against United States Postal Service for retaliation and racial discrimination. | 8.70 | $3,567.00 |
| 02/15/2008 | NBD | Review pretrial statement prior to filing by TWM. | 0.60 | $246.00 |
| 02/21/2008 | NBD | Pretrial strategy session and preparation meeting with TWM and K. West. | 5.80 | $2,378.00 |

**Continued On Next Page**

| Client Number: | W02 | | | 07/12/2008 |
| Matter Number: | 1057 | | | Page: 2 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/24/2008 | NBD | Conference with TWM regarding West case background and pretrial conference. | 1.20 | $492.00 |
| 02/25/2008 | NBD | Attend Pretrial conference. | 2.00 | $820.00 |
| 02/25/2008 | NBD | Meet with TWM and Fields, Esq. re: trial exhibits, witnesses, jury instruction and voir dire questions. | 0.80 | $328.00 |
| 02/27/2008 | NBD | Review Amended Pretrial Statement and revised exhibit list. | 0.70 | $287.00 |
| 02/28/2008 | NBD | Receive and review correspondence from TWM to Fields, Esq. re: pretrial conferences among counsel. | 0.10 | $41.00 |
| 03/02/2008 | NBD | Draft cover letter for subpoenas; compose subpoenas for 15 witnesses to testify at trial; Telephone Call MS&T Process Servers re: retrieval of subpoenas for service on 3/3; meet with MS&T Process Servers re: service of subpoenas; left voice mail message for Chris Simmons; search public records for street address for Chris Simmons for subpoena; Telephone Call TWM re: planning and strategy. | 3.20 | $1,312.00 |
| 03/02/2008 | NBD | Continue review and analysis of Currie deposition (1.9); Conference w/ TWM re: subpoenas (.3); confer with TWM re: trial preparation and division of responsibilities (1.4); Telephone conference with TWM re: substance of interviews of William Miles, Gwendolyn Simms-Hearn, and Edward Clark (.2). | 3.80 | $1,558.00 |
| 03/03/2008 | NBD | confer with TWM re: subpoena of Rudy Ford and whether to serve; trial preparation assignments, division of witness examinations based on pre-trial statements and strategy for examinations (1.4); outline case strategy; review and analyze documents, including affidavits and transcripts of Currie and Cook and Currie and Cook hearing testimony and depositions (3.5) | 4.90 | $2,009.00 |
| 03/03/2008 | NBD | Telephone Call Michael Ware (MS&T Process Servers) re: service of subpoena on Bowser who is out on bereavement leave; instructions to serve on 03/04/08(.1); Confer with TWM and process server regarding service of witnesses and trial preparation (.9). | 1.00 | $410.00 |
| 03/03/2008 | NBD | Obtain hotel information for proximity to court house for out of town witnesses; instructions to staff re: same. | 0.20 | $82.00 |
| 03/03/2008 | NBD | Telephone Call Chris Simmons re: testimony preparation and process server arriving to issue subpoena; discussed physical limitations and issues relating to transportation to courthouse. | 0.20 | $82.00 |
