

# The Law Office of T.W. Murray

*West v. Potter*
Civ. Action No. 05-1339(JR)

# TERESA MURRAY'S ATTORNEY'S FEES

# PHASE I

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Phase I** | | | | | |
| 4/1/2003 | Telephone conference with EEO Investigator Jones re: conference call for West affidavit for EEO Charge 108; contact Mr. West re: same. | $410.00 | 0.20 | $82.00 | TWM |
| 4/2/2003 | EEO Investigator (Mr. Jones) telephone interview for taking affidavit of Mr. West. | $410.00 | 0.80 | $328.00 | TWM |
| 4/3/2003 | Review West affidavit prepared by Mr. Jones; telephone conference with Mr. West re: same. | $410.00 | 0.40 | $164.00 | TWM |
| 4/9/2003 | Telephone conference with Mr. Jones re: affidavit. Telephone conference with Atty Welles re: settlement. Revise West affidavit. | $410.00 | 0.90 | $369.00 | TWM |
| 4/16/2003 | Draft and review correspondence to and from Mr. Jones re: West affidavit and affidavits of management officials. | $410.00 | 0.20 | $82.00 | TWM |
| 4/22/2003 | Telephone conference with Mr. West re: case status- EEO affidavits, investigation of Charge 108, and proposal of global settlement. | $410.00 | 0.20 | $82.00 | TWM |
| 4/3/2003 | Draft global settlement letter to Atty Welles. | $410.00 | 1.10 | $451.00 | TWM |
| | **Total** | | 3.80 | **$1,558.00** | |

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Phase I** | | | | | |
| 5/8/2003 | Edit & finalize letter to Atty Welles re: global settlement proposal | $410.00 | 0.40 | $164.00 | TWM |
| 5/23/2003 | Review investigative file from USPS EEO Investigation of Charge 108. | $410.00 | 0.30 | $123.00 | TWM |
| 5/27/2003 | Review investigative file of Charge 108. | $410.00 | 1.50 | $615.00 | TWM |
| 5/28/2003 | Review EEOC Acknowledgement and Order and EEOC hearing procedures. | $410.00 | 0.20 | $82.00 | TWM |
| 5/29/2003 | Telephone conference with Mr. West re: Charge 108 investigation, and global settlement proposal. | $410.00 | 0.30 | $123.00 | TWM |
| **Total** | | | 2.70 | **$1,107.00** | |