

THE LAW OFFICE OF T.W. MURRAY

*WEST V. POTTER*

CIV. ACTION NO. 05-1339(JR)

# TERESA MURRAY'S
# ATTORNEY'S FEES

# PHASE II

*West v. Potter*                   Attorneys Fees March 2003                   Teresa W. Murray

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|------|------------------------|-----------|------|--------|--------|
| **Phase II** | | | | | |
| 3/3/2003 | Telephone conferences with Atty Martin Welles re: representation of Mr. West, status of EEO Complaints; telephone conferences with ALJ Modu re: representation of Mr. West, consolidation of EEO Complaints; telephone conference with Mr. West regarding above and status of transcript order | $410.00 | 0.70 | $287.00 | TWM |
| 3/4/2003 | Review EEO Complaints filed by Mr. West; | $410.00 | 1.20 | $492.00 | TWM |
| 3/4/2003 | Telephone conference with ALJ Kincaid re: representation of Mr. West, status of EEO Complaints, and status conference; draft letter to Jdg designating representative. | $410.00 | 0.50 | $205.00 | TWM |
| 3/4/2003 | Telephone conference with Mr. West regarding status of EEO Complaints. | $410.00 | 0.40 | $164.00 | TWM |
| 3/12/2003 | Review status of EEOC Complaint 31 and prepare for status conference; contact Mr. West re: same | $410.00 | 0.40 | $164.00 | TWM |
| 3/13/2003 | Telephone conference with Mr. West re: EEOC status conference. Status conference with ALJ Kincaid | $410.00 | 0.70 | $287.00 | TWM |
| 3/14/2003 | Telephone conference with Mr. West re: EEOC complaint consolidation, stay, dismissal options, history of reprisals by David Cook & settlement proposal, | $410.00 | 0.80 | $328.00 | TWM |
| 3/17/2003 | Status conference with ALJ Kincaid re: dismissal without prejudice of EEO Complaints | $410.00 | 0.50 | $205.00 | TWM |
| 3/20/2003 | Telephone conference with Atty Welles re: 7-day suspension and letter of warning. Review EEOC Complaint #108. | $410.00 | 0.30 | $123.00 | TWM |
| 3/28/2003 | Prepare and review global settlement information and proposal; contact Mr. West re: same. | $410.00 | 0.50 | $205.00 | TWM |
| 3/31/2003 | Review EEO Complaints for preparation of settlement proposal; telephone conference with Mr. West re:same Finalize proposal figures. | $410.00 | 1.80 | $738.00 | TWM |
| | **Total** | | 7.80 | **$3,198.00** | |

*West v. Potter*                    Attorneys Fees October 2003                    Teresa W. Murray

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|------|------------------------|-----------|------|--------|--------|
| **Phase II** | | | | | |
| 10/24/2003 | Conduct research on pattern/continuing violation aspect of claims. | $410.00 | 0.80 | $328.00 | TWM |
| 10/31/2003 | Telephone conferences with Mr. West re: EEOC acknowledgement and scheduling order.  Review same. | $410.00 | 0.60 | $246.00 | TWM |
| | **Total** | | 1.40 | **$574.00** | |

**West v. Potter**                    Attorneys Fees November 2003                    Teresa W. Murray

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Phase II** | | | | | |
| 11/7/2003 | Telephone conference with Mr. West re: discovery , mediation and drafting of interrogatories and conference.  Review MD 110 discovery rules. | $410.00 | 0.30 | $123.00 | TWM |
| 11/10/2003 | Prepare discovery timeline. Prepare letter to renew designation of representative.  Review record of EEO complaints.  Prepare discovery requests. | $410.00 | 0.90 | $369.00 | TWM |
| 11/11/2003 | Draft letter to USPS Rep. Andrew Chakeres re: discovery. | $410.00 | 0.60 | $246.00 | TWM |
| 11/11/2003 | Finalize and file designation of representative. | $410.00 | 0.20 | $82.00 | TWM |
| 11/11/2003 | Review Investigative File for Charge 108 and prepare interrogatories. | $410.00 | 2.00 | $820.00 | TWM |
| 11/11/2003 | Telephone conference with Mr. West re: new agency representative, discovery, designation of representative, investigative files and various matters related to background of Charge 108. | $410.00 | 1.30 | $533.00 | TWM |
| 11/12/2003 | Review correspondence from Atty Chakeres. | $410.00 | 0.20 | $82.00 | TWM |
| 11/12/2003 | Review Investigative Files for Charges 220 and 31. | $410.00 | 1.10 | $451.00 | TWM |
| 11/12/2003 | Telephone conference with Mr. West re: investigative files | $410.00 | 0.50 | $205.00 | TWM |
| 11/13/2003 | Draft motion for leave to conduct additional discovery. Research and review rules, order, directive and procedural rulings re: expanding discovery. | $410.00 | 2.30 | $943.00 | TWM |
| 11/13/2003 | Draft/edit interrogatories, document production requests and requests for admissions. | $410.00 | 3.90 | $1,599.00 | TWM |
| 11/13/2003 | Draft letter to Atty Chakeres re: depositions, motion for additional discovery and judge-ordered settlement discussions.  Draft letter to Mr. West re: same. | $410.00 | 1.20 | $492.00 | TWM |
| 11/14/2003 | Review and include Agency discovery requests | $410.00 | 0.30 | $123.00 | TWM |
| 11/14/2003 | Telephone conference with Mr. West re: same and challenge to dismissal of claim under Charge 220. | $410.00 | 0.20 | $82.00 | TWM |
| 11/14/2003 | Telephone conference with Atty Chakeres re: depositions and motion for additional discovery. | $410.00 | 0.30 | $123.00 | TWM |
| 11/14/2003 | Edit and finalize motion for additional discovery | $410.00 | 1.20 | $492.00 | TWM |
| 11/14/2003 | Edit interrogatories, document production requests | $410.00 | 1.50 | $615.00 | TWM |

