*West v. Potter*

# Legal Staff Fees

| Date | Description of Services | Hrly Rate | Time | Amount | Legal Staff |
|---|---|---|---|---|---|
| **PHASE II** | | | | | |
| 6/3/04 | Bluebooked Brief. Legal research re: pleadings. Checked cited case to see if they are still good law. | $130.00 | 2.80 | $364.00 | LawClrk |
| 12/3/04 | Reviewed EEOC hearing transcript for ALJ's rulings. | $130.00 | 0.50 | $65.00 | Prlgl |
| 12/6/04 | Drafted memo regarding ALJ's rulings and reviewed and summarized EEOC hearing transcript. | $130.00 | 0.50 | $65.00 | Prlgl |
| 12/10/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 5.00 | $650.00 | Prlgl |
| 12/13/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 6.50 | $845.00 | Prlgl |
| 12/14/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 5.50 | $715.00 | Prlgl |
| 12/15/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 2.00 | $260.00 | Prlgl |
| 12/17/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 7.00 | $910.00 | Prlgl |
| 12/19/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 3.50 | $455.00 | Prlgl |
| 12/20/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 4.00 | $520.00 | Prlgl |
| 12/22/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 4.00 | $520.00 | Prlgl |
| 12/23/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 4.00 | $520.00 | Prlgl |
| 12/24/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 4.00 | $520.00 | Prlgl |
| 12/26/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 7.00 | $910.00 | Prlgl |
| 12/27/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 7.00 | $910.00 | Prlgl |
| 12/28/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 12.00 | $1,560.00 | Prlgl |
| 12/29/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 10.50 | $1,365.00 | Prlgl |
| 12/30/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 12.50 | $1,625.00 | Prlgl |
| 12/31/04 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 11.50 | $1,495.00 | Prlgl |
| 1/1/05 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 7.50 | $975.00 | Prlgl |
| 1/3/05 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 7.50 | $975.00 | Prlgl |
| 1/4/05 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 9.00 | $1,170.00 | Prlgl |
| 1/5/05 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 10.50 | $1,365.00 | Prlgl |
| 1/6/05 | Reviewed and summarized EEOC hearing transcript. | $130.00 | 7.50 | $975.00 | Prlgl |
| 9/28/05 | Catalogue and organize background documents and records. | $130.00 | 1.50 | $195.00 | Prlgl |
| | **PHASE II TOTAL** | | **153.30** | **$19,929.00** | |

**West v. Potter**             **Legal Staff Fees**

**PHASE III**

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 3/3/08 | Conference with Atty Murray to arrange witness appearance and transportation at/to trial. | $130.00 | 0.80 | $104.00 | Prigl |
| 3/3/08 | Identify witnesses from depositions and case records. Catalogue deposition transcripts. | $130.00 | 5.50 | $715.00 | Prigl |
| 3/4/08 | Create trial notebooks. | $130.00 | 3.50 | $455.00 | Prigl |
| 3/4/08 | Create Jury Selection Flow Chart. | $130.00 | 0.50 | $65.00 | Prigl |
| 3/5/08 | Review hearing transcripts, ROI's and witness affidavits. | $130.00 | 4.00 | $520.00 | Prigl |
| 3/5/08 | Create USPS VMF Organizational Chart. | $130.00 | 0.60 | $78.00 | Prigl |
| 3/5/08 | Create Legal Arguments Chart (Adverse Actions). | $130.00 | 2.00 | $260.00 | Prigl |
| 3/5/08 | Prepare trial notebooks. | $130.00 | 7.00 | $910.00 | Prigl |
| 3/5/08 | Create Legal Argument Chart (204B). | $130.00 | 2.80 | $364.00 | Prigl |
| 3/6/08 | Prepare trial notebooks. Create Report of Investigations Summary. | $130.00 | 9.60 | $1,248.00 | Prigl |
| 3/7/08 | Prepare trial notebooks. | $130.00 | 4.00 | $520.00 | Prigl |
| 3/8/08 | Create witness prep files. | $130.00 | 1.00 | $130.00 | Prigl |
| 3/8/08 | Revise catalogue of case records. | $130.00 | 2.00 | $260.00 | Prigl |
| 3/9/08 | Create and edit powerpoint presentation for opening stmt. | $130.00 | 0.50 | $65.00 | Prigl |
| 3/9/08 | Revise catalogue of case records. | $130.00 | 1.00 | $130.00 | Prigl |
| 3/11/08 | Update and complete trial notbooks. | $130.00 | 6.00 | $780.00 | Prigl |
| 3/11/08 | Continue summary of Reports of Investigations. | $130.00 | 4.50 | $585.00 | Prigl |
| | **PHASE III Total** | | **55.30** | **$7,189.00** | |
| | **LEGAL STAFF FEES TOTAL** | | **208.60** | **$27,118.00** | |