

The Law Office of T.W. Murray

*West v. Potter*
Civ. Action No. 05-1339(JR)

# TERESA MURRAY'S ATTORNEY'S FEES

# PHASE III

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Phase III** | | | | | |
| 8/13/2005 | Review final Agency decision in Agency Case No. 4k-200-0235-03 | $410.00 | 0.50 | $205.00 | TWM |
| 8/19/2005 | Telephone conference with Mr. West re:USDC Complaint amendment and pending EEO Complaint. | $410.00 | 0.40 | $164.00 | TWM |
| 8/24/2005 | Telephone conference with Mr. West re: preparation of First Amended Complaint and client meeting on August 25. | $410.00 | 0.20 | $82.00 | TWM |
| 8/25/2005 | Conference with Mr. West re: administrative processing and resolution of EEO complaints and evidence to support claims. | $410.00 | 0.90 | $369.00 | TWM |
| **Total** | | | 2.00 | **$820.00** | |

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Phase III** | | | | | |
| 9/13/2005 | Draft Amended Complaint. Review Final Agency Decision in Agency Case No. 4k-200-0099-05. | $410.00 | 2.00 | $820.00 | TWM |
| 9/14/2005 | Review original Complaint and prior pleadings for preparation of First Amended Complaint. | $410.00 | 0.30 | $123.00 | TWM |
| 9/15/2005 | Continue to draft First Amended Complaint. | $410.00 | 2.10 | $861.00 | TWM |
| 9/16/2005 | Draft and edit First Amended Complaint. Conduct research for complaint. Telephone conference with Mr. West re: complaint and factual allegations. | $410.00 | 7.80 | $3,198.00 | TWM |
| 9/18/2005 | Edit First Amended Complaint. Research jurisdition. | $410.00 | 2.90 | $1,189.00 | TWM |
| 9/19/2005 | Edit First Amended Complaint. | $410.00 | 3.70 | $1,517.00 | TWM |
| 9/20/2005 | Edit and finalize First Amended Complaint. Telephone conference with Mr. West re: same. | $410.00 | 1.60 | $656.00 | TWM |
| 9/28/2005 | Review Answer and research service of First Amended Complaint. | $410.00 | 0.80 | $328.00 | TWM |
| | **Total** | | 21.20 | **$8,692.00** | |

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Phase III** | | | | | |
| 10/3/2005 | Review Defendant's Motion to Dismiss. | $410.00 | 1.30 | $533.00 | TWM |
| 10/3/2005 | Review and draft correspondence to Atty Fields re: extension for Defendant's Amended Answer. | $410.00 | 0.10 | $41.00 | TWM |
| 10/5/2005 | Edit and Finalize Affidavit of Service. | $410.00 | 0.60 | $246.00 | TWM |
| 10/10/2005 | Research definitions of adverse employment actions in DC Circuit. | $410.00 | 1.70 | $697.00 | TWM |
| 10/10/2005 | Prepare outline for Opposition to Defendant's Motion to Dismiss. | $410.00 | 0.90 | $369.00 | TWM |
| 10/12/2005 | Research res judicata and collateral estoppel. | $410.00 | 3.30 | $1,353.00 | TWM |
| 10/13/2005 | Draft Opposition to Defendant's Motion to Dismiss and identify exhibits. | $410.00 | 4.40 | $1,804.00 | TWM |
| 10/14/2005 | Edit and finalize Opposition to Motion to Dismiss. | $410.00 | 9.00 | $3,690.00 | TWM |
| 10/27/2005 | Draft memo to Mr. West re: recent filings Review Defendant's Amended Answer and Reply to Opposition to Motion to Dismiss. Research and draft Motion to Strike. | $410.00 | 1.00 | $410.00 | TWM |
| 10/28/2005 | Edit and finalize Motion to Strike. | $410.00 | 0.30 | $123.00 | TWM |
| | **Total** | | 22.60 | **$9,266.00** | |

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Phase III** | | | | | |
| 11/1/2005 | Review Defendant's Opposition to Motion to Strike and Minute Order denying Motion. | $410.00 | 0.20 | $82.00 | TWM |
| 11/2/2005 | Telephone conference with Mr. West re: status of case. | $410.00 | 0.40 | $164.00 | TWM |
| | **Total** | | 0.60 | **$246.00** | |

