**West v. Potter**  **Associate Atty Fees**

**Donald Wine**

**PHASE III**

| Date | Description | Rate | Hours | Amount | |
|---|---|---|---|---|---|
| 2/12/08 | Summarize Frank Green and David Cook Deposition Transcripts. | $225.00 | 2.50 | $562.50 | DW |
| 2/13/08 | Summarize Messrs. Green and Cook Deposition Transcripts. | $225.00 | 5.80 | $1,305.00 | DW |
| | **Total** | | **8.30** | **$1,867.50** | |