

# The Law Office of T.W. Murray

*West v. Potter*
Civ. Action No. 05-1339(JR)

# TERESA MURRAY'S ATTORNEY'S FEES

# POST-JUDGMENT

| Date | Description of Services | HRLY Rate | Time | Amount | ATTY |
|---|---|---|---|---|---|
| **Post-Jdgmt** | | | | | |
| 3/15/2008 | Identify post-trial Motions to file. | $410.00 | 0.4 | $164.00 | TWM |
| 3/17/2008 | Review judgment and minute entries by Court. | $410.00 | 0.2 | $82.00 | TWM |
| 3/17/2008 | Telephone conference with Mr. West regarding back pay, fees and costs. Review receipts and calculations regarding same. | $410.00 | 1.1 | $451.00 | TWM |
| 3/17/2008 | Conference with Attorney Dorsey regarding possible Post-Trial Motions. | $410.00 | 0.4 | $164.00 | TWM |
| 3/18/2008 | Review research on Attorneys fees for prevailing party. | $410.00 | 0.5 | $205.00 | TWM |
| 3/18/2008 | Prepare and review billing records for preparation of fee petition. | $410.00 | 1.5 | $615.00 | TWM |
| 3/20/2008 | Conference with Atty Dorsey to divide up responsibilities for assessment of post-trial motions. | $410.00 | 0.4 | $164.00 | TWM |
| 3/21/2008 | Draft/review correspondence to/from Atty Fields re: remedies hearing. | $410.00 | 0.2 | $82.00 | TWM |
| 3/21/2008 | Conduct and review research for bill of costs. | $410.00 | 0.7 | $287.00 | TWM |
| 3/24/2008 | Prepare attorneys fees calculation. | $410.00 | 0.5 | $205.00 | TWM |
| 3/26/2008 | Telephone conferences with Mr. West re: equitable remedies, salary history, and backpay calculation. | $410.00 | 1.1 | $451.00 | TWM |
| 3/26/2008 | Telephone conference with Rudy Ford re: Level 8 opening and information for backpay calculation. | $410.00 | 0.2 | $82.00 | TWM |
| 3/26/2008 | Prepare backpay and interest analysis. Review research re same. | $410.00 | 1.8 | $738.00 | TWM |
| 3/26/2008 | Conference with Atty Dorsey re: | $410.00 | 0.6 | $246.00 | TWM |

| Date | Description | Rate | Hours | Amount | Atty |
|---|---|---|---|---|---|
| | backpay calculation and collaboration with Atty Fields. | | | | |
| 3/26/2008 | Prepare attorneys fees petition. | $410.00 | 2.2 | $902.00 | TWM |
| 3/27/2008 | Draft/review correspondence to/from Atty Fields re: remedies proposals and exchange. | $410.00 | 0.2 | $82.00 | TWM |
| 3/27/2008 | Review trial transcript from Mar. 13, 2008 for possible JNOV Motion. | $410.00 | 0.3 | $123.00 | TWM |
| 3/27/2008 | Prepare attorneys fees petition. | $410.00 | 3.2 | $1,312.00 | TWM |
| 3/27/2008 | Consult with Attys B.Fredrickson and Dorsey re: post-trial motions. | $410.00 | 0.5 | $205.00 | TWM |
| 3/27/2008 | Conference with Atty Dorsey re: strengths and weaknesses of JNOV Motion. | $410.00 | 1.6 | $656.00 | TWM |
| 3/28/2008 | Conduct research on employer's burden of production for JNOV and applicable Federal Rules of Civil Procedure. | $410.00 | 2.9 | $1,189.00 | TWM |
| 3/28/2008 | Telephone conference with Attys Fields and Dorsey re: post-trial filings schedule and consent for extension to file fee petition and bill of costs. | $410.00 | 0.2 | $82.00 | TWM |
| 3/28/2008 | Telephone conference with Mr. West re: Steve Clark's hours for backpay calculation. | $410.00 | 0.2 | $82.00 | TWM |
| 3/28/2008 | Conference with Mr. West re: documents showing Mr. Clark's work hours for backpay calculation and confer and consent to non-filing of JNOV and motion for new trial. | $410.00 | 0.7 | $287.00 | TWM |
| 3/28/2008 | Edit Motion for Extension to file bill of costs, attorneys fee petition, and requests for awards and remedies. | $410.00 | 0.2 | $82.00 | TWM |
| **Total** | | | 21.8 | **$8,938.00** | |

