# N. BERNARD DORSEY, JR., ESQ.

### PHASE I:  CONSULTATION AND INITIAL CASE ANALYSIS

These fees reflect initial consultation with Mr. West in August, 2001 regarding his claims of discrimination and retaliation against the United States Postal Service.  The fees also include follow-up meetings, overall case analysis, review and analysis of relevant documents, strategy for case development and for practical ways to deal with ongoing violations by Postal Service, and advice on the litigation process from administrative phases through federal court.  All meetings and analysis involve the precise claims on which Mr. West ultimately prevailed following the jury trial in *West v. Potter*.

Relevant Dates:    August 2001 through October 2001

Total Hours:    16.9

Fee Amount    $6,929.00

### PHASE III:  TRIAL IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

These fees reflect the time reasonably and necessarily expended to carry out my duties as co-counsel for Mr. West for trial before Judge Robertson, including review and analysis of Report of Investigation, voluminous administrative hearing records, depositions, discovery, trial preparation, developing trial strategy, witness examinations, exhibit compilation, and actual trial.

Relevant Dates:    February 2008 through March 14, 2008

Total Hours:    186.80

Fee Amount:    $76,588.00

**PHASE: POST-TRIAL**

      These fees reflect the time reasonably and necessarily expended to carry out post-trial responsibilities, including individual and joint (with TWM) consideration of post-trial motions, post-trial strategy, fee petition, bill of costs, analysis and review of back pay and damages calculations, and appropriate equitable remedies.

Relevant Dates:        March 16, 2008 through July 11, 2008

Total Hours:           20.6

Fee Amount:            $8,446.00