UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN D. WEST,** )<br>       Plaintiff, )<br>       v. )<br>**JOHN E. POTTER,**<br>**POSTMASTER GENERAL**<br>**U.S. POSTAL SERVICE** )<br>       Defendant. ) | Civil Action No. 05-1339 (JR) |

**ORDER**

NOW this _____ day of _____, _____, upon consideration of the Plaintiff's Bill of Costs, all oppositions and replies thereto, it is hereby ORDERED that

1) the Motion is GRANTED in its entirety;

2) Defendant shall pay Plaintiff the sum of $17,433.41 for costs; and

3) Defendant shall remit payment to Plaintiff within 10 days of this Order.

It is so ORDERED.

_____
James Robertson
U.S. District Court Judge