FREE STATE REPORTING, INC.
1324 CAPE ST CLAIRE RD.
ANNAPOLIS, MD 21401
410-974-0947   301-261-1902


PAID 1-5-04

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/23/'03 | 96276 |

**BILL TO**
Kevin West
831 Chatsworth Drive
Accokeek, Maryland 20607

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Prepaid |  |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| 12-08-03<br>Kevin D. West vs.<br>John E. Potter<br>EEOC Case No. 120-2004-00080X<br><br>Deposition of Sandra Monique Childs<br>Original Transcript | 159 | 3.25 | 516.75 |
| Deposition of Franklin Green<br>Original Transcript | 149 | 3.25 | 484.25 |
| 12-09-03<br>Deposition of Joseph King<br>Original Transcript | 256 | 3.25 | 832.00 |
| 12-10-03<br>Deposition of John Preston Miller, III<br>Original Transcript | 60 | 3.25 | 195.00 |
| Deposition of Diane Marie Hatfield<br>Original Transcript | 138 | 3.25 | 448.50 |
| 12-12-03<br>Deposition of David Edward Cook<br>Original Transcript | 194 | 3.25 | 630.50 |

FED I.D. 52-1238946   FAX 410-974-0297
PLEASE RETURN COPY OF INVOICE WITH PAYMENT.

**Total**

# Invoice

.EE STATE REPORTING, INC.
1324 CAPE ST CLAIRE RD.
ANNAPOLIS, MD 21401
410-974-0947   301-261-1902

| DATE | INVOICE NO. |
|---|---|
| 12/23/'03 | 96276 |

**BILL TO**

Kevin West
831 Chatsworth Drive
Accokeek, Maryland 20607

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Prepaid |  |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| 12-15-03<br>Deposition of Timothy A. Currie<br>Original Transcript | 329 | 3.25 | 1,069.25 |
| Floppy Disks | 4 | 10.00 | 40.00 |
| Regular delivery |  | 15.00 | 15.00 |

FED I.D. 52-1238946   FAX 410-974-0297
PLEASE RETURN COPY OF INVOICE WITH PAYMENT.

**Total** $4,231.25

FREE STATE REPORTING, INC.
1324 CAPE ST CLAIRE RD.
ANNAPOLIS, MD 21401
410-974-0947   301-261-1902



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/15/'03 | 96269 |

**BILL TO**

Kevin West
831 Chatsworth Drive
Accokeek, Maryland 20607

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Prepaid |  |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| 12-05-03 Kevin D. West vs. John E. Potter EEOC Case No. 120-2004-00080X |  |  |  |
| Deposition of: Gregory Kenneth Absher Original Transcript | 156 | 3.25 | 507.00 |
| Deposition of Sandra Monique Childs Original Transcript | 102 | 3.25 | 331.50 |
| Regular delivery |  | 15.00 | 15.00 |
| Floppy Disk |  | 10.00 | 10.00 |

FED I.D. 52-1238946    FAX 410-974-0297
PLEASE RETURN COPY OF INVOICE WITH PAYMENT.

**Total**    $863.50

FREE STATE REPORTING, INC.
1324 CAPE ST CLAIRE RD.
ANNAPOLIS, MD 21401
410-974-0947   301-261-1902


PAID 1-26-04

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 1/7/'04 | 96288 |

**BILL TO**

Kevin West
831 Chatsworth Drive
Accokeek, Maryland 20607

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Prepaid |  |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| 12-16-03 Kevin D. West vs. John E. Potter EEOC Case No. 120-2004-00080X |  |  |  |
| Deposition of Joseph King Original Transcript | 5 | 3.25 | 16.25 |
| Deposition of Diane Marie Hatfield Original Transcript | 40 | 3.25 | 130.00 |
| Deposition of John Preston Miller, III Original Transcript | 128 | 3.25 | 416.00 |
| Deposition of Franklin Green Original Transcript | 99 | 3.25 | 321.75 |
| Floppy Disk | 1 | 10.00 | 10.00 |
| Regular delivery |  | 15.00 | 15.00 |

FED I.D. 52-1238946   FAX 410-974-0297
PLEASE RETURN COPY OF INVOICE WITH PAYMENT.

