**THE LAW OFFICE OF T.W. MURRAY**
7474 GREENWAY CENTER DR.
GREENBELT, MD 20770

No. 1377

Date 3/21/08

Pay to the order of: Jacqueline Sullivan

Four Hundred only — $ 400.00 Dollars

SUNTRUST
ACH RT 061000104

For: West v. Potter 3/13/08 Morning Transcript

Signed: T.W. Murray

⑈000001377⑈ ⑆055002707⑆

Message Center | Online Training Tutorial | Quick Reference Guide | Help | Sign off



SunTrust Online Cash Manager<sup>SM</sup>

| Accounts | Transfers | Payments | Payroll | Services | Alerts | Prefe |

Balances    **Activity**    Statements    Search Transactions

## View Transaction
Use this screen to view a cleared transaction.

**Transaction Information**

- **Account:** Business Checking - **************0219
- **Transaction:** Debit with image 1379
- **Date Cleared:** 04/11/2008
- **Amount:** $-533.50

- **Date Initiated:** 04/11/2008
- **FI Reference ID:** 20080411000000000533500013790000014
- **Description:** CHECK

**Transaction Image**

[Check image: THE LAW OFFICE OF T.W. MURRAY, 7474 GREENWAY CENTER DR., GREENBELT, MD 20770. Date 4/7/08. Pay to the order of Rebecca Street. Five Hundred Thirty three + 50 Dollars. SUNTRUST. For West v. Potter, Case # 05-1339 S/L/R.... Signed T.W. Murray. ⑈0000 1379⑈ ⑆055002707⑆]

**THE LAW OFFICE OF T.W.**
1025 CONNECTICUT AVE NW # 1000
WASHINGTON, DC 20036
Tel: (301) 388-0268

Store #873871

04/15/08 11:47:43 AM
MO/TO Sale

**Billing Address**                         **Shipping Address**

Kevin West
831 Chatworth Drive
Accokeek, MD 20607

CARD NUMBER: Visa ...3633 SWIPE: No
STATUS: APPROVED - 02312A
ORDER Number: 172.30.184.56-11952FC145D-1F94BB4-4ABBB3

| Qty | Unit Cost | Extended Cost |
|---|---|---|
| 1 | 933.50 | 933.50 |

SUBTOTAL: $933.50
TOTAL: $933.50

I AGREE TO PAY ABOVE AMOUNT ACCORDING TO CARD ISSUER.

SIGNATURE X_____
                          Kevin West

```
                                                                    1371
THE LAW OFFICE OF T.W. MURRAY
   7474 GREENWAY CENTER DR.
   GREENBELT, MD  20770                        Date  3/26/08    65-270-550

Pay to the
order of   Rebecca Stonestreet                      $ 1,037.90
    One Thousand thirty-seven & 90/100                    Dollars

SUNTRUST
ACH RT 061000104
For  West v. Potter - 3/11/08 Trial Transcript    Teresa W Murray

  ⑈000001371⑈  ⑉055002707⑈
```

THE LAW OFFICE OF T.W.
1025 CONNECTICUT AVE NW # 1000
WASHINGTON, DC 20036
Tel: (301) 388-0268

Store #873871

03/26/08 12:11:12 PM
MO/TO Sale

**Billing Address**  
Kevin West  
831 Chatsworth Drive  
Accokeek, MD 20607

**Shipping Address**

CARD NUMBER: Visa ...3633 SWIPE: No  
STATUS: APPROVED - 03383A  
ORDER Number: 172.30.164.47-118EC125D85-DBE3D3-3B78B0

| Qty | Unit Cost | Extended Cost |
|-----|-----------|---------------|
| 1   | 1,037.90  | 1,037.90      |

SUBTOTAL: $1,037.90  
TOTAL: $1,037.90

I AGREE TO PAY ABOVE AMOUNT ACCORDING TO CARD ISSUER.

SIGNATURE X _Kevin W. West_  3/26/2008  
Kevin West

https://www.linkpointcentral.com/lpc/servlet/LPCPage                3/26/2008

AO 44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INVOICE NO: 20060654

**MAKE CHECKS PAYABLE TO:**

Teresa Murray
Law Office of T.W. Murray
7474 Greenway Center Drive
Suite 820
Greenbelt, MD 20770

Phone: (301) 982-2005

twmurrayesq@yahoo.com

REBECCA STONESTREET, RPR, CRR
Official Court Reporter
333 Constitution Avenue, NW
RM 6415
Washington, DC 20001

Phone: (202) 354-3249

Tax ID: 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

[ ] CRIMINAL   [X] CIVIL

DATE ORDERED: 03-20-2008

DATE DELIVERED: 03-25-2008

**Case Style:** CV 05-1339, Kevin West v Potter

TRIAL TRANSCRIPTS FOR 3/11/08 MORNING AND AFTERNOON SESSION.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 214 | 4.85 | 1,037.90 | | | | | | | 1,037.90 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 1,037.90 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

Date Paid:   Amt:   TOTAL DUE: $1,037.90

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Rebecca Stonestreet   DATE: 3/25/08

(All previous editions of this form are cancelled and should be destroyed)