**Receipt 1 (7005 1820 0001 7482 5659):**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
WASHINGTON DC 20260 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.52 | 0911 04 Postmark Here |
| Certified Fee | $2.30 | |
| Return Receipt Fee (Endorsement Required) | $1.75 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.57 | 09/20/2005 |

Sent To: John E. Potter, Postmaster General
Street, Apt. No.; or PO Box No.: 475 L'Enfant Plaza, S.W.
City, State, ZIP+4: Washington, DC 20260

PS Form 3800, June 2002    See Reverse for Instructions

**Receipt 2 (7005 1820 0001 7482 5642):**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
WASHINGTON DC 20530 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.29 | 0911 04 Postmark Here |
| Certified Fee | $2.30 | |
| Return Receipt Fee (Endorsement Required) | $1.75 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.34 | 09/20/2005 |

Sent To: United States Atty. General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4: Washington DC 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

**Receipt 3 (7005 1820 0001 7482 5635):**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
WASHINGTON DC 20001 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.29 | 0911 04 Postmark Here |
| Certified Fee | $2.30 | |
| Return Receipt Fee (Endorsement Required) | $1.75 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.34 | 09/20/2005 |

Sent To: United States Attorney
Street, Apt. No.; or PO Box No.: 555 Fourth St., NW
City, State, ZIP+4: Washington DC 20001

PS Form 3800, June 2002    See Reverse for Instructions