

THE LAW OFFICE OF T.W. MURRAY
7474 GREENWAY CENTER DR.
GREENBELT, MD 20770

No. 1374
Date 3/10/08

Pay to the order of: Mike Ware

One Hundred Fifty only — Dollars

$150.00

SUNTRUST
ACH RT 061000104

For: West Rush Pick Up

Teresa W. Murray

## AMERICAN EAGLE COURIER, INC.   DETAIL OF DELIVERIES 03/16/08 - 03/31/08

**Account: 2106    / T W MURRAY LLC**

| Ticket Time/Date | Caller Reference/Control Proof of delivery | From | To | Charge Detail | |
|---|---|---|---|---|---|
| 714411 13:49 03/26/08 | LATOYA | T W MURRAY LLC 7474 GREENWAY GREENBELT, MD GRNB | U S DISTRICT COURT 333 CONSTITUTION AVE NORTHWEST DC NWDC | | |
| | | 13:49 | 16:19 | R/T: Yes | 14.54 |
| 17:00 | STDHPANIE 1605LAPOY1651 | | | Total: | 29.08 |

| | | | | Total | 29.08 |
|---|---|---|---|---|---|

