```
LAW OFFICES OF T.W. MURRAY LLC IOLTA                              128
MARYLAND LEGAL SERVICES
1111 BONIFANT STREET
SILVER SPRING, MD 20910                         Date  3/3/08

Pay to the
order of   Mike Ware                                    $ 330.00
           Three Hundred thirty only                    Dollars

SUNTRUST
For  West v. Porter - Subpoena Service    [signature] Teresa W. Murray
```

Ck # 128            03/11              $330.00

```
Charlene B. West                                              3330
Kevin D. West
301-299-7080
831 Chatsworth Dr
Accokeek, MD 20607                        March 7, 08

Pay to the
order of   Michael Ware                        $ 350.00
           Three Hundred Fifty Dollars  00/100

NASA FEDERAL CREDIT UNION
UPPER MARLBORO MD 20774
WALLOPS ISLAND, VA 23337

For  US Dist. Court Case         [signature] Kevin D. West
```