| Check # | Date | Amount | Payee |
|---|---|---|---|
| 115 | 03/28 | $60.00 | Stephen Clark |
| 116 | 03/14 | $60.00 | David Lowe |
| 117 | 03/17 | $60.00 | Robert Mason |
| 118 | 03/17 | $60.00 | John P. Miller |
| 119 | 03/17 | $65.00 | Chris Simmons |
| 121 | 03/05 | $60.00 | David Wood |
| 122 | 03/27 | $55.00 | Robert Parlen |
| 123 | 03/04 | $60.00 | Warren Polston |
| 124 | 03/11 | $60.00 | Rudy Ford |

All checks drawn on Law Offices of T.W. Murray LLC IOLTA, Maryland Legal Services, 1111 Bonifant Street, Silver Spring, MD 20910, SunTrust, signed Teresa W. Murray, memo: West v. Potter – Witness Fee & Mileage.

3439    Member

**Check #114**

LAW OFFICES OF T.W. MURRAY LLC IOLTA
MARYLAND LEGAL SERVICES
1111 BONIFANT STREET
SILVER SPRING, MD 20910

Date: 3/1/08

Pay to the order of: Thomas Buchanan     $ 60.00

Sixty only ———————————————————— Dollars

SUNTRUST
ACH RT 061000104

For: West v. Potter - Witness Fee + Mileage

Teresa W. Murray

**Check #113**

LAW OFFICES OF T.W. MURRAY LLC IOLTA
MARYLAND LEGAL SERVICES
1111 BONIFANT STREET
SILVER SPRING, MD 20910

Date: 3/1/08

Pay to the order of: John Bowser     $ 60.00

Sixty only ———————————————————— Dollars

SUNTRUST
ACH RT 061000104

For: West v. Potter - Witness Fee + Mileage

Teresa W. Murray

**Check #120**

LAW OFFICES OF T.W. MURRAY LLC IOLTA
MARYLAND LEGAL SERVICES
1111 BONIFANT STREET
SILVER SPRING, MD 20910

Date: 3/1/08

Pay to the order of: James Thompson     $ 60.00

Sixty only ———————————————————— Dollars

SUNTRUST
ACH RT 061000104

For: West v. Potter - Witness Fee + Mileage

Teresa W. Murray

Windows Live™

# Conf# 42132 For William Miles [3/12/2008 - 08:30 AM]

**From:** Atlas Limousine & Black Car Service http://wwwatlaslimousineus (info@atlaslimousine.us)
**Sent:** Tue 3/11/08 11:19 PM
**To:** cheek3412@hotmail.com

**Note:** If the information in this message is unreadable or incomplete contact us at 202-250-3658 to request another copy. A printable version of this Trip Sheet can be found here.

**Atlas Limousine & Black Car Service**
http://www.atlaslimousine.us
8624 Western Oak Dr. Springfield, VA 22153
United States of America
Tel: 202-250-3658 Fax: 703-997-8842
Email: info@atlaslimousine.us

**Pick-up Date:** 3/12/2008 /Wed
**Pick-up Time:** 08:30 AM/ 08:30
**Reservation#** 42132

**Bill To:**
Stacy Cheek
(301) 982-2005
cheek3412@hotmail.com

**Primary Passenger:**
William Miles
(301) 982-2005
cheek3412@hotmail.com

**Booked On:** 3/11/2008 09:56 PM
**Arr. By:** Telephone
**PO/Client #:**

| # of Pax | Vehicle Type | Car(s) | Driver(s) |
|---|---|---|---|
| 3 | Sedan/Town Car/3 passenger plus luggage (SED) | Unassigned | Unassigned |

**Passenger & Routing Information**

**Passenger:** William Miles
**Phone:** (301) 982-2005

PU: -- : 1923 Annapolis Rd Lanham, MD 20706

DO: -- : 333 Constitution Ave NW Washington, DC 20001

| Pmt Type | Status |
|---|---|
| Amex **4009 - 1210 | Unpaid |

| Charges & Fees | |
|---|---|
| No. of Hours/Units: | 1.00 |
| Base Rate: | $65.00 |
| Gratuity: (20.00 %) | $13.00 |
| Fuel Surch: (8.00 %) | $5.20 |
| Admin Fee/Tax: (4.00 %) | $2.60 |
| **Total Due:** | **$85.80** |
| Deposits/Payments: | $0.00 |
| Total Outstanding: | $85.80 |

