TW Murray



(Parking receipts from Urban Parking Venture, 441-4th St. NW, Entrance on 3rd & D St., 2-72-5664, PAID $12, stamped various dates: MAR 10 2008, MAR 11 2008, MAR 12 2008, MAR 14 2008, FE 10, FE 11)





### IRS Announces 2008 Standard Mileage Rates; Rate for Business Miles Set at 50.5 Cents per Mile

IR-2007-192, Nov. 27, 2007

WASHINGTON — The Internal Revenue Service today issued the 2008 optional standard mileage rates used to calculate the deductible costs of operating an automobile for business, charitable, medical or moving purposes.

Beginning Jan. 1, 2008, the standard mileage rates for the use of a car (including vans, pickups or panel trucks) will be:

- 50.5 cents per mile for business miles driven;
- 19 cents per mile driven for medical or moving purposes; and
- 14 cents per mile driven in service of charitable organizations.

The new rate for business miles compares to a rate of 48.5 cents per mile for 2007. The new rate for medical and moving purposes compares to 20 cents in 2007. The rate for miles driven in service of charitable organizations has remained the same.

The standard mileage rate for business is based on an annual study of the fixed and variable costs of operating an automobile; the standard rate for medical and moving purposes is based on the variable costs as determined by the same study. Runzheimer International, an independent contractor, conducted the study for the IRS.

The mileage rate for charitable miles is set by law.

A taxpayer may not use the business standard mileage rate for a vehicle after using any depreciation method under the Modified Accelerated Cost Recovery System (MACRS), after claiming a Section 179 deduction for that vehicle, for any vehicle used for hire or for more than four vehicles used simultaneously.

Revenue Procedure 2007-70 contains additional information on these standard mileage rates.

Subscribe to IRS Newswire

**CPS** Parking

CUSTOMER RECEIPT
Date: 10-05-04
Amount: 8.00
Location: 0077
Signature: [signed]
CPS - 25



**Central** Parking Corporation

CUSTOMER RECEIPT
Date: 10-7-04
Amount: 7.00
Location:
Signature:
CPS 24



**Central** Parking Corporation

CUSTOMER RECEIPT
Date: 10-8-04
Amount: 7.00
Location:
Signature:
CPS 24

**Central** Parking Corporation

CUSTOMER RECEIPT
Date: 7-27-04
Amount: 8.00
Location: 0078
Signature:



```
Billy Goat Tavern
500 New Jersey Ave NW
Washington, DC 20001
   (202) 783-2123

Date: 03/11/08   Time: 01:10 pm
Order #: 279912

Server: Cashier
Eat Out
COUNTER
Cashier: Cashier
Payment#: 201765
Auth Code: 03560Z
Ref No: 0027
Card# : XXXXXXXXXXXX3106 Swiped

1  DBL CHZ BURGER        $4.75
1  FRIES                 $1.65
1  COLD DRINK            $1.55

Sub-total: $7.95
Tax      : $0.80
Total    : $8.75

Mastercard $8.75

Tip   :  —0—

Total :  $8.75—

X  Kevin D. West

   I agree to pay above total amount
   according to card issuer agreement
   (merchant agreement if credit voucher)

      Thank You
   Please Come Again
```

PAID MAR 13 2008

$11.28

```
McDonald's Corporation
Thank you for eating at McDonald's

   6228 BALTIMORE AVENUE
   RIVERDALE PARK, MD 20737

        THANK YOU

RIVERDALE PARK    TEL# (301)864-8165
02  KS#02   S#2
STORE# 21108      Mar.11'08(Tue)08:11

Order #202        TO GO

1 STEAK MCSKLT BURITO       2.79
SUB TOTAL                   2.79
TAKE OUT TAX                0.17
                            2.96
CASH TENDERED               3.00
CHANGE                      0.04
```

$8.09