**Client Number:** W02  
**Matter Number:** 1057

07/12/2008  
Page: 7

|  | **Billable Hours / Fees:** | 224.30 | $91,963.00 |

## Timekeeper Summary

Timekeeper NBD worked 224.30 hours at $410.00 per hour, totaling $91,963.00.

## Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 03/07/2008 | Taxi Expense from 7474 Greenway Center Drive, Greenbelt, Maryland to 5703 14th Street, NW, Washington, DC | $23.00 | |
| 03/08/2008 | Taxi Service Saturday morning prior to metro opening from 5703 14th Street NW Washington, DC to 7474 Greenway Center Drive, Greenbelt, MD. | 46.00 | |
| 03/09/2008 | BusFare from 5703 14th St NW to Fort Totten Metro Station ($1.35); Metro from Fort Totten to Greenbelt Metro Station ($1.85); Taxi from Grnbelt Metro Station to Greenway Ctr. Drive, Greenbelt ($12.00);Taxi from Greenbelt to 5703 14th ST NW DC ($23) | 38.20 | |
| 03/10/2008 | $2.00 metro fare from Fort Totten Metro Station to Judiciary Square; $23 taxi service from Greenbelt, MD to 5703 14th Street, NW, DC. | 25.00 | |
| 03/11/2008 | ($2) metro fare from Fort Totten Metro Station to Judiciary Square; ($23) Taxi Service from Greenbelt, MD to 5703 14th Street, NW, DC. | 25.00 | |
| 03/12/2008 | Metro Fare from Fort Totten Metro Station to Judiciary Square. | 2.00 | |
| 03/13/2008 | $2 Metro Fare from Fort Totten Metro Station to Judiciary Square Metro Station; $23 Taxi service from Greenbelt, MD to 5703 14th Street NW DC. | 25.00 | |
| 03/14/2008 | $2 Metro Fare from Fort Totten Metro Station to Judiciary Square Metro Station; $12 taxi service from courthouse to 5703 14th Street NW DC. | 14.00 | |
| | **Total Costs** | **$198.20** | |

| | |
|---|---|
| **Prior Balance:** | $0.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $91,963.00 |
| **Advanced Costs:** | $198.20 |
| **TOTAL AMOUNT DUE:** | **$92,161.20** |

Thank You for Letting Us Serve You.  
Payment Due Upon Receipt.