UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**KEVIN D. WEST**,                     )
                                       )
    Plaintiff,                        )
                                       )
v.                                     )   Civil Action No.  05-1339 (JR)
                                       )
**JOHN E. POTTER,**                    )
**POSTMASTER GENERAL**                 )
**U.S. POSTAL SERVICE**                )
                                       )
    Defendant.                       )
_____)

## **NOTICE**

Notice is hereby provided that the document filed as Plaintiff's Bill of Costs, Document 67, on July 11, 2008 is the incorrect document. The true document representing Plaintiff's Bill of Costs has been correctly filed as Document 71 along with exhibits and proposed order.

Dated: July 14, 2008                            Respectfully submitted,

                                                          By**:**_____/s/_____
                                                             Teresa W. Murray

                                                        THE LAW OFFICE OF T.W. MURRAY
                                                        7474 Greenway Center Dr, Suite 820
                                                        Greenbelt, MD 20770
                                                        Phone: 301 982-2005/Fax: 301 982-0004

                                                        Counsel for Plaintiff