UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN D. WEST,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1339 (JR) |
| ) | |
| **JOHN E. POTTER,** ) | |
| **POSTMASTER GENERAL** ) | |
| **U.S. POSTAL SERVICE** ) | |
| ) | |
| Defendant. ) | |

## ERRATA

The documents identified below and attached hereto are exhibits to Plaintiff's Unopposed Motion for Leave to File Post-Trial Relief Motions, Document 65, filed on July 11, 2008. Plaintiff was unable to upload the exhibits at the time of filing.

**Exhibits**:

Exhibit 1 – Murray Email to Fields – 4/21/08

Exhibit 2 – Fields Email to Murray – 7/10/08

Proposed Order

Dated: July 14, 2008

Respectfully submitted,

By**:_____/s/_____**
Teresa W. Murray

THE LAW OFFICE OF T.W. MURRAY
7474 Greenway Center Dr, Suite 820
Greenbelt, MD 20770
Phone: 301 982-2005/Fax: 301 982-0004

Counsel for Plaintiff