UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN D. WEST,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JOHN E. POTTER,** )<br>**POSTMASTER GENERAL** )<br>**U.S. POSTAL SERVICE** )<br>)<br>Defendant. )<br> ) | Civil Action No. 05-1339 (JR) |

### ORDER

NOW this _____ day of _____, _____, upon consideration of the Plaintiff's Unopposed Motion for Leave to File Post-Trial Relief Motions, it is hereby ORDERED that

1) the Motion is GRANTED in its entirety; and

2) Plaintiff is granted leave to file all necessary motions for relief pursuant to the verdict and judgment in this case.

It is so ORDERED.

_____
James Robertson
U.S. District Court Judge