**From:** T W Murray (twmurrayesq@yahoo.com)
**To:** Rhonda Fields
**Date:** Monday, April 21, 2008 4:05:38 PM
**Cc:** Nelson Dorsey Jr
**Subject:** West v. Potter

21 April 2008

Good afternoon, Ms. Fields. The informal deadlines that the parties set to exchange remedies calculations/responses, in the West v. Potter have come and passed; however, intervening and unfortunate circumstances have prevented us from compiling and preparing our proposed relief. Mr. Dorsey suffered a death in his family and I have to have surgery, which was scheduled for April 17th but now has been postponed until May 1. Given this, we were thinking it might be a good idea to request an extension of the May 2nd deadline. Has your client informed you how long it would need to review our proposed backpay calculation? I would imagine that at least a 30-day extension would be necessary. Please advise as soon as practicable.

Regards,

Teresa W. Murray, Esq.
7474 Greenway Center Drive
Suite 820
Greenbelt, MD 20770
PH: 301-982-2005
FAX: 301-982-0004
IMPORTANT NOTICE:This communication contains confidential, attorney-client privileged information for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please delete the e-mail and notify us at this email address.

---

Be a better friend, newshound, and
know-it-all with Yahoo! Mobile. Try it now.
http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