**From:** Fields, Rhonda (USADC) (Rhonda.Fields@usdoj.gov)
**To:** T W Murray
**Date:** Thursday, July 10, 2008 1:39:49 PM
**Cc:** Nelson Dorsey Jr
**Subject:** RE: West v. Potter

As I indicated when I spoke with Teresa, I am working on a summary judgment motion due on the 14th and an appellate brief due on the 23rd. I simply do not have time to turn my attention to this matter at this time. I understand that you will be filing your demand on Friday. I will be asking the Court for an extension of time to respond. As I understand your voicemail you will oppose my motion. Please advise me if that is correct.