```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST,                    )
     Plaintiff,                   )
                                  )   Civil Action No. 05-1339 (JR)
         v.                       )
                                  )
JOHN E. POTTER,                   )
POSTMASTER GENERAL,               )
     Defendant                    )
```

**MOTION TO EXTEND TIME TO FILE RESPONSE**

Defendant respectfully requests an extension of time in which to file a response to plaintiff's motion for back pay (docket # 64), motion for attorney fees (docket #66 & 70), and motion for bill of costs (docket # 71). Responses to said motions are due July 25 and 28, 2008.

Counsel for defendant requires additional time to file a response to plaintiff's motions because of her schedule in other cases, including the preparation and filing of summary judgment motions on July 14, 2008 in *Chowdhury v. Johanns*, and on July 18, 2008 in *Bordas v. Department of Justice,* and the preparation of a appellate brief in *Baloch v. Kempthorne* now due on August 6, 2008. Counsel also requires the assistance of agency counsel in responding to plaintiff's motions. Among other matters, agency counsel is responsible for reviewing costs associated plaintiff's administrative hearings. Additionally, plaintiff submitted his economist's report concerning the computation of back pay to defendant on July 4, 2008. These computations have been forwarded to agency counsel for review with the assistance of the agency's

financial and payroll personnel.  Agency counsel has advised that she will need approximately 30 days to complete the agency reviews, but that she is scheduled to be out the office until August 15, 2008.  Therefore it is requested that defendant be given an extension of time until August 29, 2008 to respond to plaintiff's motions.

This is the first request for an extension of time to file a response filed by defendant.  Counsel for the plaintiff failed to respond to defendant's e-mail dated July 10, 2008 requesting confirmation of whether she opposed defendant's motion.  Docket # 73 exhibit 2.  Plaintiff will not be prejudiced by defendant's motion since he will receive interest on any funds due him.

Therefore, it is respectfully requested that defendant's motion be granted.

                                Respectfully submitted,

                                /s/ Jeffrey A. Taylor
                                JEFFREY A. TAYLOR, D.C. Bar #498610
                                United States Attorney

                                /s/ Rudolph Contreras
                                RUDOLPH  CONTRERAS, D.C. Bar #434122
                                Assistant United States Attorney

                                /s/ Rhonda C. Fields
                                RHONDA C. FIELDS
                                Assistant United States Attorney
                                Civil Division
                                555 Fourth Street, N.W.
                                Washington, D.C.  20530
                                202/514/6970