```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

KEVIN D. WEST,                )
    Plaintiff,              )
                              )    Civil Action No. 05-1339 (JR)
       v.                    )
                              )
JOHN E. POTTER,               )
POSTMASTER GENERAL,           )
    Defendant               )

**ORDER**

Upon consideration of defendant's motion for an extension of time to August 29, 2008 in which to respond to plaintiff's motion for back pay (docket # 64), motion for attorney fees (docket #66 & 70), and motion for bill of costs (docket # 71), and plaintiff's response thereto, it is hereby

ORDERED that the motion is GRANTED.

Date: _____
              UNITED STATES DISTRICT COURT JUDGE