UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN D. WEST,**  )  <br>  )  <br>  Plaintiff,  )  <br>  )  <br>  v.  )  <br>  )  <br> **JOHN E. POTTER,**  )  <br> **POSTMASTER GENERAL**  )  <br> **U.S. POSTAL SERVICE**  )  <br>  )  <br>  Defendant.  )  <br>  ) | Civil Action No. 05-1339 (JR) |

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

Please take Notice of the following address and telephone number change for Plaintiff's counsel in the above-captioned matter:

> **Teresa W. Murray**
> **The Law Office of T.W. Murray**
> **8403 Colesville Road**
> **Suite 610**
> **Silver Spring, Maryland 20910**
> **Phone: 301-880-7235**
> **Fax: 301-587-9397**

Respectfully submitted,

Dated: August 22, 2008

By**:_____/s/_____**
    Teresa W. Murray
The Law Office of T.W. Murray
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-880-7235
Fax: 301-587-9397

**Counsel for the Plaintiff**