UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
**KEVIN D. WEST,**              )
                                )
    Plaintiff,              )
                                )
  v.                            )   Civil Action No.  05-1339 (JR)
                                )
**JOHN E. POTTER,**             )
**POSTMASTER GENERAL**          )
**U.S. POSTAL SERVICE**         )
                                )
    Defendant.             )
_____)

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

Plaintiff Kevin D. West, by and through undersigned counsel, hereby respectfully requests additional time to prepare and file his brief in Reply to Defendant's Opposition to his motions for attorney's fees, costs, back pay, pre-judgment interest, and other appropriate equitable remedies. Plaintiff conferred with Defendant regarding this instant Motion and Defendant consents to the extension.

By way of brief background, on or around May 2, 2008, Plaintiff filed a consent motion for extension of time to file his motions for attorney's fees, costs, back pay, front pay, interest, and other appropriate equitable remedies due to intervening and unfortunate circumstances affecting Plaintiff's counsel's ability to file said motions by May 2. Since the Court had not yet ruled on his May 2nd consent motion, Plaintiff filed his motions for attorney's fees, costs, back pay,

interest, and other appropriate equitable remedies on July 11, 2008 along with a motion for leave to file. Still receiving no ruling by the Court on Plaintiff's two motions, Defendant filed a motion for an extension of its time to file oppositions to Plaintiff's motion, which the court immediately granted affording Defendant until August 29, 2008 to file said oppositions. With this new opposition deadline, Plaintiff's Reply is due on September 5, 2008. Plaintiff, however, has a hearing before an EEOC Administrative Judge in Baltimore, *R. Johnson v. Potter*, EEOC Case No. 570-2007-00375X on September 3 and 4, 2008; thus, Plaintiff's counsel will be unable to prepare and submit a brief in Reply by September 5, 2008. Wherefore, Plaintiff respectfully requests, with the consent of the Defendant, a two-week extension of his deadline to file his Reply brief, making his Reply due by September 19, 2008. In addition, Plaintiff respectfully requests that the Court rule on his Consent Motion for Extension filed May 2, 2008.

                                          Respectfully submitted,

Date: August 25, 2008                By:_____/s/_____
                                          Teresa W. Murray
                                          8403 Colesville Road
                                          Suite 610
                                          Silver Spring, MD 20910
                                          Phone: (301) 880-7235
                                          Fax: (301) 587-9397