UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST,<br>　　Plaintiff,<br><br>　　　v.<br><br>JOHN E. POTTER,<br>POSTMASTER GENERAL,<br>　　Defendant | )<br>)<br>)　　Civil Action No. 05-1339 (JR)<br>)<br>)<br>)<br>)<br>) |

**Motion to Extend Time**

Defendant respectfully requests an extension of time to September 2, 2008 to file is response to plaintiff's motions for attorney fees and costs and motion for backpay and other equitable relief. The responses currently are due on August 29, 2008.

The extension is requested because defendant needs completed declarations from agency personnel to order to complete its response. Due to the upcoming holiday, those personnel are not available to provide completed declarations, but the agency believes they will be available on Tuesday, September 2, 2008. The extension is also needed so that appropriate supervisory review can be obtained.

This is defendant's second request for an extension of time to file its responses. Defendant unsuccessfully attempted to consult counsel for plaintiff telephonically and by e-mail.

Therefore, it is requested that the extension be granted.

                         Respectfully submitted,

                         /s/ Jeffrey A. Taylor
                     JEFFREY A. TAYLOR, D.C. Bar #498610
                     United States Attorney

                         /s/ Rudolph Contreras
                     RUDOLPH CONTRERAS, D.C. Bar #434122
                     Assistant United States Attorney

                         /s/ Rhonda C. Fields
                     RHONDA C. FIELDS
                     Assistant United States Attorney
                     Civil Division
                     555 Fourth Street, N.W.
                     Washington, D.C. 20530
                     202/514/6970