UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST,<br>    Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER,<br>POSTMASTER GENERAL,<br>    Defendant | )<br>)<br>)   Civil Action No. 05-1339 (JR)<br>)<br>)<br>)<br>)<br>)  |

**ORDER**

Upon consideration of defendant's motion for an extension of time to September 2, 2008 in which to file its response to plaintiff's motions for attorneys fees and costs and motion for back pay and other equitable relief, it is hereby

ORDERED that the motion is GRANTED.

Date: _____
                                                 UNITED STATES DISTRICT JUDGE