UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, )<br>POSTMASTER GENERAL, )<br>)<br>Defendant. ) | Civil Action No. 05-1339 (RMU) |

## DECLARATION OF KARLA MALONE

I, Karla Malone, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently a Paralegal Specialist for the United States Postal Service Capital Metro Law Office. In that capacity, I am familiar with the Postal Service's official personnel and employment records. I have reviewed the official Postal Service documents relevant to the subject of this declaration. Specifically, I have reviewed the Overtime Desired Lists for the locations of Largo I, Largo II and Riverdale in Maryland; Seniority List and Postal Service Form 50 – Notification of Personnel Action; Preferred Assignment Annual Bidding Results and the National Agreement and Motor Vehicle Craft Local Memorandum of Understanding ("LMOU") between the United States Postal Service and the American Postal Workers Union ("APWU"). .

2. Based on the Seniority List, Stephen Clarke and Kevin West have seniority dates of November 14, 1977 and June 16, 1990, respectively. Kevin West worked at

Largo I from August 3, 2001 to May 3, 2004; Largo II from May 4, 2004 to August 27, 2006 and Riverdale from August 28, 2006 to the present. Mr. Clarke worked at Largo II from August 3, 2001 to the present.

3. The LMOU governs selection of employees for overtime. The National Agreement, which must be read in conjunction with the LMOU, provides that employees on the Overtime Desirable List ("ODL") will be selected in order of seniority.

4. Mr. West has a seniority date after Mr. Clarke, therefore, Mr. Clarke would have been selected for overtime prior to Mr. West.

I declare the foregoing to be true and correct.

Executed this 2nd day of September 2008.

*Karla M Malone*
Karla Malone