UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN D. WEST,                )
                              )
    Plaintiff,                )
                              ) Civil Action No. 05-1339 (RMU)
v.                            )
                              )
JOHN E. POTTER,               )
POSTMASTER GENERAL,           )
                              )
    Defendant.                )

### DECLARATION OF RITA BLAND

I, Rita Bland, make the following declaration in lieu of an affidavit, as permitted by 28 U.S.C. §1746. I am aware that this declaration may be filed with the United States District Court for the District of Columbia, and that it is the legal equivalent of a statement under oath.

1. I am employed by the United States Postal Service, an independent establishment of the executive branch of the Government of the United States. I am a Accounting Specialist in the Finance Branch at the Accounting Service Center located in Eagan, Minnesota. I have worked for the Postal Service for 30 years. I have worked for the Accounting Service Center in Eagan, Minnesota for 10 years. My responsibilities include proper processing of lump sum payments and interest calculations.

2. I am over the age of eighteen (18) years.

1

3. I am authorized to make this declaration on behalf of the Defendant in this action.

4. I prepared the interest calculations using the interest rate in compliance with 28 U.S.C. §1961, which provides for the interest calculations based on the Federal Judgment Interest Rate. The Federal Judgment Interest rate of 1.66% was the interest rate in effect seven (7) days prior to the decision.

5. I used the interest rate of 1.66%, without fluctuation, based upon 29 U.S.C. § 1961 which was the interest rate in effect seven (7) days prior to March 14, 2008. I then applied the interest rate from March 25, 2001 to August 29, 2008 which totaled $583.29 based on $6,095.32 of back pay for 2,580 days as set forth in Exhibit 1 attached.

6. I also calculated interest from August 9, 2003 to August 29, 2008 at the interest rate of 1.66%, without fluctuation, based upon 29 U.S.C. § 1961. I calculated the number of days times the Federal interest rate in effect seven (7) days prior to March 14, 2008. The total interest calculated is $221.98 based on $5,304.92 for 1,712 days as set forth in exhibit 2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed in Eagan, Minnesota on September 2, 2008.

*Rita Bland*
Rita Bland