# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

)
**KEVIN D. WEST,**                             )
                                               )
        Plaintiff,                             )
                                               )
        v.                                     )        Civil Action No.  05-1339 (JR)
                                               )
**JOHN E. POTTER,**                            )
**POSTMASTER GENERAL**                         )
**U.S. POSTAL SERVICE**                        )
                                               )
        Defendant.                             )
_____)

## CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEFS

Plaintiff Kevin D. West, by and through undersigned counsel, hereby respectfully requests that the Court grant him two weeks, in addition to the time extended him, to prepare and file his briefs in Reply to Defendant's Oppositions to his motions for attorney's fees, costs, back pay, pre-judgment interest, and other appropriate equitable remedies.  Plaintiff conferred with Defendant regarding the instant Motion and Defendant consents to the extension.

Upon Plaintiff's motion, with Defendant's concurrence, the Court graciously enlarged the deadline for Mr. West to file his Reply brief to September 19, 2008, because of a conflict with a previously-scheduled hearing before an EEOC Administrative Judge in Baltimore, Maryland, *R. Johnson v. Potter*, EEOC Case No. 570-2007-00375X on September 3 and 4, 2008.  While the hearing was conducted on these two days, the Administrative Judge has ordered two additional

days of hearing that fall within the timeframe that Plaintiff's counsel planned to prepare Plaintiff's Reply briefs. The hearing will continue on September 15 and 16, 2008.

Further, Plaintiff seeks this additional time to allow his economist to review and respond to the voluminous pay records submitted by Defendant in its Opposition to the Motion for Back Pay, Pre-and Post-Judgment Interest and Equitable Remedies. In its Opposition, Defendant filed declarations by persons Plaintiff has not previously examined and documents, which had not been produced; thus, Plaintiff will need further time to examine and address this newly-submitted material.

For these reasons, with the Defendant's consent, Plaintiff respectfully requests an additional two weeks to file his Replies, making his Reply briefs due by October 3, 2008.

Respectfully submitted,

Date: September 11, 2008                    By:_____/s/_____
                                           Teresa W. Murray
                                           THE LAW OFFICE OF T.W. MURRAY
                                           8403 Colesville Road
                                           Suite 610
                                           Silver Spring, MD 20910
                                           Phone: (301) 880-7235
                                           Fax: (301) 587-9397