## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN D. WEST,**          )<br>                                                 )<br>            Plaintiff,            )<br>                                                 )<br>      v.                                      )<br>                                                 )<br>**JOHN E. POTTER,**          )<br>**POSTMASTER GENERAL**  )<br>**U.S. POSTAL SERVICE**    )<br>                                                 )<br>            Defendant.          )<br>_____) | Civil Action No. 05-1339 (JR) |

### **ORDER**

NOW this _____ day of _____, 2008, upon consideration of the Plaintiff's Consent Motion for Extension of Time to File Reply Briefs, it is hereby ORDERED that

1) the Motion is GRANTED in its entirety; and

2) Plaintiff is granted leave to file his Reply briefs by no later than October 3, 2008.

It is so ORDERED.

_____
James Robertson
U.S. District Court Judge