UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**KEVIN D. WEST,**                )
                                  )
    Plaintiff,              )
                                  )
  v.                              )  Civil Action No.  05-1339 (JR)
                                  )
**JOHN E. POTTER,**               )
**POSTMASTER GENERAL**            )
**U.S. POSTAL SERVICE**           )
                                  )
    Defendant.              )
_____)

**ERRATA**

    Plaintiff filed his Motion for an Award of Attorneys Fees, Document 66, on July 11, 2008 and filed a corrected motion with exhibits, Document 70 on July 14, 2008. Upon review of the actual documents returned electronically through the Court's ECF system; however, the July 14th Errata omitted the corrected motion and in error contained duplicate copy of the Errata.  After consulting with ECF representatives, they are unaware how this error occurred and have instructed Plaintiff to file the instant Errata again uploading the corrected document.

    To be clear, this error was not caused by Plaintiff or his counsel.  Plaintiff's counsel filed the corrected motion correctly on July 14th and the undersigned hereby certifies that the attached correction motion is the same motion filed on July 14, 2008. The corrected Motion is attached.

Dated: September 19, 2008            Respectfully submitted,

By:_____/s/_____
       Teresa W. Murray

THE LAW OFFICE OF T.W. MURRAY
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Phone: 301-880-7235/Fax: 301-587-9397

Counsel for Plaintiff

2