| 03/04/2008 | NBD | Confer with TWM re: trial strategy and preparations (.3); instructions to staff re: travel and accommodations for Chicago witnesses (.2). | 0.50 | $205.00 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| Client Number: | W02 | | | 07/12/2008 |
| Matter Number: | 1057 | | | Page: 3 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/04/2008 | NBD | Telephone Call Fields, Esq. re: use of Rudy Ford as case-in-chief witness and not just rebuttal (left detailed voice mail). | 0.10 | $41.00 |
| 03/04/2008 | NBD | Draft subpoenas for Currie, Cook, and Green(.6); draft cover letter to Fields re: accepting service of same.(.2). | 0.80 | $328.00 |
| 03/04/2008 | NBD | Telephone Call Fields, Esq. re: use of Rudy Ford in case-in-chief and receipt of subpoenas; and draft letter to Fields confirming same. | 0.30 | $123.00 |
| 03/04/2008 | NBD | Prepare Parker subpoena and cover letter. | 0.30 | $123.00 |
| 03/04/2008 | NBD | Meet with client and TWM re: trial strategy and trial preparation. | 1.00 | $410.00 |
| 03/05/2008 | NBD | Confer with TWM and Rudy Ford re: trial preparation, collective bargaining provisions, job postings, qualifications for positions; TWM and Rudy Ford continued meeting. | 1.40 | $574.00 |
| 03/05/2008 | NBD | Prepare Miles subpoena; draft cover letter re: same; email and instruct staff re: fax and overnight of same. | 0.30 | $123.00 |
| 03/05/2008 | NBD | Meet and confer with TWM re: trial strategy; and trial preparation, including witness order and examinations for each witness. | 11.50 | $4,715.00 |
| 03/06/2008 | NBD | Continue trial preparation; Telephone Call TWM re: conference call re: motion to compel; Telephone Call Fields,Esq. to arrange conference call; receive and reply to email from Williams Miles; conference call with court and TWM re: motion to compel; Telephone Call Fields re: reply to motion to compel; review opposition to motion to compel; email TWM re: same; arrange conference call with chambers; confer with TWM re: opposition to emergency motion to compel; conference call with chambers re: emergency motion to compel; | 4.90 | $2,009.00 |
| 03/06/2008 | NBD | Conference calls with K. West, R. Ford re: trial preparation; prepare for trial with TWM discussing strategy for each witness; prepare draft examination for witnesses; review affidavits, exhibits. | 8.30 | $3,403.00 |
| 03/07/2008 | NBD | Continue Trial Preparation; review and analyze exhibits, hearing and deposition transcripts, affidavits, conferences with TWM re: strategy for witnesses; continue draft and revisions of examinations; meet with Parker re: trial testimony preparation; meet with client re: trial testimony preparation and strategy. | 14.60 | $5,986.00 |