**West v. Potter**                    Attorneys Fees November 2003                    Teresa W. Murray

| | and requests for admissions. | | | | |
|---|---|---|---|---|---|
| 11/17/2003 | Draft motion to reverse Agency dismissal of claim under Charge 220. Conduct research re: same. | $410.00 | 1.00 | $410.00 | TWM |
| 11/18/2003 | Review research and draft motion to reverse Agency dismissal of claim. | $410.00 | 1.80 | $738.00 | TWM |
| 11/18/2003 | Telephone conference with Mr. Chakeres re: deposition schedule. Draft notice of depositions. | $410.00 | 1.20 | $492.00 | TWM |
| 11/19/2003 | Telephone conference with Mr. West regarding deposition scheduling and motion to reverse Agency dismissal. | $410.00 | 0.60 | $246.00 | TWM |
| 11/19/2003 | Edit motion to reverse Agency dismissal. | $410.00 | 1.30 | $533.00 | TWM |
| 11/20/2003 | Conference with Judge Kincaid and Atty Chakeres re: re: discovery motion and requests, and settlement. Prepare requested correspondence to both. | $410.00 | 0.70 | $287.00 | TWM |
| 11/20/2003 | Conference with Mr. West re: same, date of first contact under Charge 220. | $410.00 | 0.40 | $164.00 | TWM |
| 11/21/2003 | Edit motion reversing agency dismissal and conduct research on claim fragmentation and continuing violation. | $410.00 | 2.20 | $902.00 | TWM |
| 11/24/2003 | Telephone conference with Mr. West re: review of draft of second set of discovery requests. Prepare and finalize second set of discovery requests. | $410.00 | 1.00 | $410.00 | TWM |
| 11/25/2003 | Draft third set of document production requests. | $410.00 | 1.60 | $656.00 | TWM |
| 11/25/2003 | Telephone conference with Jdg Kincaid re: motion to reverse Agency dismissal. | $410.00 | 0.30 | $123.00 | TWM |
| 11/25/2003 | Draft West declaration. | $410.00 | 0.50 | $205.00 | TWM |
| 11/26/2003 | Finalize motion to reverse Agency dismissal. Draft letter to Judge Kincaid re: same. | $410.00 | 0.40 | $164.00 | TWM |
| 11/26/2003 | Telephone conference with Mr. West re: motion and deposition preparation. | $410.00 | 0.20 | $82.00 | TWM |
| 11/28/2003 | Review EEOC Order and prepare correspondence to Mr. West re: same. | $410.00 | 0.20 | $82.00 | TWM |
| | **Total** | | 31.40 | **$12,874.00** | |

**West v. Potter**                Attorneys Fees December 2003                Teresa W. Murray

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Phase II** | | | | | |
| 12/1/2003 | Telephone conference with Mr. West re: deposition schedule and notice of his deposition and preparation. | $410.00 | 1.30 | $533.00 | TWM |
| 12/2/2003 | Telephone conference with Mr. West and Atty Chakeres re: leave status for deposition preparation. | $410.00 | 0.20 | $82.00 | TWM |
| 12/2/2003 | Review Investigatory Files for Charges 31, 108 & 220. | $410.00 | 0.70 | $287.00 | TWM |
| 12/2/2003 | Conference with Mr. West for deposition preparation. | $410.00 | 1.90 | $779.00 | TWM |
| 12/2/2003 | Preliminary review of agency response to discovery | $410.00 | 0.40 | $164.00 | TWM |
| 12/3/2003 | Defend deposition of Mr. West. | $410.00 | 10.10 | $4,141.00 | TWM |
| 12/3/2003 | Conference with Mr.Chakeres re: discovery deficiencies and deadlines. | $410.00 | 0.70 | $287.00 | TWM |
| 12/4/2003 | Review USPS' responses to document production requests. | $410.00 | 3.90 | $1,599.00 | TWM |
| 12/4/2003 | Prepare for deposition of Sandra Childs and G Absher. | $410.00 | 4.20 | $1,722.00 | TWM |
| 12/5/2003 | Depositions of Sandra Childs and Greg Absher. | $410.00 | 7.60 | $3,116.00 | TWM |
| 12/6/2003 | Review USPS' responses to requests for admissions and document production requests. | $410.00 | 0.40 | $164.00 | TWM |
| 12/7/2003 | Preparation for F. Green deposition and review Agency response to pertinent document production requests. | $410.00 | 5.60 | $2,296.00 | TWM |
| 12/8/2003 | Deposition of Sandra Childs and Frank Green. | $410.00 | 6.50 | $2,665.00 | TWM |
| 12/8/2003 | Preparation for Joe King & Diane Hatfiled depositions. | $410.00 | 3.10 | $1,271.00 | TWM |
| 12/8/2003 | Conference with Atty Chakeres re:deposition schedule extending discovery and meeting to discuss discovery disputes. | $410.00 | 0.90 | $369.00 | TWM |
| 12/9/2003 | Deposition of Joseph King. | $410.00 | 5.00 | $2,050.00 | TWM |
| 12/9/2003 | Draft motion to compel. | $410.00 | 4.50 | $1,845.00 | TWM |
| 12/9/2003 | Prepare for deposition of John Miller. | $410.00 | 4.90 | $2,009.00 | TWM |
| 12/10/2003 | Depositions of John Miller and Dianne Hatfield. | $410.00 | 8.60 | $3,526.00 | TWM |
| 12/11/2003 | Preparation for deposition of David Cook. Telephone conference with Mr. West re: same and other case evidence. | $410.00 | 5.00 | $2,050.00 | TWM |