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Phase III** | | | | | |
| 12/14/2005 | Research possible amendment(s) to Complaint of additional claims. | $410.00 | 0.30 | $123.00 | TWM |
| | **Total** | | 0.30 | **$123.00** | |

| Date | Description of Services | Hrly Rate | Time | Amount | ATTY |
|---|---|---|---|---|---|
| **Phase III** | | | | | |
| 02/27/06 | Telephone conference with Mr. West regarding Lowe and Bowser detail to Riverdale-union grievance v. EEOC. | $410.00 | 0.20 | $82.00 | TWM |
| 7/5/06 | Review Judge Robertson's Order denying Defendant's Motion to Dismiss. | $410.00 | 0.2 | $82.00 | TWM |
| 7/13/06 | Draft letter to Mr. West re: denial of Defendant's Motion to Dismiss. | $410.00 | 0.4 | $164.00 | TWM |
| 7/24/06 | Draft correspondence to Atty Fields re: Meet and Confer Statement. Contact Mr. West. | $410.00 | 0.20 | $82.00 | TWM |
| 7/25/06 | Telephone conference with Mr. West regarding additional EEO complaints. | $410.00 | 0.4 | $164.00 | TWM |
| 7/26/06 | Prepare draft meet and conference statement. Draft correspondence to Atty Fields regarding same. Telephone conference with Mr. West regarding ADR. | $410.00 | 1.1 | $451.00 | TWM |
| 7/28/06 | Review Defendant's edits to Joint Meet and Confer Statement. Draft and review correspondence re: same. | $410.00 | 0.4 | $164.00 | TWM |
| 7/28/06 | Prepare proposed Scheduling Order. | $410.00 | 0.3 | $123.00 | TWM |
| 8/10/06 | Review Court's Scheduling Order. | $410.00 | 0.1 | $41.00 | TWM |
| 8/16/06 | Prepare correspondence and attachment regarding calculation of damages for initial disclosures to Mr. West. | $410.00 | 0.4 | $164.00 | TWM |
| 8/24/06 | Prepare partial initial disclosures regarding damages. Telephone conference with Mr. West regarding same and upcoming discovery. | $410.00 | 1 | $410.00 | TWM |
| 9/28/06 | Review materials from Mr. West: announcements, statements, and Final Agency Decision. | $410.00 | 0.5 | $205.00 | TWM |
| 9/29/06 | Telephone conference with Atty Fields regarding joint motion to | $410.00 | 0.7 | $287.00 | TWM |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | extend discovery. Review draft of same and edit. Draft correspondence to Atty Fields providing comments and corrections. |  |  |  |  |
| 10/2/06 | Review final Joint Motion to Extend Discovery. | $410.00 | 0.1 | $41.00 | TWM |
| 10/6/06 | Status conference with Judge Robertson. | $410.00 | 0.5 | $205.00 | TWM |
| 11/16/06 | Review files for hearing exhibits requested by Agency counsel. | $410.00 | 0.4 | $164.00 | TWM |
| 11/16/06 | Review and draft correspondence re: administrative hearing exhibits. | $410.00 | 0.1 | $41.00 | TWM |
| 11/29/06 | Research default judgments in US District Court for DC | $410.00 | 0.5 | $205.00 | TWM |
| 11/30/06 | Draft Motion for partial default. | $410.00 | 1.8 | $738.00 | TWM |
| 12/8/06 | Review Defendant's Motion for Summary Judgment. | $410.00 | 0.8 | $328.00 | TWM |
| 12/12/06 | Telephone conference with Mr. West regarding mtg and add'l information for upcoming Motions. | $410.00 | 0.2 | $82.00 | TWM |
| 12/12/06 | Review Defendant's Errata to Motion for Summary Judgment and corrected Motion. | $410.00 | 0.4 | $164.00 | TWM |
| 12/19/06 | Prepare remainder of Motion for partial default. | $410.00 | 1.7 | $697.00 | TWM |
| 12/19/06 | Prepare consent Motion for Extension to file Opposition to Summary Judgment. | $410.00 | 0.3 | $123.00 | TWM |
| 12/21/06 | Prepare correspondence to Atty Fields re: EEO complaint to be amended to case. | $410.00 | 0.1 | $41.00 | TWM |
|  | **Total** |  | 12.8 | **$5,248.00** |  |