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Post Judgmt** | | | | | |
| 4/16/2008 | Research Postal service backpay and interest provisions in Postal Service ELM. | $410.00 | 0.70 | $287.00 | TWM |
| 4/17/2008 | Prepare attorney fee calculations. | $410.00 | 0.80 | $328.00 | TWM |
| 4/21/2008 | Draft correspondence to Atty Fields re: extension to remedies-submission deadlines. | $410.00 | 0.20 | $82.00 | TWM |
| 4/25/2008 | Review S. Clark work hours and relevant ELM provisions for backpay calculation. | $410.00 | 0.70 | $287.00 | TWM |
| 4/30/2008 | Draft Motion for Extension of time to file fee petition, etc. and draft correspondence to Atty Fields re: same. | $410.00 | 0.80 | $328.00 | TWM |
| | **Total** | | 3.20 | **$1,312.00** | |

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Post-Jdgmt** | | | | | |
| 5/29/2008 | Prepartion of atty fee calcuations. | $410.00 | 5.20 | $2,132.00 | TWM |
| 5/29/2008 | Conference with Atty Dorsey re:submission of remedies to USPS. | $410.00 | 0.30 | $123.00 | TWM |
| 5/30/2008 | Telephone conference with Mr. West and Atty Dorsey re: remedies proposal and time frames for relief. | $410.00 | 0.40 | $164.00 | TWM |
| 5/30/2008 | Telephone conference with Economist, K. Green for preparation of backpay and interest calculations. Draft memo to Mr. Green re: same. | $410.00 | 0.80 | $328.00 | TWM |
| 5/31/2008 | Prepare attorneys fees calculations. | $410.00 | 6.50 | $2,665.00 | TWM |
| | **Total** | | 13.20 | **$5,412.00** | |

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Post-Jdgmt** | | | | | |
| 6/1/2008 | Prepare attorneys fees calculations. | $410.00 | 1.60 | $656.00 | TWM |
| 6/3/2008 | Prepare attorneys fees calculations. | $410.00 | 2.30 | $943.00 | TWM |
| 6/4/2008 | Prepare and finalize attorneys fees proposal. Review paralegal fees. Prepare costs calculations. | $410.00 | 7.50 | $3,075.00 | TWM |
| 6/5/2008 | Finalize costs calculation. Draft proposed remedies letter to Atty Fields. | $410.00 | 3.50 | $1,435.00 | TWM |
| 6/6/2008 | Finalize letter to Atty Fields outlining Plantiff's proposed remedies. | $410.00 | 3.70 | $1,517.00 | TWM |
| 6/6/2008 | Telephone conference with Ecoomoist Green re: backpay and interest calcuations. | $410.00 | 0.70 | $287.00 | TWM |
| 6/9/2008 | Draft correspondence to Economist Green re: applicaable dates for back pay and interest calcuations. | $410.00 | 0.40 | $164.00 | TWM |
| 6/26/2008 | Telepone conference with Economist Green re: facts and information for calcuation of back pay. | $410.00 | 0.30 | $123.00 | TWM |
| 6/27/2008 | Telephone conferences with Messrs. Green and West re: paystub information for back pay calculations. | $410.00 | 0.20 | $82.00 | TWM |
| 6/30/2008 | Telephone conference with Economist Green re: dates, levels, etc. for back pay calculations. | $410.00 | 1.10 | $451.00 | TWM |
| 6/30/2008 | Telephone conference with Mr. West re: pay rate/level. | $410.00 | 0.30 | $123.00 | TWM |
| 6/30/2008 | Conference with Attorney Dorsey re: back pay and interest calcuations. | $410.00 | 0.50 | $205.00 | TWM |
| **Total** | | | 22.10 | **$9,061.00** | |