**Total** $909.00

FREE STATE REPORTING, INC.
1324 CAPE ST CLAIRE RD.
ANNAPOLIS, MD 21401
410-974-0947  301-261-1902



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 2/12/'04 | 96324 |

**BILL TO**
Kevin West
831 Chatsworth Drive
Accokeek, Maryland 20607

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Prepaid |  |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| 01-29-04 Kevin D. West vs. John E. Potter EEOC Case No. 120-2004-00080X |  |  |  |
| Deposition of David Cook | | | |
| Original Transcript | 77 | 3.25 | 250.25 |
| Floppy Disk | | 10.00 | 10.00 |
| Regular delivery | | 15.00 | 15.00 |

**Total** $275.25

**Alderson Reporting Co., Inc.**
1111 14th Street, NW  4th Floor
Washington, DC  20005-5650
Phone #:(202) 289-2260 Fax #:(202) 289-2221
E-Mail: ar@aldersonreporting.com
Federal I.D. No. 53-0257990

# INVOICE

Payment is due 30 days from invoice date.

**Invoice Date:** 9/17/2007

**Invoice No.** 87283

PLEASE REFERNCE THIS INVOICE NUMBER WHEN REMITTING

To: Teresa Murray
The Law Offices of T.W. Murray
7474 Greenway Center Drive
Suite 820
Greenbelt, MD  20770

Atty.Acct. No.: 13297
Case/Matter No.:
Our Ref. No.: 9775-2
Your Ref. No.:
Location: Greenbelt, MD

RE: West vs. Potter
Witness: David Cook
Proceeding Date: 9/13/2007
Classified:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 1 Business Day Delivery - David Cook | 81.00 | 6.65 | $538.65 |
| CD Contains LEF Transcript | 1.00 | 0.00 | $0.00 |

**PAID IN FULL**

Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]
Account #:
Registered To:
Expiration Date:
Signature:

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $538.65 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $538.65 |
| Amount Paid: | $538.65 |

Questions? Please call our Credit Manager @ 202-336-8808.
**Thank You For Your Business**

**TOTAL BALANCE DUE:** $0.00

**Alderson Reporting Co., Inc.**
1111 14th Street, NW 4th Floor
Washington, DC 20005-5650
Phone #:(202) 289-2260 Fax #:(202) 289-2221
E-Mail: ar@aldersonreporting.com
Federal I.D. No. 53-0257990

# INVOICE

Payment is due 30 days from invoice date.

**Invoice Date:** 9/17/2007

**Invoice No.** 87281

PLEASE REFERNCE THIS INVOICE NUMBER WHEN REMITTING

To: Teresa Murray
The Law Offices of T.W. Murray
7474 Greenway Center Drive
Suite 820
Greenbelt, MD 20770

Atty.Acct. No.: 13297
Case/Matter No.:
Our Ref. No.: 9775-1
Your Ref. No.:
Location: Greenbelt, MD

RE: West vs. Potter
Witness: Franklin Greene
Proceeding Date: 9/13/2007

Classified:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 1 Business Day Delivery - Michael Scott | 49.00 | 6.65 | $325.85 |
| CD Contains LEF Transcript | 1.00 | 0.00 | $0.00 |
| Shipping and Handling | 1.00 | 55.00 | $55.00 |

**PAID IN FULL**

Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]
Account #:
Registered To:
Expiration Date:
Signature:

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $380.85 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $380.85 |
| Amount Paid: | $380.85 |

Questions? Please call our Credit Manager @ 202-336-8808.

**Thank You For Your Business**

**TOTAL BALANCE DUE:** $0.00