**Notes/Comments**

**Driver Notes:** Greeting sign is required.

**Reservation Agreement**

1. Payment is due at time of service and cancellation policy min 3 hour advance from pickup date and time only for sedan otherwise full fare will be charged
2. fare as per website plus standard gratuity plus 4% admin fee. Company is not liable in the event of mechanical breakdown while on charter and will only be responsible for making up lost time at a mutually agreed date. The client assumes full financial liability for any damage to the limousine caused during the duration of the rental by them or any members of their party. A fee of 100.00 for each carpet or seat burn. Sanitation fee is 250.00. Alcohol Consumption and drug use is prohibited by law. Any fines will be paid for by the customer. The driver has the right to terminate run without refund (if there is blatant

Windows Live™

### Conf# 42138 For William Miles [3/13/2008 - 06:00 AM]
**From:** **Atlas Limousine & Black Car Service http://wwwatlaslimousineus** (info@atlaslimousine.us)
Sent: Tue 3/11/08 11:38 PM
To: cheek3412@hotmail.com

**Note:** If the information in this message is unreadable or incomplete contact us at 202-250-3658 to request another copy. A printable version of this Trip Sheet can be found here.

**Atlas Limousine & Black Car Service**
http://www.atlaslimousine.us
8624 Western Oak Dr. Springfield, VA 22153
United States of America
Tel: 202-250-3658 Fax: 703-997-8842
Email: info@atlaslimousine.us

| | |
|---|---|
| **Pick-up Date:** | 3/13/2008 /Thu |
| **Pick-up Time:** | 06:00 AM/ 06:00 |
| **Reservation#** | 42138 |

| Bill To: | Primary Passenger: | Booked On: | 3/11/2008 10:33 PM |
|---|---|---|---|
| Stacy Cheek | William Miles | Arr. By: | Telephone |
| (301) 982-2005 | (301) 982-2005 | PO/Client #: | |
| cheek3412@hotmail.com | cheek3412@hotmail.com | | |

| # of Pax | Vehicle Type | Car(s) | Driver(s) |
|---|---|---|---|
| 3 | Unassigned | Unassigned | Unassigned |

**Passenger & Routing Information**
**Passenger:** William Miles
**Phone:** (301) 982-2005

PU: -- : 1923 Annapolis Rd Lanham, MD 20706

DO: -- : Baltimore Washington International.

| Pmt Type | Status |
|---|---|
| Amex **4009 - 1210 | Unpaid |

| Charges & Fees | |
|---|---|
| No. of Hours/Units: | 1.00 |
| Base Rate: | $65.00 |
| Gratuity: (20.00 %) | $13.00 |
| Fuel Surch: (8.00 %) | $5.20 |
| Admin Fee/Tax: (4.00 %) | $2.60 |
| **Total Due:** | **$85.80** |
| Deposits/Payments: | $0.00 |
| **Total Outstanding:** | **$85.80** |

**Notes/Comments**
**Driver Notes:** Greeting sign is required.

**Reservation Agreement**

1. Payment is due at time of service and cancellation policy min 3 hour advance from pickup date and time only for sedan otherwise full fare will be charged
2. fare as per website plus standard gratuity plus 4% admin fee. Company is not liable in the event of mechanical breakdown while on charter and will only be responsible for making up lost time at a mutually agreed date. The client assumes full financial liability for any damage to the limousine caused during the duration of the rental by them or any members of their party. A fee of 100.00 for each carpet or seat burn. Sanitation fee is 250.00. Alcohol Consumption and drug use is prohibited by law. Any fines will be paid for by the customer. The driver has the right to terminate run without refund (if there is blatant indiscretion on the part of the client(s)). It is Illegal to stand through the sunroof. Smoking is not permitted in some of our limousines and this is left to the