**Continued On Next Page**

| Client Number: | W02 | | | 07/12/2008 |
| Matter Number: | 1057 | | | Page: 4 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/08/2008 | NBD | Prepare for trial: continue draft examination of witnesses; review and analyze deposition transcripts, hearing transcripts, declarations and affidavits to refine examinations; meet with C. West re: trial testimony preparation; review, analyze, and revise proposed "standard" jury instructions; Telephone Call Allison Bauer, Esq. re: research issues for evidentiary challenges and draft email to Bauer, Esq. re: same; review and analyze hearsay exceptions for revisions to draft examinations of witnesses; Telephone Call Sims-Hearns and W. Miles re: meeting to prepare for trial testimony. | 12.40 | $5,084.00 |
| 03/09/2008 | NBD | Prepare for trial: Draft and revise examinations for witnesses | 3.90 | $1,599.00 |
| 03/09/2008 | NBD | Trial Preparation: Review and analyze voir dire questions and confer with TWM re: same; refine, review, and summarize trial strategy with TWM; review, analyze, and compile exhibits; review, analyze, and revise proposed jury instructions; meet with Sims-Hearns, Miles, and E Clark re: trial preparation; review and revise examinations. | 8.70 | $3,567.00 |
| 03/09/2008 | NBD | Continue trial preparation: review and critique opening statement; review examination for R Ford and K West; review pleadings file; research evidentiary rules | 3.90 | $1,599.00 |
| 03/10/2008 | NBD | Final Preparation for Trial, including confer with TWM re: opening argument and direct examinations of West and Ford (3.1), meet with technical advisor in courtroom for demonstration of laptop and overhead projection for exhibits (.2); meet with witnesses Clark, Buchanan, Lowe, Bowser, Parker, Miller to obtain subpoenaed pay stubs (.2); Attend Trial Day 1 (9.0).<br><br>Evening/Night Work: Review and revise direct examinations of comparator witnesses Clark, Buchanan, Lowe, Bowser and compile exhibits for examination of each (5.5). | 18.00 | $7,380.00 |
| 03/11/2008 | NBD | Review and analyze pay records and detail records for witnesses Buchanan, Lowe, Bowser, Clark, and Miller and compile exhibits for examination for Day 2 of Trial and refine direct examinations and draft re-direct examinations for each based on anticipated cross-examinations (4.3); Meet and confer with TWM re: recap of Trial Day 1, re-direct examination of West, strategy for Trial Day (4.5).<br><br>Trial Day 2: Attend Trial (9.0).<br><br>Evening/Night Work: Conduct interviews with TWM of Sims-Hearn, E. Clark, Miles (1.5); Meet with TWM re: recap of Trial Day 2 and assist with re-direct of Currie (3.0). | 22.30 | $9,143.00 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| **Client Number:** | W02 | | | 07/12/2008 |
| **Matter Number:** | 1057 | | | Page: 5 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/12/2008 | NBD | Continue preparation for Trial Day 3, including meet with TWM re: strategy for end of case-in-chief and final witnesses to call, review of evidence admitted and testimony presented to defeat anticipated Motion for Directed Verdict (4.1); Revise direct examinations of Sims-Hearn (.4) of Chris Simmons, S. Clark, C. West (2.3).<br><br>Attend Trial Day 3 (7.0).<br><br>Night/Evening Work: Meet and confer with TWM re: anticipated evidence in government's case-in-chief and strategy for government's case-in-chief, discuss court's ruling on motion for directed verdict (4.8); Prepare motion for reconsideration of partial directed verdict (1.3). | 19.90 | $8,159.00 |
| 03/13/2008 | NBD | Continue Preparation for Trial Day 4: Prepare for cross-examination of panel members Barner and Dickerson who selected Miller for permanent supervisor position, including review of affidavits in Report of Investigation, review of Miller's application juxtaposed with West's application (2.3); meet with TWM re: preparation for closing argument and possible motions after government's case-in-chief (2.1).<br><br>Trial Day 4: Attend Trial and compile final evidentiary exhibits for jury with Fields, Esq. (9.7).<br><br>Evening/Night Work: Meet and confer with TWM re: all testimony and evidence presented for each day of trial to assist in preparation of closing arguments, general jury instructions and Title VII jury instructions (4.9). | 19.00 | $7,790.00 |
| 03/14/2008 | NBD | Telephone Call with Judge's chambers and Mr. Richburg re: resolution of ostenisble missing plaintiff exhibit (.2) and Telephone Call with Fields, Esq. re: same (.1).<br><br>Trial Day 5 (6.5), including await Jury Verdict, Jury Note hearing, Verdict announcement, meet with Judge Robertson following verdict announcement.<br><br>Meet and confer with client and TWM re: jury verdict (.5); review and analyze jury verdict for inconsistencies (.7) and meet and confer with TWM re: same and potential post-trial motions (2.2). | 10.20 | $4,182.00 |
| 03/17/2008 | NBD | Review judgment and minute entries by Court. | 0.20 | $82.00 |
| 03/17/2008 | NBD | Conference with TWM re: Post-trial motions to file. | 0.40 | $164.00 |

**Continued On Next Page**

| Client Number: | W02 | | | 07/12/2008 |
| Matter Number: | 1057 | | | Page: 6 |