**West v. Potter**                    Attorneys Fees December 2003                    Teresa W. Murray

| | | | | | |
|---|---|---|---|---|---|
| 12/12/2003 | Deposition of David Cook. | $410.00 | 9.10 | $3,731.00 | TWM |
| 12/14/2003 | Review Agency responses to Third Request for Production of Documents. | $410.00 | 0.60 | $246.00 | TWM |
| 12/14/2003 | Prepare for deposition of Timothy Currie. | $410.00 | 3.80 | $1,558.00 | TWM |
| 12/15/2003 | Deposition of Timothy Currie. | $410.00 | 7.90 | $3,239.00 | TWM |
| 12/15/2003 | Revise deposition questions for Hatfield, Miller and Greer | $410.00 | 3.00 | $1,230.00 | TWM |
| 12/16/2003 | Deposition of Mr. King, Ms. Hatfield, Mr. Miller and Mr. Green. | $410.00 | 8.80 | $3,608.00 | TWM |
| 12/17/2003 | Conference with ALJ Kincaid and Atty Chakeres re: discovery matters. | $410.00 | 0.40 | $164.00 | TWM |
| | Telephone conference with Mr. West re: conference with Jdg Kincaid, deposition testimony, Currie declarations, EEOC Charges 104 &145 | $410.00 | 1.20 | $492.00 | TWM |
| 12/18/2003 | Prepare discovery deficiency letter for USPS responses to second set of discovery requests. | $410.00 | 1.20 | $492.00 | TWM |
| 12/19/2003 | Prepare discovery deficiency letter to USPS for responses to first set of discovery requests and revise letter re: second set of discovery requests. | $410.00 | 2.50 | $1,025.00 | TWM |
| | **Total** | | 114.00 | **$46,740.00** | |

**West v. Potter**                    Attorneys Fees January 2004                    Teresa W. Murray

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|------|------------------------|-----------|------|--------|--------|
| **Phase II** | | | | | |
| 1/8/2004 | Prepare Fourth Request for Production of Documents. Contact Atty Chakeres re: outstanding matters. | $ 410.00 | 0.80 | $ 328.00 | TWM |
| 1/12/2004 | Prepare Fourth Request for Production of Documents and telephone conference with Mr. West re: deposition transcripts and case status. | $ 410.00 | 1.60 | $ 656.00 | TWM |
| 1/14/2004 | Finalize Fourth Request for the Production of Documents | $ 410.00 | 0.30 | $ 123.00 | TWM |
| 1/15/2004 | Telephone conference with Helen Grant of USPS Law Office re: discovery. | $ 410.00 | 0.20 | $ 82.00 | TWM |
| 1/16/2004 | Telephone conference with Atty Chakeres re: discovery deficiencies and other outstanding matters. | $ 410.00 | 0.30 | $ 123.00 | TWM |
| 1/16/2004 | Conference call with Jdg Kincaid re: scheduling dates for submissions of pre-hearing statements and case status. | $ 410.00 | 0.30 | $ 123.00 | TWM |
| 1/16/2004 | Telephone conference with Mr. West re: Cook deposition, Agency's concession to motion, discovery matters and settlement conference preparatory information. | $ 410.00 | 0.40 | $ 164.00 | TWM |
| 1/16/2004 | Finalize Fourth Request for Production of Documents. | $ 410.00 | 2.50 | $ 1,025.00 | TWM |
| 1/16/2004 | Draft letter to Atty Chakeres re: discovery modifications. | $ 410.00 | 0.40 | $ 164.00 | TWM |
| 1/19/2004 | Prepare settlement notes for EEOC settlement conference and draft memorandum to Mr. West re: same. | $ 410.00 | 0.50 | $ 205.00 | TWM |
| 1/20/2004 | Draft letter to Atty Chakeres re: Currie's prior EEO complaints and correspondence to Mr. West re: same. | $ 410.00 | 0.30 | $ 123.00 | TWM |
| 1/21/2004 | Review settlement conference notes and calculations, and EEO Case information. | $ 410.00 | 0.20 | $ 82.00 | TWM |
| 1/21/2004 | Finalize Chakeres letter re: EEO complaints against Cook & Currie | $ 410.00 | 0.20 | $ 82.00 | TWM |
| 1/22/2004 | Telephone conference with Mr. West re: settlement conference, hearing, witnesses, pre-hearing statement and discovery. | $ 410.00 | 0.60 | $ 246.00 | TWM |
| 1/23/2004 | Settlement conference at EEOC. | $ 410.00 | 4.10 | $ 1,681.00 | TWM |
| 1/23/2004 | Prepare Notice of Mr. Cook deposition and assess status. | $ 410.00 | 0.20 | $ 82.00 | TWM |
| 1/26/2004 | Draft motion to amend complaint. | $ 410.00 | 0.70 | $ 287.00 | TWM |

**West v. Potter**                    Attorneys Fees January 2004                    Teresa W. Murray

| Date | Description | | Rate | Hours | | Amount | Initials |
|------|-------------|---|------|-------|---|--------|----------|
| 1/26/2004 | Telephone conference with Mr. West re: Mr. Cook deposition transcript, rescheduling mediation, answering discovery requests, Cook's deposition, Agency strategies, and hearing witnesses. | $ | 410.00 | 0.60 | $ | 246.00 | TWM |
| 1/26/2004 | Review Cook deposition transcript. | $ | 410.00 | 0.60 | $ | 246.00 | TWM |
| 1/27/2004 | Telephone conference with Atty Chakeres re: discovery responses, consent to motion to amend, witnesses for hearing, and settlement. | $ | 410.00 | 0.40 | $ | 164.00 | TWM |
| 1/27/2004 | Draft responses and objections to Agency requests for documents. | $ | 410.00 | 1.40 | $ | 574.00 | TWM |
| 1/28/2004 | Review West correspondence re: witness list and processing of Charge 108. Telephone conferences with Mr. West re: fax, Cook deposition, witness information and Agency Charge processing. | $ | 410.00 | 0.70 | $ | 287.00 | TWM |
| 1/28/2004 | Review Cook deposition transcript and preparation for deposition. Review documents produced pursuant to third request for documents for Cook deposition. | $ | 410.00 | 3.10 | $ | 1,271.00 | TWM |
| 1/29/2004 | Deposition of David Cook. | $ | 410.00 | 5.50 | $ | 2,255.00 | TWM |
| 1/29/2004 | Conference with Mr. West re: case and documents responsive to Agency's request for documents. | $ | 410.00 | 0.50 | $ | 205.00 | TWM |
| | **Total** | | | 26.40 | | **$10,824.00** | |