| Date | Description of Services | Hrly Rate | Time | Amount | ATTY |
|---|---|---|---|---|---|
| **Phase III** | | | | | |
| 1/4/07 | Review Defendant's Consent Motion for Extension of time to oppose Motion for Default. | $410.00 | 0.2 | $82.00 | TWM |
| 1/7/07 | Review Defendant's Opposition to Motion for Partial Default. | $410.00 | 0.5 | $205.00 | TWM |
| 1/23/07 | Draft and file Reply to Opposition to Motion for Partial Default. Research Rule 55 in US DC Circuit. | $410.00 | 2.5 | $1,025.00 | TWM |
| 1/25/07 | Telephone conference with Atty Fields regarding Judge's recent order granting Contact Judge's chambers for clarification. | $410.00 | 0.2 | $82.00 | TWM |
| 1/27/07 | Draft and outline Opposition To Motion for Summary Judgment. | $410.00 | 0.8 | $328.00 | TWM |
| 1/28/07 | Prepare Opposition To Motion for Summary Judgment. | $410.00 | 3 | $1,230.00 | TWM |
| 1/29/07 | Continue to prepare Opposition to Motion for Summary Judgment. Review and conduct research for 56F Motion. Review draft West affidavit for 56F Motion. | $410.00 | 7.5 | $3,075.00 | TWM |
| 1/30/07 | Prepare 56F Motion. | $410.00 | 4.7 | $1,927.00 | TWM |
| 1/30/07 | Edit West Affidavit for 56F Motion. Telephone conference with Mr. West regarding same and other case facts. Edit and draft additional portion of Opposition. Draft correspondence to Mr. West regarding documents review. | $410.00 | 4.6 | $1,886.00 | TWM |
| 1/30/07 | Draft Plaintiff's Statement of Material Facts in Dispute and Response to Defendant's Stmt. | $410.00 | 3.4 | $1,394.00 | TWM |
| 1/31/07 | Draft and finalize Opposition to Motion for Summary Judgment. | $410.00 | 12.5 | $5,125.00 | TWM |
| 2/1/07 | Draft correspondence to Atty Fields re: receipt/ filing of Opposition to Summary Judgment | $410.00 | 0.2 | $82.00 | TWM |
| 2/1/07 | Draft consent motion for leave to file excess pages in Opposition. | $410.00 | 0.3 | $123.00 | TWM |
| 2/5/07 | Review correspondence from Atty Fields re: | $410.00 | 1.2 | $492.00 | TWM |

| Date | Description | Rate | Hours | Amount | Atty |
|---|---|---|---|---|---|
| | filing issues. Telephone conference with ECF office re: same. Draft appropriate Notice to Court/Clerk's office. | | | | |
| 2/8/07 | Draft correspondence to Atty Fields re: filing/ receipt of Opposition to Summary Judgment Motion. Research delivery status. | $410.00 | 0.3 | $123.00 | TWM |
| 2/8/07 | Draft correspondence to Atty Fields re: filing/ receipt of Opposition to Summary Judgment. | $410.00 | 0.1 | $41.00 | TWM |
| 2/16/07 | Telephone conference with USDC Clerk's Office re: CD-Rom of Exhibits. Draft correspondence to clerk re: same. | $410.00 | 0.7 | $287.00 | TWM |
| 3/4/07 | Review Defendant's Opposition to Plaintiff's 56F Motion and exhibits. | $410.00 | 1.8 | $738.00 | TWM |
| 3/21/07 | Prepare Motion for Extension to file Reply to Opposition to 56F Motion. Contact Atty Fields for consent. | $410.00 | 1.1 | $451.00 | TWM |
| 4/27/07 | Review Defendant's Replies to Plaintiff's Opposition to Motion for Summary Judgment. | $410.00 | 2.3 | $943.00 | TWM |
| 5/10/07 | Telephone conference with Mr. West regarding 56F Hearing. Draft correspondence to him regarding same and his affidavit. | $410.00 | 0.2 | $82.00 | TWM |
| 5/14/07 | Preparing for 56f hearing. | $410.00 | 2.3 | $943.00 | TWM |
| 5/15/07 | 56F Hearing before Judge Robertson. Consult with Mr. West. | $410.00 | 2.8 | $1,148.00 | TWM |
| 5/22/07 | Review Court's Discovery Order. | $410.00 | 0.1 | $41.00 | TWM |
| 5/30/07 | Draft interrogatories and document production requests. | $410.00 | 3.9 | $1,599.00 | TWM |
| 6/26/07 | Telephone conference with Mr. West regarding upcoming 204 B in Green's absence. | $410.00 | 0.2 | $82.00 | TWM |
| **Total** | | | 57.4 | **$23,534.00** | |