| Date | Description of Services | Hrly Rate | Time | Amount | Lawyer |
|---|---|---|---|---|---|
| **Post-Jdgmt** | | | | | |
| 7/4/2008 | Review back pay and interest spreadsheets prepared by Economist. | $410.00 | 0.70 | $287.00 | TWM |
| 7/4/2008 | Draft correspondence to Atty Fields re: back pay, interest and response to remedies proposals. | $410.00 | 0.50 | $205.00 | TWM |
| 7/8/2008 | Confer with Atty Dorsey re: Defendant's lack of effort to negotiate remedies and filing remedies motions. | $410.00 | 0.30 | $123.00 | TWM |
| 7/8/2008 | Telephone conference with Atty Fields re: remedies negotiations and Defendant's request for more time. | $410.00 | 0.20 | $82.00 | TWM |
| 7/9/2008 | Begin preparation of Motion for Attorneys Fees Award. | $410.00 | 0.80 | $328.00 | TWM |
| 7/10/2008 | Conduct research for Motion for Attorneys Fees. | $410.00 | 1.30 | $533.00 | TWM |
| 7/10/2008 | Research local and FRCP rules re: Bill of Costs and draft Bill of Costs. | $410.00 | 6.50 | $2,665.00 | TWM |
| 7/11/2008 | Draft Motion for Leave to File Post-Trial Remedies Motions. | $410.00 | 1.70 | $697.00 | TWM |
| 7/11/2008 | Review and conduct research on attorney fee awards in DC Circuit. | $410.00 | 1.30 | $533.00 | TWM |
| 7/11/2008 | Continue preparation of Bill of Costs. | $410.00 | 1.20 | $492.00 | TWM |
| 7/11/2008 | Conferences with Atty Dorsey re: preparation of and information for attorneys fee motion, back pay motion, Bill of Costs and communications with Atty Fields. | $410.00 | 0.70 | $287.00 | TWM |
| 7/11/2008 | Draft Motion for Attorneys Fee Award. | $410.00 | 6.90 | $2,829.00 | TWM |
| 7/11/2008 | Draft declaration for Motion for Attorneys Fees and Bill of Costs. | $410.00 | 2.00 | $820.00 | TWM |
| **Total** | | | **24.10** | **$9,881.00** | |

| Teresa W. Murray | Attorney Fees Summary | | |
|---|---|---|---|
| **MONTH/YEAR** | **HOURS** | **TOTAL FEE** | |
| **Phase I** | | | |
| Feb-03 | Consultation | $250.00 | |
| Apr-03 | 3.8 | $1,558.00 | |
| May-03 | 2.7 | $1,107.00 | |
| **Phase I Total** | **6.5** | **$2,915.00** | **$2,915.00** |
| | | | |
| **Phase II** | | | |
| Year 2003 | | | |
| Mar-03 | 7.8 | $3,198.00 | |
| Oct-03 | 1.4 | $574.00 | |
| Nov-03 | 31.4 | $12,874.00 | |
| Dec-03 | 114.0 | $46,740.00 | |
| Year 2004 | | | |
| Jan-04 | 26.4 | $10,824.00 | |
| Feb-04 | 7.3 | $2,993.00 | |
| Mar-04 | 7.4 | $3,034.00 | |
| Apr-04 | 23.5 | $9,635.00 | |
| May-04 | 56.0 | $22,960.00 | |
| Jun-04 | 58.8 | $24,108.00 | |
| Jul-04 | 69.1 | $28,331.00 | |
| Sep-04 | 3.8 | $1,558.00 | |
| Oct-04 | 62.6 | $25,666.00 | |
| Nov-04 | 54.4 | $22,304.00 | |
| Dec-04 | 7.1 | $2,911.00 | |
| Year 2005 | | | |
| Jan-05 | 37.3 | $15,293.00 | |
| **Phase II Total** | **568.3** | **$233,003.00** | **$233,003.00** |
| | | | |
| **Phase III** | | | |
| Aug-05 | 2.0 | $820.00 | |
| Sep-05 | 21.2 | $8,692.00 | |
| Oct-05 | 22.6 | $9,266.00 | |
| Nov-05 | 0.6 | $246.00 | |
| Dec-05 | 0.3 | $123.00 | |
| Year 2006 Total | 12.8 | $5,248.00 | |
| Year 2007 | | | |
| January - June 2007 | 57.4 | $23,534.00 | |
| July - December 2007 | 14.3 | $5,863.00 | |
| Year 2008 | | | |
| Jan-08 | 0.8 | $328.00 | |
| Feb-08 | 49.2 | $20,172.00 | |
| Mar-08 (thru Jdgmt) | 173.7 | $71,217.00 | |
| **Phase III Total** | **354.9** | **$145,509.00** | **$145,509.00** |

| Post-Judgment | | | |
|---|---:|---:|---:|
| Mar-08 (post-Jdgmt) | 21.8 | $8,938.00 | |
| Apr-08 | 3.2 | $1,312.00 | |
| May-08 | 13.2 | $5,412.00 | |
| Jun-08 | 22.1 | $9,061.00 | |
| Jul-08 (thru 7/11) | 24.1 | $9,881.00 | |
| **Post-Judgment Total to 7/11/08** | **84.4** | **$34,604.00** | **$34,604.00** |
| | | | |
| **GRAND TOTAL** | | | **$416,031.00** |