**Days Inn**

Days Inn Lanham Seabrook
9023 Annapolis Rd / I-495
Lanham, MD 20706
Tel: 301-459-6600
Fax: 301-459-6002

| | |
|---|---|
| Date | 3/9/2008   18:48:25 |
| Folio number | 0000000969 |
| Arrival date | 3/9/2008 |
| Departure date | 3/13/2008 |
| Room type | 2 Dbls/Nsmk |
| Room number | 120 |

KEVIN WEST
831 CHATSWORTH DR
ACCOKEEK MD 20607
United States

Days Inn Lanham Seabrook, Lanham Seabrook

| Date | Description | Supplement | Qty. | Price | Amount |
|---|---|---|---|---|---|
| 3/9/2008 | AAA | | 1 | 80.10 | 80.10 |
| | County | | | | 4.01 |
| | State | | | | 4.81 |
| 3/9/2008 | Visa | XXXXXXXXXXXX3633 / XX-XX | | | -355.64 |
| | Transaction: 20080309 18:48 | | | | |
| | Authorisation: 06596A | | | | |
| | Merchant: | | | | |

| | |
|---|---|
| Total net | 80.10 |
| County | 4.01 |
| State | 4.81 |
| Total gross | 88.92 |
| Paid | -355.64 |
| Balance | -266.72 |

If you were a member of the TRIP Rewards program, you could have earned valuable points for this stay. To become a member visit us at triprewards.com or call 1-800-FOR-TRIP.

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or part of the full amount of these charges and I shall be responsible for any loss or damage to the premises or its contents.

Signature: _____

This Facility Is Independently Owned And Operated Under A License Agreement With Days Inn
Please contact the Manager about any issues with your stay. Days Inn Affiliates may contact you about goods and services unless you call 877-227-3557 or write to: Opt Out/Privacy, Wyndham Worldwide Hotel Group, Inc., 1 Sylvan Way, Parsippany, NJ 07054 to opt out.   View our Days Inn website about privacy.



Days Inn Lanham Seabrook
9023 Annapolis Rd / I-495
Lanham, MD 20706
Tel: 301-459-0800
Fax: 301-459-6002

Date         3/9/2008   18:50:13
Folio number 0000000970
Arrival date 3/9/2008
Departure date 3/13/2008
Room type    2 Dbls/Nsmk
Room number  124

KEVIN WEST
831 CHATSWORTH DR
ACCOKEEK MD 20607
United States

Days Inn Lanham Seabrook, Lanham Seabrook

| Date | Description | Supplement | Qty. | Price | Amount |
|---|---|---|---|---|---|
| 3/9/2008 | AAA | | 1 | 80.10 | 80.10 |
| | County | | | | 4.01 |
| | State | | | | 4.81 |
| 3/9/2008 | Visa | XXXXXXXXXXXX3633 / XX-XX | | | -355.64 |
| | Transaction: 20080309 18:50 | | | | |
| | Authorisation: 02546A | | | | |
| | Merchant: | | | | |

|  |  |
|---|---|
| Total net | 80.10 |
| County | 4.01 |
| State | 4.81 |
| Total gross | 88.92 |
| Paid | -355.64 |
| Balance | -266.72 |

If you were a member of the TRIP Rewards program, you could have earned valuable points for this stay. To become a member visit us at triprewards.com or call 1-800-FOR-TRIP.

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or part of the full amount of these charges and I shall be responsible for any loss or damage to the premises or its contents.

Signature: _____

This Facility is Independently Owned And Operated Under A License Agreement With Days Inn
Please contact the Manager about any issues with your stay. Days Inn Affiliates may contact you about goods and services unless you call 877-227-3557 or write to: Opt Out/Privacy, Wyndham Worldwide Hotel Group, Inc., 1 Sylvan Way, Parsippany, NJ 07054 to opt out. View our Days Inn website about privacy.