| | | | | |
|---|---|---|---|---|
| 03/20/2008 | NBD | Conference with TWM to divide responsibilities for assessment of post-trial motions. | 0.40 | $164.00 |
| 03/24/2008 | NBD | Prepare attorney's fee calculations. | 1.60 | $656.00 |
| 03/25/2008 | NBD | Telephone Call J. Sullivan re: transcripts from 3/13 and receive and respond to email re: same. | 0.10 | $41.00 |
| 03/26/2008 | NBD | Conference with TWM re: backpay calculation and collaboration with Fields, Esq. | 0.60 | $246.00 |
| 03/27/2008 | NBD | Confer with B. Fredrickson, Esq. and TWM re: post-trial motions. | 0.50 | $205.00 |
| 03/27/2008 | NBD | Confer with TWM re: strengths and weaknesses of JNOV Motion. | 1.60 | $656.00 |
| 03/28/2008 | NBD | Telephone Call with Fields, Esq. and TWM re: post-trial filings schedule and consent for extension to file fee petition and bill of costs. | 0.20 | $82.00 |
| 03/28/2008 | NBD | Draft consent motion to extend deadlie to file attorney's fees, costs, interest, back-pay petition. | 0.80 | $328.00 |
| 05/01/2008 | NBD | Revise consent motion to extend deadline to file attorney's fees, costs, back pay, and interest awards petition and file same with Court.; email correspondence with Fields, Esq. re: same and scheduling of dates to adhere to extension deadlines. | 0.50 | $205.00 |
| 05/29/2008 | NBD | Conference with TWM re: submission of remedies to USPS. | 0.30 | $123.00 |
| 05/30/2008 | NBD | Telephone Conference with TWM and K. West re: remedies proposal and time frames for relief. | 0.40 | $164.00 |
| 05/30/2008 | NBD | Research and compile postal service pay scales covering time-frame relating to lawsuit to provide to economist for damages calculation. | 0.40 | $164.00 |
| 06/04/2008 | NBD | Prepare attorney's fees calculations. | 2.30 | $943.00 |
| 06/05/2008 | NBD | Compile costs and expenses to submit to USPS; and prepare attorney's fees calculations. | 1.90 | $779.00 |
| 06/30/2008 | NBD | Confer with TWM re: backpay and interest calculations. | 0.50 | $205.00 |
| 07/08/2008 | NBD | Confer with TWM re: parties' efforts to confer re: possible agreement on remedies and Defendant's request for extension. | 0.30 | $123.00 |
| 07/11/2008 | NBD | Prepare Attorney's Fees Calculation: Teleconference with Murray Esquire regarding communications with Defense Counsel, fee petition, bill of costs, motion for back pay and other relief: draft and revise motions regarding same. | 7.60 | $3,116.00 |

Continued On Next Page

**Client Number:** W02  
**Matter Number:** 1057

07/12/2008  
Page: 7

|  | Billable Hours / Fees: | 224.30 | $91,963.00 |

## Timekeeper Summary

Timekeeper NBD worked 224.30 hours at $410.00 per hour, totaling $91,963.00.

## Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 03/07/2008 | Taxi Expense from 7474 Greenway Center Drive, Greenbelt, Maryland to 5703 14th Street, NW, Washington, DC | $23.00 | |
| 03/08/2008 | Taxi Service Saturday morning prior to metro opening from 5703 14th Street NW Washington, DC to 7474 Greenway Center Drive, Greenbelt, MD. | 46.00 | |
| 03/09/2008 | BusFare from 5703 14th St NW to Fort Totten Metro Station ($1.35); Metro from Fort Totten to Greenbelt Metro Station ($1.85); Taxi from Grnbelt Metro Station to Greenway Ctr. Drive, Greenbelt ($12.00); Taxi from Greenbelt to 5703 14th ST NW DC ($23) | 38.20 | |
| 03/10/2008 | $2.00 metro fare from Fort Totten Metro Station to Judiciary Square; $23 taxi service from Greenbelt, MD to 5703 14th Street, NW, DC. | 25.00 | |
| 03/11/2008 | ($2) metro fare from Fort Totten Metro Station to Judiciary Square; ($23) Taxi Service from Greenbelt, MD to 5703 14th Street, NW, DC. | 25.00 | |
| 03/12/2008 | Metro Fare from Fort Totten Metro Station to Judiciary Square. | 2.00 | |
| 03/13/2008 | $2 Metro Fare from Fort Totten Metro Station to Judiciary Square Metro Station; $23 Taxi service from Greenbelt, MD to 5703 14th Street NW DC. | 25.00 | |
| 03/14/2008 | $2 Metro Fare from Fort Totten Metro Station to Judiciary Square Metro Station; $12 taxi service from courthouse to 5703 14th Street NW DC. | 14.00 | |
| | **Total Costs** | **$198.20** | |

| | | |
|---|---|---|
| | Prior Balance: | $0.00 |
| | Payments Received: | $0.00 |
| | Current Fees: | $91,963.00 |
| | Advanced Costs: | $198.20 |
| | **TOTAL AMOUNT DUE:** | **$92,161.20** |

Thank You for Letting Us Serve You.  
Payment Due Upon Receipt.