**West v. Potter**                Attorneys Fees February 2004                Teresa W. Murray

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|------|------------------------|-----------|------|--------|--------|
| **Phase II** | | | | | |
| 2/2/2004 | Telephone conference with Nia Johnson at USPS re: USPS discovery responses. | $ 410.00 | 0.20 | $ 82.00 | TWM |
| 2/3/2004 | Telephone conference with Mr. Chakeres re: Agency responses to Document Production Requests and motion. | $ 410.00 | 0.20 | $ 82.00 | TWM |
| 2/4/2004 | Revise responses and objections to Agency's Request for the production of documents. | $ 410.00 | 0.60 | $ 246.00 | TWM |
| 2/9/2004 | Review documents produced by Mr. West in response to Agency document production request.  Finalize responses and objections. | $ 410.00 | 1.50 | $ 615.00 | TWM |
| 2/18/2004 | Review documents produced by Agency in response to West's third and fourth sets of document production requests.  Review modifications to prior requests. | $ 410.00 | 3.40 | $ 1,394.00 | TWM |
| 2/24/2004 | Telephone conference with Judge Kincaid and with Mr. Chakeres re: case status, status conference on 3/1, discovery matters, and motion to amend. | $ 410.00 | 0.40 | $ 164.00 | TWM |
| 2/25/2004 | Telephone conference with Mr. West re:status, discovery responses and outstanding and additional discovery. status conference on Mar. 1, 2004, and oral motion to amend complaint. | $ 410.00 | 1.00 | $ 410.00 | TWM |
| | **Total** | | 7.30 | **$ 2,993.00** | |

*West v. Potter*                    Attorneys Fees March 2004                    Teresa W. Murray

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|------|-------------------------|-----------|------|--------|--------|
| **Phase II** | | | | | |
| 3/1/2004 | Status conference with Judge Kincaid and Mr. Chakeres re: scheduling, motion to amend, and discovery. Draft memo (at ALJ's request) re: conference. | $410.00 | 1.20 | $492.00 | TWM |
| 3/1/2004 | Telephone conference with Mr. West re: conference call with ALJ and mediation. | $410.00 | 0.40 | $164.00 | TWM |
| 3/10/2004 | Draft letter to Mr. Chakeres re: discovery deficiencies in Fourth Set of Document Production Requests. | $410.00 | 0.50 | $205.00 | TWM |
| 3/23/2004 | Telephone conference with Mr. Chakeres re: USPS' responses to discovery and consent to extend time to file Opposition to Motion for Summary Jdgmt. | $410.00 | 0.30 | $123.00 | TWM |
| 3/26/2004 | Draft motion for extension for Opposition to Summary Jdgmt. Review USPS' Motion for Summary Jdgmt and discovery responses. | $410.00 | 2.20 | $902.00 | TWM |
| 3/31/2004 | Review USPS' Motion for Summary Jdgmt and documents produced pursuant to discovery requests. | $410.00 | 2.80 | $1,148.00 | TWM |
| | **Total** | | 7.40 | **$3,034.00** | |

**West v. Potter**                      Attorneys Fees April 2004                      Teresa W. Murray

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|------|-------------------------|-----------|------|--------|--------|
| **Phase II** | | | | | |
| 4/1/2004 | Review all documents and answers produced by USPS (past and present) and draft letter to Atty Chakeres re: deficiencies and motion for enlargement of time. | $410.00 | 3.60 | $1,476.00 | TWM |
| 4/2/2004 | Review deposition notes for discovery dispute. | $410.00 | 0.30 | $123.00 | TWM |
| 4/2/2004 | Telephone conference with Mr. West re: Summ. Jdgmt motion, witnesses and case evidence. | $410.00 | 0.20 | $82.00 | TWM |
| 4/2/2004 | Review prior EEO cases & Agency discovery responses. | $410.00 | 1.40 | $574.00 | TWM |
| 4/2/2004 | Draft letter to Atty Chakeres supplementing discovery deficiencies. | $410.00 | 0.60 | $246.00 | TWM |
| 4/5/2004 | Conduct and review research for Opposition to Summary Judgment and sanctions motion. | $410.00 | 1.00 | $410.00 | TWM |
| 4/6/2004 | Telephone conference with Mr. West re: missing clock-rings, Bedford Park employees, and deposition transcript. | $410.00 | 0.30 | $123.00 | TWM |
| 4/6/2004 | Telephone conference with Ms. Simms-Hearns (witness) re: knowledge relevant to case. | $410.00 | 0.60 | $246.00 | TWM |
| 4/6/2004 | Draft Motion to Compel, Motion for Sanctions and Motion for Emergency Stay. | $410.00 | 4.50 | $1,845.00 | TWM |
| 4/9/2004 | Telephone conference with Mr. West re: his conversation with witness Alonzo Taylor, transcripts, & motion to compel, sanctions & stay. | $410.00 | 0.20 | $82.00 | TWM |
| 4/9/2004 | Contact Atty Chakeres and Judge Kincaid regarding motion and status of request for stay. | $410.00 | 0.10 | $41.00 | TWM |
| 4/13/2004 | Draft Summary Judgment standard portion of Oppos-ition to Motion for Summary Jdgmt. | $410.00 | 0.50 | $205.00 | TWM |
| 4/14/2004 | Conference with Atty Chakeres to resolve discovery disputes and need to schedule conference call with Jdg Kincaid. | $410.00 | 0.30 | $123.00 | TWM |
| 4/14/2004 | Telephone conference with Mr. West regarding discovery disputes, time/clockrings, Cowan declaration. | $410.00 | 0.40 | $164.00 | TWM |
| 4/14/2004 | Review list of clockrings received from USPS. | $410.00 | 0.40 | $164.00 | TWM |
| 4/16/2004 | Draft letter to Atty Chakeres memorializing discussion regarding discovery disputes. | $410.00 | 1.10 | $451.00 | TWM |
| 4/21/2004 | Conference with Judge Kincaid & Atty Chakeres re: dis- | $410.00 | 0.50 | $205.00 | TWM |