| Date | Description of Services | Hrly Rate | Time | Amount | ATTY |
|---|---|---|---|---|---|
| **Phase III** | | | | | |
| 7/19/07 | Draft and review correspondence to/from Atty Fields re: non-receipt of Defendant's responses to discovery requests. | $410.00 | 0.1 | $41.00 | TWM |
| 8/22/07 | Review discovery order. | $410.00 | 0.1 | $41.00 | TWM |
| 8/31/07 | Telephone conference with Mr. West re: availability for Cook and Scott depositions. Draft and review correspondence to /from Atty Fields re: deposition scheduling. | $410.00 | 0.4 | $164.00 | TWM |
| 9/5/07 | Draft and review correspondence to and from Attorney Fields regarding Depositions. Telephone conference with Mr. West regarding same. Draft Notice of Deposition. | $410.00 | 0.8 | $328.00 | TWM |
| 9/7/07 | Review correspondence/materials from Mr. West for Green and Cook depositions. | $410.00 | 0.6 | $246.00 | TWM |
| 9/12/07 | Prepare for Green and Cook Deposition. Telephone conference with Mr. Green regarding the same. Telephone conference with Attorney Fields regarding Deposition of Green. | $410.00 | 0.5 | $205.00 | TWM |
| 9/13/07 | Preparation for Green and Cook depositions. Deposition of Frank Green and David Cook. | $410.00 | 5.4 | $2,214.00 | TWM |
| 9/17/07 | Draft Supplemental Opposition to Defendant's Motion for Summary Judgment. | $410.00 | 4 | $1,640.00 | TWM |
| 9/18/07 | Finalize supplemental opposition and exhibits. | $410.00 | 1.7 | $697.00 | TWM |
| 10/1/07 | Review Court's Order Partially Granting and Partially Denying Defendant's Motion for Summary Judgment. | $410.00 | 0.3 | $123.00 | TWM |
| 10/4/07 | Telephone conference with Mr. West regarding Judge's decision on Summary Judgment and remainder of process. | $410.00 | 0.4 | $164.00 | TWM |
| **Total** | | | 14.3 | **$5,863.00** | |

| Date | Description of Services | HRLY Rate | Time | Amount | ATTY |
|---|---|---|---|---|---|
| **Phase III** | | | | | |
| 1/9/2008 | Conference with Attorney Dorsey regarding case history, pretrial conference and trial. | $410.00 | 0.5 | $205.00 | TWM |
| 1/28/2008 | Telephone conferences with Attorney Fields and Mr. West, respectively regarding preparation of settlement demand. | $410.00 | 0.3 | $123.00 | TWM |
| | **TOTAL** | | 0.8 | **$328.00** | |

| Date | Description of Services | HRLY Rate | Time | Amount | ATTY |
|---|---|---|---|---|---|
| **Phase III** | | | | | |
| 2/7/2008 | Review Mr. West's draft demand to USPS. | $410.00 | 0.3 | $123.00 | TWM |
| 2/8/2008 | Prepare damages calculation. Telephone conference with Mr. West regarding 204B missed opportunities and settlement demand. | $410.00 | 2.9 | $1,189.00 | TWM |
| 2/8/2008 | Review pretrial statements requirements. | $410.00 | 0.4 | $164.00 | TWM |
| 2/11/2008 | Telephone conference with Mr. West regarding settlement demand and risks of trial. | $410.00 | 0.3 | $123.00 | TWM |
| 2/11/2008 | Prepare Pretrial Statement. Trial Prep: prepare-elemental and evidence outline. | $410.00 | 3.8 | $1,558.00 | TWM |
| 2/14/2008 | Telephone conference with Attorney Fields regarding settlement and Pretrial Statement. Continue to prepare Pretrial Statement. Review correspondence from Attorney Fields regarding Stipulations. | $410.00 | 3.6 | $1,476.00 | TWM |
| 2/15/2008 | Edit and finalize Pretrial Statement. | $410.00 | 2.2 | $902.00 | TWM |
| 2/20/2008 | Review Pleadings for trial preparation. | $410.00 | 0.2 | $82.00 | TWM |
| 2/21/2008 | Pretrial strategy session and preparation meeting with Attorney Dorsey and Mr. West. | $410.00 | 5.8 | $2,378.00 | TWM |
| 2/22/2008 | Pretrial conference preparation and Trial Preparation. | $410.00 | 3.3 | $1,353.00 | TWM |
| 2/24/2008 | Conference with Attorney Dorsey regarding West case background and pretrial conference. | $410.00 | 1.2 | $492.00 | TWM |
| 2/25/2008 | Pretrial conference before Judge Robertson. | $410.00 | 2 | $820.00 | TWM |
| 2/25/2008 | Client conference with Mr. West regarding trial and trial preparation. | $410.00 | 1.5 | $615.00 | TWM |
| 2/25/2008 | Meeting with Atty Fields re: trial exhibits, witnesses, jury instruction and voir dire questions. | $410.00 | 0.8 | $328.00 | TWM |
| 2/25/2008 | Review and identify exhibits inquired about by Attorney Fields. | $410.00 | 1.1 | $451.00 | TWM |