**Days Inn**

Days Inn Lanham Seabrook
9023 Annapolis Rd / I-495
Lanham, MD 20706
Tel: 301-459-6600
Fax: 301-459-6002

| | |
|---|---|
| Date | 3/9/2008  18:51:40 |
| Folio number | 0000000971 |
| Arrival date | 3/9/2008 |
| Departure date | 3/13/2008 |
| Room type | 2 Dbls |
| Room number | 312 |

KEVIN WEST
831 CHATSWORTH DR
ACCOKEEK MD 20607
United States

Days Inn Lanham Seabrook, Lanham Seabrook

| Date | Description | Supplement | Qty. | Price | Amount |
|---|---|---|---|---|---|
| 3/9/2008 | AAA | | 1 | 80.10 | 80.10 |
| | County | | | | 4.01 |
| | State | | | | 4.81 |
| 3/9/2008 | Visa | XXXXXXXXXXXX3633 / XX-XX | | | -355.64 |
| | Transaction: 20080309 16:51 | | | | |
| | Authorisation: 07730A | | | | |
| | Merchant: | | | | |

| | |
|---|---|
| Total net | 80.10 |
| County | 4.01 |
| State | 4.81 |
| Total gross | 88.92 |
| Paid | -355.64 |
| Balance | -266.72 |

If you were a member of the TRIP Rewards program, you could have earned valuable points for this stay. To become a member visit us at triprewards.com or call 1-800-FOR-TRIP.

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or part of the full amount of these charges and I shall be responsible for any loss or damage to the premises or its contents.

Signature: _____

This Facility is Independently Owned And Operated Under A License Agreement With Days Inn
Please contact the Manager about any issues with your stay. Days Inn Affiliates may contact you about goods and services unless you call 877-227-3557 or write to: Opt Out/Privacy, Wyndham Worldwide Hotel Group, Inc., 1 Sylvan Way, Parsippany, NJ 07054 to opt out. View our Days Inn website about privacy.

# Court Per Diem/Expense Receipt

**PURPOSE:** Witness Receipt of Per Diem/Expense from Kevin West

**EXPENSE PERIOD:** From 3/9/2008 To 3/13/2008

**WITNESS INFORMATION:**
Name: Gwendolyn A. Hearn
Employer: U.S. Postal Service

**Court Case Number:** 5863

**Address:** P.O. Box 21401
**City, State Zip:** Chicago, IL 60629-0401

SSN: _____
Employee ID: _____

| Date | Account | Description | Hotel | Transport | Fuel | Meals | Phone | Entertainment | Misc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/9/2008 | | Per Diem Partial Day | | | | $ 25.00 | | | | $ 25.00 |
| 3/10/2008 | | Per Diem Full Day | | | | $ 40.00 | | | | $ 40.00 |
| 3/11/2008 | | Per Diem Full Day | | | | $ 40.00 | | | | $ 40.00 |
| 3/12/2008 | | Per Diem Full Day | | | | $ 40.00 | | | | $ 40.00 |
| 3/9-13/2008 | | Airfare Northwest Air (W to D.C) Ticket#012717/928083 | | $ 318.00 | | | | | | $ 318.00 |
| 3/9-13/2008 | | Days Inn Lanham, MD 4 nights @ $88.92/day | $ 355.64 | | | | | | | $ 355.64 |
| | | SOUTH WEST | | | | | | | | |
| | | TICKET# 5262367605787S | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | $ 355.64 | $ 318.00 | | $ 145.00 | | | | $ 818.64 |
| | | | | | | | | | Subtotal | $ 818.64 |
| | | | | | | | | | Advances | |
| | | | | | | | | | Total | $ 818.64 |

**NOTES:** Signature of this document verifies receipt of expenses paid by Kevin D. West, Plaintiff for witness travel.

**SIGNATURE:** Gwendolyn A. Hearn
**Print Name:** Gwendolyn A. Hearn
312-420-7654

# Court Per Diem/Expense Receipt

**PURPOSE:** Witness Receipt of Per Diem/Expense from Kevin West

**EXPENSE PERIOD:** From 3/9/2008 To 3/13/2008

9386

### WITNESS INFORMATION:
**Name:** William Miles
**Employer:** U.S. Postal Service
**Court Case Number:**
**Address:** 910 University Avenue
**City, State Zip:** Matteson, IL 60443
**SSN:**
**Employee ID:**