**West v. Potter**                  Attorneys Fees April 2004                  Teresa W. Murray

covery matters and new dates for party submissions, conf-
erence, hearing and hearing witnesses.

| | | | | | |
|---|---|---|---|---|---|
| 4/26/2004 | Review deposition transcripts and discovery record. | $410.00 | 3.10 | $1,271.00 | TWM |
| 4/26/2004 | Telephone conference with Mr. West re: conference call with Judge Kincaid and new dates, case information and list of clockrings received from USPS. | $410.00 | 0.20 | $82.00 | TWM |
| 4/28/2004 | Review discovery responses and deposition transcripts. | $410.00 | 0.80 | $328.00 | TWM |
| 4/29/2004 | Telephone conference with Atty Chakeres re: EEO files and expected discovery responses. | $410.00 | 0.20 | $82.00 | TWM |
| 4/29/2004 | Draft portion of Factual Background section of Opposition to Summ. Jdgmt. | $410.00 | 2.40 | $984.00 | TWM |
| 4/29/2004 | Review Currie deposition transcript. | $410.00 | 0.40 | $164.00 | TWM |
| 4/30/2004 | Edit Factual Background section of Opposition. | $410.00 | 0.40 | $164.00 | TWM |
| | **Total** | | 23.50 | **$9,635.00** | |

**West v. Potter**                     Attorneys Fees May 2004                     Teresa W. Murray

| Date Phase II | Description of Service | Hourly Rat | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| 5/3/2004 | Telephone conference with Mr. West re: declarations, USPS clockrings. | $410.00 | 0.30 | $123.00 | TWM |
| 5/3/2004 | Review documents produced and answers provided by USPS. | $410.00 | 1.00 | $410.00 | TWM |
| 5/3/2004 | Contact Mr.Chakeres re: delinquent responses. | $410.00 | 0.10 | $41.00 | TWM |
| 5/4/2004 | Continue to draft Facts section of Opposition brief. | $410.00 | 0.60 | $246.00 | TWM |
| 5/4/2004 | Review EEO complaint files involving Mr. Currie. | $410.00 | 0.40 | $164.00 | TWM |
| 5/5/2004 | Review Cook deposition transcripts and investigative files and records. | $410.00 | 4.20 | $1,722.00 | TWM |
| 5/5/2004 | Contact Mr.Chakeres re: discovery deficiencies | $410.00 | 0.20 | $82.00 | TWM |
| 5/5/2004 | Outline legal issues for Opposition brief.  Review EEO files. | $410.00 | 1.10 | $451.00 | TWM |
| 5/6/2004 | Telephone conference with Mr. West re: status and approach to Opposition to Summ. Jdgmt and Mr.Currie Affidavit | $410.00 | 0.40 | $164.00 | TWM |
| 5/6/2004 | Contact Atty Chakeres and draft motion for sanctions. | $410.00 | 2.60 | $1,066.00 | TWM |
| 5/6/2004 | Review Cook and Currie depositions for Opposition brief | $410.00 | 2.20 | $902.00 | TMW |
| 5/7/2004 | Review Green deposition  transcript and revise facts for the Opposition brief. | $410.00 | 2.20 | $902.00 | TWM |
| 5/7/2004 | Telephone conferencewith Atty Chakeres re: Motion for Sanctions and outstanding discovery. | $410.00 | 0.30 | $123.00 | TWM |
| 5/7/2004 | Telephone conference with Mr. West re: motion for sanctions, facts of the case and his declaration. | $410.00 | 0.30 | $123.00 | TWM |
| 5/7/2004 | Review documents produced in discovery. | $410.00 | 2.90 | $1,189.00 | TWM |
| 5/9/2004 | Review legal research on retaliation, continuing viol. & race discrimination. Revise outline for Opposition. | $410.00 | 2.60 | $1,066.00 | TWM |
| 5/9/2004 | Review notes from Childs and Hatfield's depositions. | $410.00 | 0.40 | $164.00 | TWM |
| 5/10/2004 | Telephone conference with Judge Kincaid re: sanctions conference.  Contact Atty Chakeres re: same. | $410.00 | 0.20 | $82.00 | TWM |
| 5/10/2004 | Draft Opposition to Motion for Summary Judgment. | $410.00 | 3.10 | $1,271.00 | TWM |