| Date | Description | Rate | Hours | Amount | Atty |
|---|---|---|---|---|---|
| 2/26/2008 | Trial preparation: condense witness list, identify potential witness testimony and review trial exhibits | $410.00 | 1.8 | $738.00 | TWM |
| 2/27/2008 | Revise exhibit list and amend Pretrial Statement accordingly. Prepare Response to Defendant's Objections to Exhibits. Prepare Objections to Defendant's exhibits and witnesses. | $410.00 | 5.1 | $2,091.00 | TWM |
| 2/27/2008 | Telephone conference with Attorney Fields regarding exhibits, supplemental discovery, and acceptance of service of witness subpoena. | $410.00 | 0.3 | $123.00 | TWM |
| 2/27/2008 | Draft correspondence to Attorney Fields regarding pretrial conferences among counsel. Research Rule 26, and review trial preparation materials. | $410.00 | 1.8 | $738.00 | TWM |
| 2/28/2008 | Trial preparation. Contact witnesses. Strategy sessions. | $410.00 | 3.4 | $1,394.00 | TWM |
| 2/28/2008 | Review deposition notes and testimony. Strategy session for witness preparation. | $410.00 | 1.3 | $533.00 | TWM |
| 2/28/2008 | Trial preparation. Telephone conference with Atty Fields re: USPS' discovery supplementation and acceptance of subpoenas. | $410.00 | 5.6 | $2,296.00 | TWM |
| 2/28/2008 | Conference with Mr. West regarding witnesses, proof of damages, and higher-level/204B assignments. | $410.00 | 0.5 | $205.00 | TWM |
| | **Total** | | 49.2 | **$20,172.00** | |

| Date | Description of Services | HRLY Rate | Time | Amount | ATTY |
|---|---|---|---|---|---|
| **Phase III** | | | | | |
| 3/1/2008 | Jury Instructions review for preparation of case in chief. | $410.00 | 1.7 | $697.00 | TWM |
| 3/2/2008 | Trial preparation: read Currie deposition and hearing testimony. | $410.00 | 2.3 | $943.00 | TWM |
| 3/2/2008 | Conference with Attorney Dorsey regarding trial preparation and division of responsibilities. | $410.00 | 1.4 | $574.00 | TWM |
| 3/2/2008 | Prepare voir dire questions. | $410.00 | 1.5 | $615.00 | TWM |
| 3/2/2008 | Conference with Attorney Dorsey regarding Subpoenas. | $410.00 | 0.3 | $123.00 | TWM |
| 3/2/2008 | Telephone interview with witness, William Miles. | $410.00 | 0.5 | $205.00 | TWM |
| 3/2/2008 | Telephone interview with witness, Gwendolyn Simms-Hearn. | $410.00 | 0.4 | $164.00 | TWM |
| 3/2/2008 | Telephone interview with witness, Rudy Ford. | $410.00 | 0.4 | $164.00 | TWM |
| 3/2/2008 | Telephone interview with witness, Edward Clark. | $410.00 | 0.6 | $246.00 | TWM |
| 3/2/2008 | Telephone conference with Atty Dorsey re: Miles, Clark, Sims-Hearns & Ford testimony. | $410.00 | 0.2 | $82.00 | TWM |
| 3/2/2008 | Trial preparation: read Cook depositions. | $410.00 | 1.3 | $533.00 | TWM |
| 3/3/2008 | Trial preparation: review West & Cook Hearing testimony. | $410.00 | 4.1 | $1,681.00 | TWM |
| 3/3/2008 | Telephone conference with William Miles and Mrs. Simms-Hearn. | $410.00 | 0.4 | $164.00 | TWM |