| Date | Account | Description | Hotel | Transport | Fuel | Meals | Phone | Entertainment | Misc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/9/2008 | | Per Diem Partial Day | | | | $ 25.00 | | | | $ 25.00 |
| 3/10/2008 | | Per Diem Full Day | | | | $ 40.00 | | | | $ 40.00 |
| 3/11/2008 | | Per Diem Full Day | | | | $ 40.00 | | | | $ 40.00 |
| 3/12/2008 | | Per Diem Full Day | | | | $ 40.00 | | | | $ 40.00 |
| 3/9-13/2008 | | Airfare Northwest Air (WI to D.C.) Ticket #0127117928083 | | $ 573.00 | | | | | | $ 573.00 |
| 3/9-13/2008 | | Days Inn Lanham, MD 4 nights @ $88.92/day | $ 355.64 | | | | | | | $ 355.64 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | $ 355.64 | $ 573.00 | $ | $ 145.00 | $ | $ | $ | Subtotal $ 1,073.64 |
| | | | | | | | | | | Advances |
| | | | | | | | | | | Total $ 1,073.64 |

**NOTES:** Signature of this document verifies receipt of expenses paid by Kevin D. West, Plaintiff for witness travel.

**SIGNATURE:** [signed]
**Print Name:** William Miles

1 708 612-0893

# Court Per Diem/Expense Receipt

**PURPOSE:** Witness Receipt of Per Diem/Expense from Kevin West

**Court Case Number:** _____   **EXPENSE PERIOD:** From 3/9/2008 To 3/13/2008

**WITNESS INFORMATION:**
Name: Edward Clark Sr.
Employer: U.S. Postal Service
Address: 4456 W. 175th Place
City, State Zip: O.A. Hills 60478
SSN: 5943
Employee ID:

| Date | Account | Description | Hotel | Transport | Fuel | Meals | Phone | Entertainment | Misc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/9/2008 | | Per Diem Partial Day | | | | $ 25.00 | | | | $ 25.00 |
| 3/10/2008 | | Per Diem Full Day | | | | $ 40.00 | | | | $ 40.00 |
| 3/11/2008 | | Per Diem Full Day | | | | $ 40.00 | | | | $ 40.00 |
| 3/12/2008 | | Per Diem Full Day | | | | $ 40.00 | | | | $ 40.00 |
| 3/9-13/2008 | | Airfare Northwest Air (WI to D.C.) Ticket#0127117928083 | | $ 318.00 | | | | | | $ 318.00 |
| 3/9-13/2008 | | Days Inn Lanham, MD 4 nights @ $88.92/day | $ 355.64 | | | | | | | $ 355.64 |
| | | SOUTH WEST TKT# 5267367603786-9 | | | | | | | | |
| | | | | | | | | | Subtotal | $ 818.64 |
| | | | | | | | | | Advances | |
| | | | $ 355.64 | $ 318.00 | $ | $ 145.00 | $ | $ | Total | $ 818.64 |

**NOTES:** Signature of this document verifies receipt of expenses paid by Kevin D. West, Plaintiff for witness travel.

SIGNATURE: Edward Clark Sr.
Print Name: Edward Clark SR.
708-903-1031



# Executive Class Sedans, Inc
## 11340 Teakwood Ct.
## Waldorf, MD 20603

Invoice # 2008-158 MURRY          Dates: 03/12/2008

## Billing Summary

| Date | Pick Up Time | Client | From | To | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/12/08 | 7:00AM | TERESA MURRY PASSERGER /CHRIS SIMMONS | 4145 CHEVY PL MARBURY MD 20658 | AS DIERECT 333 CONSITITUTION AVE NW WASHINGTON DC 20001 WAIT AND RETURN | 7 | 385.00 |
| Gratuity 20% | | | | | | 77.00 |
| Gas Surcharge 7% | | | | | | 32.34 |
| Total | | | | | | 494.34 |
| Total Due | | | | | | PAID |

Payment Type: / VISA

*Excellence Without Excuse*