**West v. Potter**                    Attorneys Fees May 2004                    Teresa W. Murray

| | | | | | |
|---|---|---|---|---|---|
| 5/11/2004 | Draft legal argument section of Opposition brief. | $410.00 | 5.70 | $2,337.00 | TWM |
| 5/11/2004 | Conference with Atty Chakeres re: Judge Kincaid call re: Motion for Sanctions for violating order. Telephone conference with Mr. West re: conference call. | $410.00 | 0.50 | $205.00 | TWM |
| 5/11/2004 | Telephone conference with Roland Johnson (witness) re: Currie's history of discrimination. | $410.00 | 0.30 | $123.00 | TWM |
| 5/12/2004 | Draft portion of legal argument section of Opposition to Motion for SummaryJudgment. | $410.00 | 6.40 | $2,624.00 | TWM |
| 5/13/2004 | Conference with Judge Kincaid and Atty Chakeres re: Motion for Sanctions. | $410.00 | 0.20 | $82.00 | TWM |
| | Telephone conference with Mr. West re: ruling, Opp., and case facts. | $410.00 | 0.30 | $123.00 | TWM |
| | Prepare Opposition brief. | $410.00 | 3.10 | $1,271.00 | TWM |
| 5/14/2004 | Edit facts section and portion of legal argument sections of Opposition brief. | $410.00 | 1.40 | $574.00 | TWM |
| 5/19/2004 | Draft and edit Opposition to Motion for Summary Judgment (Legal argument) | $410.00 | 3.70 | $1,517.00 | TWM |
| 5/20/2004 | Review deposition notes from Childs, Miller and Hatfield depositions. | $410.00 | 0.40 | $164.00 | TWM |
| 5/20/2004 | Conduct retaliation research. | $410.00 | 0.80 | $328.00 | TWM |
| 5/24/2004 | Review Agency Motion for Summary Judgment and outline refutation section of Opposition brief. | $410.00 | 3.40 | $1,394.00 | TWM |
| 5/31/2004 | Telephone conference with Mr. West re: his declaration, case facts and witness information. | $410.00 | 0.20 | $82.00 | TWM |
| 5/31/2004 | Edit witness list and legal argument section of Opposition brief and outline remainder of legal argument. | $410.00 | 4.50 | $1,845.00 | TWM |
| | **Total** | | 56.00 | **$22,960.00** | |

**West v. Potter**                    Attorneys Fees June 2004                    Teresa W. Murray

| Date Phase II | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| 6/1/04 | Draft and revise Opposition to Motion for Summary Judgement. | $410.00 | 3.20 | $1,312.00 | TWM |
| 6/2/04 | Draft and revise legal argument section of Opposition. Review West Declaration. | $410.00 | 6.10 | $2,501.00 | TWM |
| 6/2/04 | Telephone conference with Mr. West regarding his declaration, clockring evidence, Opposition and other facts. | $410.00 | 0.40 | $164.00 | TWM |
| 6/2/04 | Review Ms. Child's deposition transcript and exhibits to Opposition. | $410.00 | 0.30 | $123.00 | TWM |
| 6/3/04 | Review documents produced by USPS per discovery order | $410.00 | 2.50 | $1,025.00 | TWM |
| 6/3/04 | Incorporate newly produced information in brief/edit brief. Draft refutation section of Brief. | $410.00 | 7.70 | $3,157.00 | TWM |
| 6/3/04 | Conference with Mr. West re:clockring information, Opp. and Declaration. | $410.00 | 0.50 | $205.00 | TWM |
| 6/4/04 | Edit and finalize brief. | $410.00 | 10.20 | $4,182.00 | TWM |
| 6/4/04 | Draft Pre-Hearing Statement. | $410.00 | 3.90 | $1,599.00 | TWM |
| 6/4/04 | Review and identify hearing exhibits. | $410.00 | 2.70 | $1,107.00 | TWM |
| 6/15/04 | Review Agency Reply Brief and outline Surreply. Draft facts portion of Surreply. | $410.00 | 2.40 | $984.00 | TWM |
| 6/16/04 | Telephone Conference with Mr. West re: Opposition and Reply Briefs. | $410.00 | 0.20 | $82.00 | TWM |
| 6/16/04 | Contact Ray Williams (union representative) for brief. | $410.00 | 0.10 | $41.00 | TWM |
| 6/16/04 | Draft Surreply. | $410.00 | 4.60 | $1,886.00 | TWM |
| 6/17/04 | Telephone conference with Ray Williams re: CBA with USPS. | $410.00 | 0.50 | $205.00 | TWM |
| 6/17/04 | Telephone conference with Mr. West re: conversation with Mr. Williams, Surreply and his supp. declaration. | $410.00 | 0.60 | $246.00 | TWM |
| 6/17/04 | Review West Supp. Declaration. | $410.00 | 0.30 | $123.00 | TWM |
| 6/17/04 | Conduct research on pretext, continuing violation, res judicata and failure to temporarily promote (204B). | $410.00 | 3.90 | $1,599.00 | TWM |
| 6/17/04 | Draft and revise Surreply. | $410.00 | 1.40 | $574.00 | TWM |
| 6/18/04 | Review and edit portion of Surreply. | $410.00 | 0.70 | $287.00 | TWM |
| 6/19/04 | Draft procedural rebuttal portion of Surreply. | $410.00 | 3.20 | $1,312.00 | TWM |

*West v. Potter*                    Attorneys Fees June 2004                    Teresa W. Murray

| | | | | | |
|---|---|---|---|---|---|
| 6/20/04 | Edit Surreply. | $410.00 | 0.90 | $369.00 | TWM |
| 6/21/04 | Edit and finalize Surreply. | $410.00 | 0.60 | $246.00 | TWM |
| 6/21/04 | Review documents faxed from Mr. West for surreply. | $410.00 | 1.10 | $451.00 | TWM |
| 6/21/04 | Telephone conference with Mr. West re faxed documents, CBA and USPS Promotion handbook. | $410.00 | 0.80 | $328.00 | TWM |
| | **Total** | | 58.80 | **$24,108.00** | |