| Date | Description | Rate | Hours | Amount | Atty |
|---|---|---|---|---|---|
| 3/3/2008 | Conference with Attorney Dorsey and process server regarding service of witness and trial preparation. | $410.00 | 0.9 | $369.00 | TWM |
| 3/3/2008 | Draft Motion to Compel and Motion for Sanctions. | $410.00 | 1.4 | $574.00 | TWM |
| 3/3/2008 | Conference with Attorney Dorsey regarding higher level assignments, witness testimony and order, & case presentation. | $410.00 | 1.4 | $574.00 | TWM |
| 3/4/2008 | Trial preparation: review Parker Hearing testimony & Collective Bargaining Agreement. | $410.00 | 1.3 | $533.00 | TWM |
| 3/4/2008 | Conference with Atty Dorsey re: trial strategy and preparation. | $410.00 | 0.3 | $123.00 | TWM |
| 3/4/2008 | Telephone conferences with witnesses Rudy Ford and Robert Parker. | $410.00 | 1.1 | $451.00 | TWM |
| 3/4/2008 | Meet with Atty Dorsey and Mr. West re: trial prep and strategy. | $410.00 | 1 | $410.00 | TWM |
| 3/4/2008 | Edit Motion to Compel. | $410.00 | 1.2 | $492.00 | TWM |
| 3/4/2008 | Trial preparation: identify elements for each claim and prepare proof constructs through witnesses and exhibits. | $410.00 | 5.4 | $2,214.00 | TWM |
| 3/5/2008 | Conference with witness, Rudy Ford re: VMF structure & applicable union contract provisions and Postal regulations. | $410.00 | 3.1 | $1,271.00 | TWM |
| 3/5/2008 | Trial preparation: prepare witness order and exam for each witness and Attorney conferences. re: same | $410.00 | 10.2 | $4,182.00 | TWM |
| 3/6/2008 | Conference call with Judge Robertson and parties regarding Plaintiff's Motion to Compel. | $410.00 | 0.5 | $205.00 | TWM |
| 3/6/2008 | Trial preparation: review documents for possible use as exhibits and attorney con- | $410.00 | 7.3 | $2,993.00 | TWM |

| Date | Description | Rate | Hours | Amount | Atty |
|---|---|---|---|---|---|
| | ferences re: same. | | | | |
| 3/6/2008 | Conference with Atty Dorsey prior to conference with Judge and parties re: motion to compel. | $410.00 | 0.2 | $82.00 | TWM |
| 3/6/2008 | Telephone conference with Mr. West re: other employees' higher-level assignments. | $410.00 | 1.9 | $779.00 | TWM |
| 3/6/2008 | Telephone conference with Mr. Ford re: employee higher-level assignments. | $410.00 | 0.6 | $246.00 | TWM |
| 3/7/2008 | Trial preparation: prepare exams, exhibit preparation, attorney conferences re: case presentation, etc. | $410.00 | 13.8 | $5,658.00 | TWM |
| 3/8/2008 | Trial preparation: exam prep, exhibit preparation, attorney conferences, etc. | $410.00 | 14.2 | $5,822.00 | TWM |
| 3/9/2008 | Interview and preparation of Edward Clark (witness). | $410.00 | 1.2 | $492.00 | TWM |
| 3/9/2008 | Meeting with Miles, Clark and Simms-Hearn regarding case, claims, and defenses. | $410.00 | 0.4 | $164.00 | TWM |
| 3/9/2008 | Prepare and practice opening statement. | $410.00 | 3.7 | $1,517.00 | TWM |
| 3/9/2008 | Preparation of Kevin West for trial testimony and cross examination. | $410.00 | 3.5 | $1,435.00 | TWM |
| 3/9/2008 | Prepare examination for Rudy Ford and prepare Mr. Ford for testimony. | $410.00 | 2.8 | $1,148.00 | TWM |
| 3/9/2008 | Edit West examination questions. | $410.00 | 1 | $410.00 | TWM |
| 3/9/2008 | Review draft power point for Opening Statement. | $410.00 | 0.3 | $123.00 | TWM |
| 3/9/2008 | Conference with Attorney Dorsey regarding jury selection. | $410.00 | 0.8 | $328.00 | TWM |
| 3/9/2008 | Edit and revise West direct exam. | $410.00 | 1.8 | $738.00 | TWM |