**West v. Potter**                Attorneys Fees July 2004                Teresa W. Murray

| Date | Description of Services | Hrly Rate | Time | Amount | ATTY |
|------|-------------------------|-----------|------|--------|------|
| **Phase II** | | | | | |
| 7/1/2004 | Telephone conference with Atty Chakeres re: EEOC Summary Judgement Decision and contact Mr. West. | $410.00 | 0.2 | $82.00 | TWM |
| 7/14/2004 | Telephone conference with Atty Chakeres re: non-receipt of EEOC decision.  Contact ALJ Kincaid re: same. | $410.00 | 0.3 | $123.00 | TWM |
| 7/15/2004 | Status conference with Judge Kincaid and Atty Chakeres re: Summary Judgement Decision, hearing witnesses & exhibits, Settlement efforts and hearing preparation. | $410.00 | 3.6 | $1,476.00 | TWM |
| 7/15/2004 | Revise Witness List | $410.00 | 0.8 | $328.00 | TWM |
| 7/16/2004 | Telephone conference with Mr. West re: witness contact information and settlement demand information. | $410.00 | 0.5 | $205.00 | TWM |
| 7/16/2004 | Telephone conference with Robert Parker. | $410.00 | 0.4 | $164.00 | TWM |
| 7/16/2004 | Draft Settlement Demand | $410.00 | 0.8 | $328.00 | TWM |
| 7/16/2004 | Contact Mr. Simmons & other witnesses in Bedford Park, IL. | $410.00 | 0.3 | $123.00 | TWM |
| 7/17/2004 | Review Warren Plater statements. | $410.00 | 0.3 | $123.00 | TWM |
| 7/18/2004 | Prepare revised witness list. | $410.00 | 0.2 | $82.00 | TWM |
| 7/19/2004 | Contact witnesses in Chicago.  Review Chicago employee EEO files. | $410.00 | 1.4 | $574.00 | TWM |
| 7/19/2004 | Conference with ALJ Kincaid re: hearing witnesses, settlement efforts, exchanging exhibits & hearing dates. | $410.00 | 0.4 | $164.00 | TWM |
| 7/19/2004 | Conference with Atty Chakeres re: witnesses at hearing and E. Cuffey affidavit. | $410.00 | 0.3 | $123.00 | TWM |
| 7/19/2004 | Prepare hearing exhibits. | $410.00 | 1.8 | $738.00 | TWM |
| 7/20/2004 | Preparation for hearing. | $410.00 | 3.1 | $1,271.00 | TWM |
| 7/20/2004 | Telephone conferences with Mr. West re: Warran Plater and re: employee selection for higher level/204B. | $410.00 | 0.5 | $205.00 | TWM |
| 7/20/2004 | Status conference with ALJ Kincaid. | $410.00 | 0.3 | $123.00 | TWM |
| 7/22/2004 | Draft letter to EEOC re: hearing.  Telephone conference with | $410.00 | 3.3 | $1,353.00 | TWM |

**West v. Potter**                    Attorneys Fees July 2004                    Teresa W. Murray

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Mr. West re: hearing data and preparation. Hearing preparation (West exam and exhibits). |  |  |  |  |
| 7/23/2004 | Telephone conference with Atty Chakeres re: stipulations for hearing, 204B/H-L detail information, exhibit list, and contact ALJ Kincaid re: hearing witnesses. | $410.00 | 1.4 | $574.00 | TWM |
| 7/23/2004 | Conference with ALJ Tietelman for settlement/mediation. | $410.00 | 2.6 | $1,066.00 | TWM |
| 7/23/2004 | Telephone conference with Ms. Gwendolyn Simms-Hearn, Edward Clark & William Miles re: testimony in hearing. | $410.00 | 1.2 | $492.00 | TWM |
| 7/23/2004 | Conference with Mr. West re: next options. | $410.00 | 0.5 | $205.00 | TWM |
| 7/24/2004 | Hearing preparation - Cook exam and other hearing matters. | $410.00 | 6.1 | $2,501.00 | TWM |
| 7/25/2004 | Hearing preparation - Exam and exhibit preparation | $410.00 | 5.7 | $2,337.00 | TWM |
| 7/26/2004 | Conference with Mr. West to prepare for hearing testimony and review records for hearing. | $410.00 | 3.7 | $1,517.00 | TWM |
| 7/26/2004 | Hearing Preparation-exam, argument, and records preparation. | $410.00 | 9.1 | $3,731.00 | TWM |
| 7/27/2004 | EEOC Hearing | $410.00 | 9.3 | $3,813.00 | TWM |
| 7/28/2004 | EEOC Hearing | $410.00 | 11 | $4,510.00 | TWM |
|  | **Total** |  | 69.1 | **$28,331.00** |  |

**West v. Potter**                Attorneys Fees September 2004              Teresa W. Murray

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|------|------------------------|-----------|------|--------|--------|
| **Phase II** | | | | | |
| 9/23/04 | Review Hearing Status, exhibits and witness information for . upcoming status conference. | $410.00 | 0.60 | $246.00 | TWM |
| 9/27/04 | Conference with ALJ Kincaid and Atty Chakeres re: hearing exhibits, witnesses and additional dates. Telephone conference with Atty Chakeres re: same. Draft and review correspondence re: hearing exhibits. | $410.00 | 0.90 | $369.00 | TWM |
| 9/28/04 | Telephone conference with Mr. West re: hearing witnesses, hearing preparation and new information. | $410.00 | 0.20 | $82.00 | TWM |
| 9/28/04 | Prepare exhibits for hearing for transmission to Agency. Review arbitration decision and correspondence from Mr. West. | $410.00 | 1.10 | $451.00 | TWM |
| 9/29/04 | Telephone conference with Mr. West re: hearing witness, possible testimony of witnesses, and Agency clockring summaries. | $410.00 | 1.00 | $410.00 | TWM |
| **Total** | | | **3.80** | **$1,558.00** | |