| Date | Description | Rate | Hours | Amount | Atty |
|---|---|---|---|---|---|
| 3/9/2008 | Trial [rep conference with Attorney Dorsey re: pening statement & voir dire. | $410.00 | 1.2 | $492.00 | TWM |
| 3/9/2008 | Prepare and practice Opening Statement. | $410.00 | 1.7 | $697.00 | TWM |
| 3/10/2008 | Practice Opening Statement. | $410.00 | 0.8 | $328.00 | TWM |
| 3/10/2008 | Trial- Day 1 | $410.00 | 10 | $4,100.00 | TWM |
| 3/10/2008 | Prepare West re-direct. | $410.00 | 1.40 | $574.00 | TWM |
| 3/10/2008 | Prepare Cook direct exam & identify related exhibits. Review depositions excerpts. | $410.00 | 4.8 | $1,968.00 | TWM |
| 3/10/2008 | Review records of comparators for 204B & H/L Craft details. | $410.00 | 2.9 | $1,189.00 | TWM |
| 3/10/2008 | Confer with Attorney Dorsey re: next day's examinations & strategy. | $410.00 | 3.1 | $1,271.00 | TWM |
| 3/11/2008 | Trial- Day 2 | $410.00 | 10 | $4,100.00 | TWM |
| 3/11/2008 | Conduct research on prior incidents of discrimination & prepare summary. | $410.00 | 0.9 | $369.00 | TWM |
| 3/11/2008 | Prepare Currie Examination & redirect and review related exhibits, deposition excerpts & affidavits/declarations. | $410.00 | 3.2 | $1,312.00 | TWM |
| 3/11/2008 | Prepare Miller examination & review related exhibits & hearing testimony. | $410.00 | 1.2 | $492.00 | TWM |
| 3/11/2008 | Prepare Green examination. | $410.00 | 0.8 | $328.00 | TWM |
| 3/11/2008 | Conference with Master Sergeant William Miles for prep for next day testimony. | $410.00 | 0.4 | $164.00 | TWM |
| 3/11/2008 | Conference with Edward Clark for prep for next day testimony. | $410.00 | 0.6 | $246.00 | TWM |
| 3/11/2008 | Confer with Attorney Dorsey re: next day's examination & strategy. | $410.00 | 1.5 | $615.00 | TWM |

| Date | Description | Rate | Hours | Amount | Atty |
|---|---|---|---|---|---|
| 3/12/2008 | Trial- Day 3 | $410.00 | 9 | $3,690.00 | TWM |
| 3/12/2008 | Confer with Attorney Dorsey Re: motion for reconsideration for directed verdicts on 204B race claim. | $410.00 | 0.5 | $205.00 | TWM |
| 3/12/2008 | Confer with Attorney Dorsey re: cross examination of Defendant's witnesses & closing arguments. | $410.00 | 2.1 | $861.00 | TWM |
| 3/12/2008 | Prepare Closing Argument & practice same. | $410.00 | 2.8 | $1,148.00 | TWM |
| 3/12/2008 | Review Agency Report of Investigation & Affidavits of panel members. | $410.00 | 1.8 | $738.00 | TWM |
| 3/12/2008 | Prepare cross examinations for Absher & Smith. | $410.00 | 0.6 | $246.00 | TWM |
| 3/13/2008 | Trial-Day 4 | $410.00 | 9.5 | $3,895.00 | TWM |
| 3/13/2008 | Conference with Attorney Fields re: possible settlement & exhibits admitted into evidence. | $410.00 | 0.5 | $205.00 | TWM |
| 3/14/2008 | Conference with Attorney Dorsey re: post-trial Motions. | $410.00 | 1.7 | $697.00 | TWM |
| 3/14/2008 | Jury Note & Oral Motion for Directed Verdict | $410.00 | 0.5 | $205.00 | TWM |
| 3/14/2008 | Verdict | $410.00 | 0.4 | $164.00 | TWM |
| 3/14/2008 | Trial: Waiting for Jury Verdict. | $410.00 | 3.4 | $1,394.00 | TWM |
| | **Total** | | 173.7 | **$71,217.00** | |