**West v. Potter**                    Attorneys Fees October 2004                    Teresa W. Murray

| Date Phase II | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| 10/3/04 | Review Mr. West's correspondence re:his review of Agency clockring summaries and update hearing chart exhibit. | $410.00 | 0.40 | $164.00 | TWM |
| 10/4/04 | Hearing Preparation. Telephone conference with witnesses and Mr. West re: hearing. | $410.00 | 11.50 | $4,715.00 | TWM |
| 10/5/04 | Telephone conference with William Miles re: hearing testimony. EEOC Hearing at Baltimore District Office. Contact Mr. Miles and Gwendolyn Simms-Hearn re: hearing appearances. Hearing preparation. | $410.00 | 12.00 | $4,920.00 | TWM |
| 10/6/04 | EEOC Hearing. | $410.00 | 10.30 | $4,223.00 | TWM |
| 10/7/04 | EEOC Hearing. Telephone conference with Ms. Simms-Hearn. | $410.00 | 11.00 | $4,510.00 | TWM |
| 10/8/04 | EEOC Hearing. Conference with Ms. Simms-Hearn for witness preparation. | $410.00 | 12.50 | $5,125.00 | TWM |
| 10/11/04 | Telelphone conference with Ms. Simms-Hearn.Contact Reginald Trice (witness). Review hearing notes and witness schedule in preparation for November hearing. | $410.00 | 1.80 | $738.00 | TWM |
| 10/13/04 | Telephone conference with Mr. Trice re: relevant testimony, the documents he sent and possible participation in hearing. | $410.00 | 0.30 | $123.00 | TWM |
| 10/15/04 | Contact Mr. Miles re: hearing testimony and review information relevant to Mr. Miles. | $410.00 | 0.20 | $82.00 | TWM |
| 10/18/04 | Telephone conference with Atty Chakeres re: conference call with ALJ Kincaid on 10/19. Contact Mr. Miles. | $410.00 | 0.20 | $82.00 | TWM |
| 10/19/04 | Telephone conference with Mr. Miles re: possible testimony. Status call with ALJ Kincaid & Chakeres re: hearing witnesses. | $410.00 | 1.90 | $779.00 | TWM |
| 10/25/04 | Telephone conference with Mr. West re: status call with ALJ Kincaid re: witnesses. | $410.00 | 0.20 | $82.00 | TWM |
| 10/28/04 | Telephone conference with Ms. Simms-Hearn re: leave/pay for testimony at hearing. Contact Atty Chakeres re: same. | $410.00 | 0.30 | $123.00 | TWM |
| **Total** | | | 62.60 | **$25,666.00** | |

**West v. Potter**                Attorneys Fees November 2004              Teresa W. Murray

| Date Phase II | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| 11/9/04 | Telephone conference with Atty Chakeres re: hearing witness list and trial testimony by phone. Review and edit witness list. | $410.00 | 0.40 | $164.00 | TWM |
| 11/10/04 | Telephone conference with Atty Chakeres re: moving witness Lowe to different hearing date. | $410.00 | 0.20 | $82.00 | TWM |
| 11/12/04 | Hearing preparation. Telephone conference with Mr. Miles re: disapproval of hearing testimony. Telephone conference with Mr. West for testimony/hearing preparation. | $410.00 | 4.30 | $1,763.00 | TWM |
| 11/14/04 | Hearing preparation. | $410.00 | 2.70 | $1,107.00 | TWM |
| 11/15/04 | Hearing at EEOC . | $410.00 | 8.80 | $3,608.00 | TWM |
| 11/16/04 | Hearing at EEOC . | $410.00 | 9.90 | $4,059.00 | TWM |
| 11/17/04 | Hearing prep. Hearing at EEOC . | $410.00 | 10.70 | $4,387.00 | TWM |
| 11/18/04 | Hearing at EEOC. Telephone conference with Mr. Miles re: documents sent via Ed Clark. Hearing preparation and research of relevance of prior discriminatory acts. | $410.00 | 10.60 | $4,346.00 | TWM |
| 11/19/04 | Hearing at EEOC . | $410.00 | 6.30 | $2,583.00 | TWM |
| 11/26/04 | Telephone conference with Ed Clark re: relevant information concerning Tim Currie. Draft letter to Atty Chakeres re: post-hearing exhibits and testimony. | $410.00 | 0.50 | $205.00 | TWM |
| **Total** | | | 54.40 | **$22,304.00** | |

***West v. Potter***          Attorneys Fees December 2004          Teresa  W. Murray

| Date Phase II | Description of Services | Hrly Rate | Time | Amount | Atty |
|---|---|---|---|---|---|
| 12/8/04 | Draft closing argument outline and review hearing notes. | $410.00 | 3.10 | $1,271.00 | TWM |
| 12/10/04 | Telephone conferences with Atty Chakeres and Mr. West re: Scott testimony.   Telephone conference with Mr. West also re: closing argument deadline extension and decision. | $410.00 | 0.40 | $164.00 | TWM |
| 12/13/04 | Conduct research for closing argument and draft outline re: same. | $410.00 | 2.10 | $861.00 | TWM |
| 12/15/04 | Review R. Mason testimony notes.Telephone conferences with Mr. West re: Scott's testimony, Agency Exhibits and Plater's EEO history.  EEOC Hearing via teleconference with witness Michael Scott. | $410.00 | 1.50 | $615.00 | TWM |
| | **Total** | | 7.10 | **$2,911.00** | |

**West v. Potter**                    Attorneys Fees January 2005                    Teresa  W. Murray

| Date Phase II | Description of Services | Hrly Rate | Time | Amount | Atty |
|---|---|---|---|---|---|
| 1/7/2005 | Draft section of Closing Argument and complete outline of same. | $410.00 | 0.8 | $328.00 | TWM |
| 1/8/2005 | Draft Closing Argument and review transcript summary. | $410.00 | 12.6 | $5,166.00 | TWM |
| 1/9/2005 | Draft Closing Argument. | $410.00 | 7.3 | $2,993.00 | TWM |
| 1/10/2005 | Research issues for Closing Argument and finalize and file same. | $410.00 | 14.5 | $5,945.00 | TWM |
| 1/20/2005 | Telephone conference with Mr. West re: closing arguments. | $410.00 | 0.4 | $164.00 | TWM |
| 1/21/2005 | Review Agency closing Argument and draft letter to ALJ Kincaid clarifying issues. | $410.00 | 1.7 | $697.00 | TWM |
| | **Total** | | 37.3 | **$15,293.00** | |